# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Dorothy Forth, et al.

                         Plaintiff,

v.                                        Case No.: 1:17−cv−02246

                                              Honorable John Z. Lee

Walgreen Co., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 26, 2018:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 4/26/18. Plaintiff's consolidated amended complaint shall be due by 5/1/18. Defendant's answer shall be due by 6/13/18. Fact discovery shall close on 8/16/19. This case is consolidated for all purposes with case number 17−cv−7515. All future filing will be filed in case 17−cv−2246. Status hearing set for 8/28/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.