```
                  IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

DOROTHY FORTH, et al.,            )   Docket No. 17 C 2246
                                  )
              Plaintiffs,         )
                                  )
         v.                       )   Chicago, Illinois
                                  )   August 28, 2018
WALGREEN CO., et al.,             )   9:00 o'clock a.m.
                                  )
              Defendants.         )

               TRANSCRIPT OF PROCEEDINGS - STATUS
                BEFORE THE HONORABLE JOHN Z. LEE

APPEARANCES:

For the Plaintiffs:         ROBBINS GELLER RUDMAN & DOWD, by
                            MR. JASON HENRY ALPERSTEIN
                            120 East Palmetto Park Road
                            Suite 500
                            Boca Raton, Florida 33432

                            SCOTT + SCOTT, ATTORNEYS AT
                            LAW, LLC, by
                            MR. CAREY ALEXANDER
                            230 Park Avenue
                            17th Floor
                            New York, New York 10169

For the Defendants:         REED SMITH LLP, by
                            MR. MICHAEL SCOTT LEIB
                            10 South Wacker Drive
                            40th Floor
                            Chicago, Illinois 60606

                            REED SMITH LLP, by
                            MS. SELINA COLEMAN
                            1301 K Street, N.W.
                            Suite 1100 East Tower
                            Washington, DC 20005
                              (appearing telephonically)


                  ALEXANDRA ROTH, CSR, RPR
                     Official Court Reporter
              219 South Dearborn Street, Room 1224
                     Chicago, Illinois 60604
                         (312) 408-5038
```

```
1          (Proceedings had in open court:)
2               THE CLERK:  Case 17 CV 2246, Forth versus Walgreens.
3               MR. LEIB:  Good morning, your Honor.  Michael Leib on
4    behalf of Walgreens.
5               MR. ALPERSTEIN:  Good morning, your Honor.  Jason
6    Alperstein from Robbins Geller Rudman & Dowd on behalf of
7    plaintiffs.
8               MR. ALEXANDER:  Good morning, your Honor.  Carey
9    Alexander of Scott + Scott on behalf of plaintiffs and putative
10   class.
11              MR. LEIB:  We also have a colleague of mine, Selina
12   Coleman, on the phone.
13              MS. COLEMAN:  Good morning.
14              THE COURT:  Good morning.
15              All right.  Good morning, counsel.  So what's the
16   status of the case please?
17              MR. ALPERSTEIN:  So last time we were before the Court
18   was in April, April 26 of this year.  Court consolidated the
19   cases, set a date for the filing of amended complaint and
20   answer.  And the parties began discovery.
21              Since then the parties have served and responded to
22   written discovery.  Both parties have produced documents.  We
23   are still in the process of meeting and conferring on
24   defendant's production and the use of search terms for further
25   production.
```

1         We've also noticed a 30(b)(6) deposition.  We are in
2    the process of meeting and conferring on that, the scope of the
3    topics.  Document production does impact our ability to take
4    some depositions, at least some of the topics.  But we are
5    working collaboratively with defendants on this, and I think
6    we'll resolve all these issues.
7         We also served a notice of serving the subpoenas to
8    third parties duces tecum with deposition.  This is towards the
9    entities that were involved in the development and the
10   implementation of the prescription savings club with Walgreens,
11   and also other pharmacy benefit managers of either the fund
12   plaintiffs and others that we believe have relationship with
13   Walgreens.
14        So lot of discovery going on, a lot of meet and
15   conferring going on.  The only thing that I'd like to draw the
16   Court's attention is, we do have a deadline of November 12 for
17   the amendment of the pleadings.  And I think that might be
18   something that we may need to change, depending on where we are
19   with discovery.
20        We are hopeful that we'll be able to work through a
21   lot of these issues that we are meeting and conferring about.
22   But perhaps if it please the Court, if we could be back here
23   maybe in about 60 days or so, sometime in October, just to give
24   an update on where discovery is.  At this point we haven't made
25   a determination where -- whether an amendment would be

1  necessary.  We're not sure if we're able to do so depending on
2  where we are with discovery.
3          So that's the only thing I'd like to bring to the
4  attention of the Court.
5          THE COURT:  All right.  Anything to add?
6          MR. LEIB:  I don't have much to add, your Honor.  We
7  will be serving our own discovery letter on opposing counsel.
8  But opposing -- today we expect to send that letter.  The meet
9  and confers have gone very well, and we have been coordinating,
10 working well.
11         We have gathered over 1.9 million documents and are in
12 the process of reviewing 400,000 documents.  And as counsel
13 said, we are doing rolling productions.  We expect another
14 production to go out this week, and we'll continue as we review
15 to provide documents.
16         I think that's really all I have to add.
17         THE COURT:  What is the status of the meet and confers
18 with regard to ESI discovery?  I know that you said you're
19 negotiating search terms.  When do you think you will be able
20 to help -- well, when do you think the parties will be able to
21 wrap those discussions up, to determine whether or not they are
22 at issue, or whether they will have an agreement with regard to
23 custodians and search terms and the like?
24         MR. LEIB:  We actually provided the list of search
25 terms to the other side quite a while ago.  I have not had any

1 objections. I don't know if they'll have any now. We still
2 are discussing custodians. And that's easy to add upon
3 agreement.
4      So I don't know what your thoughts are.
5      MR. ALPERSTEIN: Yeah, I think our search terms were
6 provided last week. We are in the process of reviewing that,
7 seeing if there is any additions to be made there. I -- I
8 think they look generally pretty good. And if we have any
9 additions, I don't think they will be any -- it won't be
10 controversial.
11      So hopefully we'll be able to reach an agreement on
12 the search terms to be used so we can just get going on that.
13 And I don't anticipate that being a problem.
14      MR. LEIB: The parties have talked about having
15 another meet and confer right after Labor Day. As I just said,
16 we'll be serving our discovery letter on them today.
17 Presumably we can have conversations regarding that. And
18 hopefully before Labor Day if you have any concerns with search
19 terms or custodian you can let us know. And we can meet and
20 confer about that during that conference and wrap all that in
21 one conference.
22      MR. ALPERSTEIN: Good.
23      THE COURT: Okay. All right. Very well. I will go
24 ahead and set this case for further status. Carmen, let's look
25 at the week of November 5.

Case: 1:17-cv-02246 Document #: 120 Filed: 11/19/18 Page 5 of 6 PageID #:1747

1    THE CLERK:  November 6 at 9:00 o'clock.

2    MR. ALPERSTEIN:  That's good.

3    THE COURT:  Very good.

4    MR. ALPERSTEIN:  Thank you very much, your Honor.

5    (Which were all the proceedings heard in this case.)

6                           CERTIFICATE

7    I HEREBY CERTIFY that the foregoing is a true, correct

8 and complete transcript of the proceedings had at the hearing

9 of the aforementioned cause on the day and date hereof.

10

11  /s/Alexandra Roth                              11/1/2018
    _____       _____
12   Official Court Reporter                        Date
     U.S. District Court
13   Northern District of Illinois
     Eastern Division