UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY FORTH, LISA BULLARD, RICARDO GONZALES, CYNTHIA RUSSO, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>                Defendant. | Civil No.: 1:17-cv-02246 |

**ORDER ON DEFENDANT'S MOTION TO COMPEL**

This case coming on Defendant Walgreens Co.'s ("Walgreens" or "Defendant") Motion to Compel, the Court having reviewed the pleadings filed by the parties and heard oral argument, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Compel is granted;

2. Plaintiffs Dorothy Forth, Lisa Bullard, Ricardo Gonzales, and Cynthia Russo (the "Individual Defendants") are ordered to respond in full to Walgreens' Interrogatory No. 1, including for prescriptions filled at pharmacies other than Walgreens, by providing all of the information requested in the Interrogatory either through written responses, production of documents sufficient to show all of the requested information, or a combination of written responses and production of documents;

3. The Individual Plaintiffs are ordered to produce all documents responsive to Walgreens' Request for Production No. 15 that relate to prescriptions filled at pharmacies other than Walgreens, including but not limited to an unredacted copy of

- 2 -

    Defendant's Deposition Exhibit 2 and copies of all receipts for purchases of prescription drugs;

4. The Individual Plaintiffs are ordered to produce their tax returns (whether filed individually or jointly) for any tax year from 2007 to the present in which the Individual Plaintiff took a medical expense deduction, redacted to exclude any portion of the tax returns that do not relate to the medical-expense deduction and its impact on the person's tax liability after consulting with Walgreens on the proper scope of any redactions. Should the parties be unable to agree on the proper scope of any redactions, they are to bring the issue before the Court in a Joint Status Report to be filed before the next status conference.

DATED: April 12, 2019                    ENTERED:

                                                         The Honorable Sheila M. Finnegan