# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cynthia Russo, et al.

                        Plaintiff,

v.                                                     Case No.: 1:17−cv−02246
                                                            Honorable John Z. Lee

Walgreen Co., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 9, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Joint Agreed Motion for an Extension of Time to Submit Class Certification Briefing and Expert Reports [538] is granted. The deadline for Plaintiffs' expert reports, motion for class certification, and memorandum in support is extended from 9/12/2022 to 10/27/2022. The deadline for Walgreens to depose Plaintiffs' experts is extended from 11/11/2022 to 12/23/2022. The deadline for Walgreens' expert reports and its response to the motion for class certification is extended from 1/13/2023 to 2/27/2023. The deadline for Plaintiffs to depose Walgreens' experts is extended from 3/17/2023 to 5/2/2023. The deadline for Plaintiffs' rebuttal expert reports and reply in support of the motion for class certification is extended from 4/21/2023 to 6/9/2023. As set forth in Judge Lee's 6/16/2021 Minute Entry (ECF No. [476]), if there are Daubert motions, the district judge will consider them with class briefing. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.