# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cynthia Russo, et al.
                      Plaintiff,

v.                                                        Case No.: 1:17−cv−02246
                                                            Honorable Edmond E. Chang

Walgreen Co., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the docket, the Court notifies the parties that, after the most recent extension, R. 545, no extensions on the class−certification briefing shall be granted absent the most extraordinary circumstances \*\*if\*\* the parties continue to incorporate expert discovery within the certification briefing schedule. The parties' other choice is to actually finish expert discovery and then brief certification, rather than weave them together. The tracking status hearing of 11/11/2022 for Judge Chang is reset to 12/02/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.