# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cynthia Russo, et al.

                          Plaintiff,

v.                                                   Case No.: 1:17−cv−02246
                                                                              Honorable Edmond E. Chang

Walgreen Co., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: The Court has reviewed the joint status report dated 11/14/2022. By agreement, the parties are to file an updated report by 1/27/2023. Regarding Plaintiffs' 9/30/2022 requests for information about Walgreens' "recently disclosed PSC Database", Walgreens has agreed to provide this and states that it has located personnel with certain information responsive to these requests and is continuing to seek to locate additional personnel with responsive information. While the parties are not at impasse, Plaintiffs "request the Court's assistance to help expedite resolution" of their requests. But the JSR does not provide sufficient information for the Court to determine a reasonable deadline to respond to the requests, and Plaintiffs do not propose one. The Court will, however, require the parties to provide more frequent and robust updates on the 9/30/2022 requests, with the next one due by 11/30/2022. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.