**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> v.<br><br>WALGREEN CO.,<br><br>      Defendant. | Civil No. 1:17-cv-02246<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Sheila Finnegan<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Plaintiffs respectfully move the Court for leave pursuant to Local Rule 26.2 to file under seal Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification (the "Memorandum") and certain exhibits attached to the Declaration of Joseph P. Guglielmo in Support of Plaintiffs' Motion for Class Certification (the "Guglielmo Declaration"). In support of Plaintiffs' motion, which Defendant Walgreen Co. does not oppose, Plaintiffs state the following:

  1.  Pursuant to Local Rule 26.2(c), "Any party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal."

2. Plaintiffs' Memorandum contains descriptions of information contained within and quotations from documents and depositions that have been designated as "Confidential" pursuant to Sections 3 and 4 of the Agreed Confidentiality Order (ECF No. 79) (the "Confidentiality Order").

3. Exhibits 2-8 and 58 of the Guglielmo Declaration contain deposition testimony that has been designated as "Confidential" pursuant to Section 4 of the Confidentiality Order.

4. Exhibits 15-46, 48-52, and 55-56 of the Guglielmo Declaration contain information that has been designated as "Confidential" pursuant to Section 3 of the Confidentiality Order.

5. Contemporaneously with this filing, Plaintiffs will publicly file redacted versions of Plaintiffs' Memorandum and Exhibits 2-4, 6-8, and 55-56 of the Guglielmo Declaration.

6. Attached hereto is a Proposed Order granting Plaintiffs' motion.

WHEREFORE, for good cause shown, Plaintiffs hereby respectfully move for leave to file under seal:

    a. the unredacted version of Plaintiffs' Memorandum;

    b. the unredacted versions of Exhibits 2-4, 6-8, and 55-56 of the Guglielmo Declaration; and

    c. Exhibits 5, 15-46, 48-52, and 58 of the Guglielmo Declaration.

Dated: November 17, 2022

Respectfully Submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (IL Bar #2759819)
Carey Alexander (IL Bar #5188461)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169

Telephone: (212) 223-4478
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (IL Bar #420630)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 531-2632
Facsimile: (860) 537-4432
ecomite@scott-scott.com

David W. Mitchell (IL Bar #199706)
Brian O'Mara (IL Bar #229737)
Arthur L. Shingler III (IL Bar # 181719)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com
ashingler@rgrdlaw.com

Mark J. Dearman (IL Bar #0982407)
Stuart A. Davidson (IL Bar #084824)
Eric Scott Dwoskin (IL Bar # 0112459)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
mdearman@rgrdlaw.com
sdavidson@rgrdlaw.com
edwoskin@rgrdlaw.com

*Interim Co-Lead Counsel*

Katrina Carroll (IL Bar #6291405)
**LYNCH CARPENTER LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
katrina@lcllp.com

*Local Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                               */s/ Joseph P. Guglielmo*
                                               Joseph P. Guglielmo