**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>WALGREEN CO.,<br><br>                Defendant. | Civil No. 1:17-cv-02246<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Sheila Finnegan<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

The Court has considered Plaintiffs' Unopposed Motion to Seal Documents Filed in Support of Plaintiffs' Motion for Class Certification.

For good cause shown, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Unopposed Motion to Seal Documents Filed in Support of Plaintiffs' Motion for Class Certification is **GRANTED**.

2. The following documents shall remain sealed:

    a. the unredacted version of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification;

    b. the unredacted versions of Exhibits 2-4, 6-8, and 55-56 attached to the Declaration of Joseph P. Guglielmo in Support of Plaintiffs' Motion for Class Certification (the "Guglielmo Declaration"); and

    c. Exhibits 5, 15-46, 48-52, and 58 of the Guglielmo Declaration.

**IT IS SO ORDERED**.

Dated: _____

                                                  The Hon. Edmond E. Chang
                                                  United States District Judge