# EXHIBIT 2

CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
2                     EASTERN DIVISION

3

4    DOROTHY FORTH, DONNA BAILEY,     )
     LISA BULLARD, RICARDO GONZALES, )
5    CYNTHIA RUSSO, TROY TERMINE,     )
     INTERNATIONAL BROTHERHOOD OF     )
6    ELECTRICAL WORKERS LOCAL 38      )
     HEALTH AND WELFARE FUND,         )
7    INTERNATIONAL UNION OF           )
     OPERATING ENGINEERS LOCAL 295-   )
8    295C WELFARE FUND, AND           )
     STEAMFITTERS FUND LOCAL 439, on )
9    Behalf of Themselves and All     )
     Similarly Situated,              )
10                                    )
       Plaintiffs,                    )
11                                    ) Civil No.
     vs.                              ) 17-CV-2246
12                                    )
     WALGREEN CO.,                    )
13                                    )
        Defendant.                    )
14

15

16              ** C O N F I D E N T I A L **

17

18         The video deposition of MICHAEL AMIET, taken
19     before Richard Derrick Ehrlich, Registered Merit
20     Reporter, Certified Realtime Reporter, taken
21     pursuant to the Federal Rules of Civil Procedure, at
22     Reed Smith, LLP, 10 S. Wacker Drive, Chicago,
23     Illinois, commencing at 9:00 a.m., on the 20th day
24     of November, 2019.

25

CONFIDENTIAL

Page 2

```
 1              A P P E A R A N C E S
 2
 3   On behalf of the Plaintiffs:
 4            Joseph P. Guglielmo
              Carey Alexander
 5            SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
              230 Park Avenue, 17th Floor
 6            New York, NY 10169
              212.223.4478
 7            jguglielmo@scott-scott.com
              calexander@scott-scott.com
 8
 9   On behalf of the Defendant:
10            Selina P. Coleman
              Michael Leib
11            REED SMITH
              1301 K Street, N.W.
12            Suite 1000 - East Tower
              Washington, D.C. 20005
13            202.414.9220
              scoleman@reedsmith.com
14            mleib@reedsmith.com
15
              Daniel P. Fitzgerald
16            Senior Counsel
              WALGREEN CO.
17            104 Wilmot Road
              Deerfield, IL 60015
18            847.315.4857
              dan.fitzgerald@walgreens.com
19
20   Videographer:
21   Daniel Froman
22
23
24
25
```

CONFIDENTIAL

1  that?

2 A So that would've been prior to the initial

3  April 2006 pilot.  As Jay was speaking with his

4  boss, Michelle Garvey, in the lead-up to

5  thinking about piloting this, they were having

6  discussions about what the purpose would be of

7  creating this type of a product.  And so I don't

8  know the exact time frame, but it would've been

9  prior to that April of 2006 pilot launch.

10 Q And when was the initial reason -- when was

11  that -- you said it was abandoned.  When was it

12  abandoned --

13    MS. COLEMAN:  Objection.

14 BY MR. GUGLIELMO:

15 Q -- the determination to offer the Prescription

16  Savings Club in connection with Part D coverage?

17 A Sometime prior to the actual launch of the

18  pilot.

19 Q And do you know why it was abandoned?

20 A ███████   ████████████████████████████████

21  ████████████████████████████████████████████

22  ████████████████████████████

23 Q So then after the initial development, Walgreens

24  then changed essentially the purpose of what the

25  Prescription Savings Club was going to be?

CONFIDENTIAL

Page 72

1    A    Yes.

2    Q    And when was that?

3    A    Again, sometime prior to the initial launch.  So

4         I would say early 2006.

5    Q    And what was the ultimate purpose of the -- can

6         I call it -- can I use -- PSC.  Can I use PSC?

7    A    Let's do that.

8    Q    What was the ultimate purpose of the PSC?

9    A    The purpose changed to being -- to offer a

10        membership program for uninsured and

11        underinsured customers who were, for the most

12        part, price sensitive customers.

13   Q    Has that been the purpose throughout the --

14        since the national launch to today, for example?

15   A    Yes.

16   Q    Have there been any other purposes of the PSC?

17   A    Yes.

18   Q    What other purposes does the PSC serve?

19   A    Really, I guess it's a clarification.  When I

20        say it's a product intended to provide a

21        different set of prices to the uninsured and the

22        underinsured, Walgreens wasn't doing that from

23        an altruistic perspective.  There's an element

24        of that -- as a health care services provider,

25        we wanted people to have access to prescriptions

1    that they might otherwise not have been able to

2    afford, but we also thought that the program

3    would -- it would do two things:  One, it would

4    cause people who might otherwise fill their

5    prescriptions at a different pharmacy provider

6    to come to Walgreens.  And to the extent that

7    people were going to pay a membership fee and

8    join a club program, then any time they did have

9    a prescription, they wouldn't say, Oh, I'm going

10   to be at the grocery store.  I'll just fill it

11   at, you know, at Kroger.  They would say, I paid

12   to be part of this program at Walgreens, and so

13   I'm going to take all of my prescriptions there

14   and get all the value I can out of that program.

