# EXHIBIT 4

CONFIDENTIAL

Page 1

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
       EASTERN DIVISION


DOROTHY FORTH, DONNA BAILEY,        )
LISA BULLARD, RICARDO GONZALES,     )
CYNTHIA RUSSO, TROY TERMINE,        )
INTERNATIONAL BROTHERHOOD OF        )
ELECTRICAL WORKERS LOCAL 38         )
HEALTH AND WELFARE FUND,            )
INTERNATIONAL UNION OF              )
OPERATING ENGINEERS LOCAL 295-      )
295C WELFARE FUND, AND              )
STEAMFITTERS FUND LOCAL 439, on     )
Behalf of Themselves and All        )
Similarly Situated,                 )
                                    )
   Plaintiffs,                      )
                                    ) Civil No.
vs.                                 ) 17-CV-2246
                                    )
WALGREEN CO.,                       )
                                    )
    Defendant.                      )
```

** C O N F I D E N T I A L **

The video deposition of MEGAN BUTTERFIELD, taken before Richard Derrick Ehrlich, Registered Merit Reporter, Certified Realtime Reporter, taken pursuant to the Federal Rules of Civil Procedure, at Carlson Lynch, LLP, 111 W. Washington Street, Chicago, Illinois, commencing at 10:30 a.m., on the 5th day of December, 2019.

```
 1              A P P E A R A N C E S
 2
 3   On behalf of the Plaintiffs:
 4          Joseph P. Guglielmo
            Carey Alexander
 5          SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
            230 Park Avenue, 17th Floor
 6          New York, NY 10169
            212.223.4478
 7          jguglielmo@scott-scott.com
            calexander@scott-scott.com
 8
 9   On behalf of the Defendant:
10          Michael Leib
            REED SMITH
11          1301 K Street, N.W.
            Suite 1000 - East Tower
12          Washington, D.C. 20005
            202.414.9220
13          mleib@reedsmith.com
14
15   On behalf of Megan Butterfield:
16          Daniel S. Reinberg
            POLSINELLI
17          150 N. Riverside Plaza
            Suite 3000
18          Chicago, IL 60606-1599
            312.873.3636
19          dreinberg@polsinelli
20
21   Videographer:
22   Nick Page
23
24
25
```

