# EXHIBIT 8

```
                                                       Page 1
 1
 2   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF ILLINOIS
 3   EASTERN DIVISION
     Civil No. 1:17-cv-02246
 4   - - - - - - - - - - - - - - - - - - - -x
 5   DOROTHY FORTH, LISA BULLARD, RICARDO
     GONZALES, CYNTHIA RUSSO, INTERNATIONAL
 6   BROTHERHOOD OF ELECTRICAL WORKERS
     LOCAL 38 HEALTH AND WELFARE FUND,
 7   INTERNATIONAL UNION OF OPERATING
     ENGINEERS LOCAL 295-295C WELFARE
 8   FUND, AND STEAMFITTERS FUND LOCAL 439,
     On Behalf of Themselves and All
 9   Others Similarly Situated,
10                   Plaintiffs,
11          -against-
12   WALGREEN CO.,
13                   Defendant.
14   - - - - - - - - - - - - - - - - - - - -x
15                    September 17, 2020
                      11:36 a.m.
16
17          *** HIGHLY CONFIDENTIAL ***
18          *** ATTORNEYS' EYES ONLY ***
19
20              Virtual Videotaped 30(b)(6)
     Deposition of BRIAN CORREIA, taken by
21   Plaintiffs, pursuant to Notice, before
     Sharon Pearce, RMR, CRR, CRC, NYRCR, a
22   Registered Merit Reporter, Certified
     Realtime Reporter, and Notary Public of
23   the State of New York.
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4      SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
             Attorneys for Plaintiffs and
 5            Putative Class
             The Helmsley Building
 6           230 Park Avenue
             17th Floor
 7           New York, New York 10169
             (212) 223-6444
 8
        BY:  CAREY ALEXANDER, ESQ.
 9           JOSEPH GUGLIELMO, ESQ.
             ERIN GREEN COMITE, ESQ.
10           calexander@scott-scott.com
             jguglielmo@scott-scott.com
11           ecomite@scott-scott.com
12
13
14      REED SMITH
             Attorneys for Defendant Walgreens
15           10 South Whacker Drive
             Suite 4000
16           Chicago, Illinois 60606
             (312) 207-1000
17
        BY:  MICHAEL LEIB, ESQ.
18           ANTHONY R. TODD, ESQ.
             MICHAEL PERKINS, ESQ.
19           mleib@reedsmith.com
             atodd@reedsmith.com
20           mperkins@reedsmith.com
21
22
23
24
25
```

```
 1
 2   A P P E A R A N C E S(Cont'd)
 3
 4      WILLIAMS & CONNOLLY LLP
             Attorneys for Third-Party
 5            Witness, Caremark LLC
             725 12th Street NW
 6           Washington, DC 20005
             (202) 434-5000
 7
        BY:  GRANT GEYERMAN, ESQ.
 8           ggeyerman@wc.com
 9
10
11
12
13
14
15
16
17
18   ALSO PRESENT:
19           MATT ALLISON, Videographer
20           HILARY BURN DUDLEY, ESQ.,
                 Caremark in-house counsel
21
                 *    *    *
22
23
24
25
```

Page 260

CORREIA - HIGHLY CONFIDENTIAL - AEO



1  **CORREIA - HIGHLY CONFIDENTIAL - AEO**



CORREIA - HIGHLY CONFIDENTIAL - AEO



CORREIA - HIGHLY CONFIDENTIAL - AEO

[lines 2-20 redacted]

Q. So if Walgreens' retail price for a drug was $15, and its PSC price was $10, it would still report its U&C as the $15, but it would let you know that its PSC price was $10, and then you could

Page 264

1 CORREIA - HIGHLY CONFIDENTIAL - AEO
2 change your MAC price to be $10; is that
3 correct?
4  A. Yeah. What we found out was
5 that the FEP MAC prices were already lower
6 than the clear majority of any of the club
7 price programs that were out there. So
8 the incremental value for this endeavor
9 was very minimal. There might have been
10 some leaders that some of the club
11 programs had. But it didn't amount to
12 anything in the aggregate.
13  Q. But my hypothetical was correct,
14 though.
15  A. Yes. That's correct.
16  Q. And in fact, the whole point of
17 this provision, this -- under the generic
18 drug section, the whole point of this
19 provision was because you knew that
20 Walgreens was not reporting its PSC prices
21 as its U&C prices; correct?
22  A. Correct.
23  Q. And if we can look at Tab T now,
24 which we'll mark as Exhibit 364.
25   MR. PERKINS: Tab T or Tab S?

Page 318

CERTIFICATION

I, SHARON PEARCE, RMR, CRR, CRC, NYRCR, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of September, 2020.

*Sharon Pearce*

_____
SHARON PEARCE
RMR, CRR, CRC, NYRCR