# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cynthia Russo, et al.

                      Plaintiff,

v.                                                    Case No.: 1:17−cv−02246
                                                                   Honorable Edmond E. Chang

Walgreen Co., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 1, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiffs' motion [551] to file under−seal versions of the certification brief and certain exhibits is granted provisionally. The Court will again review the propriety of sealing when evaluating the underlying motion. Whoops, please add: The tracking status hearing of 12/02/2022 for Judge Chang is reset to 02/17/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.