# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cynthia Russo, et al.

                Plaintiff,

v.                                                 Case No.: 1:17−cv−02246
                                                          Honorable Edmond E. Chang

Walgreen Co., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: The Court has reviewed the joint status report dated 11/30/2022 specific to Plaintiffs' September 30, 2022 information requests regarding the recently disclosed PSC Database and the PSC enrollment and renewal data that Walgreens produced on August 23, 2022. The parties are to provide a further update by 1/4/2023. The Court declines Plaintiffs' request to deem the parties at impasse and require motion practice if they have not concluded their negotiations as to the PSC Database within 21 days. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.