# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br> v.<br><br>WALGREEN CO.,<br><br>        Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan<br><br>**JOINT AGREED MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT RELATING TO PLAINTIFFS' SEPTEMBER 30, 2022 INFORMATION REQUESTS** |

Plaintiffs Cynthia Russo, Lisa Bullard, Ricardo Gonzales, International Brotherhood of Electrical Workers Local 38 Health and Welfare Fund, International Union of Operating Engineers Local 295-295c Welfare Fund, and Steamfitters Fund Local 439 (collectively, "Plaintiffs") and Defendant Walgreen Co. ("Walgreens") (collectively, with Plaintiffs, the "Parties") jointly move to extend the deadline for the submission of the Joint Status Report due today per ECF No. 559. The Parties are continuing to meet and confer regarding Plaintiffs' September 30, 2022 information requests regarding the PSC enrollment and renewal data that Walgreens produced on August 23, 2022 and the recently disclosed PSC Database. For good cause shown, the Parties respectfully request that the Court extend the deadline to file a Joint Status Report until January 12, 2023.

DATED: January 4, 2023

s/ Michael Scott Leib  (with permission)
Michael Scott Leib
Anthony Robert Todd
**REED SMITH LLP**
10 S Wacker Dr # 4000
Chicago, IL 60606
Telephone: 312-207-1000
*mleib@reedsmith.com*
*atodd@reedsmith.com*

Frederick Robinson (*pro hac vice*)
Selina Coleman (*pro hac vice*)
Jessica Christensen (*pro hac vice*)
**REED SMITH LLP**
1301 K Street, N.W. Suite 1100
East Tower
Washington, DC 20005
Telephone: 202-414-9200
 *frobinson@reedsmith.com*
*scoleman@reedsmith.com*
*jchristensen@reedsmith.com*

***Attorneys for Defendant Walgreen Co.***

s/ Joseph P. Guglielmo
Joseph P. Guglielmo (IL Bar #2759819)
Carey Alexander (IL Bar #5188461)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-4478
*jguglielmo@scott-scott.com*
*calexander@scott-scott.com*

Erin Green Comite (IL Bar #420630)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-531-2632
Facsimile: 860-537-4432
*ecomite@scott-scott.com*

David W. Mitchell (IL Bar # 199706)
Brian O. O'Mara (IL Bar # 229737)
Arthur L. Shingler III (IL Bar # 181719)
**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
*davidm@rgrdlaw.com*
*bomara@rgrdlaw.com*
*ashingler@rgrdlaw.com*

Stuart A. Davidson (*pro hac vice)*
Mark J. Dearman (*pro hac vice to be filed*)
Eric Scott Dwoskin (IL Bar # 0112459)
**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561-750-3000
*sdavidson@rgrdlaw.com*
*mdearman@rgrdlaw.com*

*edwoskin@rgrdlaw.com*

***Interim Co-Lead Counsel***

Katrina Carroll
**CARLSON LYNCH LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265
*kcarroll@carlsonlynch.com*

***Local Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

            *s/ Joseph P. Guglielmo*
             Joseph P. Guglielmo