**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　v. <br><br>WALGREEN CO., <br><br>　　　　　　　　　　Defendant. | Civil No. 17-cv-2246 <br><br> Judge Edmond E. Chang <br> Magistrate Judge Sheila Finnegan <br><br> **JOINT STATUS REPORT RELATING TO PLAINTIFFS' SEPTEMBER 30, 2022 INFORMATION REQUESTS** |

      Pursuant to the Court's January 4, 2023 Order (ECF No. 562), the parties, through their respective counsel, respectfully submit the following Joint Status Report specific to Plaintiffs' September 30, 2022 information requests regarding the PSC enrollment and renewal data that Walgreens produced on August 23, 2022 and the recently disclosed PSC Database. The parties are continuing to meet and confer regarding the PSC Database and the PSC Enrollment and Renewal Data. To the extent the parties are unable to resolve any disputes, motion practice may be required. The parties have agreed that, if they reach an impasse on the supplemental declaration, they will promptly bring this issue before the Court. Consistent with Court's November 17, 2022 Minute Entry (Dkt. 550), the parties will file a Joint Status Report on or before January 27, 2023.

DATED: January 12, 2023

| | |
|---|---|
| *s/Michael Scott Leib* | *s/Joseph P. Guglielmo (with permission)* |
| Michael Scott Leib | Joseph P. Guglielmo (IL Bar #2759819) |
| Anthony Robert Todd | Carey Alexander (IL Bar #5188461) |
| **REED SMITH LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 10 S Wacker Dr # 4000 | The Helmsley Building |
| Chicago, IL 60606 | 230 Park Avenue, 17th Floor |
| Telephone: 312-207-1000 | New York, NY 10169 |
| *mleib@reedsmith.com* | Telephone: 212-223-4478 |
| *atodd@reedsmith.com* | *jguglielmo@scott-scott.com* |
| | *calexander@scott-scott.com* |
| Frederick Robinson (*pro hac vice*) | |
| Selina Coleman (*pro hac vice*) | Erin Green Comite (IL Bar #420630) |
| Jessica Christensen (*pro hac vice*) | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| **REED SMITH LLP** | 156 S. Main Street |
| 1301 K Street, N.W. Suite 1100 | P.O. Box 192 |
| East Tower | Colchester, CT 06415 |
| Washington, DC 20005 | Telephone: 860-531-2632 |
| Telephone: 202-414-9200 | Facsimile: 860-537-4432 |
| *frobinson@reedsmith.com* | *ecomite@scott-scott.com* |
| *scoleman@reedsmith.com* | |
| *jchristensen@reedsmith.com* | David W. Mitchell (IL Bar # 199706) |
| | Arthur L. Shingler III (IL Bar # 181719) |
| **Attorneys for Defendant Walgreen Co.** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| | Telephone: 619-231-1058 |
| | *davidm@rgrdlaw.com* |
| | *ashingler@rgrdlaw.com* |
| | |
| | Stuart A. Davidson (*pro hac vice*) |
| | Mark J. Dearman (*pro hac vice to be filed*) |
| | Eric Scott Dwoskin (IL Bar # 0112459) |
| | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| | 120 East Palmetto Park Road, Suite 500 |
| | Boca Raton, FL 33432 |
| | Telephone: 561-750-3000 |
| | *sdavidson@rgrdlaw.com* |
| | *mdearman@rgrdlaw.com* |
| | *edwoskin@rgrdlaw.com* |
| | |
| | ***Interim Co-Lead Counsel*** |

Katrina Carroll
**CARLSON LYNCH LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265
*kcarroll@carlsonlynch.com*

*Local Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                           *s/ Michael Scott Leib*
                                           Michael Scott Leib