**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | Civil No. 1:17-cv-02246 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Sheila Finnegan |

**STIPULATION OF VOLUNTARY DISMISSAL OF THE MINNESOTA CLAIMS ASSERTED BY PLAINTIFF IBEW LOCAL 38 AND THE NEW MEXICO CLAIM ASSERTED BY PLAINTIFF GONZALES**

Plaintiffs Cynthia Russo, Lisa Bullard, Ricardo Gonzales ("Gonzales"), International Brotherhood of Electrical Workers Local 38 Health and Welfare Fund ("IBEW Local 38"), International Union of Operating Engineers Local 295-295c Welfare Fund, and Steamfitters Fund Local 439 (collectively, "Plaintiffs") and Defendant Walgreen Co. ("Walgreens") – by and through their undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) – hereby stipulate to the voluntary dismissal without prejudice of: (i) Plaintiff IBEW Local 38's assertion of the Sixteenth Claim for Relief of the Fourth Amended Consolidated Class Action Complaint, ECF No. 477 ("FAC"), pursuant to the Minnesota Prevention of Consumer Fraud Act; (ii) Plaintiff IBEW Local 38's assertion of the Seventeenth Claim for Relief of the FAC pursuant to the Minnesota Unlawful Trade Practices Act; (iii) Plaintiff IBEW Local 38's assertion of the Eighteenth Claim for Relief of the FAC pursuant to the Minnesota Uniform Deceptive Trade

Practices Act; and (iv) Plaintiff Gonzales' assertion of the Twentieth Claim for Relief of the FAC pursuant to the New Mexico Unfair Practices Act. Plaintiffs and Walgreens shall each bear their own fees and costs.

DATED: February 3, 2023                    Respectfully submitted,

<div style="display:flex">

<div>

*s/ Selina Coleman* (with permission)
Selina Coleman (*pro hac vice*)
Frederick Robinson (*pro hac vice*)
Jessica Christensen (*pro hac vice*)
**REED SMITH LLP**
1301 K Street, N.W. Suite 1100
East Tower
Washington, DC 20005
Telephone: 202-414-9200
*scoleman@reedsmith.com*
*frobinson@reedsmith.com*
*jchristensen@reedsmith.com*

Michael Scott Leib
Anthony Robert Todd
**REED SMITH LLP**
10 S Wacker Dr # 4000
Chicago, IL 60606
Telephone: 312-207-1000
*mleib@reedsmith.com*
*atodd@reedsmith.com*

***Attorneys for Defendant Walgreen Co.***

</div>

<div>

*s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (IL Bar #2759819)
Carey Alexander (IL Bar #5188461)
Amanda M. Rolon (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-4478
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com

Erin Green Comite (IL Bar #420630)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 531-2632
Facsimile: (860) 537-4432
ecomite@scott-scott.com

David W. Mitchell (IL Bar #199706)
Brian O. O'Mara (IL Bar #229737)
Arthur L. Shingler III (IL Bar #181719)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com
ashingler@rgrdlaw.com

</div>

</div>

Mark J. Dearman (IL Bar #0982407)
Stuart A. Davidson (IL Bar #084824)
Eric Scott Dwoskin (IL Bar # 0112459)
**ROBBINS GELLER RUDMAN**
 **& DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
mdearman@rgrdlaw.com
sdavidson@rgrdlaw.com
edwoskin@rgrdlaw.com

*Interim Co-Lead Counsel*

Katrina Carroll (IL Bar #6291405)
**CARLSON LYNCH LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
kcarroll@carlsonlynch.com

*Local Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                                   *s/ Joseph P. Guglielmo*
                                                  Joseph P. Guglielmo