

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Mark J. Dearman

Firm   Robbins Geller Rudman & Dowd LLP

Street Address   225 NE Mizner Boulevard, Suite 720

City/State/Zip Code   Boca Raton, FL  33432

Phone Number   (561) 750-3000

Email address   mdearman@rgrdlaw.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:17-cv-02246 | Russo v. Walgreen Co. | Edmond E. Chang |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

s/ Mark J. Dearman                                    02/09/2023
_____     _____
Signature of Attorney                                 Date

Rev. 01272016