# EXHIBIT A

| | |
|---|---|
| **From:** | Carey Alexander <calexander@scott-scott.com> |
| **Sent:** | Tuesday, February 14, 2023 3:41 PM |
| **To:** | Parker, Kristin B.; Joseph P. Guglielmo; Erin Green Comite; DavidM; Eric Dwoskin; ashingler; Amanda Rolon |
| **Cc:** | Leib, Michael S.; Coleman, Selina P.; Todd, Anthony R.; Chambers, Caitlin A.; Christensen, Jessica R. |
| **Subject:** | Re: Russo v. Walgreen Co. - Motion for Leave to Exceed Page Limits |

EXTERNAL E-MAIL - From calexander@scott-scott.com

Counsel,

Walgreens has been on notice that there are "two different types of class members" since March 2017. The first line of the initial complaint put Walgreens on notice that Plaintiffs were "consumers" and "third-party payor[s]" that brought this action on behalf of themselves and all others similarly situated. ECF No. 1 ¶ 1. As the Court has already rejected the parties' proposal to provide Walgreens up to 50 pages to file a memorandum in opposition, and Plaintiffs up to 50 pages to file their reply, we do not believe that Walgreens' motion is warranted. Plaintiffs object to Walgreens' motion.



**Carey Alexander,** Partner
212.519.0512
calexander@scott-scott.com
www.scott-scott.com
The Helmsley Building + 230 Park Avenue, 17th Fl
New York, NY 10169

NEW YORK+LONDON+AMSTERDAM+BERLIN+CALIFORNIA+CONNECTICUT+VIRGINIA+OHIO+ARIZONA

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** "Parker, Kristin B." <KParker@reedsmith.com>
**Date:** Monday, February 13, 2023 at 2:13 PM
**To:** Carey Alexander <calexander@scott-scott.com>, Joseph Guglielmo <jguglielmo@scott-scott.com>, Erin

1

Comite <ecomite@scott-scott.com>, David Mitchell <DavidM@rgrdlaw.com>, Eric Dwoskin <EDwoskin@rgrdlaw.com>, Art Shingler <AShingler@rgrdlaw.com>, Amanda Rolon <arolon@scott-scott.com>, Aaron Browning <ABrowning@rgrdlaw.com>
**Cc:** Michael Leib <MLeib@ReedSmith.com>, Selina Coleman <SColeman@reedsmith.com>, "Todd, Anthony R." <ATodd@ReedSmith.com>, Caitlin Chambers <CAChambers@reedsmith.com>, "Christensen, Jessica R." <JChristensen@reedsmith.com>
**Subject:** Russo v. Walgreen Co. - Motion for Leave to Exceed Page Limits

Counsel,

Consistent with the parties' March 24, 2022 Joint Agreed Motion for Leave to Exceed Page Limits for Class Certification Briefing, in which the parties sought leave to exceed the page limits for class certification briefing ***without prejudice to seeking leave to file additional pages*** following a review of Plaintiffs' opening memorandum, Walgreens intends to move the court for leave to exceed the page limits set forth in the Court's March 28, 2022 Order to allow Walgreens to address different arguments relating to the two different types of class members (i.e. consumers/Individuals and third-partyer payers/Funds). Walgreens proposes requesting an additional 10 pages for each of Walgreens' opposition memorandum and Plaintiffs' reply memorandum.

To the extent Plaintiffs are agreeable to this approach, we have drafted the attached Joint Agreed Motion for Leave to Exceed Page Limits for your review.

Please provide Plaintiffs' position, and, if applicable, Plaintiffs' edits to the draft motion, by **tomorrow at 5:00pm ET**. We intend to file a motion (whether agreed or opposed) on Wednesday.

Best regards,

Kristin

### Kristin B. Parker | Sr. Associate

ReedSmith LLP

1717 Arch Street, Suite 3100

Philadelphia, PA 19103

Direct +1 215 241 1214 | Mobile +1 607 760 1259

kparker@reedsmith.com

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01