UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>   v.<br><br>WALGREEN CO.,<br><br>                        Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan |

**[PROPOSED] ORDER GRANTING**
**<u>ADDITIONAL PAGES FOR CLASS CERTIFICATION BRIEFING</u>**

      This case coming before the Court on Walgreen Co.'s ("Walgreens") motion for leave to exceed page limits for class certification briefing, **IT IS HEREBY ORDERED**:

1.    The Court's March 28, 2022 Minute Entry (ECF No. 519) is modified as follows: Walgreens shall file an opposition memorandum to Plaintiffs' motion for class certification not to exceed 50 pages.

DATED: _____               ENTERED:

                                                                         _____
                                                                       The Honorable Edmond E. Chang
                                                                       United States District Judge