## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Cynthia Russo, et al.
                          Plaintiff,

v.                                           Case No.: 1:17–cv–02246
                                                        Honorable Edmond E. Chang

Walgreen Co., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 16, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the parties' stipulation of dismissal [570], under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the following claims are dismissed without prejudice: (i) Plaintiff IBEW Local 38's assertion of the 16th Claim for Relief of the Fourth Amended Consolidated Class Action Complaint, ECF No. 477 (4th AC), pursuant to the Minnesota Prevention of Consumer Fraud Act; (ii) Plaintiff IBEW Local 38's assertion of the 17th Claim for Relief of the 4th AC pursuant to the Minnesota Unlawful Trade Practices Act; (iii) Plaintiff IBEW Local 38's assertion of the 18th Claim for Relief of the 4th AC pursuant to the Minnesota Uniform Deceptive Trade Practices Act; and (iv) Plaintiff Gonzales' assertion of the 20th Claim for Relief of the 4th AC pursuant to the New Mexico Unfair Practices Act. Each side shall bear its own fees and costs. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.