**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Cynthia Russo, et al.
                          Plaintiff,

v.                                              Case No.: 1:17−cv−02246
                                                        Honorable Edmond E. Chang

Walgreen Co., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 16, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: In light of the ongoing briefing, the tracking status hearing of 02/17/2023 for Judge Chang is reset to 05/19/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.