UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>            Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmund E. Chang<br>Magistrate Judge Sheila Finnegan |

**[PROPOSED] ORDER GRANTING WALGREENS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO EXCLUDE OPINIONS 3, 6 AND 7 OF SCHAFERMEYER'S EXPERT REPORT AND TESTIMONY REGARDING THE SAME PURSUANT TO FEDERAL RULE OF EVIDENCE 702, AS WELL AS CERTAIN EXHIBITS FILED IN SUPPORT OF ITS MOTION**

The Court has considered Walgreens' Unopposed Motion for Leave to File Under Seal its Motion to Exclude Opinions 3, 6 and 7 of Schafermeyer's Expert Report and Testimony Regarding the Same Pursuant to Federal Rule of Evidence 702 (the "Motion to Exclude"), as well as certain exhibits attached to the Motion to Exclude. For good cause shown, **IT IS ORDERED**:

    1.    Walgreens' Unopposed Motion to File Under Seal Its Motion to Exclude, as well as Certain Exhibits Filed in Support of the Motion to Exclude is **GRANTED**.

    2.    The following documents shall remain sealed:

        a.    The unredacted version of Walgreens' Motion to Exclude;

        b.    Exhibits A, B and C attached to the Motion to Exclude.

**IT IS SO ORDERED**.

Dated: _____                                        _____
                                                        The Hon. Edmond E. Chang
                                                        United States District Judge