# EXHIBIT C

*REDACTED*

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

------------------------------------

DOROTHY FORTH, et al.,

    Plaintiffs,

                                          Case No.:

v.                                      1:17-cv-2246

WALGREEN CO.,

    Defendant.

------------------------------------

VIDEO CONFERENCE VIA ZOOM DEPOSITION OF

WENDY BARNES

August 18, 2020

9:15 a.m.

Charlotte, North Carolina

Reported by: Audra M. Smith, RPR, FCRR

Video by: DeAndrae Shivers

Technical support by: Carl Gethers

Page 117

1  A. That's correct. The contract is only
2  executed when both parties have signed.
3  ███ ████████████████████████████████████
████████████ ██████████████████████ ████
████████████████████████████████████████
████████ ████████████████████████ ████
████████████
████ █████
████ █████████ ██████████████████
████████████████████████████████████████
██████████████████████████████
████████████████████████████████████████
██████████████████████████████████
████████████████████████████
██████████████ ██████████████████
████████████████████████████████
████████
████ █████
████ ██████████████████████████
████████████████████ ██████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████
████ █████
████ ████████████████████████████



Page 119

```
 1      █   ████████████████████████
 ██ █████████████
 ██  ██   █████████
 ██  ██   ███████████████████
 ██ █████████████████████████████
 ██ █████████████████████████████
 ██ ███████████████████████████
 ██ ████████████████████████████████
 ██ ███████
10      Q.   Let's look at Tab O, and that's
11  previously been marked as Amiet Exhibit 80.  And
12  I'm specifically saying Amiet Exhibit 80 because
13  there was a different Exhibit 80.  I don't -- I
14  want this to be clear.
15          MR. BOLTE:  It's available now.
16  BY MR. LEIB:
17      Q.   Can you take a look at that and tell me
18  if you recognize that document?  I don't see it
19  yet.
20          MR. BOLTE:  You might have to refresh
21      your page.
22      █   ████████████████████████
██ █████████████████████████████████
██ ██████████████████████████████████
██ ████████████████████████████
```

Page 311

STATE OF NORTH CAROLINA )

COUNTY OF FORSYTH )

REPORTER'S CERTIFICATE

I, Audra Smith, Registered Professional Reporter in and for the above county and state, do hereby certify that the deposition of the person hereinbefore named was taken before me at the time and place hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth; that thereupon the foregoing questions were asked and the foregoing answers made by the witness which were duly recorded by me by means of stenotype; which is reduced to written form under my direction and supervision, and that this is, to the best of my knowledge and belief, a true and correct transcript.

I further certify that I am neither of counsel to either party nor interested in the events of this case.

IN WITNESS WHEREOF, I have hereto set my hand this 31st day of August, 2020.

Audra Smith, RPR, FCRR

Notary Number: 201329000033