# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | Civil No. 17-cv-2246 <br><br><br> Judge Edmond E. Chang <br> Magistrate Judge Sheila Finnegan |

## WALGREENS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO EXCLUDE HILTON'S EXPERT REPORT AND TESTIMONY UNDER FEDERAL RULE OF EVIDENCE 702, AS WELL AS CERTAIN EXHIBITS FILED IN SUPPORT OF ITS MOTION

Defendant Walgreen Co. ("Walgreens") moves the Court for leave, pursuant to Local Rule 26.2, for an Order allowing Walgreens to file under seal Walgreens' Motion to Exclude Hilton's Expert Report and Testimony Under Federal Rule of Evidence 702 (the "Motion to Exclude"), as well as certain Exhibits attached to the Motion to Exclude. In support of this Motion, Walgreens states as follows:

1. Pursuant to Local Rule 26.2, "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal."

2. Walgreens' Motion to Exclude contains descriptions of information contained within documents that have been designated as "Confidential" pursuant to Sections 3 and 4 of the Agreed Confidentiality Order (ECF No. 79) by Walgreens, Plaintiffs, or third parties, many of which required these designations before consenting to the production of their information in this action.

3. Exhibits A, B, and D to the Motion to Exclude contain information that has been designated "Confidential" pursuant to the Agreed Confidentiality Order.

4. Exhibit C to the Motion to Exclude contains deposition testimony that has been designated "Confidential" pursuant to the Agreed Confidentiality Order.

5. Walgreens will, contemporaneous with this motion, publicly file a redacted version of Walgreens' Motion to Exclude, and a redacted version of the Exhibits listed above, except where the entire Exhibit has been designated "Confidential."

6. Walgreens asks the Court for leave to file these documents under seal.

7. Plaintiffs do not oppose this motion.

8. Attached as Exhibit 1 is a Proposed Order granting this motion.

**WHEREFORE**, Walgreens respectfully requests that this Court: (i) grant this motion for Leave to File Under Seal; (ii) grant Walgreens any other relief as the Court deems just.

| | |
|---|---|
| Dated: March 17, 2023 | Respectfully submitted,<br><br>s/ Michael S. Leib<br>Michael Scott Leib<br>Anthony Robert Todd<br>**REED SMITH LLP**<br>10 S Wacker Dr # 4000<br>Chicago, IL 60606<br>Telephone: 312/207-1000<br>*mleib@reedsmith.com*<br>*atodd@reedsmith.com*<br><br>Frederick Robinson (*pro hac vice*)<br>Selina Coleman (*pro hac vice*)<br>Megan Engel (*pro hac vice*)<br>Jessica Christensen (*pro hac vice*)<br>**REED SMITH LLP**<br>1301 K Street, N.W.<br>Suite 1100 East Tower<br>Washington, DC 20005<br>Telephone: 202-414-9200<br>*frobinson@reedsmith.com*<br>*scoleman@reedsmith.com*<br>*mengel@reedsmith.com*<br>*jchristensen@reedsmith.com*<br><br>***Attorneys for Defendant Walgreen Co.*** |

## **CERTIFICATE OF SERVICE**

I certify that on March 17, 2023, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.

*s/ Michael S. Leib*
Michael S. Leib
