UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>                    Defendant. | Civil No. 17-cv-2246<br><br><br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan |

**WALGREENS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AS WELL AS CERTAIN EXHIBITS FILED IN SUPPORT OF ITS OPPOSITION**

Defendant Walgreen Co. ("Walgreens") moves the Court for leave, pursuant to Local Rule 26.2, for an Order allowing Walgreens to file under seal Walgreens' Opposition to Plaintiffs' Motion For Class Certification (the "Opposition"), as well as certain exhibits attached to the Declaration of Michael Leib (the "Leib Declaration") in support of the Opposition. In support of this Motion, Walgreens states as follows:

1. Pursuant to Local Rule 26.2, "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal."

2. Walgreens' Opposition contains descriptions of information contained within documents that have been designated as "Confidential" pursuant to Sections 3 and 4 of the Agreed

Confidentiality Order (ECF No. 79) by Walgreens, Plaintiffs, or third parties, many of which required these designations before consenting to the production of their information in this action.

3. Exhibits 1, 2, 3, 5, 6, 14, 17, 19, 20, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 52, 53, 54, 55, 56, 60, 61, 62, 63, 64, and 65 to the Leib Declaration contain information that has been designated "Confidential" pursuant to the Agreed Confidentiality Order.

4. Exhibits 7, 8, 9, 10, 11, 12, 13, 34, 50 and 51 to the Leib Declaration contain deposition testimony that has been designated "Confidential" pursuant to the Agreed Confidentiality Order.

5. Walgreens will, contemporaneous with this motion, publicly file a redacted version of Walgreens' Opposition, and a redacted version of the Exhibits listed above, except where the entire Exhibit has been designated "Confidential."

6. Walgreens asks the Court for leave to file these documents under seal.

7. Plaintiffs do not oppose this motion.

8. Attached as Exhibit 1 is a Proposed Order granting this motion.

**WHEREFORE**, Walgreens respectfully requests that this Court: (i) grant this motion for Leave to File Under Seal; (ii) grant Walgreens any other relief as the Court deems just.

Dated: March 17, 2023 Respectfully submitted,

<u>s/ Michael S. Leib</u>
Michael Scott Leib
Anthony Robert Todd
**REED SMITH LLP**
10 S Wacker Dr # 4000
Chicago, IL 60606
Telephone: 312/207-1000
*mleib@reedsmith.com*
*atodd@reedsmith.com*

Frederick Robinson (*pro hac vice*)
Selina Coleman (*pro hac vice*)
Megan Engel (*pro hac vice*)
Jessica Christensen (*pro hac vice*)
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 East Tower
Washington, DC 20005
Telephone: 202-414-9200
*frobinson@reedsmith.com*
*scoleman@reedsmith.com*
*mengel@reedsmith.com*
*jchristensen@reedsmith.com*

**Attorneys for Defendant Walgreen Co.**

## CERTIFICATE OF SERVICE

I certify that on March 17, 2023, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.

*s/ Michael S. Leib*
Michael S. Leib