## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>  Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan |

**[PROPOSED] ORDER GRANTING WALGREENS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AS WELL AS CERTAIN EXHIBITS FILED IN SUPPORT OF ITS OPPOSITION**

The Court has considered Walgreens' Unopposed Motion to File Under Seal Its Opposition to Plaintiffs' Motion for Class Certification, as well as Certain Exhibits Filed in Support of its Opposition. For good cause shown, **IT IS ORDERED**:

1. Walgreens' Unopposed Motion to File Under Seal Its Opposition to Plaintiffs' Motion for Class Certification, as well as Certain Exhibits Filed in Support of its Opposition is **GRANTED**.

2. The following documents shall remain sealed:

   a. The unredacted version of Walgreens' Opposition to Plaintiffs' Motion for Class Certification;

      b.      The unredacted versions of Exhibits 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 19, 20, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 50, 51, 52, 53, 54, 55, 56, 60, 61, 62, 63, 64, and 65 attached to the Declaration of Michael Leib in Support of Walgreens' Opposition to Plaintiffs' Motion for Class Certification.

**IT IS SO ORDERED**.

Dated: _____                                          _____
                                                                                                                         The Hon. Edmond E. Chang
                                                                                                                         United States District Judge