# EXHIBIT 9

## *REDACTED*

Page 1

1
2    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF ILLINOIS
3    EASTERN DIVISION
     Civil No. 1:17-cv-02246
4    - - - - - - - - - - - - - - - - - - - - -x
5    DOROTHY FORTH, LISA BULLARD, RICARDO
     GONZALES, CYNTHIA RUSSO, INTERNATIONAL
6    BROTHERHOOD OF ELECTRICAL WORKERS
     LOCAL 38 HEALTH AND WELFARE FUND,
7    INTERNATIONAL UNION OF OPERATING
     ENGINEERS LOCAL 295-295C WELFARE
8    FUND, AND STEAMFITTERS FUND LOCAL 439,
     On Behalf of Themselves and All
9    Others Similarly Situated,
10                   Plaintiffs,
11        -against-
12   WALGREEN CO.,
13                   Defendant.
14   - - - - - - - - - - - - - - - - - - - - -x
15                   September 30, 2020
                     8:34 a.m.
16
17        *** HIGHLY CONFIDENTIAL ***
18        *** ATTORNEYS' EYES ONLY ***
19
20
                     Virtual Videotaped 30(b)(6)
21   Deposition of CHRISTY PITI, taken by
     Defendants, pursuant to Notice, before
22   Sharon Pearce, RMR, CRR, CRC, NYRCR, a
     Registered Merit Reporter, Certified
23   Realtime Reporter, and Notary Public of
     the State of New York.
24
25             *      *      *

```
                                            Page 55
 1    PITI - HIGHLY CONFIDENTIAL - AEO
 2             MS. LENCIONI:  Objection to
 3       form.
 4       Q.    I'm sorry.  Sav-Rx followed
 5    industry events.  Is that fair to say?
 6       A.    In general, yes.
 7       Q.    And what is Sav-Rx's
 8    understanding for how Walmart's $4 generic
 9    program works?
10             MR. ALEXANDER:  Objection to
11       form.
12       A.    Walmart has a -- had initially a
13    list of only $4 drugs.  They subsequently
14    added on larger supplies for differing
15    amounts, I think a $10 and the like.  But
16    the general substance of the program is
17    they had a published list of medications
18    that they would charge $4 for everyone.
19       Q.    And when you say "for everyone,"
20    what do you mean?
21       A.    It was not a club or that
22    somebody had to sign up for or they didn't
23    have to ask for the $4.  They didn't have
24    to pay to be entitled for the $4.  They
25    didn't have to show a cash discount card
```

```
 1    PITI - HIGHLY CONFIDENTIAL - AEO
 2   to get the $4.  It was the price when you
 3   walked into a Walmart.
 4       Q.    So anybody who walked into
 5   Walmart for that prescription was entitled
 6   to that price.
 7       A.    Yes.
 8       Q.    And would that make it their
 9   retail price, then?
10       A.    Yes.  That was their retail cash
11   price.
12       Q.    Is Sav-Rx familiar with
13   Walgreens' Prescription Savings Club?
14       A.    Yes.
15       Q.    And if I call it PSC, will you
16   understand that I'm referring to the
17   Prescription Savings Club?
18       A.    Yes.
19       Q.    When did Sav-Rx learn -- well,
20   I'll go back.
21              I'll represent to you that
22   Walgreens started a pilot program for the
23   PSC in 2006 and launched nationally in
24   August of 2008.
25              With that in mind, do you know
```

1     PITI - HIGHLY CONFIDENTIAL - AEO

2       Q.     Well, I'll strike the question.

3              So if you could -- in a little

4     bit more laymen's terms, what does retail

5     price mean, if you can --

6       A.     Retail price of a prescription

7     is what a person paying cash would pay to

8     the pharmacy.

9       Q.     And what is a person paying

10    cash?  Who is that?

11      A.     A person who does not have a

12    drug card.

13      Q.     And what do you mean by a drug

14    card?

15      A.     A person for which a claim would

16    not be adjudicated to a prescription

17    benefit manager to determine the price.

18      Q.     Somebody who has insurance,

19    would that be a cash customer?

20      A.     No.

21      Q.     And somebody who uses a discount

22    card in which it's adjudicated through a

23    PBM, would that be a cash customer?

24      A.     No.

25      Q.     Has Sav-Rx's understanding of

Page 87

PITI - HIGHLY CONFIDENTIAL - AEO

1   what the term retail price means changed

2   between the time it entered into the 1999

3   Walgreens agreement and today?

4       A.   The Sav-Rx -- did you call it an

5   idea?

