# EXHIBIT 11

# ***REDACTED***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

----------------------------------

DOROTHY FORTH, et al.,

Plaintiffs,

Case No.:

v. 1:17-cv-2246

WALGREEN CO.,

Defendant.

-----------------------------------

VIDEO CONFERENCE VIA ZOOM DEPOSITION OF

WENDY BARNES

August 18, 2020

9:15 a.m.

Charlotte, North Carolina

Reported by: Audra M. Smith, RPR, FCRR

Video by: DeAndrae Shivers

Technical support by: Carl Gethers

simply that that is, in fact, their consumer-facing pricing; that is what anyone could obtain to get those prescriptions, juxtaposed against either the PSC or other retailer club programs that require some type of action by the patient in order to participate. Whether that's signing up, opting in, paying a fee, all of those would constitute some type of barrier of entry. So that's how I would compare and contrast the two programs and how Express Scripts viewed them.

Q. Is that also how Medco viewed them at the time?

A. Yes. That's accurate.

Q. When you say consumer-facing pricing, is another term for that "retail pricing"?

A. Yes. It would be the generally advertised price if you were to not present any benefit and ask what the price is for a particular drug.

Q. And do you understand that to be the retail price? In other words, the retail price is the price if you were to not present any benefits?

A. Yes. That's correct.

Q. And by benefits, you would include the Prescription Savings Club, correct?

A. Yes, I would.

Q. And are you aware that other pharmacies -- I think you already referenced this. But are you aware that other pharmacies have prescription savings programs similar to --

A. Yes.

Q. Let me rephrase the question.

Are you aware that other pharmacies have prescription savings programs?

A. Yes, I'm aware.

Q. And how did Medco learn about those programs?

A. Through similar means would be my best guess, Michael, meaning either through press releases or in ongoing business relationship conversations with those retailers.

Q. And are there industry publications?

A. Yes. There are a multitude.

Q. Is "Drug Store News" one of them?

A. It, in fact, is.

Q. And was "Drug Store News" active in 2006?

A. Yes.

Q. And does "Drug Store News" publish major developments in the -- or strike that.

Does "Drug Store News" publish



Page 78

David Feldman Worldwide
A Veritext Company
800-642-1099 www.veritext.com



Page 79

David Feldman Worldwide
800-642-1099 A Veritext Company www.veritext.com

[redacted]

BY MR. LEIB:

Q. Were there prescription savings clubs in 1994?

A. I'm not certain if there were or weren't.

Q. I can represent to you, of course, that, as I have before, that Walmart's began in 2006. With that as a reference point, do you know whether pharmacy prescription savings clubs were prevalent in 1994?

A. I'm going to suggest they weren't. But just to clarify, I would also not, in answering this question, affirm that Walmart's was a club program. That is not how Medco or Express Scripts would have viewed the Walmart pricing.

Q. The major pharmacy programs, the CVS Health Savings Pass, Walgreens' Prescription Savings Club, and other major pharmacies' savings programs, savings club programs, do you know if they were in existence in 1994?

A. I'm going to suggest they weren't, given knowledge of when certain other programs started.

It's my understanding they started later.

Q. What do you mean by you're going to suggest?

A. My understanding is that they started later.

Q. If there's one or two that were out there, you don't know about it. You're just qualifying for that allowance, correct?

A. Yes.

Q. Do you know -- strike that.

[redacted]



Page 82

David Feldman Worldwide
800-642-1099 A Veritext Company www.veritext.com

A. That is correct.

Q. If we can look at page 13, Section 7.5.

Actually, hold on one second. You know what? Forget that. We don't need that.

I want to look at Tab N, and we will mark that as 326.

(Exhibit Number 326 was marked.)

MR. BOLTE: It's available.

BY MR. LEIB:

Q. Do you recognize this document, when you're able to look at it?

[redacted]



Page 110

David Feldman Worldwide
800-642-1099 A Veritext Company www.veritext.com

[redacted]

Q. Did the term "cash transaction" have the same meaning in the pharmaceutical industry at the time Express Scripts entered into the 2009 Walgreens agreement as it does today?

MR. McKANY: Objection, form.

A. Yes.

BY MR. LEIB:

Q. And how does Express Scripts know that?

A. That would be based upon their ongoing participation in contractual relationships with the seventy-some-odd-thousand retail pharmacies they contract with, in addition to their

historical knowledge of what cash transaction meant in the multitude of clients and retail pharmacy contracts.

Q. At the time it entered into the 2009 Walgreens agreement, was Express Scripts aware of Walgreens Prescription Savings Club?

A. Yes.

Q. At the time it entered into the 2009 Walgreens agreement, was Express Scripts aware that a person had to enroll and pay a membership fee to join a Prescription Savings Club?

MR. McKANY: Objection, form.

A. Yes. They would have known that.

BY MR. LEIB:

[redacted]





[redacted]

Q. Let's look at Tab O, and that's previously been marked as Amiet Exhibit 80. And I'm specifically saying Amiet Exhibit 80 because there was a different Exhibit 80. I don't -- I want this to be clear.

MR. BOLTE: It's available now.

BY MR. LEIB:

Q. Can you take a look at that and tell me if you recognize that document? I don't see it yet.

MR. BOLTE: You might have to refresh your page.

[redacted]



Page 120

David Feldman Worldwide
800-642-1099 A Veritext Company www.veritext.com



Page 121

David Feldman Worldwide
A Veritext Company
800-642-1099
www.veritext.com

STATE OF NORTH CAROLINA )

COUNTY OF FORSYTH )

REPORTER'S CERTIFICATE

I, Audra Smith, Registered Professional Reporter in and for the above county and state, do hereby certify that the deposition of the person hereinbefore named was taken before me at the time and place hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth; that thereupon the foregoing questions were asked and the foregoing answers made by the witness which were duly recorded by me by means of stenotype; which is reduced to written form under my direction and supervision, and that this is, to the best of my knowledge and belief, a true and correct transcript.

I further certify that I am neither of counsel to either party nor interested in the events of this case.

IN WITNESS WHEREOF, I have hereto set my hand this 31st day of August, 2020.

Audra Smith, RPR, FCRR

Notary Number: 201329000033