# EXHIBIT 13

***REDACTED***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY FORTH, DONNA BAILEY, LISA BULLARD, RICARDO GONZALES, CYNTHIA RUSSO, TROY TERMINE, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Similarly Situated, | ) | |
| Plaintiffs, | ) | Civil No. 17-CV-2246 |
| vs. | ) | |
| WALGREEN CO., | ) | |
| Defendant. | ) | |

** C O N F I D E N T I A L **

The video deposition of MICHAEL AMIET, taken before Richard Derrick Ehrlich, Registered Merit Reporter, Certified Realtime Reporter, taken pursuant to the Federal Rules of Civil Procedure, at Reed Smith, LLP, 10 S. Wacker Drive, Chicago, Illinois, commencing at 9:00 a.m., on the 20th day of November, 2019.

MS. COLEMAN: I'll object to the scope to the extent that you're discussing the retail price files versus the PSC price files.

MR. GUGLIELMO: I'm just trying to -- he's used the term "retail price," and I think that -- to the extent there's a U & C aspect to that, obviously we have that information. It's been produced. So I don't want to exclude information that's been produced.

So you can make your objection. I'm just trying to understand -- I don't want to under-include information that's been produced.

MS. COLEMAN: Understood.

BY MR. GUGLIELMO:

Q So let's start off, maybe divide it into two.

You mentioned "retail prices" earlier. What do you mean by "retail prices"?

A I mean the prices that what we call a cash paying customer would pay. And so those are individuals who are not using, who are not members of any Prescription Savings Club, they're not using any kind of a third-party discount card, which we can talk more about what that is, or they're not members who have a third-party insurance benefit.

And so these are, from Walgreens' prospective, just members of the general public who walk in, and they will pay a retail price that we have that the next person, who also didn't have any of those three things I mentioned, would pay that same price at that same store on the same day.

Q And so the retail price, is that also synonymous with the usual and customary price?

MS. COLEMAN: Objection to form.

THE WITNESS: "Usual and customary" is a term in our contracts.

For purposes of what we're discussing today that's defined in those agreements. So the retail price is how we have defined the usual and customary price in our agreements, but I'm not sure what you mean by synonymous.

BY MR. GUGLIELMO:

Q So when you're looking for a retail price to charge a customer on a particular day in a particular store for a particular drug, what is Walgreens looking at?

What data information are they looking at to determine that?

In other words, what price -- where is that

price? Is it the usual and customary price, or is it something else?

MS. COLEMAN: Objection to form.

THE WITNESS: The price that the pharmacist would charge to a cash customer, the retail

BY MR. GUGLIELMO:

Q And what -- to the extent it's a data element, what is it called?

A I don't know.

Q Okay. And to the extent there's an NDC code associated with it, what's the NDC code?

MS. COLEMAN: Objection to form.

THE WITNESS: An NDC code actually refers not to any price. It refers to a particular drug.

\\\

to part with something of significant value to that customer in order to be part of your club program, then they're going to use that club program. And so they're going to bring their prescriptions to us even if they have to drive past a CVS to do it. And so that was another reason.

Q Any other reasons for charging a membership fee?

A Yes. I know that as we were looking at other programs, and as we were thinking about the options for what made the most sense, we wanted to be sure that the PSC club price was distinguished and differentiated from our retail price or our cash price, and that membership fee was an element that insured that.

Q And why was it important to Walgreens to distinguish between the PSC club price and the retail price or cash price?

A We had a retail price that we set in the way that retailers always set their price. We're looking at the other retail prices of our key competitors in the market, both other national pharmacy chains and grocers en masse, and trying to balance the desire to drive revenue from those purchases with a desire to get as large a

market share of those retail transactions as possible. And so we were setting our retail price levels to optimize that equation, and we wanted to be able to have a different set of prices that we could provide to these underinsured and uninsured price sensitive customers without any impact to that retail price.

Q And so is it your understanding that Walgreens, part of the reasons for implementing the membership fee was to allow it to have a different set of prices?

MS. COLEMAN: Objection. Form.

THE WITNESS: The membership fee helped to insure that the club price that people could only access by actively joining the program, agreeing to the terms and conditions and paying that fee, that that club price would be distinct from the retail price that existed and continues to exist independent of this club price.

BY MR. GUGLIELMO:

Q And in setting the membership fee, when the PSC was launched in 2008, what was the membership fee?

A It was $20 for an individual or $35 for a family

CONFIDENTIAL

Page 215

[Page fully redacted]

CONFIDENTIAL

Page 216

[redacted]

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



CONFIDENTIAL

Page 217

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430



(Exhibit No. 81 marked.)

MR. LEIB: Counsel, you've marked this document before. Do you happen to know the prior document number that you used for this document?

MR. GUGLIELMO: I do not believe I've marked this document before.

MS. COLEMAN: I don't think you have. I think Jason has.

MR. GUGLIELMO: Okay. To the extent it was marked as a prior exhibit, we can substitute that number here rather than duplicating efforts. I did not know it was a previously marked document.

MR. LEIB: Okay.

THE WITNESS: Okay.

BY MR. GUGLIELMO:

Q Have you seen this document marked as Exhibit 81?

A I have, yes.

Q [redacted]





CONFIDENTIAL

Page 235

[redacted]

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

CONFIDENTIAL

Page 236

Veritext Legal Solutions
212-279-9424 www.veritext.com 212-490-3430

[redacted]

Q Let's mark as Exhibit 82, a document bearing Bates WALG_FORTH_00180170 through 188.

(Exhibit No. 82 marked.)

THE WITNESS: Okay.

BY MR. GUGLIELMO:

Q Mr. Amiet, have you had a chance to take a look at the document I've had marked as Exhibit 82?

A I have.

Q Do you recognize this document?

A Yes.

Q What is it?

[redacted]

CERTIFICATE

I, Richard D. Ehrlich, a Certified Shorthand Reporter of the State of Illinois, CSR License No. 084-4018, do hereby certify that I stenographically reported the proceedings had at the video deposition, as aforesaid, and that the foregoing transcript is a true and accurate record of the proceedings had therein.

IN WITNESS WHEREOF, I do set my hand at Chicago, Illinois, this 13th day of December, 2019.

Richard D. Ehrlich
Certified Shorthand Reporter
License No. 084.4018