# EXHIBIT 17

*REDACTED*



JOSEPH+GUGLIELMO

+ Via Email +

February 3, 2023

Selina Coleman
ReedSmith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005

Re: *Russo v. Walgreen Co.*, No. 1:17-cv-2246 (N.D. Ill.)

Dear Counsel:

Plaintiffs hereby supplement their production of documents as referenced in Plaintiffs' Third Amended Responses and Objections to Defendant's Third Set of Interrogatories. As set forth in Plaintiffs' correspondence dated January 27, 2023, Plaintiffs' supplemental production provides complete responses to Interrogatory Nos. 9 and 10 based upon the data currently in Plaintiffs' possession, custody, or control. Plaintiffs reserve the right to revise their responses based upon any additional data or information that may be produced in the litigation.

The documents produced pursuant to this letter bear the following Bates numbers:

HILTON_0000079 - HILTON_0000133

The following files replace and supersede files previously produced as follows:

| Bates No. | Superseded by Bates No. |
|---|---|
| HILTON_0000001 | HILTON_0000079 |
| HILTON_0000009 | HILTON_0000087 |
| HILTON_0000010 | HILTON_0000088 |

The documents produced today are accessible through a password-protected Zip file, available at the FTP site referenced in a separate email communication you will receive today. The password for the Zip file is: ▇▇▇▇▇▇▇▇

This production is made in accordance with the October 17, 2017 Confidentiality Order entered by the Court. Plaintiffs have designated certain documents as "Confidential – Attorneys' Eyes Only." Plaintiffs provide these documents subject to and without waiving their right to object on any grounds to the use or introduction of these materials. Plaintiffs further provide these documents without waiving any applicable privilege or protection.

If you have any questions regarding the technical aspect of this production, please contact Aaron Browning at abrowning@rgrdlaw.com. Otherwise, please feel free to contact me to discuss.

Sincerely,
SCOTT+SCOTT ATTORNEYS AT LAW LLP

*Joseph Guglielmo*

Selina Coleman
February 3, 2023
Page 2

                                        Joseph P. Guglielmo

cc:     Michael S. Leib
        Jessica R. Christensen
        Kristin B. Parker
        Anthony R. Todd
        David W. Mitchell
        Art Shingler
        Eric S. Dwoskin
        Erin Green Comite
        Carey Alexander