# EXHIBIT 57



[About Us Providers AdminContact Us](#)

[Generics](#)
[Services](#)
[Order Info](#)
[Rx Refills](#)
[Locations](#)
[Drug Coverage](#)
[Price Quotes](#)
[Formulary Lists](#)
[Employment](#)
[Discount Card](#)
[Order Forms](#)
[Reimbursement](#)

**Mail Order Pharmacy**
**Street Address:**
**224 North Park Avenue**
**Fremont, NE 68025**

**Mail Order Address:**
**P.O. Box 8**
**Fremont, NE 68026**

### Sav-Rx Advantage Discount Card Program

   The Sav-Rx Advantage Program is a cash discount card that may save you money on your prescriptions, if you are not eligible for coverage under your Fund's prescription plan or if you have prescriptions that are not covered under your prescription benefit. This card is offered as a courtesy to our clients and is no cost to you, your union or benefit Fund. Although you will pay 100% of the cost of your medication, with the Sav-Rx Advantage Card you will pay the Sav-Rx Discounted Rate, not the pharmacy's retail price. On average participants who use this card save up to 32% over pharmacies' Usual and Customary pricing. In addition, you will have access to the Sav-Rx Mail Order Service, which offers even deeper discounts. Simply click on "Enrollment Form" and fill out the required information. Sav-Rx will mail you a prescription card and explanatory brochure.

   [Sav-Rx Advantage Enrollment Form](#)

   [Sav-Rx Advantage Brochure](#)

**Open 24 Hours A Day | Customer Service: 1 (800) 228-3108 | Main Fax: 1 (402) 753-2890 | Direct Office: 1 (402) 753-2801 | [Privacy Policy](#)**

EXHIBIT 380