# EXHIBIT 58



About Us  Providers  Admin Contact Us

Generics
Services
Order Info
Rx Refills
Locations
Drug Coverage
Price Quotes
Formulary Lists
Employment
Discount Card
Order Forms
Reimbursement

**Mail Order Pharmacy
Street Address:
224 North Park Avenue
Fremont, NE 68025**

**Mail Order Address:
P.O. Box 8
Fremont, NE 68026**

### Sav-Rx Advantage Discount Card Program

    The Sav-Rx Advantage Program is a cash discount card that may save you money on your prescriptions, if you are not eligible for coverage under your Fund's prescription plan or if you have prescriptions that are not covered under your prescription benefit. This card is offered as a courtesy to our clients and is no cost to you, your union or benefit Fund. Although you will pay 100% of the cost of your medication, with the Sav-Rx Advantage Card you will pay the Sav-Rx Discounted Rate, not the pharmacy's retail price. On average participants who use this card save up to 32% over pharmacies' Usual and Customary pricing. In addition, you will have access to the Sav-Rx Mail Order Service, which offers even deeper discounts. Simply click on "Enrollment Form" and fill out the required information. Sav-Rx will mail you a prescription card and explanatory brochure.

    Sav-Rx Advantage Enrollment Form

    Sav-Rx Advantage Brochure

**\*** **Union Affiliation:** [              ]
**\*** **Local:** [              ]
**\*** **First Name:** [              ]



* Last Name:
* Address:
* City:
* State: Puerto Rico
* Zip:
* Phone:
* Email:
* Date of Birth: __ / __ / __ *example: 02/28/1950*
* Gender: Male

Enroll

*** Required Fields**

**Open 24 Hours A Day | Customer Service: 1 (800) 228-3108 | Main Fax: 1 (402) 753-2890 | Direct Office: 1 (402) 753-2801 | Privacy Policy**