# EXHIBIT 59

# Sav-Rx Prescription Services

**Here's how the program works...**
Present the Sav-Rx Card to any of the 64,000 **Sav-Rx Advantage** network pharmacies. The Sav-Rx card guarantees you the lower of the Sav-Rx contracted price and the pharmacy's everyday price on all covered medications. Please call 1-800-890-8170 for more information.

**Use the Sav-Rx mail service pharmacy** to obtain lower prices on many prescriptions. As an eligible member of the Sav-Rx Advantage Prescription Drug Plan, you and your eligible dependents are covered under the mail service pharmacy benefit. Under this benefit, you can obtain all of your covered prescriptions through the Sav-Rx mail service pharmacy.



**Save up to 15% to 60% at your local pharmacy**

**Save up to 30 % to 70 % using our home delivery mail service**

## Using The Mail Service

*Important--Please Note*

This form can be used by Sav-Rx members only. Your prescription(s) will be filled for the quantity prescribed by your physician up to the supply limit. For example if your prescription is written for a 30-day supply with two refills, you will receive a 30-day supply. The refills cannot be combined to equal one 90-day supply. Please encourage your doctor to write for a 90-day maintenance supply to take full advantage of your mail service benefit.

**For your first order:** Be sure to remove the mail order form section of this brochure to register you and your dependents. Send it along with your first prescription(s). Please register all covered members, even if each person does not have a prescription enclosed at this time.

**Prescriptions & Refills via E-scribe:**
Your doctor may E-scribe your prescription(s) to Sav-Rx through Surescript.

**Refill by phone (with credit card):**
Call Sav-Rx Customer Service 1-800-890-8170. Please have your prescription number(s) and credit card ready.

**To avoid delays:** Always include the appropriate payment required at the time your order is placed. Prepayment is required with every order.

**Customer Service:** For questions regarding your order, or to speak with a customer service representative call toll-free: 1-800-890-8170.

# Questions & Answers

**Q. How do I get the best value in my pharmacy benefits?**
**A**. The best way to ensure that you are getting the best value in your pharmacy benefit is to use generics whenever they are available. Many brand name drugs do not have a generic equivalent but a generic drug is available within the same therapeutic class and is designed to treat the same condition. It is recommended that whenever you visit with your physician, you discuss the importance of using generic equivalents whenever they are available because it will save you money at the pharmacy.

**Q. Are generics just as safe and effective as brand name medications?**
**A**. Generic drugs have been approved by the Food and Drug Administration (FDA) as safe and effective. Generic drugs contain the same active ingredients in the same amounts as the brand name product. The generic version works like the brand name drug in dosage, strength, performance and use. Generics may differ in color, shape, size or flavor from the brand product; however, these differences do not effect the performance, safety or effectiveness of the generic drug.

EXHIBIT
382

Please visit our website at:
**www.savrx.com**

## MAIL ORDER FORM

**PLEASE PRINT CLEARLY**. Enclose this form with your prescription(s) and payment.

### MEMBER INFORMATION

CARDHOLDER NAME

CARDHOLDER ID #          DOB (MO/DAY/YR)

ADDRESS

CITY                    STATE    ZIP

DAYTIME PHONE           EVENING PHONE

### PATIENT INFORMATION

PATIENT NAME (LAST, FIRST)

DOB (MO/DAY/YR)

### IMPORTANT

You will receive generic substitutes whenever possible, unless your physician will not allow a generic substitute or you specify otherwise.

☐ By checking this box, I elect to receive brand drugs for all prescriptions in this order. By making this choice, I understand that under my benefit plan, I will be responsible for 100% of cost the drug.

**Please do not send cash.**

☐ Check or money order enclosed
☐ Charge to my credit card

CARDHOLDER NAME

CREDIT CARD NUMBER          EXPIRATION DATE

CARDHOLDER SIGNATURE

### Make checks payable to:
Sav-Rx Pharmacy
P.O. Box 8 Fremont, NE 68026
If mailing address for patient is different than cardholder address, please contact Sav-Rx.

## HOW TO USE YOUR SAV-RX ADVANTAGE CARD

Our network of more than 64,000 pharmacies provides prescription services at convenient locations across the country. In addition to more than 3,000 independent pharmacies, Sav-Rx cards are also accepted at every major chain pharmacy. To locate a network pharmacy near you, call Sav-Rx or you may visit www.savrx.com.

## RETAIL PHARMACY

You may present your card at any of over 64,000 retail network pharmacies nationwide to purchase your prescription medication. Your pharmacist may call Sav-Rx with any questions 1-800-890-8170.

## MAIL ORDER

You may also order prescription medication from the Sav-Rx Mail Order Pharmacy. The mail order should be used for your long-term maintenance medications. Using the Sav-Rx mail order may offer some cost savings to you. Regular orders are processed within 24 hours of receipt and mailed First-Class for convenient home delivery.

Your doctor may E-scribe new prescriptions to Sav-Rx or call in a new prescription to Sav-Rx at 1-800-890-8170. You may also mail your prescription to Sav-Rx PO Box 8 Fremont, NE 68026. **Please note that prepayment is required with every order.** Be sure to reference your Sav-Rx Identification Number with each prescription. Additional mail order forms are available at www.savrx.com.

Refills may be called in 24 hours a day, 7 days a week to 1-800-890-8170. You may also request a refill online at www.savrx.com.



# Welcome to

# SAV-RX
# Advantage

# Prescription Drug Program & Mail Service Pharmacy

# This is not Insurance No Usage Fees

# 1-800-890-8170