# APPENDIX B

**APPENDIX B**
**(Chart Of Reasons On Each Count Why Named Plaintiffs Do Not Have Standing, Typicality, Or Adequacy)**

|  | Count I (Fraud) | Count II (unjust enrichment) | Count III (Illinois Consumer Fraud and Deceptive Business Practices Act) | Count IV (Arizona Consumer Fraud Act) |
|---|---|---|---|---|
| Seeking Class Certification over Count? | No | Yes. See separate unjust enrichment chart. | Yes | Yes |
| Proposed Class Representative(s) (*See* Pls.' Mem., at 3 n.2) |  |  | Steamfitters | Gonzales and Steamfitters |
| Standing? |  |  |  |  |
| Typicality ("Unique Defense")/Adequacy |  |  | No – continued purchasing after met with counsel on Nov. 7, 2017 (*See* Def.'s Opp'n, at 39-42) | Gonzales – No<br>- Excluded from class as a beneficiary of a government-funded entity<br>- Never purchased a drug from Walgreens in AZ<br>- Continued purchasing after met with counsel on Feb. 24, 2017<br>Steamfitters – No<br>- Continued purchasing after met with counsel on Nov. 7, 2017<br>- Cannot bring a claim just because beneficiary purchased in AZ<br><br>(*See* Def.'s Opp'n, at 38-42, 44-46) |

|  | Count V-VII (California Unfair Competition Law) | Count VIII (Colorado Consumer Protection Act) | Count IX (Connecticut Unfair Trade Practices Act) | Count X (Delaware Consumer Fraud Act) |
|---|---|---|---|---|
| Seeking Class Certification over Count? | Yes | No | Yes | Yes |
| Proposed Class Representative(s) (*See* Pls.' Mem., at 3 n.2) | IBEW |  | IUOE | IUOE |
| Standing? |  |  | No – only Connecticut residents or those injured in Connecticut can be a class representative under CUTPA (*See* Def.'s Opp'n, at 8) |  |
| Typicality ("Unique Defense")/Adequacy | No – continued purchasing after met with counsel on Dec. 21, 2016<br><br>IBEW was aware as early as 2008 that its PBM considered retail price and U&C to be the same and that it was not providing discount card prices to IBEW's beneficiaries<br><br>Cannot bring a claim just because beneficiary purchased in CA<br><br>(*See* Def.'s Opp'n, at 38-43) |  | No – continued purchasing after met with counsel in Sept. 2017<br><br>Cannot bring a claim just because beneficiary purchased in CT<br><br>(*See* Def.'s Opp'n, at 38-42) | No – continued purchasing after met with counsel in Sept. 2017<br><br>Cannot bring a claim just because beneficiary purchased in DE<br><br>(*See* Def.'s Opp'n, at 38-42) |

|  | Count XI (Florida Deceptive and Unfair Trade Practices Act) | Count XII-XIII (Georgia consumer fraud statutes) | Count XIV (Louisiana Unfair Trade Practices and Consumer Protection Law) | Count XV (Massachusetts Consumer Protection Law) |
|---|---|---|---|---|
| Seeking Class Certification over Count? | Yes | No | No | Yes |
| Proposed Class Representative(s) (*See* Pls.' Mem., at 3 n.2) | Russo, IBEW, IUOE, Steamfitters |  |  | Bullard and IUOE |
| Standing? |  |  |  |  |
| Typicality ("Unique Defense")/Adequacy | No – the four proposed class representatives continued purchasing after each met with counsel on Dec, 14, 2016, Dec. 21, 2016, Sept. 2017, and Nov. 7, 2017, respectively<br><br>Russo has no damages for any qualifying purchase<br><br>IBEW was aware as early as 2008 that its PBM considered retail price and U&C to be the same and that it was not providing discount card prices to IBEW's beneficiaries<br><br>Fund Plaintiffs cannot bring a claim just because beneficiary purchased in FL<br><br>(*See* Def.'s Opp'n, at 38-44) |  |  | No – continued purchasing after met with counsel on May 10, 2017 (Bullard) and in September 2017 (IUOE)<br><br>Bullard did not have an allegedly offending purchase in MA until after filing the Complaint<br><br>IUOE cannot bring a claim just because beneficiary purchased in MA<br><br>(*See* Def.'s Opp'n, at 38-42, 47) |

| | Count XVI-XVIII (Minnesota consumer fraud statutes) | Count XIX (Nevada Deceptive Trade Practices Act) | Count XX (New Mexico Unfair Practices Act) | Count XXI (New York GBL § 349) |
|---|---|---|---|---|
| Seeking Class Certification over Count? | No. Counts have been dismissed. | No | No. Count has been dismissed. | Yes |
| Proposed Class Representative(s) (*See* Pls.' Mem., at 3 n.2) | | | | Bullard and IUOE |
| Standing? | | | | |
| Typicality ("Unique Defense")/Adequacy | | | | No – continued purchasing after met with counsel on May 10, 2017 (Bullard) and in September 2017 (IUOE) (*See* Def.'s Opp'n, at 39-42) |

| | Count XXII (North Carolina Unfair and Deceptive Trade Practices Act) | Count XXIII (Ohio Deceptive Trade Practices Act) | Count XXIV (Pennsylvania Unfair Trade Practices and Consumer Protection Law) | Count XXV (South Carolina Unfair Trade Practices Act) |
|---|---|---|---|---|
| Seeking Class Certification over Count? | Yes | Yes | Yes | No |
| Proposed Class Representative(s) (*See* Pls.' Mem., at 3 n.2) | IBEW | IBEW | IUOE | |
| Standing? | No – only NC consumers protected under statute (*See* Def.'s Opp'n, at 8-9) | No – no evidence presented of lost sales or reputational harm, as required under the Act (*See* Def.'s Opp'n, at 9) | | |
| Typicality ("Unique Defense")/Adequacy | No – continued purchasing after met with counsel on Dec. 21, 2016<br><br>IBEW was aware as early as 2008 that its PBM considered retail price and U&C to be the same and that it was not providing discount card prices to IBEW's beneficiaries<br><br>Cannot bring a claim just because beneficiary purchased in NC<br><br>(*See* Def.'s Opp'n, at 38-43) | No – continued purchasing after met with counsel on Dec. 21, 2016<br><br>IBEW was aware as early as 2008 that its PBM considered retail price and U&C to be the same and that it was not providing discount card prices to IBEW's beneficiaries<br><br>(*See* Def.'s Opp'n, at 39-43) | No – continued purchasing after met with counsel in September 2017 (IUOE)<br><br>Cannot bring a claim just because beneficiary purchased in PA<br><br>(*See* Def.'s Opp'n, at 38-42) | |

| | Count XXVI (Texas Deceptive Trade Practices Consumer Protection Act) | Count XXVII (Wisconsin Deceptive Trade Practices Act) | Count XXVIII (Declaratory and Injunctive Relief) | |
|---|---|---|---|---|
| Seeking Class Certification over Count? | No. Count has been dismissed. | Yes | Yes | |
| Proposed Class Representative(s)<br><br>(*See* Pls.' Mem., at 3 n.2) | | Gonzales | All Plaintiffs except Gonzales | |
| Standing? | | | No for reasons stated in brief<br><br>(*See* Def.'s Opp'n, at 49-50) | |
| Typicality ("Unique Defense")/Adequacy | | No<br>- Excluded from class as a beneficiary of a government-funded entity<br>- Has no damages for any purchases of qualifying drugs from Walgreens in WI<br>- Continued purchasing after met with counsel on Feb. 24, 2017<br><br>(*See* Def.'s Opp'n, at 39-42, 44-47) | | |