# APPENDIX C

**APPENDIX C**
**(Chart Of Reasons On Unjust Enrichment Count Why Named Plaintiffs Do Not Have Typicality Or Adequacy)**

| States under which Plaintiffs are seeking certification of an unjust enrichment subclass | California | Connecticut | Illinois | Massachusetts | New York |
|---|---|---|---|---|---|
| Proposed Class Representative(s) (Russo and Gonzales are not being sought as class representatives in the unjust enrichment count) (*See* Pls.' Mem., at 3 n.2; Pls.' Mot., at 2) | IBEW | IUOE | Steamfitters | Bullard and IUOE | Bullard and IUOE |
| Typicality ("Unique Defense")/Adequacy | No – continued purchasing after met with counsel on Dec. 21, 2016<br><br>IBEW was aware as early as 2008 that its PBM considered retail price and U&C to be the same and that it was not providing discount card prices to IBEW's beneficiaries<br><br>Cannot bring a claim just because beneficiary purchased in CA<br><br>(*See* Def.'s Opp'n, at 38-43) | No – continued purchasing after met with counsel in Sept. 2017<br><br>Cannot bring a claim just because beneficiary purchased in CT<br><br>(*See* Def.'s Opp'n, at 38-42) | No – continued purchasing after met with counsel on Nov. 7, 2017<br><br>(*See* Def.'s Opp'n, at 39-42) | No – continued purchasing after met with counsel on May 10, 2017 (Bullard) and in September 2017 (IUOE)<br><br>Bullard did not have an allegedly offending purchase in MA until after filing the Complaint<br><br>IUOE cannot bring a claim just because beneficiary purchased in MA<br><br>(*See* Def.'s Opp'n, at 38-42, 47) | No – continued purchasing after met with counsel on May 10, 2017 (Bullard) and in September 2017 (IUOE)<br><br>(*See* Def.'s Opp'n, at 39-42) |