## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cynthia Russo, et al.

                Plaintiff,

v.

                                         Case No.: 1:17–cv–02246

                                         Honorable Edmond E. Chang

Walgreen Co., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 20, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: The defense motions [582], [585] to seal are granted provisionally. The Court will again review the propriety of sealing when evaluating the underlying motions. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.