UNITED STATES COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>WALGREEN CO.,<br><br>                Defendant. | Case No. 1:17-cv-02246<br><br>CLASS ACTION<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan |

MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Plaintiffs Lisa Bullard, Ricardo Gonzales, Cynthia Russo, International Brotherhood of Electrical Workers Local 38 Health and Welfare Fund, International Union of Operating Engineers Local 295-295c Welfare Fund, and Steamfitters Fund Local 439 (collectively, "Plaintiffs"), by their attorneys, respectfully request that the appearance of Eric S. Dwoskin in this matter be withdrawn, and in support thereof, state as follows:

1. Eric S. Dwoskin filed an appearance in this matter on October 30, 2018.

2. Mr. Dwoskin is no longer a member of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and no longer represents Plaintiffs in this matter.

3. Plaintiffs will continue to be represented by attorneys from Robbins Geller.

4. No parties will be prejudiced by Mr. Dwoskin's withdrawal.

WHEREFORE, Plaintiffs respectfully request that the appearance of Eric S. Dwoskin in this matter be withdrawn.

DATED: May 1, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ARTHUR L. SHINGLER III


s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
MARK J. DEARMAN
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
edwoskin@rgrdlaw.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
ERIN GREEN COMITE
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860/537-5537
860/537-4432 (fax)
ecomite@scott-scott.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP
JOSEPH P. GUGLIELMO
CAREY ALEXANDER
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/233-6444
212/233-6334 (fax)
jguglielmo@scott-scott.com
calexander@scott-scott.com

*Interim Co-Lead Counsel*

LYNCH CARPENTER
KATRINA CARROLL (IL Bar #6291405)
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312/750-1265
kcarroll@lcllp.com

*Local Counsel*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 1, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: davidm@rgrdlaw.com

# Mailing Information for a Case 1:17-cv-02246 Russo et al v. Walgreen Co. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Justin W. Batten**
  jbatten@scott-scott.com

- **Donald A. Broggi**
  dbroggi@scott-scott.com,scott-scott@ecf.courtdrive.com,tcrockett@scott-scott.com,efile@scott-scott.com

- **Daniel K. Bryson**
  dbryson@milberg.com,sheldman@milberg.com,amkamanga@milberg.com,dbryson@ecf.courtdrive.com

- **Katrina Carroll**
  katrina@lcllp.com

- **Jessica Reyleen Christensen**
  jchristensen@reedsmith.com

- **Selina Coleman**
  scoleman@reedsmith.com,kparker@reedsmith.com,jchristensen@reedsmith.com

- **Susan M. Coler**
  coler@halunenlaw.com,lockwood@halunenlaw.com,smith@halunenlaw.com,moore@halunenlaw.com

- **Erin Green Comite**
  ecomite@scott-scott.com,cflaherty@scott-scott.com,efile@scott-scott.com

- **Stuart Andrew Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Megan Fanale Engel**
  mengel@reedsmith.com

- **James Vincent Garvey**
  jgarvey@vedderprice.com,kprezioso@vedderprice.com,james-garvey-7634@ecf.pacerpro.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com

- **Joseph P Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,kjager@scott-scott.com,efile@scott-scott.com

- **Michael Alan Johnson**
  mjohnsonlawyer@aol.com,wells@halunenlaw.com

- **Michael Scott Leib**
  mleib@reedsmith.com,docketingecf@reedsmith.com,CAChambers@reedsmith.com,deanna-meske-0374@ecf.pacerpro.com,reed-smith-2312@ecf.pacerpro.com,michael-leib-2698@ecf.pacerpro.com,dmeske@reedsmith.com

- **Andrew A. Lemmon**
  andrew@lemmonlawfirm.com,court@lemmonlawfirm.com

- **David W. Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Alex M Outwater**
  aoutwater@scott-scott.com

- **Frederick Robinson**
  frobinson@reedsmith.com,andrew.lu@reedsmith.com

- **Amanda M. Rolon**
  arolon@scott-scott.com

- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,dmagagna@lfsblaw.com,vjennings@lfsblaw.com

- **Arthur L. Shingler , III**
  AShingler@rgrdlaw.com

- **Anthony Robert Todd**
  atodd@reedsmith.com,cbaran@reedsmith.com,kgord@reedsmith.com

- **Joseph Seth Tusa**
  joseph.tusapc@gmail.com

- **Jeremy R. Williams**
  jwilliams@milberg.com,sheldman@milberg.com,jwilliams@ecf.courtdrive.com,amkamanga@milberg.com,jsteen@milberg.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`