# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | Civil No. 17-cv-2246 <br><br> Judge Edmond E. Chang <br> Magistrate Judge Sheila Finnegan <br><br> **WALGREENS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR THE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

For the reasons stated in Walgreens' June 1, 2023 email to Plaintiffs, which is attached as Exhibit 1 to Plaintiffs' Motion for Leave to Exceed Page Limits for the Reply Memorandum in Support of Plaintiffs' Motion for Class Certification (ECF No. 596-1), Walgreens opposes Plaintiffs' request to have their page limit doubled from 20 pages to 40 pages for their reply brief, but does not oppose Plaintiffs receiving 30 pages.

DATED: June 1, 2023

        <u>s/ Michael Scott Leib</u>
        Michael Scott Leib
        Anthony Robert Todd
        **REED SMITH LLP**
        10 S Wacker Dr # 4000
        Chicago, IL 60606
        Telephone: 312-207-1000
        *mleib@reedsmith.com*
        *atodd@reedsmith.com*

        Selina Coleman (*pro hac vice*)
        Frederick Robinson (*pro hac vice*)
        Jessica Christensen (*pro hac vice*)
        **REED SMITH LLP**
        1301 K Street, N.W. Suite 1100
        East Tower
        Washington, DC 20005
        Telephone: 202-414-9200
        *scoleman@reedsmith.com*
        *frobinson@reedsmith.com*
        *jchristensen@reedsmith.com*

        ***Attorneys for Defendant Walgreen Co.***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*s/ Michael Scott Leib*
Michael Scott Leib