# EXHIBIT 70

Page 1

1

2      UNITED STATES DISTRICT COURT

3      NORTHERN DISTRICT OF ILLINOIS

4      EASTERN DIVISION

5      Civil Action No. 1:17-cv-02246

6      - - - - - - - - - - - - - - - - - - - - -x

7      CYNTHIA RUSSO, et al.,

8                          Plaintiffs,

9            -against-

10     WALGREEN CO.,

11                         Defendant.

12     - - - - - - - - - - - - - - - - - - - - -x

13                     Virtual Zoom Deposition

14

                       May 4, 2023

15                     9:00 a.m.

16

17        CONFIDENTIAL DEPOSITION of JOHN W.

18     HANIFIN, in the above-entitled action, held at

19     the above time and place, taken before Jeremy

20     Richman, a Shorthand Reporter and Notary

21     Public of the State of New York, pursuant to

22     the Federal Rules of Civil Procedure, and

23     stipulations between Counsel.

24

25                 *      *      *

Page 2

APPEARANCES:

ROBBINS GELLER RUDMAN & DOWD LLP
         Attorneys for Plaintiffs
         655 West Broadway, Suite 1900
         San Diego, California 92101
    BY:  ARTHUR L. SHINGLER, III, ESQ.

SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
         Attorneys for Plaintiffs
         230 Park Avenue, 17th Floor
         New York, New York 10169
    BY:  AMANDA ROLON, ESQ.

REED SMITH LLP
         Attorneys for Defendant
         1301 K Street, NW, Suite 1000
         East Tower
         Washington, D.C. 20005
    BY:  SELINA COLEMAN, ESQ.
              -and-
         1717 Arch Street
         Three Logan Square
         Philadelphia, Pennsylvania 19103
    BY:  CAITLIN A. CHAMBERS, ESQ.

PRESENT:
MARC FRIEDMAN, Videographer
THOMAS MUNK, Concierge

               *      *      *

1               CONFIDENTIAL - HANIFIN

2    question.

3               MR. SHINGLER:  Reporter, can

4        you read back the question I asked

5        previously?

6               (Requested portion of the

7        record was read back.)

8        A.    Correct.

9        Q.    In other words, because the

10   pharmacist already has the relevant

11   information, the task of providing the

12   information requires significantly less

13   effort than the patient needing to

14   affirmatively provide that information,

15   correct?

16               MS. COLEMAN:  Objection to

17        form.

