# EXHIBIT 72

CONFIDENTIAL

Page 1

```
             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION


DOROTHY FORTH, DONNA BAILEY,       )
LISA BULLARD, RICARDO GONZALES,    )
CYNTHIA RUSSO, TROY TERMINE,       )
INTERNATIONAL BROTHERHOOD OF       )
ELECTRICAL WORKERS LOCAL 38        )
HEALTH AND WELFARE FUND,           )
INTERNATIONAL UNION OF             )
OPERATING ENGINEERS LOCAL 295-     )
295C WELFARE FUND, AND             )
STEAMFITTERS FUND LOCAL 439, on    )
Behalf of Themselves and All       )
Similarly Situated,                )
                                   )
   Plaintiffs,                     )
                                   ) Civil No.
vs.                                ) 17-CV-2246
                                   )
WALGREEN CO.,                      )
                                   )
    Defendant.                     )


              ** C O N F I D E N T I A L **

         The video deposition of MICHAEL AMIET, taken
   before Richard Derrick Ehrlich, Registered Merit
   Reporter, Certified Realtime Reporter, taken
   pursuant to the Federal Rules of Civil Procedure, at
   Reed Smith, LLP, 10 S. Wacker Drive, Chicago,
   Illinois, commencing at 9:00 a.m., on the 20th day
   of November, 2019.
```

```
 1                A P P E A R A N C E S
 2
 3   On behalf of the Plaintiffs:
 4            Joseph P. Guglielmo
              Carey Alexander
 5            SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
              230 Park Avenue, 17th Floor
 6            New York, NY 10169
              212.223.4478
 7            jguglielmo@scott-scott.com
              calexander@scott-scott.com
 8
 9   On behalf of the Defendant:
10            Selina P. Coleman
              Michael Leib
11            REED SMITH
              1301 K Street, N.W.
12            Suite 1000 - East Tower
              Washington, D.C. 20005
13            202.414.9220
              scoleman@reedsmith.com
14            mleib@reedsmith.com
15
              Daniel P. Fitzgerald
16            Senior Counsel
              WALGREEN CO.
17            104 Wilmot Road
              Deerfield, IL 60015
18            847.315.4857
              dan.fitzgerald@walgreens.com
19
20   Videographer:
21   Daniel Froman
22
23
24
25
```

Page 116

1    they have the LED scroll, we would advertise the
2    PSC.
3           And then one of the most powerful marketing
4    tools that we have is our pharmacists and our
5    pharmacy techs who would talk to people about
6    the availability of the program.
7           I think those are the principal ways that
8    we communicated with individuals.
9  Q  Who was the target audience or demographic with
10    respect to the marketing program for PSC 1?
11           MS. COLEMAN:  Objection to form.
12           THE WITNESS:  Everyone, frankly.  The
13    marketing wasn't targeted to a particular subset
14    of individuals.  Everyone who was paying a
15    significant out-of-pocket amount for drugs who
16    might be interested in being part of a club
17    where they could receive discounts on the amount
18    that they were paying, that's who we were
19    targeting, whoever they might be.
20  BY MR. GUGLIELMO:
21  Q  And was part of the message in the marketing
22    that the PSC was an alternative for cash paying
23    customers or retail price paying customers?
24  A  The messaging, to my knowledge, is always around
25    uninsured customers, and cash customers are a

Case: 1:17-cv-02246 Document #: 609-12 Filed: 06/20/23 Page 5 of 7 PageID #:13668



Veritext Legal Solutions
212-279-9424  www.veritext.com  212-490-3430

CONFIDENTIAL

Page 284

1  MS. COLEMAN: We'll reserve our questions
2  for trial.
3  MR. LEIB: We reserve signature, obviously.
4  MS. COLEMAN: Yes, of course.
5  MR. GUGLIELMO: Okay.
6  VIDEOGRAPHER: This concludes today's
7  testimony by Michael Amiet at 6:16 p.m.
8  Six media sets were used and will be
9  retained by Veritext.
10  (Signature reserved.)
11  (Video deposition concluded.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 285

1   CERTIFICATE
2
3   I, Richard D. Ehrlich, a Certified Shorthand
4   Reporter of the State of Illinois, CSR License No.
5   084-4018, do hereby certify that I stenographically
6   reported the proceedings had at the video deposition,
7   as aforesaid, and that the foregoing transcript is a
8   true and accurate record of the proceedings had
9   therein.
10          IN WITNESS WHEREOF, I do set my hand at
11  Chicago, Illinois, this 13th day of December, 2019.
12
13
14              *[signature]*
15              Richard D. Ehrlich
                Certified Shorthand Reporter
16              License No. 084.4018
17
18
19
20
21
22
23
24
25