# EXHIBIT 74

Page 1

1                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
2                         EASTERN DIVISION
3     _____
      DOROTHY FORTH, DONNA BAILEY,          |
4     LISA BULLARD, RICARDO GONZALEZ,       |
      CYNTHIA RUSSO, TROY TERMINE,          |   Civil No.
5     INTERNATIONAL BROTHERHOOD OF          |   17-cv-02246
      ELECTRICAL WORKERS LOCAL 38           |
6     HEALTH AND WELFARE FUND,              |
      INTERNATIONAL UNION OF OPERATING      |
7     ENGINEERS LOCAL 295-295C              |
      WELFARE FUND, AND                     |
8     STEAMFITTERS FUND LOCAL 439, on       |
      Behalf of Themselves and All          |
9     Others Similarly Situated,            |
                                            |
10          Plaintiffs,                     |
                                            |
11    vs.                                   |
                                            |
12    WALGREEN CO.,                         |
                                            |
13          Defendant.                      |
      _____|
14
15             V I D E O   D E P O S I T I O N
16                         o f
17                    CYNTHIA RUSSO
18            taken on behalf of Defendant
19
         DATE:            February 26, 2019
20
         TIME:            9:34 a.m. to 2:56 p.m.
21
         PLACE:           Brinks Gilson & Lione
22                        401 East Jackson Street, Suite 3500
                          Tampa, Florida  33602
23
         BEFORE:          Dawn A. Hillier, RMR, CRR, CLR
24                        Notary Public - State of
                          Florida, at Large
25
         JOB NO:          3195895

```
                                                       Page 2

 1    APPEARANCES:
 2    ATTORNEYS FOR PLAINTIFFS
 3         JOSEPH S. TUSA, ESQUIRE
           TUSA, P.C.
 4         150 Motor Parkway, Suite 401
           Happauge, New York  11788
 5         613.407.5100
           info@tpcnylaw.com
 6

                    - and -
 7

           ERIC DWOSKIN, ESQUIRE
 8         ROBBINS GELLER RUDMAN & DOWD, LLP
           120 East Palmetto Park Road, Suite 500
 9         Boca Raton, Florida  33432
           561.750.3000
10         edwoskin@rgrdlaw.com
11

   ATTORNEYS FOR DEFENDANT
12
           MICHAEL S. LEIB, ESQUIRE
13         REED SMITH, LLP
           10 S. Wacker Drive, Suite 4000
14         Chicago, Illinois  60606
           312.207.1000
15         mleib@reedsmith.com
16
17    ALSO PRESENT:
18         Paul Singletary, Videographer
19
20
21
22
23
24
25
```

Page 22

1    you were being asked?

2         A    Um-hum.  Yes.

3              MR. TUSA:  Wait for him to finish.

4    BY MR. LEIB:

5         Q    During either of these two meetings, was

6    anyone present other than lawyers?

7         A    No.

8         Q    Were these the only deposition preparation

9    sessions that you had with your counsel?

10        A    Yes.

11        Q    Other than the meeting with your counsel, did

12   you review any documents in preparation of this

13   deposition?

14        A    No.

15        Q    You referred to Babylon, New York.  Do you

16   have a home in Babylon, or the area?

17        A    We did.

18        Q    You no longer do?

19        A    No.

20        Q    Where do you live now?

21        A    Palm Harbor, Florida.

22        Q    And what's your address?

23        A    656 Channing Drive.

24        Q    And how long have you lived there?

25        A    Almost 15 years.

Page 75

1      Q    The first time.

2      A    Oh, several years ago.  I looked and I said,

3   Well, I paid this much last time, but now I'm paying

4   this much, and I asked why.

5      Q    Who did you ask?

6      A    The pharmacist or the clerk.

7      Q    At what store?

8      A    I don't remember whether it was Walmart or

9   Walgreens.  I'm not sure.

10      Q    Do you remember what the pharmacist told you?

11      A    The prices went up.

12      Q    Let's look at Exhibit 4, which is the Second

13   Amended Complaint.

14           MR. TUSA:  I think it's this one.

15   BY MR. LEIB:

16      Q    If you turn to page 11.  And feel free to take

17   off the clip again if it's going to be easier for you.

