# EXHIBIT 86

                                              **Page 1**

1          IN THE UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF ILLINOIS
3                  EASTERN DIVISION
4

   DOROTHY FORTH, TROY          )
5  TERMINE, CYNTHIA RUSSO,      )
   INTERNATIONAL BROTEHRHOOD    )
6  OF ELECTRICAL WORKERS        )
   LOCAL 38 HEALTH AND          ) No. 1:17-CV-02246
7  WELFARE FUND LISA BULLARD    )
   and RICARDO GONZALES, on     )
8  behalf of themselves and     )
   all others similarly         )
9  situated,                    )
                                )
10          Plaintiffs,         )
                                )
11      vs                      )
                                )
12  WALGREEN CO,                )
                                )
13          Defendants.         )
14
15          The videotaped deposition of
16               JAY BERNSTEIN
17  taken before JO ANN LOSOYA, Certified Shorthand
18  Reporter within and for the County of Cook and State
19  of Illinois at Renaissance Schaumburg, 1551 North
20  Thoreau Drive, Schaumburg, Chicago, Illinois, on
21  September 14, 2019 at the hour of 9:00 o'clock a.m.
22
23
24

```
                                                    Page 2
 1    APPEARANCES:

 2

          ROBBINS GELLER RUDMAN & DOWD LLP
 3        MR. JASON ALPERSTEIN
          120 East Palmetto Park Road
 4        Suite 500
          Boca Raton, Florida 33432
 5        (561) 750-3000
          jalperstein@rgrdlaw.com
 6             Appeared on behalf of the Plaintiffs;

 7

          REED SMITH LLP
 8        MS. SELINA P. COLEMAN
          1301 K Street NW
 9        Suite 1000 East Tower
          Washington,DC  20005
10        (202) 414-9220
          scoleman@reedsmith.com
11             Appeared on behalf of the Defendants.

12    ALSO PRESENT:

13        Mr. Dan Fitzgerald
               Walgreen General Counsel

14

15

      REPORTED BY:  JO ANN LOSOYA
16    CSR LICENSE:  084-002437
      VIDEOGRAPHER:  JULIANA PAYNE

17

18

19

20

21

22

23

24
```

Page 56





Page 58

1 ██████████████████████████████████████

2 ███████████████████████████████████████

3 ███████████████████████████████████████

4 ████████████████████

5          MS. COLEMAN:  Objection to form.

6 BY THE WITNESS:

7      A.     That would be my assumption.

8      Q.     Walgreens Health Initiative, is that

9 considered a third party?

10      A.     I don't know if I could answer that

11 distinctly in this instance.

12      Q.     How about just your understanding, would

13 Walgreens Health Initiative, it's a subsidiary of

14 Walgreens, right?

15      A.     Yes.

16      Q.     Would that be a third party?

17      A.     No, I don't believe so as it's discussed

18 in this.

19      Q.     Was there a point in time that I guess a

20 different PBM began adjudicating the claims under

21 the PSC?

22          MS. COLEMAN:  Objection to form.

23 BY THE WITNESS:

24      A.     Not that I'm aware of.

Page 153

1 ███████████ ████████████

2 ███████████████

3 ████ ████████████████████████████

4 █████

5          MR. ALPERSTEIN:  I have no further

6    questions.

7          MS. COLEMAN:  We will reserve our

8    questions for trial.  We would like an opportunity

9    to review and sign the transcript.

10          THE VIDEOGRAPHER:  The time is now

11    2:22 p.m.  We are off the record and this concludes

12    today's testimony given by Jay Bernstein.  The total

13    number media units used was 3 and will be retained

14    by Veritext Legal Solutions.

15                    (Witness excused at 2:22 p.m.)

16

17

18

19

20

21

22

23

24

Page 154

1                     REPORTER CERTIFICATE

2

3               I, JO ANN LOSOYA, a Certified Shorthand

4      Reporter within and for the County of Cook and State

5      of Illinois, do hereby certify:

6                         That previous to the commencement

7      of the examination of the witness, the witness was

8      duly sworn to testify the whole truth concerning the

9      matters herein;

10                        That the foregoing deposition

11     transcript was reported stenographically by me, was

12     thereafter reduced to typewriting under my personal

13     direction and constitutes a true record of the

14     testimony given and the proceedings had;

15                        That the said deposition was taken

16     before me at the time and place specified;

17                        That I am not a relative or

18     employee or attorney or counsel, nor a relative or

19     employee of such attorney or counsel for any of the

20     parties hereto, nor interested directly or

21     indirectly in the outcome of this action.

22

23

24

Page 155

1    IN WITNESS WHEREOF, I do hereunto set my

2 hand this September 24, 2019.

3

4

5

6

7

8

    JO ANN LOSOYA, CSR

9    C.S.R. No. 84-002437

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24