# EXHIBIT 88



# Annual CLMP™ Workshops

Annual CLMP™ Workshops are open for registration in Singapore, Melbourne, Casablanca, and London. These workshops are designed to equip loyalty professionals with the necessary tools to tackle any situation your loyalty program is facing. Click the Link below to learn more.

**LEARN MORE**

The Loyalty Academy™ offers the world's first formalized educational and training curriculum for customer loyalty professionals and marketers of all stripes.

Whether you're just joining a loyalty team for the first time and need a solid education in customer loyalty theory and practice, or whether you're a seasoned professional looking to refresh your skills, the Loyalty Academy™ can help. We offer loyalty education by loyalty marketers, for loyalty marketers.

## Events Schedule

### 2023 CLMP™ Certification Workshop – Melbourne, Australia

Dates: May 16-18, 2023

Join us in Melbourne, Australia for a 2.5 day workshop that covers all core modules plus some elective topics offered in the Full Curriculum. The workshop includes interactive exercises, substantial discussion of the case study, participation opportunities for the attendees and concludes with a final examination. Participants will be required to discuss their final loyalty design recommendations and financial analysis associated with the case using all of the materials from the workshop.

This event is being sponsored by Epsilon, Gratifii, Incentive Solutions and Points4Purpose, all global loyalty leaders. Mike Capizzi, Dean of the Loyalty Academy, will lead the workshop.

**Register Here**

### 2023 CLMP™ Certification Workshop – Singapore

Dates: May 23-25, 2023

Join us in Singapore for a 2.5 day workshop that covers all core modules plus some elective topics offered in the Full Curriculum. The workshop includes interactive exercises, substantial discussion of the case study, participation opportunities for the attendees and concludes with a final examination. Participants will be required to discuss their final loyalty design recommendations and financial analysis associated with the case using all of the materials from the workshop.

This event is being sponsored by Epsilon, a global loyalty leader.  Mike Capizzi, Dean of the Loyalty Academy, will lead the workshop.

**Register Here**

### 2023 CLMP™ Certification Workshop – Casablanca, Morocco

Dates: June 20-22, 2023

Join us in Casablanca for a 3 day workshop that covers all core modules plus some elective topics offered in the Full Curriculum. The workshop includes interactive exercises, substantial discussion of the case study, participation opportunities for the attendees and concludes with a final examination. Participants will be required to discuss their final loyalty design recommendations and financial analysis associated with the case using all of the materials from the workshop.

This event is being sponsored by 3WLS, a global loyalty leader. Aaron Dauphine, CLMP, will lead the workshop.



844-426-4346   Contact   Login

Loyalty Academy – Global Loyalty Education

About   Certification   Courses   Workshops   Membership   Team Training   Products   The Wise Marketer

Join us in London for a 3 day workshop that covers all core modules plus some elective topics offered in the Full Curriculum. The workshop includes interactive exercises, substantial discussion of the case study, participation opportunities for the attendees and concludes with a final examination. Participants will be required to discuss their final loyalty design recommendations and financial analysis associated with the case using all of the materials from the workshop.

This event is being sponsored by Zenith Marketing who also host the International Loyalty Awards in London and the Irish Loyalty Awards in Dublin. Mike Capizzi, CLMP, will lead the workshop.

**Register Here**

## WHAT IS THE LOYALTY ACADEMY?



The Loyalty Academy™, a product of the **Wise Marketer Group**, is the premier global education and membership organization for loyalty marketing practitioners. The Loyalty Academy™ offers certification for loyalty marketing professionals via online, in-person, and customized in-house educational workshops and seminars. The Loyalty Academy™ also offers membership options that provide free access to loyalty marketing publications and tools, discounted tuition fees, and discounted registration to Loyalty Academy events worldwide.

### Why join the Loyalty Academy™?

Building long term customer loyalty is one of the biggest challenges in business today. Customer behaviors have shifted and customers themselves are empowered as never before to make purchase decisions independent of advertising messages and brand promotion.

- The **Loyalty Academy**™ equips marketers with the skills and best practices necessary to address these challenges, and learn new [...] Marketing Professional™ (CLMP).
- Become a lifetime member of the Loyalty Academy™ for a low one-time fee and you'll unlock an additional suite of benefits, including your first course free (a $375 value!), access to Member's Only content in our Research Vault, and substantial discounts on all Loyalty Academy workshops and events.



### Who should attend?

### What's my return on investment?



## Need More Information?

First Name *   Last Name *

Email *   Company *

Select Country   Please select one

**SUBMIT**

Term of Use    Privacy Policy

The Loyalty Academy and TheWiseMarketer.com are operated by the Wise Marketer Group.
© 2022 LOYALTY ACADEMY. ALL RIGHTS RESERVED.

This website uses cookies to give you the best, most relevant experience. By continuing to browse or by clicking "Accept", you agree to the storing of cookies on your device. To learn more about how we use the cookies, please refer to our privacy policy.   Accept   Deny   Privacy policy

Exhibit 0553