# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cynthia Russo, et al.

                         Plaintiff,

v.                                                 Case No.: 1:17–cv–02246
                                                           Honorable Edmond E. Chang

Walgreen Co., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2023:

        MINUTE entry before the Honorable Sheila M. Finnegan: The Court has reviewed the joint status report dated 6/26/2023. The parties are to submit an updated joint status report by 7/26/2023. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.