**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>                                  Plaintiffs,<br><br>   v.<br><br>WALGREEN CO.,<br><br>                                  Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan<br><br>**JOINT AGREED MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION TO SET A BRIEFING SCHEDULE** |

Plaintiffs Cynthia Russo, Lisa Bullard, Ricardo Gonzales, International Brotherhood of Electrical Workers Local 38 Health and Welfare Fund, International Union of Operating Engineers Local 295-295c Welfare Fund, and Steamfitters Fund Local 439 (collectively, "Plaintiffs") and Defendant Walgreen Co. ("Walgreens") (collectively, with Plaintiffs, the "Parties") jointly move to extend the deadline for the submission of a motion to set a briefing schedule that the parties had agreed to provide today, as set forth in the parties' June 26, 2023 Joint Status Report (ECF No. 614). The Parties are continuing to meet and confer regarding the briefing schedule and need some additional time to complete those discussions. For good cause shown, the Parties respectfully request that the Court extend the deadline to file a motion to set a briefing schedule to July 12,

2023.

DATED: July 7, 2023

| | |
|---|---|
| *s/Michael Scott Leib* | *s/Joseph P. Guglielmo (with permission)* |
| Michael Scott Leib | Joseph P. Guglielmo (IL Bar #2759819) |
| Anthony Robert Todd | Carey Alexander (IL Bar #5188461) |
| **REED SMITH LLP** | Amanda Rolon (*pro hac vice*) |
| 10 S Wacker Dr # 4000 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| Chicago, IL 60606 | The Helmsley Building |
| Telephone: 312-207-1000 | 230 Park Avenue, 17th Floor |
| *mleib@reedsmith.com* | New York, NY 10169 |
| *atodd@reedsmith.com* | Telephone: 212-223-4478 |
| | *jguglielmo@scott-scott.com* |
| Frederick Robinson (*pro hac vice*) | *calexander@scott-scott.com* |
| Selina Coleman (*pro hac vice*) | *arolon@scott-scott.com* |
| Jessica Christensen (*pro hac vice*) | |
| **REED SMITH LLP** | Erin Green Comite (IL Bar #420630) |
| 1301 K Street, N.W. Suite 1100 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| East Tower | 156 S. Main Street |
| Washington, DC 20005 | P.O. Box 192 |
| Telephone: 202-414-9200 | Colchester, CT 06415 |
| *frobinson@reedsmith.com* | Telephone: 860-531-2632 |
| *scoleman@reedsmith.com* | Facsimile: 860-537-4432 |
| *jchristensen@reedsmith.com* | *ecomite@scott-scott.com* |
| **Attorneys for Defendant Walgreen Co.** | |
| | David W. Mitchell (IL Bar # 199706) |
| | Arthur L. Shingler III (IL Bar # 181719) |
| | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| | Telephone: 619-231-1058 |
| | *davidm@rgrdlaw.com* |
| | *ashingler@rgrdlaw.com* |
| | |
| | Stuart A. Davidson (*pro hac vice*) |
| | Mark J. Dearman (*pro hac vice to be filed*) |
| | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| | 120 East Palmetto Park Road, Suite 500 |
| | Boca Raton, FL 33432 |
| | Telephone: 561-750-3000 |
| | *sdavidson@rgrdlaw.com* |
| | *mdearman@rgrdlaw.com* |

*Interim Co-Lead Counsel*

Katrina Carroll
**CARLSON LYNCH LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265
*kcarroll@carlsonlynch.com*

*Local Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*s/ Michael Scott Leib*
Michael Scott Leib