15        So that loyalty was another element that we

16   were trying to drive.

17 Q   So we have the definitions, you referred to two

18     categories of customers, I think.  Uninsured.

19     Who are you referring to with respect to the

20     definition of uninsured?

21 A   These are individuals who have no third-party

22     coverage from any source.

23 Q   And underinsured, what does that mean?

24 A   Underinsured is a more difficult one because I

25     think it -- colloquially you sort of think, oh,

CONFIDENTIAL

Page 90

1      the PSC pricing to individuals who did not pay a

2      membership fee?

3  A   Not to my knowledge.

4  Q   Did Walgreens ever make exceptions to --

5      including certain individuals or categories of

6      individuals as -- to receive the PSC pricing

7      although they hadn't paid a membership fee?

8          MS. COLEMAN:  Objection to form.

9          THE WITNESS:  So in the interest of

10     clarity, I think I understand.  There was a time

11     starting in 2011, actually through to this date,

12     when Walgreens corporate pays the PSC membership

13     fee for its employees who wish to join the club.

14     And so as an employee benefit, there were

15     individuals who had that fee paid for them by

16     the company.

17 BY MR. GUGLIELMO:

18 Q   Other than Walgreens' employees, are there

19     certain categories of individuals that would

20     receive the PSC pricing, although not members of

21     the PSC club?

22 A   No.

23         MR. LEIB:  And just to be clear, I think

24     the witness testified that the Walgreens'

25     employees for whom the fee was paid were members

CONFIDENTIAL

Page 91

1              of the Walgreens Prescription Savings Club.

2                    MR. GUGLIELMO:  Understood.

3                    MR. LEIB:  Okay.  Your question sort of

4              assumed that it wasn't.  So I just want to --

5                    MR. GUGLIELMO:  No.  I was following up my

6              prior question.

7         BY MR. GUGLIELMO:

8         Q    Is the PSC a formal, legal entity as far as you

9              know?

10                   MS. COLEMAN:  Objection to form.

11                   THE WITNESS:  I don't know.

12        BY MR. GUGLIELMO:

13        Q    Are there officers or directors of the PSC?

14        A    Not to my knowledge.

15        Q    Are there eligibility requirements for the PSC?

16        A    There are, yes.

17        Q    What are they?

18        A    The two key requirements, one, the individual

19             has to be willing to provide an email address as

20             part of registration, which is -- so we can

21             communicate with these individuals who are part

22             of the club.  And, two, they have to certify

23             that they're not members of a publicly funded

24             program, meaning Medicaid or Medicare.

25        Q    And do you have an understanding why Walgreens

CONFIDENTIAL

Page 92

1      excludes members of a publicly funded program?

2   A  ████████████████████████████████████████████

3      ████████████████████████████████████████████

4      ████████████████████████████████████████████

5      ████████████████████████████████████████████

6      ████████████████████████████████████████████

7      ████████████████████████████████████

8      ██████████████████

9   Q  Any other requirements other than the email

10     address and the certification?

11  A  In addition to the certification and the

12     primary -- what the certification was was a

13     subset of agreeing to the terms and conditions

14     of membership in the program.  So that was the

15     other piece; had to agree to the terms and

16     conditions.

17  Q  Does Walgreens maintain the certifications of

18     those who have joined the club?

19         MS. COLEMAN:  Objection to form.

20         THE WITNESS:  I don't have specific

21     knowledge.  It would surprise me greatly if we

22     did not maintain those certifications and

23     document those certifications.

24  BY MR. GUGLIELMO:

25  Q  In the process of enrolling a member, does the

CONFIDENTIAL

Page 93

1      pharmacy have to indicate that the potential

2      member has provided the specific requirements;

3      in other words, the email address and certify?

4   A  The individual customer actually, on the PIN pad

5      at the point of sale, has to confirm what we

6      just discussed.  And for that reason, for

7      example, people can't join the PSC when they

8      come through the drive-thru because we don't

9      have that terminal for them respond that they're

10     accepting the terms and conditions, and that

11     they're not a member of a publicly funded

12     program.  And so it's not the pharmacist that

13     does the confirmation, it's actually an active

14     action of the customer themselves at the point

15     of sale.