```
1       I remember.  I don't remember anything above
2       this email.
3    Q  Okay.
4    A  Or beyond this email.
5    Q  [redacted]
6       [redacted]
7       [redacted]
8    A  [redacted]
9       [redacted]
10      [redacted]
11      [redacted]
12   Q  [redacted]
13      [redacted]
14      [redacted]
15      [redacted]
16      [redacted]
17   [redacted]
18   Q  [redacted]
19      [redacted]
20   A  [redacted]
21   Q  [redacted]
22      [redacted]
23      [redacted]
24      [redacted]
25      [redacted]
```

CONFIDENTIAL



Page 136

1  ███████████████████████████████████████
2  ██████████████████████████████████
3  ███████████████████████████████████████
4  ████████████████████████████████████████
5  ███████████████████████████████████████
6  ███████████████████████████████████████
7  ████████████████████████████████████████
8  ████████████████
9  Q  █████████████████████████████
10 A  ███████████████████████████  ██
11    ███████████████████████████████████████
12    ███████████████████████████████████████
13 Q  Okay.  And do you know who within your team or
14    Mr. Slanski's team had to perform that process?
15 A  At one point it was Paul Vroman.  He was running
16    it.  But then it transitioned to a couple of
17    other people that I don't recall their names
18    right now.
19 Q  Do you remember what Mr. Vroman's title or
20    position was in the 2014 time frame?
21 A  2014, I don't know what his title was, but he
22    was under Tools and Systems.  So that would have
23    been I think under Blake's organization.
24 Q  So Mr. Vroman didn't report to you in 2014?
25 A  In 2014.

CONFIDENTIAL

Page 137

1  Q  But then subsequently he did?
2  A  Yes.
3  Q  When did he begin reporting to you?
4  A  Sometime between 2014 and 2018.
5  Q  ████████████████████████████████
6     ████████████████████████████████
7     ████████████████████
8  A  ████████████████████████████████
9     ██████
10 Q  ████████████████████████████████
11    ████████████████████████████████
12 A  ████████████████████████████████
13    ████████████████████████████████
14    ████████████████████████████████
15    ████████████████████████████████
16    ████████████████████████████████
17 Q  ████████████████████████████████
18    ████████████████████████████████
19    ████████████████████████
20 A  ████████████████████████████████
21    ████████████████████████████████
22    ████████████████████████████████
23    ██████████
24 Q  ████████████████████████████████
25    ████████████████████████████████

CONFIDENTIAL

Page 154

1  Q  And so for the record, Richard is Richard
2     Ashworth?
3  A  Uh-huh.
4  Q  Brad is Bradley Fluegel?
5  A  Fluegel, correct.
6  Q  Who is Richard Ashworth?
7  A  Richard, I don't know his exact title at this
8     point in time, but he's -- he was basically over
9     all of Operations, the stores.
10 Q  And who was Bradley Fluegel?
11 A  Bradley Fluegel was -- I don't recall his
12    specific title, but he was Blake's boss, I
13    think, and Scott Schuler's boss.
14 Q  [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 A  [redacted]
19 [redacted]
20 Q  [redacted]
21 [redacted]
22        MR. LEIB:  I just instruct the witness if
23    there's any privileged communications that you
24    had regarding that not to disclose any
25    privileged communications.

CONFIDENTIAL

Page 155

1        THE WITNESS: I can't answer that.
2  BY MR. GUGLIELMO:
3  Q  Is it that you can't answer it because it's
4     privileged?
5  A  Uh-huh.
6  Q  So there were -- it was a legal discussion; is
7     that correct?
8  A  Uh-huh.
9  Q  [REDACTED]
10    [REDACTED]
11    [REDACTED]
12 A  [REDACTED]
13    [REDACTED]
14    [REDACTED]
15    [REDACTED]
16    [REDACTED]
17 Q  [REDACTED]
18    [REDACTED]
19    [REDACTED]
20 A  [REDACTED]
21 Q  And do you recall seeing this document before?
22 A  Vaguely, yes.
23 Q  Did you help in creating it?
24 A  Not the actual typing, I don't recall creating
25    it, but I helped with the content.

CONFIDENTIAL

Page 156

1  Q  By "the content," what exactly did you help
2     with?
3  A  The research and creating of the options and the
4     message, I guess.
5  Q  Okay.  And who was the audience for this
6     document?  Do you know?
7  A  At this point in time it was Richard and Brad.
8     So they could make the decision of -- well,
9     feedback on the options and time lines.
10 Q  Okay.  And other than yourself, were there
11    individuals that reported to you, part of your
12    teams that were involved in gathering
13    information for this PowerPoint?
14 A  To the best of my ability to remember, whoever
15    was running the PSC pricing card at that time,
16    I'm not sure if Cindy Jen was still here or if
17    that was under Julie and Eddy and Kelly at that
18    point in time.  Whoever owned that would've had
19    an opinion, and then I think that's probably the
20    only people on my team.  There would be other
21    teams involved.
22 Q  Okay.  And turn to the first substantive page of
23    the PowerPoint.  It's ending in Bates -68.
24    ███████████████████████████████████
25    ████████████████████████████  ██████████████



1 ███████████████████████████████
2 █████████████████
3  A  ████
4  Q  ██████████
5  A  ████
6  Q  ███████████████████████████████
7 ████████████████
8  A  ██████████████████████████
9 ██████████████████████████
10 █████████████████████████
11     █████████████████████
12 █████████████████████████
13 █████  ████████████████████
14 ████████████████████████ ███
15 ███████████████████████████████
16 ██████████████████████████
17 ██████████████████████
18 ██████████████████████████
19 ███████████████
20     ██████████████████████
21 ██████████████████████
22 ███████████████████████████████
23 ████████
24  Q  ██████████████████████████
25 █████████████████████████

CONFIDENTIAL

Page 209

1     CERTIFICATE

2      I, Richard D. Ehrlich, a Certified Shorthand
3  Reporter of the State of Illinois, CSR License No.
4  084-4018, do hereby certify that I stenographically
5  reported the proceedings had at the video deposition,
6  as aforesaid, and that the foregoing transcript is a
7  true and accurate record of the proceedings had
8  therein.
9      IN WITNESS WHEREOF, I do set my hand at
10 Chicago, Illinois, this 19th day of December, 2019.

15     Richard D. Ehrlich
       Certified Shorthand Reporter
16     License No. 084.4018