6       Q.   No.  My question is has Sav-Rx's

7   understanding -- let's strike that.

8            You just testified as to what

9   Sav-Rx's understanding of the term retail

10  price was when it entered into the 1999

11  Walgreens agreement; correct?

12      A.   Yes.

13      Q.   Has Sav-Rx's understanding of

14  what the term retail price means changed

15  between the time it executed the 1999

16  Walgreens agreement and today?

17      A.   The understanding of the words

18  in this contract for usual and customary

19  has not changed.  There have been verbiage

20  changes in explaining what that

21  understanding is.

22      Q.   So I understand that we'll be

23  looking at a later agreement between

24  Walgreens and Sav-Rx.  I'm not talking

Page 88

1    PITI - HIGHLY CONFIDENTIAL - AEO

2    about that.  I'm just talking about the

3    meaning of the term retail price.

4             Has that changed at all --

5    Sav-Rx's understanding changed at all

6    between 1999 and today?

7        A.    The meaning of retail price in

8    this document relating to usual and

9    customary has not changed for Sav-Rx since

10   1999 to the present.

11       Q.    At the time it entered into the

12   1999 Walgreens agreement, did Sav-Rx

13   believe that the term retail price was

14   well understood by pharmacies?

15            MR. ALEXANDER:  Objection to

16        form.

17            MS. LENCIONI:  And I'll just

18        object again.  She's only been

19        designated to testify with regard to

20        Sav-Rx.

21            MR. LEIB:  And in this question,

22        I'm just asking did Sav-Rx believe at

23        the time it entered into the 1999

24        Walgreens agreement that the term

25        retail price was well understood by

```
                                              Page 93
 1      PITI - HIGHLY CONFIDENTIAL - AEO
 2    "public."
 3         A.    Yes.
 4         Q.    Do you know -- well, I think we
 5    already talked about this.  So in 1999,
 6    Walmart's $4 generic program had not yet
 7    been introduced, and neither had
 8    Walgreens' PSC.
 9              You remember we talked about
10    that, the dates that those were
11    introduced; correct?
12         A.    Yes.
13         Q.    When Sav-Rx first learned about
14    the PSC, did Sav-Rx have a view as to
15    whether the PSC price was the retail price
16    charged to the public?
17         A.    Did you ask me -- ask me the
18    question again.
19         Q.    I just asked you whether -- it's
20    really a yes-or-no question on this one.
21              When Sav-Rx first learned about
22    the PSC, did Sav-Rx have a view as to
23    whether the PSC was a retail price charged
24    to the public?
25         A.    It was our view that PSC was not
```

Page 94

1    PITI - HIGHLY CONFIDENTIAL - AEO

2    a retail price charged to the public.

3        Q.    And what was the basis for that

4    view?

5        A.    The PSC was an adjudicated cash

6    discount card and not a usual and

7    customary price.

8        Q.    And why was it not the usual and

9    customary price?

10       A.    A usual and customary price is a

11   retail price charged to a cash-paying

12   customer that is not adjudicated to a

13   prescription benefit manager or -- well,

14   and -- I'm just going to end it there.

15   It's not adjudicated to a prescription

16   benefit manager.

17       Q.    And when it learned about the

18   PSC, did Sav-Rx have an understanding as

19   to whether the PSC was adjudicated by a

20   prescription benefit manager?

21       A.    Sav-Rx was under the

22   understanding that the PSC was adjudicated

23   to a prescription benefit manager.

24       Q.    And did -- when it first learned

25   about the PSC, did Sav-Rx have a view as

Page 95

```
 1     PITI - HIGHLY CONFIDENTIAL - AEO
 2   to whether the PSC was a retail price
 3   charged to the public?
 4              MR. ALEXANDER:  Objection to
 5        form.
 6        A.     Sav-Rx --
 7        Q.     Sorry.  That was not a
 8   well-phrased question.  So I am going to
 9   rephrase.
10              At the time it first learned
11   about the PSC, did Sav-Rx have a view as
12   to whether the PSC prices were retail
13   prices charged to the public?
14              MR. ALEXANDER:  Objection to
15        form.
16        A.     Sav-Rx did not believe that the
17   PSC was -- were retail prices charged to
18   the public.
19        Q.     And did -- at the time it first
20   learned about the PSC, did Sav-Rx have a
21   view as to whether the PSC was offered --
22   the PSC prices were offered to anyone who
23   walked in off the street?
24        A.     The PSC pricing was not offered
25   to anyone who walked in off the street.
```

Page 97

1    PITI - HIGHLY CONFIDENTIAL - AEO

2    applied at the pharmacy level to everyone

3    that walked into a Walmart pharmacy, and

4    that claim was not adjudicated to a third

5    party or on a third-party platform to

6    determine what the price would be.