18        A.    Correct.

19        Q.    When it comes to a "obstacle"

20   in the context of analyzing a loyalty

21   program, every task or step facing a

22   consumer is considered an obstacle,

23   even where that task or step is not

24   considered particularly meaningful to a

25   consumer, correct?

```
 1              CONFIDENTIAL - HANIFIN
 2     business.
 3          Q.    What was the general context
 4     of the dispute?
 5          A.    Dispute over payment for
 6     goods and services.
 7          Q.    Were you the claimant in that
 8     case, or were you on the receiving end
 9     of that claim?
10          A.    I was the receiver of that
11     complaint.
12          Q.    Did that circumstance result
13     in a lawsuit?
14          A.    Yes.
15          Q.    Do you remember the name of
16     the lawsuit?
17          A.    No.
18          Q.    Were you named individually?
19          A.    No.
20          Q.    The company that you owned
21     was named as a party; is that correct?
22          A.    That's what I recall.
23          Q.    What was the name of that
24     company?
25          A.    It was AMPAC Aircraft
```

```
                                              Page 47
 1              CONFIDENTIAL - HANIFIN
 2         Q.     Let's try that again.  Have
 3    you discussed the content of your
 4    report with anyone?
 5              MS. COLEMAN:  Same objection.
 6         A.     I have discussed the report
 7    with Reed Smith, but with no one else.
 8         Q.     You attended the University
 9    of Virginia as an undergrad; is that
10    correct?
11         A.     That's correct.
12         Q.     And the years you attended?
13         A.     1974 to 1978.
14         Q.     You obtained a BS degree in
15    finance; is that correct?
16         A.     That's correct.
17         Q.     You did not attend grad
18    school; is that correct?
19         A.     That's correct.
20         Q.     You have a CLMP degree; is
21    that right?
22         A.     I do.
23         Q.     That stands for certified
24    loyalty marketing professional; is that
25    correct?
```

```
1              CONFIDENTIAL - HANIFIN
2        A.    That's correct.
3        Q.    An entity called The Loyalty
4   Academy gave you that CLMP in
5   March 2017; is that correct?
6        A.    That's correct.
7        Q.    Is The Loyalty Academy an
8   accredited educational institution?
9              MS. COLEMAN:  Objection to
10      form.
11       A.    It is not accredited.  It's
12  governed by a board of regents.
13       Q.    Is it correct that The
14  Loyalty Academy is a product of the
15  Wise Marketer business?
16       A.    It is part of the Wise
17  Marketer Group.
18       Q.    That wasn't my question,
19  exactly.  I appreciate your answer, but
20  we'll try the question again.
21             The Loyalty Academy is a
22  product of your Wise Marketer business;
23  isn't that correct?
24       A.    That's not how I would
25  describe it.  It's not a product, it's
```

```
                                            Page 51

 1              CONFIDENTIAL - HANIFIN
 2         Q.    As an undergraduate student,
 3    you didn't take any courses specific to
 4    pharmacy operations or the pharmacy
 5    industry, correct?
 6         A.    No, I did not.
 7         Q.    And you don't consider
 8    yourself or purport to be an expert in
 9    the pharmacy operations or the pharmacy
10    industry, do you?
11         A.    No, I do not.
12         Q.    And your CLMP is not in the
13    pharmacy operations or the pharmacy
14    industry, is it?
15         A.    No, it's not.
16         Q.    You don't purport to be an
17    economist, do you?
18         A.    No, I do not.
19         Q.    You don't purport to be an
20    expert in econometrics either, do you?
21         A.    No, I don't.
22         Q.    Give me just a moment, I'm
23    going to mark an exhibit.
24         A.    Mm-hmm.
25              MR. SHINGLER:  Selina, are we
```

```
 1              CONFIDENTIAL - HANIFIN
 2        Q.     And then separately, in
 3   January 2016 to present, you became CEO
 4   and managing editor of "The Wise
 5   Marketer;" is that correct?
 6        A.     That is correct.
 7        Q.     And that involved purchasing
 8   an ownership interest in "The Wise
 9   Marketer," correct?
10        A.     That's correct.
11        Q.     The statements on your
12   LinkedIn page describing your work with
13   "The Wise Marketer" are accurate
14   statements, correct?
15        A.     They are, correct.
16        Q.     Now, you graduated college in
17   -- actually, we've been on the record
18   for about an hour.  I'm wondering, you
19   want to use the restroom or take a
20   quick break?
21        A.     We can take a short break.
22             MR. SHINGLER:  Why don't we
23        do that.  Say 10 minutes?
24             THE WITNESS:  Sure.
25             THE VIDEOGRAPHER:  Stand by,
```

```
                                        Page 62

 1              CONFIDENTIAL - HANIFIN
 2         A.    It was in the end of 1996,
 3    beginning of 1997.
 4         Q.    That was the entity that you
 5    mentioned earlier involving a
 6    deposition; is that right?
 7         A.    That's correct.
 8         Q.    Do you remember who the
 9    plaintiff was in that case?
10         A.    I don't, exactly.  It was
11    another supplier in the business.
12         Q.    Do you have a general sense
13    of who it was?
14         A.    Yeah, yes.
15         Q.    What's your general sense?
16         A.    General sense, what do you
17    want to know?
18         Q.    I'm trying to identify the
19    organization.
20         A.    Oh, oh.  I think at the time
21    it was called Ikaros.  They changed
22    their name --
23         Q.    How do you spell that?
24         A.    It's like the Greek God,
25    I-K-A-R-O-S.
```

Page 63

1          CONFIDENTIAL - HANIFIN

2     Q.    I-K-A-R-O-S?

3     A.    Yes.

4     Q.    Oh, like Ikaros got too close

5  to the sun.