18           Do you see the second sentence of paragraph 26

19   says [as read]:  Ms. Russo's purchased generic versions,

20   more than ten medications for personal use from

21   Walgreens in Florida between January 1st, 2012 and the

22   present.

23      A    Yes.

24      Q    Do you know the reason that your allegations

25   start from January 1st, 2012?

Page 76

1     A     Yes.

2     Q     What is the reason?

3     A     Because that's when the plan period starts,

4  January 1st.

5     Q     Okay.  Do you know why you're not alleging a

6  time period earlier than January 1st, 2012?

7     A     Because Walgreens may not having my preferred

8  pharmacy at that time.

9     Q     You did purchase -- from records, I can see

10  that there were purchases made from Walgreens from prior

11  to 2012.

12     A     Right.

13     Q     January 1st, 2012.  Do you have any knowledge

14  as to why the allegations here start at January 1st,

15  2012, and not earlier?

16     A     No.

17     Q     Do you know when you went on Medicare, what

18  year it was?

19     A     When I retired.  So -- hold on.  Let me count.

20  Sixty-six and '47 is...

21          I think two thou -- the beginning of 2012 or

22  2013.

23     Q     If it was -- if it was when you were 66 --

24     A     66, it would be two thousand --

25     Q     Thirteen.

Page 83

```
 1    BY MR. LEIB:

 2         Q    Sure.  Was Walgreens your -- under your plan,

 3    was Walgreens your preferred pharmacy in 2011?

 4         A    I don't know.

 5         Q    Do you have any idea, then, why you stopped

 6    purchasing pharmaceuticals from Walgreens after

 7    May 26th, 2011?

 8              MR. TUSA:  Objection to form.

 9              You may answer.

10              THE WITNESS:  If I stopped, it was because

11         they were not my preferred pharmacy.

12    BY MR. LEIB:

13         Q    Did you change jobs at the end of May 2011?

14         A    No, I don't think so, because I retired in

15    2011 -- 2012, so no.

16         Q    So, that last job that you had, we talked

17    about it before --

18         A    Right.

19         Q    -- you had been there for a couple years;

20    right?

21         A    Right.

22         Q    When did you start at that last position?

23         A    Two and a half years before I retired.

24         Q    So, 2010, I think?

25         A    Right.
```

Page 89

1      Q    And that's where the Sam's Club was in

2    Clearwater; correct?

3      A    Um-hum.

4          THE VIDEOGRAPHER:  Five minutes.

5    BY MR. LEIB:

6      Q    Do you know why you started purchasing

7    prescriptions again from Walgreens in April 2013?

8      A    I believe it was the preferred pharmacy for

9    the plan.

10     Q    All right.  I see in 2013, you only purchased

11   six prescriptions at Walgreens.

12     A    Oh.

13     Q    Do you see that?

14     A    Oh, '13?  Let me see what they were.  I can

15   tell you, maybe.

16          MR. TUSA:  Maybe use a straight edge to kind

17       of follow.

18          THE WITNESS:  Yes.  Let's try that.

19          MR. TUSA:  Use this.

20          (Pause.)

21          THE WITNESS:  It's possible also that I was

22       getting those from the mail order, the rest of them

23       from the mail order house.

24   BY MR. LEIB:

25     Q    Well, these were specifically from Walgreens.

Page 101

1   can't be a hundred percent sure.

2        Q    How did you choose -- we know in 2014 you were

3   using Walgreens because it was your preferred pharmacy;

4   right?

5        A    Yes.

6        Q    And I believe you said you don't know if you

7   purchased from other pharmacies in 2014 other than

8   Walgreens.  You're just not sure; correct?

9        A    I'm pretty sure it was either Walmart -- I

10  mean Walgreens or the mail order.

11       Q    Other than that year, how did you choose

12  between shopping at Walmart for prescription drugs or

13  CVS or mail order?

14       A    I would check -- I would find the correct --

15  the plan I needed to be on and that's the plan I would

16  use and I would use the preferred pharmacy or the mail

17  order, according to that plan.

18       Q    Would you always use the preferred pharmacy or

19  the mail order?

20       A    If I -- if I could.

21       Q    When would there be a circumstance where you

22  couldn't?