16  Q  Has that been the process from 2008 to the

17     present?

18  A  Yes.

19  Q  Is there any other way to join other than

20     through the process that you've just described?

21  A  Individuals through Walgreens.com, they can fill

22     out what looks like an enrollment form.  And

23     they provide the information, and they can print

24     that form.  But then in order to actually join

25     the program, they have to bring that to the

CONFIDENTIAL

1       pharmacy and go through the steps that I talked

2       about where they actually have to make those

3       confirmations at the point of sale.

4          So to my knowledge, the only way to join

5       the PSC is in store physically.

6  Q   Okay.  At a certain point in time, Walgreens

7       began developing call it PSC 2?

8  A   Yes.

9  Q   Do you know approximately when that started?

10  A   The development began 2010, 2011.  The launch

11       was May of 2012.

12  Q   And what was the reason why Walgreens developed

13       PSC 2, or 2.0?

14  A   There were a lot of surveys that were done of

15       our customers around our club program, other

16       options they had in the marketplace, and one of

17       the things that we heard very clearly was that

18       customers were -- they wanted to have certainty

19       about what they were going to pay for their drug

20       before they ever got to the pharmacy.

21          And so in PSC 1.0, we had somewhere between

22       300 and 400 VPGs, value price generics, that we

23       talked about previously that had that

24       characteristic where we published a list that

25       said, you know, these 300 or 400 NDCs, you will

CONFIDENTIAL

Page 95

1          pay 9.99 for a 30-day supply, or you will pay

2          $12 for a 90-day supply.

3                  We wanted to create that certainty across a

4          larger number of products.  And the cost to

5          Walgreens of actually purchasing these drugs, we

6          couldn't support that price point for all of the

7          drugs that we might want to put onto a fixed

8          published price, and so we created additional

9          tiers.

10                 And so there were certain drugs where it

11         made sense from a Walgreens' cost perspective

12         that those could be $5 for a 30-day supply, that

13         was tier 1.  Others at $10 for two tier.  And

14         then tier 3 was $15.

15                 And now we got to 700 to 800 drugs instead

16         of that 300.  And so it really -- that was the

17         primary motivating factor, was just to put more

18         products on the VPG in a way that it would

19         create great visibility for those individuals

20         and attract them to our store.

21    Q    Taking a step back.  You mentioned the 9.99 and

22         $12 price points for PSC 1?

23    A    Yes.

24    Q    Do you know why those price points were set at

25         the prices that were provided?

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Page 115

1          MR. LEIB:  Would this be a good time for a
2       break?
3          It sounds like -- or whenever you're
4       finished with this line of questioning.
5          MR. GUGLIELMO:  About five minutes.
6          MR. LEIB:  That's fine.
7          MR. GUGLIELMO:  Thank you.
8    BY MR. GUGLIELMO:
9    Q   How did Walgreens market the PSC 1 program to
10      individuals?
11   A   Around the time of the national launch, we did a
12      significant amount of marketing.  A number of
13      different components.  I'll describe the most
14      important ones.  We can go through them.
15         We did broadcast advertising both national
16      and local.  So TV ads.  We did radio ads.
17      Again, national and local.  We did ads in print
18      publications, both the circular or the roto that
19      Walgreens circulated as well as other print
20      publications.  We did other outdoor advertising.
21      Billboards, for example.  We did a significant
22      amount of in-store advertising.  So we had
23      trifold brochures that were available in all the
24      pharmacy counters.  We had in-store signage.
25      The reader boards that are outside of the store,

CONFIDENTIAL

Page 116

1     they have the LED scroll, we would advertise the

2     PSC.

3          And then one of the most powerful marketing

4     tools that we have is our pharmacists and our

5     pharmacy techs who would talk to people about

6     the availability of the program.

7          I think those are the principal ways that

8     we communicated with individuals.

9  Q  Who was the target audience or demographic with

10    respect to the marketing program for PSC 1?

11         MS. COLEMAN:  Objection to form.

12         THE WITNESS:  Everyone, frankly.  The

13    marketing wasn't targeted to a particular subset

14    of individuals.  Everyone who was paying a

15    significant out-of-pocket amount for drugs who

16    might be interested in being part of a club

17    where they could receive discounts on the amount

18    that they were paying, that's who we were

19    targeting, whoever they might be.

20  BY MR. GUGLIELMO:

21  Q  And was part of the message in the marketing

22    that the PSC was an alternative for cash paying

23    customers or retail price paying customers?