11            At the time it entered into the

12   1999 Walgreens agreement, what was

13   Sav-Rx's understanding as to what types of

14   promotions or discounts would constitute a

15   "special promotion or discount available

16   to the public on such date of dispensing"?

17       A.    Typically, this would be a

18   senior citizen discount where a pharmacy

19   would determine that the patient was a

20   senior citizen, and any senior citizen

21   that walked in could have that discount

22   applied, again, at that pharmacy level.  I

23   also had experience in opening new stores

24   where perhaps a Wednesday would have a

25   discount or to help to, you know, promote

Page 98

```
 1     PITI - HIGHLY CONFIDENTIAL - AEO
 2   business, especially on slower days, that
 3   a discount would be applied to the general
 4   public to anybody who walked in would get
 5   a 10 percent or 15 percent discount.
 6   Those are some examples of other discounts
 7   that I have applied in my history as a
 8   retail pharmacist.
 9        Q.    So that latter discount you're
10   talking about would be a discount offered
11   to everybody on the retail price; correct?
12        A.    That's correct.
13        Q.    At the time Sav-Rx learned about
14   the PSC, did it have a view as to whether
15   the prices offered under the PSC were a
16   special promotion or discount available to
17   the public on such date of dispensing?
18        A.    Sav-Rx did not view the PSC to
19   be a special price or discount available
20   to the public upon dispensing.
21        Q.    And just to be clear, the
22   language is special promotion or discount
23   available to the public on such date of
24   dispensing.
25             Is your answer the same for
```

1    PITI - HIGHLY CONFIDENTIAL - AEO

2  that?

3      A.    My answer is the same.

4      Q.    And what was Sav-Rx's basis for

5  that view?

6      A.    The basis of the view was the

7  experience, myself, of also Jim Barta, in

8  our capacity as retail pharmacists in

9  varying pharmacies and as well as our work

10  with other PBMs and as our work at Sav-Rx.

11      Q.    Did Sav-Rx have an understanding

12  as to whether the PSC prices were

13  available to the public?

14      A.    The public could purchase

15  different prescription savings clubs but

16  would have to enroll and pay a fee and

17  present a prescription card for it to be

18  adjudicated.

19      Q.    At the time that it learned

20  about the PSC, did Sav-Rx have a view as

21  to whether the PSC was available to anyone

22  who walked in off the street?

23      A.    I believe anyone off the street

24  could purchase that club.  Yes.

25      Q.    Were the prices given to anyone

Page 103

1    PITI - HIGHLY CONFIDENTIAL - AEO

2   program.

3        Q.    Has Sav-Rx ever had pharmacy

4   manuals?

5        A.    No.

6        Q.    Do you know what a pharmacy

7   manual is?

8        A.    Yes, I do.

9        Q.    What is a pharmacy manual?

10       A.    A pharmacy manual is a

11   production by -- I suppose there could --

12   I'm sure there could be a lot of different

13   pharmacy manuals.  What I'm answering for

14   is in relationship to PBMs and claims

15   adjudication, a pharmacy manual is a

16   written documentation of rules set by a

17   prescription benefit manager.

18       Q.    And who creates pharmacy

19   manuals?

20       A.    Again, in context of the PBM

21   business or PBM world, the prescription

22   benefit manager or PBM creates those

23   manuals.

24       Q.    Let's look at the next exhibit,

25   Tab F.  We'll mark that as Exhibit 372.

Page 113

[REDACTED]

12          Do you see that?

13     A.     Yes.

14     Q.     At the time it entered into the

15  2010 Walgreens agreement, what was

16  Sav-Rx's understanding of what the term

17  "cash-paying customer" meant?

18     A.     Cash-paying customer was a

19  person who paid cash for their

20  prescription and what that price was for

21  as set by the pharmacy and not adjudicated

22  to a prescription benefit manager.