6     A.    They just spelled it

7  differently.

8     Q.    Okay.

9     A.    Mm-hmm.

10     Q.    And then when you left AMPAC,

11  or closed AMPAC -- excuse me, strike

12  that.

13          When you closed AMPAC, that's

14  when you joined Visa as a product

15  manager, correct?

16     A.    That's correct.  There was a

17  period of time between when I joined

18  AMPAC and joined Visa, probably

19  six months where I was probably either

20  doing some sales work for a couple of

21  random people, friends, something like

22  that, while I was looking for something

23  more permanent.

24     Q.    Is it accurate to say you've

25  never been an employee of a pharmacy?

```
                                                    Page 64
 1               CONFIDENTIAL - HANIFIN
 2         A.     Yes, it is.
 3         Q.     Is it accurate to say you've
 4    never been an employee of a pharmacy
 5    benefit manager?
 6         A.     Yes, it is.
 7         Q.     And is it accurate to say
 8    you've never been an employee of a
 9    third-party payor?
10               MS. COLEMAN:  Objection to
11         form.
12         A.     Yes, it is.
13         Q.     If you'll turn to -- I'll
14    just go ahead and mark it as an
15    exhibit.  Give me one moment to do
16    that.
17         A.     Should I close this LinkedIn
18    profile out?
19         Q.     Yes.  I marked it and
20    admitted it for the record.  So this is
21    now 551, see if I get this right.
22               MR. SHINGLER:  Just from a
23         technological standpoint, if I've
24         written 0551 in exhibit
25         identification and I have, I can
```

```
                                        Page 65
 1              CONFIDENTIAL - HANIFIN
 2        see it on the page, and I click,
 3        add stamp, and then I put,
 4        introduce exhibit, that should take
 5        care of it, correct?
 6              MR. MUNK:  Yes.
 7        Q.    You have a copy of your
 8    report there as an exhibit.  You can
 9    use your own copy.  Everyone can see
10    it's Exhibit 551; is that correct?
11              (Exhibit 551, marked for
12        identification, expert report of
13        John W. Hanifin dated March 17,
14        2023.)
15              MS. COLEMAN:  Yes, it's up
16        and marked correctly as 551, at
17        least on my end.
18        Q.    Okay.  If you'll turn to your
19    list of publications in your report,
20    Mr. Hanifin.
21        A.    Yes, sure.  Okay.
22        Q.    Do you have that up?
23        A.    I do.
24        Q.    Does this exhibit list all of
25    your publications in the last 10 years?
```

```
                                        Page 66

  1            CONFIDENTIAL - HANIFIN
  2        A.    Yes, it does.
  3        Q.    Which of these publications
  4   discuss the calculation of the U&C
  5   prices in the pharmacy industry?
  6            MS. COLEMAN:  Objection to
  7       form.
  8        A.    I don't think any of these
  9   would have discussed that matter.
 10        Q.    You list 348 publications on
 11   this list, correct?
 12            MS. COLEMAN:  Objection to
 13       form.
 14        A.    Let me just jump down to the
 15   bottom, make sure I tell you the right
 16   number.  Yeah, the list has 348,
 17   correct.
 18        Q.    Were these published in
 19   scholarly journals?
 20            MS. COLEMAN:  Objection to
 21       form.
 22        A.    These are published on
 23   websites.  Blogs, websites.
 24        Q.    My question was, were these
 25   published in scholarly journals?
```

```
 1              CONFIDENTIAL - HANIFIN
 2                 MS. COLEMAN:   Same objection.
 3         A.    You mean an academic journal,
 4    something like that?
 5         Q.    Yes.
 6         A.    Research, no.
 7         Q.    You indicated these were
 8    things you posted on your company's
 9    website over the years, correct?
10         A.    These have been posted on
11    "Loyalty Truth," which was the blog
12    that I had with Hanifin Loyalty, and on
13    "The Wise Marketer."  And I believe
14    there are a couple that were published
15    in Forbes.
16         Q.    So just to be clear, they're
17    not peer-reviewed scholarly articles
18    concerning --
19         A.    No, they're not.
20         Q.    Turning to your CV, or I'll
21    just say, turning to your report, which
22    consists of some statements about your
23    experience in the report itself, and
24    then also a biography exhibit, does the
25    report identify all matters, whether in
```