23       A    If I was traveling.

24       Q    I think you testified that, going back to the

25  purchases you made in 2013 at Walgreens, which is on the

Page 117

1          THE WITNESS:  This one.

2          MR. TUSA:  Yeah.

3    BY MR. LEIB:

4       Q    Do you see that after December 19, 2017, there

5    are no more purchases from Walgreens?

6       A    Yes.

7       Q    So, is it correct that you have not

8    purchased -- or you did not purchase prescription drugs

9    from Walgreens in 2018?

10      A    No.  I did not.

11      Q    And have you purchased any prescription drugs

12   at Walgreens in 2019?

13      A    No.

14      Q    Do you know why you stopped purchasing

15   prescriptions at Walgreens after 2017?

16      A    Yes.

17      Q    And why is that?

18      A    Because it's not my preferred pharmacy.

19      Q    Your prescription drug plan changed?

20      A    Yes.

21      Q    Starting in January 2018, your prescription

22   drug plan changed?

23      A    Yes.

24      Q    So, is it fair to say that you no longer

25   purchase prescriptions at Walgreens?

Page 118

```
 1        A     I do not.
 2        Q     And is it fair to say that you do not
 3   anticipate purchasing any more prescriptions from
 4   Walgreens?
 5             MR. TUSA:  Objection to form.
 6             You may answer.
 7             THE WITNESS:  Unless my plan changes.
 8   BY MR. LEIB:
 9        Q     At this point, you have no -- is it fair to
10   say that you have no reason to anticipate purchasing any
11   more prescription from Walgreens in 2019?
12        A     I don't know.
13        Q     You don't anticipate purchasing anything from
14   Walgreens in 2019 -- right? -- any prescription drugs?
15        A     No, not right -- no.  Not at this point.
16        Q     I'm just going to rephrase the question and
17   make sure it's clear on the record.
18        A     Okay.
19        Q     Do you anticipate purchasing any prescription
20   drugs from Walgreens in 2019?
21        A     No.
22        Q     If we could just turn to the Second Amended
23   Complaint which is --
24             MR. TUSA:  Michael, if this is going to be
25        another long line of questioning --
```

Page 166

1    document.

2            MR. LEIB:  I have no further questions.  Thank

3        you for your time.

4            MR. TUSA:  We have no questions.  We reserve

5        the right to read and sign.

6            THE VIDEOGRAPHER:  This is the end of --

7            MR. LEIB:  Actually, before you go off.  I do

8        want to say that if any additional documents are

9        produced, we reserve the right to request that

10       Ms. Russo sit to answer questions about those

11       additional documents.

12            I understand you might object to that.

13            MR. TUSA:  Right.  We can save that, but I

14       appreciate that.

15            THE VIDEOGRAPHER:  This is the end of media

16       unit number two of the deposition of Cynthia Russo

17       and concludes the deposition taken on

18       26 February 2019.  We're off the record at

19       2:56 p.m.

20            (The reading and signing of the deposition is

21    not waived.)

22            (At 2:56 p.m. the deposition was concluded.)

23

24

25

Page 167

1                        CERTIFICATE OF OATH

2

3    STATE OF FLORIDA   )

4    COUNTY OF HILLSBOROUGH )

5

6        I, the undersigned authority, certify that CYNTHIA

7    RUSSO personally appeared before me and was duly sworn.

8        WITNESS my hand and official seal this 6th day of

9    March, 2019.

10

11

12

          DAWN A. HILLIER, RMR, CRR, CLR

13          Notary Public - State of Florida

          My Commission No.:  GG 259309

14          Expires:  12-15-2022

15

16

17

18

19

20

21

22

23

24

25

Page 168

1                          CERTIFICATE

2

3    STATE OF FLORIDA  )

4    COUNTY OF HILLSBOROUGH )

5         I, DAWN A. HILLIER, RMR, CRR, CLR certify that I

6    was authorized to and did stenographically report the

7    deposition of CYNTHIA RUSSO; that a review of the

8    transcript was requested; and that the transcript is a

9    true and complete record of my stenographic notes.

10

11        I further certify that I am not a relative,

12   employee, attorney, or counsel of any of the parties,

13   nor am I a relative or employee of any of the parties'

14   attorney or counsel connected with the action, nor am I

15   financially interested in the action.

16

17        DATED this 6th day of March, 2019.

18

19

20

          DAWN A. HILLIER, RMR, CRR, CLR

21

22

23

24

25