24  A  The messaging, to my knowledge, is always around

25    uninsured customers, and cash customers are a

CONFIDENTIAL

Page 117

1       subset of uninsured customers, customers who pay

2       the retail price.  And then underinsured

3       customers who, really as we talked about,

4       anybody who had insurance but had a high

5       out-of-pocket cost on at least one of their

6       products, they were the target audience as well.

7    Q  Did Walgreens market the PSC 2 Taft-Hartley

8       funds?

9    A  No.

10   Q  Do you know if Walgreens marketed the PSC to

11      third-party payors?

12   A  Third-party payors.  Do you mean plan sponsors?

13   Q  Yes.

14   A  No.  The marketing was to individuals who may

15      have been covered under those plan sponsors,

16      those third-party payors, but there was no

17      explicit marketing done to health plans or

18      employer groups.

19   Q  Were they a part of the target audience?

20   A  The health plans?

21   Q  Yes.

22   A  The third-party payors, no, they were not.

23   Q  How about the Taft-Hartley funds, were they a

24      part of the target audience?

25   A  The proposition was for consumers.  So in that

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Page 230



1

2

3

4  Q   Okay.  We'll mark as Exhibit 80.  Again, we've

5      included the first 24 pages of the agreement,

6      not the attachments.  A document bearing Bates

7      number WALG_FORTH_00095271 through 294.

8          MS. COLEMAN:  I'll note the same objection

9      for the record.

10         (Exhibit No. 80 marked.)

11         THE WITNESS:  Okay.

12  BY MR. GUGLIELMO:

13  Q   Okay.  Mr. Amiet, have you had a chance to take

14      a look at the document that I've had marked as

15      Exhibit 80?

16  A   I have, yes.

17  Q   Do you recognize this document?

18  A   I do.

19  Q

20

21

22

23

24  A

25  Q

CONFIDENTIAL

Page 234

1      network contracting.  And so she contracted on

2      behalf of the PBM with pharmacies, and she

3      managed the contract with Walgreens.

4   Q  And we have Ms. Reaves who is receiving the

5      email.  Do you see that?

6   A  I do, yes.



CONFIDENTIAL



CONFIDENTIAL



Page 236

CONFIDENTIAL

**Page 237**



1

2

3

4   Q

5

6

7

8

9   Q

10

11  A

12  Q   Let's mark as Exhibit 82, a document bearing

13      Bates WALG_FORTH_00180170 through 188.

14          (Exhibit No. 82 marked.)

15          THE WITNESS:  Okay.

16  BY MR. GUGLIELMO:

17  Q   Mr. Amiet, have you had a chance to take a look

18      at the document I've had marked as Exhibit 82?

19  A   I have.

20  Q   Do you recognize this document?

21  A   Yes.

22  Q   What is it?

23  A

24

25

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Page 249

| | | |
|---|---|---|
| 1 | | understanding is it's your position, or at least |
| 2 | | Walgreens' position, that because it's a cash |
| 3 | | customer it wouldn't be; is that correct? |
| 4 | A | That's correct. |
| 5 | Q | We'll turn to an exhibit marked as 84.  And I |
| 6 | | truncated this one as well because it's over 166 |
| 7 | | pages.  Walgreens_FORTH_00163844 through 868. |
| 8 | | MS. COLEMAN:  Same objection.  We |
| 9 | | appreciate you saving the trees. |
| 10 | | MR. GUGLIELMO:  That's fine. |
| 11 | | (Exhibit No. 84 marked.) |
| 12 | | THE WITNESS:  Okay. |
| 13 | BY MR. GUGLIELMO: |
| 14 | Q | Mr. Amiet, have you had a chance to take a look |
| 15 | | at this document I've marked as Exhibit 84? |
| 16 | A | I have, yes. |
| 17 | Q | Okay.  And what is this document? |
| 18 | A | |
| 19 | | |
| 20 | | |
| 21 | Q | |
| 22 | | |
| 23 | | |
| 24 | A | |
| 25 | Q | |

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Page 285

1                          **CERTIFICATE**
2
            I, Richard D. Ehrlich, a Certified Shorthand
3
    Reporter of the State of Illinois, CSR License No.
4
    084-4018, do hereby certify that I stenographically
5
    reported the proceedings had at the video deposition,
6
    as aforesaid, and that the foregoing transcript is a
7
    true and accurate record of the proceedings had
8
    therein.
9
            IN WITNESS WHEREOF, I do set my hand at
10
    Chicago, Illinois, this 13th day of December, 2019.
11
12
13
14
                          Richard D. Ehrlich
15
                          Certified Shorthand Reporter
16                        License No. 084.4018
17
18
19
20
21
22
23
24
25