23     Q.     So that -- the retail price;

24  correct?

25     A.     Yes.  That is the retail price.

Page 114

PITI - HIGHLY CONFIDENTIAL - AEO

1

2    Q.    Has Sav-Rx's understanding of

3    what the term "cash-paying customer" means

4    changed between the time that it executed

5    the 2010 Walgreens agreement and today?

6    A.    No.

7    Q.    And what is the basis for

8    Sav-Rx's understanding as to the meaning

9    of the term "cash-paying customer"?

10   A.    In my experience as a retail

11   pharmacist in various pharmacies and types

12   of pharmacy as well as my experience in

13   prescription benefit management, the

14   retail cash-paying customer is consistent

15   with this definition.

16   Q.    And is it only your

17   understanding or also the understanding of

18   other people at Sav-Rx?

19         MR. ALEXANDER:  Objection to

20    form.

21   A.    It is the understanding of

22   Sav-Rx, of the definition.

23   Q.    At the time it entered into the

24   2010 Walgreens agreement, did Sav-Rx

25   believe that the term "cash-paying

Page 115

1      PITI - HIGHLY CONFIDENTIAL - AEO

2    customer" was well understood by

3    pharmacies?

4            MR. ALEXANDER:  Objection to

5        form.

6        A.    Yes.

7        Q.    And what is the basis for that

8    belief?

9        A.    My work in retail pharmacy,

10   working with other prescription benefit

11   managers as well as in prescription

12   benefit managers in -- management business

13   and in working with the pharmacies that

14   adjudicated claims to Sav-Rx.

15       Q.    At the time it entered into the

16   2010 Walgreens agreement, did Sav-Rx

17   believe that the term "cash-paying

18   customer" was well understood by other

19   PBMs?

20            MR. ALEXANDER:  Objection to

21       form.

22            MS. LENCIONI:  Foundation.

23       A.    Yes.  It is my belief that other

24   retail pharmacies and other PBMs had a

25   consistent view of usual and customary

Page 116

```
 1     PITI - HIGHLY CONFIDENTIAL - AEO
 2   pricing.
 3         Q.    And what is the basis for that
 4   belief?
 5         A.    The experience of in
 6   prescription benefit management, in
 7   working with network pharmacies as well as
 8   experience in retail pharmacy working with
 9   other PBMs.
10         Q.    When it entered into the 2010
11   Walgreens agreement, did Sav-Rx have a
12   view as to whether the PSC price was the
13   price charged to a cash-paying customer?
14         A.    Yes.
15         Q.    And what was that view?
16         A.    The view was that the PSC
17   pricing was not a cash price or
18   cash-paying customer.
19         Q.    I think you broke up a little
20   bit, but I think you said -- and correct
21   me if I'm wrong -- that the view was that
22   the PSC pricing was not a cash price or a
23   cash-paying customer.
24         A.    That's correct.
25         Q.    Okay.  Let me just ask the
```

Page 117

1    PITI - HIGHLY CONFIDENTIAL - AEO

2  question again so we use the exact

3  language.

4            When it entered into the 2010

5  Walgreens agreement, Sav-Rx did have a

6  view as to whether the PSC was the price

7  charged to a cash-paying customer and that

8  it was not the price charged to a

9  cash-paying customer; correct?

10            MR. ALEXANDER:  Objection to

11        form.

12        A.    With the 2010 contract, it was

13  the Sav-Rx understanding that the PSC

14  pricing was not the cash price for a

15  cash-paying customer and, therefore, was

16  not the usual and customary pricing.

17        Q.    And, Ms. Piti, I just want to

18  make sure we're using the exact language

19  of the contractual term.  That's why I

20  came back to it.

21            So let me just start over with

22  this series of questions.

23            When it entered into the 2010

24  Walgreens agreement, did Sav-Rx have a

25  view as to whether the PSC price was the

1    PITI - HIGHLY CONFIDENTIAL - AEO

2    "price charged to a cash-paying customer"?

3        A.    Yes, we had a view.

4        Q.    And that view was?

5        A.    No, that the PSC pricing was not

6    the price charged by the dispensing retail

7    pharmacy location to a cash-paying

8    customer.

9        Q.    And what was the basis for that

10   view?

11       A.    My experience in retail

12   pharmacy, in working with other PBMs, and

13   my experience in PBM working with other

14   retail pharmacies.