1          CONFIDENTIAL - HANIFIN

2          Q.    It's not your understanding,

3     is it, that prescriptions are written

4     to anonymous patients, is it?

5          A.    No, that's not my

6     understanding.

7          Q.    In fact, it would be your

8     understanding that prescriptions are

9     written for specific patients, correct?

10               MS. COLEMAN:  Objection to

11          form, objection to scope.

12          A.    Usually, I think always, you

13     would think, they're written to an

14     individual, to a name.

15          Q.    And identifying the specific

16     patient requires disclosure of certain

17     personal information about that patient

18     before the pharmacy dispenses the

19     medication, correct?

20               MS. COLEMAN:  Objection to

21          form.

22          A.    Can you ask me the question

23     again, do you mind?

24          Q.    Identifying the specific

25     patient requires disclosure of certain

Page 85

1                CONFIDENTIAL - HANIFIN

2    personal information about that patient

3    before the pharmacy dispenses the

4    medication, correct?

5              MS. COLEMAN:  Same objection,

6       also an objection to scope.

7      A.    It's really not -- I'm not an

8    expert in that area.  It wasn't really

9    part of my opinion to look at that.

10      Q.    But in your experience, is it

11    correct that a patient prescription

12    requires disclosure of certain personal

13    information about that patient before

14    the pharmacy dispenses the medication?

15              MS. COLEMAN:  Objection to

16      form.

17      A.    In my experience as a

18    consumer, in filling prescriptions

19    myself, you're required to exchange

20    some personal information.

21      Q.    In other words, not only is a

22    patient compelled by medical need to

23    obtain a prescription, but they're

24    required to give the pharmacy certain

25    personal information as well, in order

```
 1              CONFIDENTIAL - HANIFIN
 2   to obtain the medication, correct?
 3                MS. COLEMAN:  Objection to
 4       form, objection to scope.
 5       A.    Again, that's not part of my
 6   opinion.  I can't really comment on
 7   that definitively.
 8       Q.    But in your own experience,
 9   not only is a patient compelled by
10   medical need to obtain a prescription,
11   but they are required to give the
12   pharmacy certain personal information
13   as well in order to obtain the
14   medication, correct?
15                MS. COLEMAN:  Objection to
16       scope.
17       A.    It's not part of my opinion
18   to look at that.
19       Q.    I didn't ask you that, I
20   asked you in your experience.
21       A.    You're asking me as a human
22   being, as a consumer?
23       Q.    Yes.
24       A.    It's my experience that I
25   have to give personal information to
```

```
1                CONFIDENTIAL - HANIFIN
2     to obtain the medication, correct?
3                   MS. COLEMAN:  Objection to
4          form, objection to scope.
5          A.    Again, that's not part of my
6     opinion.  I can't really comment on
7     that definitively.
8          Q.    But in your own experience,
9     not only is a patient compelled by
10    medical need to obtain a prescription,
11    but they are required to give the
12    pharmacy certain personal information
13    as well in order to obtain the
14    medication, correct?
15                  MS. COLEMAN:  Objection to
16         scope.
17         A.    It's not part of my opinion
18    to look at that.
19         Q.    I didn't ask you that, I
20    asked you in your experience.
21         A.    You're asking me as a human
22    being, as a consumer?
23         Q.    Yes.
24         A.    It's my experience that I
25    have to give personal information to
```

```
                                      Page 87

 1              CONFIDENTIAL - HANIFIN
 2     the pharmacist, or they have it on
 3     file, for me to fill a prescription.
 4          Q.    All right.  So I'm going to
 5     try one more time so I have a real
 6     clean record.
 7                In your personal experience,
 8     not only is a patient compelled by
 9     medical need to obtain a prescription,
10     but they're required to give the
11     pharmacy personal information as well,
12     in order to obtain the medication,
13     correct?
14                MS. COLEMAN:  Objection to
15          form.
16          A.    Correct.
17          Q.    It's your understanding that
18     Walgreens generally makes the PSC offer
19     or membership in the PSC program
20     available to anyone filling
21     prescriptions at Walgreens, right?
22                MS. COLEMAN:  Objection to
23          form.
24          A.    It's my understanding that
25     they make the offer to their entire
```