15       Q.    Has Sav-Rx's view as to whether

16   the PSC price is the price charged to a

17   cash-paying customer changed between the

18   time it entered into the 2010 Walgreens

19   agreement and today?

20       A.    No.  But I need to clarify that

21   in -- you know, cash customer, cash price,

22   retail price, cash-paying customer --

23   these terms are interchangeable and not

24   different.  The differing definitions in

25   the '99 and 2010 are verbiage only and are

1      PITI - HIGHLY CONFIDENTIAL - AEO

2    not -- they're not substantially different

3    in their meaning.  So if -- you know, you

4    kind of forced me into, you know, saying

5    those exact words, but for Sav-Rx's

6    belief, cash price, retail price,

7    cash-paying customer, member of the

8    public -- these are interchangeable terms.

9         Q.     Thank you for that.

10                And so the basis for your view

11   as to the meaning of those terms is the

12   same; correct?

13        A.     Yes.  That is the basis of my

14   view.

15        Q.     And I apologize for asking you

16   what appears to be repetitive questions.

17   I understand why you said what you said.

18                I do have to ask a few more that

19   will appear repetitive, and I apologize

20   for that.

21        A.     Okay.  Let's go.

22        Q.     When it entered into the 2010

23   Walgreens agreement, did Sav-Rx have a

24   view as to whether the price Walmart

25   charged under its $4 generic program was

Page 176

1      PITI - HIGHLY CONFIDENTIAL - AEO

2         form.

3         A.      I do not know specifically.  I

4    know that we almost always overperformed.

5    However, if -- in the rare case that we

6    didn't, we would have paid money to that

7    sponsor.

8         Q.      When you over-perform, no money

9    was owed to the sponsor; correct?

10        A.      I would have to over-perform in

11   all categories.

12        Q.      Right.  Because each category

13   was looked at individually.

14        A.      That's correct.

15        Q.      So sitting here today, you don't

16   know whether Sav-Rx underperformed for any

17   category as to IBEW Local 38; correct?

18        A.      I do not know.

19        Q.      Okay.  If we can look at Tab O

20   and mark Tab O as Exhibit 379.

21              (Exhibit 379, An email chain

22         dated March 2, 2010, Bates

23         IBEW_0001152, was hereby marked for

24         identification, as of this date.)

25              MR. PERKINS:  The document is

Page 177

1      PITI - HIGHLY CONFIDENTIAL - AEO

2         now available.

3         A.     I see it.

4         Q.     Do you recognize Exhibit 379?

5         A.     I do.

6         Q.     This is an email exchange

7     between you and -- at the bottom, it's an

8     email exchange between you and Walter

9     O'Malley of IBEW Local 38; is that

10    correct?

11        A.     That is correct.

12        Q.     In the second from the bottom,

13    on February 23, 2010, at 9:32 p.m., you

14    say, "It was information on how to get a

15    Sav-Rx Advantage discount card for union

16    members who have lost their Local 38

17    insurance."

18               Do you see that?

19        A.     Yes.

20        Q.     Can you explain what the Sav-Rx

21    Advantage discount card is?

22        A.     The Sav-Rx Advantage discount

23    card is a prescription card whereas the

24    pharmacy adjudicates the claim to Sav-Rx,

25    and Sav-Rx applies negotiated discounts

Page 178

```
 1     PITI - HIGHLY CONFIDENTIAL - AEO
 2   for that pharmacy, and the patient pays
 3   100 percent of the cost to them back.
 4       Q.    So IBEW Local 38 would not pay
 5   anything for that drug; correct?
 6       A.    Correct.
 7       Q.    Do you know -- this is -- this
 8   email exchange is in February of 2010.
 9             Do you know if IBEW Local 38
10   offered this benefit to its members who
11   had lost their insurance prior to February
12   of 2010?
13       A.    I do not know.
14       Q.    If we look at Tab P, which is
15   previously marked as Exhibit 74.
16             (Exhibit 74, Sav-Rx Advantage
17         Card summary, Bates IBEW_0000652, was
18         previously marked for identification.)
19             MR. PERKINS:  The document is
20         now available.
21       Q.    This is a document we -- and
22   it's at the top, you can see.  We received
23   this document from IBEW.
24             Do you recognize this document?
25       A.    Yes, I do.
```