Page 88

1          CONFIDENTIAL - HANIFIN
2     customer base.
3          Q.    It's also correct that in
4     joining the PSC, the customer receives
5     a discounted cash price on their
6     prescriptions immediately, correct?
7               MS. COLEMAN:  Objection to
8          form.
9          A.    I don't know that it's
10    immediately, but they do receive a
11    discounted price.  There's a different
12    pricing schedule for prescription
13    medications for PSC members.
14         Q.    So would it be accurate, in
15    your opinion, to say that in joining
16    the PSC, the customer receives a
17    discounted cash price when filling
18    their prescription immediately?
19              MS. COLEMAN:  Objection to
20         form.
21         A.    Yes, that's correct.
22         Q.    So in other words, in joining
23    the PSC, the customer sees immediate
24    savings off of the retail price of
25    their prescription when filling the

Page 89

```
 1              CONFIDENTIAL - HANIFIN
 2   prescription, correct?
 3              MS. COLEMAN:  Objection to
 4       form.
 5       A.    A PSC member receives --
 6       Q.    I hate to interrupt.  It's a
 7   yes-or-no question.  If your counsel
 8   wants to ask questions --
 9       A.    I don't know if I can answer
10   that yes or no the way you're asking
11   it.
12       Q.    Let me try it again.
13       A.    Okay.
14       Q.    Having joined the PSC, the
15   customer sees immediate savings off of
16   the retail price of their prescription
17   when filling that prescription,
18   correct?
19              MS. COLEMAN:  Objection to
20       form.
21       A.    Yes.
22       Q.    Walgreens also guarantees
23   that if the PSC member doesn't save at
24   least the cost of their membership fee
25   in one year, Walgreens will give them
```

1            CONFIDENTIAL - HANIFIN

2        A.    Correct.  EBT card, there are

3    a lot of forms of payment they could

4    use.

5        Q.    What is that, a debit card?

6        A.    Electronic benefit card.

7        Q.    That might be tied to an HSA

8    plan or something like that?

9        A.    Or unemployment benefits or

10   something like that.

11       Q.    So under the Fluticasone

12   scenario in these Walgreens materials,

13   an individual cash-paying patient comes

14   to Walgreens with a prescription from

15   their prescribing medical professional,

16   or it's already been called in, and

17   they have to decide whether to go

18   out-of-pocket $35, consisting of a $20

19   individual membership fee, plus $15 for

20   the tier 3 medication.  Or pay $42,

21   correct?