Page 179

```
 1    PITI - HIGHLY CONFIDENTIAL - AEO
 2      Q.    And what is this document?
 3            MR. ALEXANDER:  Counsel, can you
 4      hold on just one second?  It's still
 5      loading on my side.
 6      A.    Oh, and I pulled up the wrong
 7  one.  Hold on.
 8      Q.    It should say "Sav-Rx Advantage
 9  Card" at the top.  And we're talking about
10  Tab P.
11            MR. ALEXANDER:  Okay.  I see it.
12      Thank you.
13      A.    It's pulling up O for some
14  reason.
15      Q.    Yeah.  We're skipping O.
16      A.    Okay.  I see it.
17      Q.    No.  O we already talked about
18  it.
19      A.    Okay.  I got it.  I'm there.
20      Q.    Do you recognize this document?
21      A.    I do.
22      Q.    And what is this document?
23      A.    Although I don't remember
24  specifically, I believe it to be a summary
25  of the Advantage program provided to
```

```
                                              Page 180
 1      PITI - HIGHLY CONFIDENTIAL - AEO
 2   Walter O'Malley to utilize in his
 3   newsletter.
 4        Q.    His newsletter to his members?
 5        A.    Yes.
 6        Q.    And do you know who created this
 7   document?
 8        A.    I believe Sav-Rx created the
 9   document.  But --
10        Q.    But -- is there anything you
11   want to add to that?
12        A.    Sav-Rx didn't distribute this.
13   If Sav-Rx would have distributed it, it
14   would have been on our letterhead.  So it
15   was not something that was mailed from
16   Sav-Rx or sent from Sav-Rx to any
17   individuals.
18        Q.    But Sav-Rx did create this
19   document; correct?
20        A.    I believe so, just putting
21   together, based on the email that you
22   showed between myself and Walter O'Malley.
23        Q.    Let's look at the next exhibit,
24   Exhibit Q, and we'll mark it as
25   Exhibit 380.
```

```
                                          Page 181
 1      PITI - HIGHLY CONFIDENTIAL - AEO
 2              (Exhibit 380, Sav-Rx Advantage
 3      Discount Card Program summary, was
 4      hereby marked for identification, as
 5      of this date.)
 6              MR. PERKINS:  The document is
 7      available.
 8      Q.    Do you recognize this document?
 9      A.    Still loading.  Yes.  I can see
10  it, and I recognize it.
11      Q.    What is this?
12      A.    This is a section on our website
13  for administrators where they have gone
14  into a tab that explains the Sav-Rx
15  Advantage program and provides a link to
16  an enrollment form and brochure.
17      Q.    And in fact, if we can put on
18  the Zoom Exhibit 74 and this document.
19              MR. LEIB:  Mike, are you able to
20      publish those next to each other?
21              MR. PERKINS:  Mr. Videographer,
22      could you enable screen-sharing,
23      please?
24              THE VIDEOGRAPHER:  Does it work
25      for you now?
```

Page 182

1      PITI - HIGHLY CONFIDENTIAL - AEO

2              MR. LEIB:  Forget it.

3          A.    Oh, we just got it.

4              MR. LEIB:  Yeah.  Let's skip it

5      anyway, Mike.  Take it down.

6          Q.    We pulled this Exhibit 380 off

7      the Sav-Rx website on September 27, 2020.

8              Do you see that this says in the

9      middle, "This card is offered as a

10     courtesy to our clients and is no cost to

11     you, your union or benefit fund."

12             Do you see that?

13         A.    Is this Tab Q?

14         Q.    Yes.

15         A.    Okay.

16         Q.    We'll just start from the

17     beginning.  "This Sav-Rx Advantage Program

18     is a cash discount card that may save you

19     money on your prescriptions if you're not

20     eligible for coverage under your fund's

21     prescription plan or if you have

22     prescriptions that are not covered under

23     your prescription benefit.  The Advantage

24     card is offered as a courtesy to our

25     clients and at no cost to you, your union

```
                                        Page 183
 1      PITI - HIGHLY CONFIDENTIAL - AEO
 2    or benefit fund.  Although you will pay
 3    100 percent of the cost of your
 4    medication, with the Sav-Rx Advantage
 5    card, you will pay at the Sav-Rx discount
 6    rate, not the pharmacy's retail price."
 7              Do you see that?
 8        A.    Yes, I see that.
 9        Q.    And the pharmacy's retail price,
10    are you referring to the same meaning of
11    retail price as you discussed earlier?
12        A.    Retail price -- I read this to
13    mean retail price, cash price, our usual
14    and customary price.
15        Q.    And on the next sentence, you
16    say -- or Sav-Rx says, "On average,
17    participants who use this card save up to
18    32 percent over pharmacies' usual and
19    customary pricing."
20              Do you see that?
21        A.    I see that.
22        Q.    Is that saying that it's
23    32 percent off of the pharmacy's retail
24    price?
25        A.    No.
```