22       A.    You're talking about the

23   Fluticasone nasal spray?

24       Q.    That is what I'm talking

25   about.

```
1              CONFIDENTIAL - HANIFIN
2         A.    So they would pay $20 under
3    tier 2, plus 15, that's 35.
4         Q.    Oh, I'm sorry, I was reading
5    the wrong one.  You're right, $35,
6    you're right about that.  Let me try
7    that again, I might have been
8    confusing.  Fluticasone scenario, we're
9    just talking about the Fluticasone,
10   okay?
11        A.    Okay.
12        Q.    So an individual cash-paying
13   patient comes to Walgreens with their
14   prescription in hand, or it's already
15   been called in, and they're deciding,
16   they would be faced with a decision
17   whether to go out-of-pocket $35,
18   consisting of the $20 individual
19   membership fee, plus $15 for the
20   Fluticasone, right, or pay $42 cash,
21   correct?
22        A.    That appears to be correct.
23        Q.    So that's an immediate
24   savings of $7 off the retail price if
25   they join the PSC, correct?
```

Page 113

1           CONFIDENTIAL - HANIFIN

2                MS. COLEMAN:  Objection to

3      form.

4      A.    They would have -- yeah, they

5  would have a $7, approximately, savings

6  on this, filling this prescription for

7  this drug.

8      Q.    And the second -- I'm sorry?

9      A.    For this drug.

10     Q.    And on the second fill under

11 this Fluticasone scenario, that patient

12 would see savings of around $27,

13 correct?

14     A.    I don't see that number.

15     Q.    Because they don't pay the

16 membership fee twice.  They now are

17 just paying $15 as members of the plan,

18 as opposed to $42 retail price.

19     A.    Hmm, okay.

20     Q.    So let me ask the question

21 again.  The second fill under this

22 scenario, the member would see savings

23 of around $27, right?

24                MS. COLEMAN:  Objection to

25      form.

Page 114

1        CONFIDENTIAL - HANIFIN

2        A.      That appears to be right.

3        Q.      And absent some change in

4    price, either retail or PSC price,

5    during the course of that year, every

6    time that patient goes in to fill a

7    prescription for Fluticasone nasal

8    spray, they're going to save $27 on

9    that transaction versus the retail

10    price, correct?

11              MS. COLEMAN:    Objection to

12        form.

13        A.      That's my understanding from

14    looking at this chart.