1    PITI - HIGHLY CONFIDENTIAL - AEO

2      Q.    What is it saying?

3      A.    It says that it is Sav-Rx's

4  discounted rate as negotiated with the

5  pharmacies, and comparatively, on an

6  aggregate or average, the Sav-Rx

7  discounted rate is 32 percent less than

8  usual and customary pricing or retail cash

9  price.

10      Q.    And if we can look at -- let me

11  ask you this.

12            Did Sav-Rx consider the Sav-Rx

13  Advantage discount card program prices to

14  be usual and customary prices?

15      A.    No.

16      Q.    Okay.  And why is that?

17      A.    The pharmacy adjudicates the

18  claim to Sav-Rx, including their usual and

19  customary cash or retail price.  And

20  Sav-Rx determines what that price is based

21  on the negotiated contract.

22      Q.    And, in fact, this specifically

23  would you agree says -- strike that.

24            And would you agree that this

25  specifically says that Sav-Rx does not

Page 185

1    PITI - HIGHLY CONFIDENTIAL - AEO

2    consider the Sav-Rx Advantage discount

3    card program to be the pharmacy's usual

4    and customary price?

5          MS. LENCIONI:  Objection to

6     form.

7          MR. ALEXANDER:  Objection to

8     form.

9    A.    I don't agree that it

10   specifically says that.  However, I do

11   believe that most people reading this

12   explanation would agree that the

13   discounted rate is what they will

14   specifically pay and that that discounted

15   rate is not the pharmacy's retail price

16   and that the discounted rate is in

17   actuality on average 32 percent less than

18   that retail or usual and customary price.

19   Q.    And by saying that it's on

20   average 32 percent less than the usual and

21   customary price, isn't it saying that the

22   discount price is not the usual and

23   customary price?

24          MR. ALEXANDER:  Objection to

25     form.

Page 186

1    PITI - HIGHLY CONFIDENTIAL - AEO

2            MS. LENCIONI:  Objection to

3       form.

4       A.    I believe that is what it means,

5    and I believe that this wording, most

6    people would come to that conclusion.

7       Q.    And if we look back at

8    Exhibit 74 --

9            MS. LENCIONI:  Counsel, could

10      you remind us what that is?

11           MR. LEIB:  I'm sorry.  What?

12           MS. LENCIONI:  Can you remind us

13      what Exhibit 74 is?

14           MR. LEIB:  Yeah.  P.

15      Q.    Would you agree that that same

16   language, "up to 32 percent over the

17   pharmacy's usual and customary pricing,"

18   is contained in that document as well?

19      A.    Yes.  I agree that that same

20   language is contained in this document.

21      Q.    And then Exhibit R -- I'm

22   sorry -- Tab R we'll mark as Exhibit 381.

23

24

25

Page 362

████  ████  █  ██  ████  ████  █  ███

█  ████  ████  ████  ████  ████  ███

█  ███  ███  ████  ██  ████

4        Q.    So a cash-only participant, is

5    that somebody who, pursuant to the

6    sponsor, is provided with the Sav-Rx

7    Advantage discount card?

8              MR. ALEXANDER:  Objection to

9        form.

10       A.    In -- for this agreement, this

11   is -- the cash-only participant is the --

12   is the participants who is given the

13   Sav-Rx Advantage discount card.

14       Q.    The Sav-Rx Advantage discount

15   card, aside from this contract, is it

16   limited to your clients?  Is it only

17   offered to your clients?

18             MS. LENCIONI:  Object to form.

19       A.    Yes.

20       Q.    Can people with insurance get

21   the Sav-Rx Advantage discount card?

22             MR. ALEXANDER:  Objection to

23       form.

24       A.    Yes.

25       Q.    And what situation would that

Page 363

1      PITI - HIGHLY CONFIDENTIAL - AEO

2  be?