15        Q.      Likewise, under the

16    Lisinopril scenario in these Walgreens

17    materials, an individual cash-paying

18    patient comes into Walgreens with a

19    prescription from a prescribing

20    professional, or it's already been

21    called in, and they decide whether to

22    go out-of-pocket $32, including the $20

23    membership fee, plus $12 for the

24    Lisinopril medication, or pay 47.99;

25    isn't that right?

```
 1            CONFIDENTIAL - HANIFIN
 2               MS. COLEMAN:  Objection to
 3       form.
 4          A.    That's the way it appears,
 5    yes.
 6          Q.    That represents an immediate
 7    savings for that PSC member of about
 8    $15.99 off the retail price, correct?
 9          A.    Let me just do that math
10    here.  12 and 20, 20 member, 12 for the
11    prescription, that's 32.  So 47.99
12    less, so you've got, yeah, about $15
13    savings, yes.
14          Q.    And the second fill under
15    this Lisinopril scenario would see
16    savings of around 35.99, right?
17               MS. COLEMAN:  Objection to
18       form.
19          A.    That's correct.
20          Q.    That's just pretty basic
21    addition and subtraction, right?
22          A.    Yes.
23          Q.    I think you said earlier that
24    you're not a lawyer; is that correct?
25          A.    That's correct.
```

```
                                        Page 126
 1              CONFIDENTIAL - HANIFIN
 2        A.     That's quite a list.
 3        Q.     We can do it one at a time.
 4        A.     That would be better, yeah.
 5        Q.     It's correct that Anne Taylor
 6   is not a pharmacy at which patients
 7   obtain prescribed, medically necessary
 8   medications, right?
 9        A.     That's correct.
10        Q.     And it's correct that Banana
11   Republic is not a pharmacy at which
12   patients obtain prescribed, medically
13   necessary medications, correct?
14        A.     Correct.
15        Q.     Are you familiar with the
16   store Belk?
17        A.     Store Belk's, the department
18   store?
19        Q.     Is that what it is, Belk's?
20        A.     Yeah, I wasn't sure they were
21   in business anymore, but yeah.
22        Q.     If you'll turn to page 74,
23   there's a footnote two at the bottom of
24   that page.  And it says Belk, do you
25   see that, it refers to Belk as one of
```

```
 1              CONFIDENTIAL - HANIFIN
 2     the reward programs that were reviewed
 3     in this article.  Is that supposed to
 4     be Belk's?
 5          A.    I'm not sure of their brand
 6     styling, to be honest.
 7          Q.    It's what kind of store?
 8          A.    It's a department store.
 9     Similar to Dillard's.  Something like
10     that.
11          Q.    So it's correct that Belk, or
12     Belk's, is not a pharmacy at which
13     patients obtain prescribed, medically
14     necessary medications, right?
15          A.    That's correct.
16          Q.    And it's also correct that
17     Famous Footwear is not a pharmacy at
18     which patients obtain prescribed,
19     medically necessary medications,
20     correct?
21          A.    Correct.
22          Q.    And it's also correct that
23     JCPenney is not a pharmacy at which
24     patients obtain prescribed, medically
25     necessary medications, correct?
```

```
                                        Page 128

 1              CONFIDENTIAL - HANIFIN
 2        A.    Pretty sure.  I'll ask you,
 3   some of these have introduced
 4   pharmacies.  I don't think JCPenney has
 5   ever done that.
 6        Q.    So the best of your
 7   knowledge, the answer to my question is
 8   yes, correct?
 9        A.    To the best of my knowledge,
10   that answer is yes, unless they've
11   changed their business model in some
12   way.
13        Q.    Is the same true of Macy's?
14        A.    Yes.
15        Q.    And is the same true of Nine
16   West?
17        A.    Yes, it is.
18        Q.    And is it correct that
19   Walgreens is a pharmacy at which
20   patients obtain prescribed, medically
21   necessary medications?
22        A.    Yes.
23        Q.    Likewise, American Express
24   membership rewards program is not a
25   pharmacy at which patients obtain
```

```
 1              CONFIDENTIAL - HANIFIN
 2    prescribed, medically necessary
 3    medications, correct?
 4         A.    That's correct.
 5         Q.    CBS Sports Line Rewards Plus
 6    is not a pharmacy at which patients
 7    obtain prescribed, medically necessary
 8    medications either, is it?
 9         A.    That is correct.
10         Q.    Is the same true of
11    Blockbuster Rewards?
12         A.    Blockbuster?
13         Q.    When they existed.
14         A.    Long since gone, but no, they
15    were not a pharmacy.
16         Q.    Is it correct that the
17    Walgreens PSC is not a credit card
18    frequency program in which consumers
19    earn points for some amount of money
20    spent with that card?
21         A.    It's not a credit card
22    program.
23         Q.    So am I correct that the
24    Walgreens PSC isn't a credit card
25    frequency program in which a consumer
```

Page 150

1          CONFIDENTIAL - HANIFIN

2      Solutions.  We are off the record

3      at 1:27 p.m. Eastern Daylight time.

4      Thank you, everybody.

5              REPORTER:  Did you want

6      roughs?

7              MS. COLEMAN:  Yes, please.

8      Regular time is fine for the final

9      transcript.

10             MR. SHINGLER:  Yes, please,

11     thank you.

12             (Time noted:  1:27 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 153

1

2                           CERTIFICATION

3

4

5        I, JEREMY RICHMAN, a Notary Public for and

6    within the State of New York, do hereby

7    certify:

8        That the witness whose testimony as herein

9    set forth, was duly sworn by me; and that the

10   within transcript is a true record of the

11   testimony given by said witness.

12       I further certify that I am not related to

13   any of the parties to this action by blood or

14   marriage, and that I am in no way interested

15   in the outcome of this matter.

16       IN WITNESS WHEREOF, I have hereunto set my

17   hand this 12th day of May, 2023.

18

19

20   _____

21   JEREMY RICHMAN

22

23

24

25