3      A.    If -- in the case of a

4  medication or a therapeutic class of

5  medications not covered under their

6  eligible benefit, under their funded

7  commercial fund plan, they may want to use

8  the Advantage card to achieve the Sav-Rx

9  discounted rates for those medications.

10      Q.    So is it that some of your

11  clients provide the discount card to its

12  funded beneficiaries?

13      A.    Yes.

14      Q.    Okay.  And those clients who do

15  that pay a fee for that; right?

16      A.    We do have clients that do pay a

17  fee.  There is not a fee under this

18  electrical workers agreement.

19      Q.    Right.  I'm talking about under

20  this -- under the electrical workers

21  agreement, this -- as I'm understanding

22  it, the card is not provided to people who

23  have insurance.  It's only provided to

24  people who don't have insurance under the

25  plan; correct?

```
                                    Page 364

 1     PITI - HIGHLY CONFIDENTIAL - AEO
 2        A.     No.  It could be available for
 3     those who have insurance to utilize for
 4     drugs that aren't covered under that
 5     insurance.
 6        Q.     Just let's quickly look at
 7     Exhibit 74, which is Tab P.
 8        A.     I have it.
 9        Q.     The reason I had thought that it
10     was only available to those IBEW
11     beneficiaries who did not have insurance
12     is because this specifically says the
13     program is being created to assist our
14     members who have run out of pharmacy
15     benefits.
16             Does that refresh your
17     recollection or change your answer in any
18     way?
19        A.     This promotion was for people
20     who had lost benefits.  There was a lot of
21     people who were losing their benefits, and
22     so this -- this particular newsletter
23     promotion was targeted at that.  So it --
24     but it certainly could be utilized for
25     people who have benefits.
```

Page 365

PITI - HIGHLY CONFIDENTIAL - AEO

1

2      Q.      And do you know if IBEW Local 38

3  did provide Sav-Rx Advantage discount

4  cards to beneficiaries who had coverage?

5              MR. ALEXANDER:  Objection to

6      form.

7      A.      I don't know specifically.

8      Q.      At any time between 2007 and

9  2014, did IBEW Local 38 ask Sav-Rx to

10  ensure that IBEW Local 38's insured

11  beneficiaries paid no more than the Sav-Rx

12  Advantage discount card program prices?

13              MR. ALEXANDER:  Objection to

14      form and out of scope.

15      A.      I don't remember that specific

16  question.  I don't think that it -- I

17  don't think it would apply, because these

18  are the prices.  Those are our discounts.

19      Q.      All right.  And all I'm asking

20  is whether, at any time IBEW -- during

21  2007 to 2014, IBEW Local 38 came to Sav-Rx

22  and asked that they ensure that IBEW

23  Local 38's insured beneficiaries pay no

24  more than the Sav-Rx Advantage discount

25  card program prices.

```
                                        Page 366
 1     PITI - HIGHLY CONFIDENTIAL - AEO
 2              MR. ALEXANDER:  Objection to
 3       form and out of scope.
 4              MS. LENCIONI:  Scope.
 5       A.    Not to my recollection.
 6       Q.    And at any time between 2007 and
 7     2014, did IBEW Local 38 come to Sav-Rx and
 8     ask that they ensure that IBEW Local 38
 9     not pay more than the Sav-Rx Advantage
10     discount card program prices?
11              MR. ALEXANDER:  Objection to
12       form.  Out of scope.
13              MS. LENCIONI:  Objection.
14       Scope.
15       A.    Not to my recollection.
16       Q.    Would IBEW or -- strike that.
17              During the time period that
18     Sav-Rx was IBEW Local 38's PBM, did Sav-Rx
19     provide IBEW with a report of claims
20     submitted by IBEW Local 38 beneficiaries
21     using the Sav-Rx Advantage discount card?
22              MR. ALEXANDER:  Objection to
23       form.  Out of scope.
24              MS. LENCIONI:  Objection.
25       Scope.
```

Page 375

1

2                    CERTIFICATION

3

4      I, SHARON PEARCE, RMR, CRR, CRC,

5    NYRCR, a Notary Public for and within the

6    State of New York, do hereby certify:

7        That the witness whose testimony as

8    herein set forth, was duly sworn by me;

9    and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12       I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17       IN WITNESS WHEREOF, I have hereunto

18   set my hand this 9th day of October, 2020.

19              _Sharon Pearce_

20   _____

21           SHARON PEARCE

22       RMR, CRR, CRC, NYRCR

23            *      *      *

24

25