UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Cynthia Russo, et al.
                     Plaintiff,

v.                                        Case No.: 1:17–cv–02246
                                             Honorable Edmond E. Chang

Walgreen Co., et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 7, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: The Joint Agreed Motion for Extension of Time to Submit Motion to Set a Briefing Schedule [616] is granted. By 7/12/2023, the parties are to file a motion to set a briefing schedule for the remaining oppositions and replies to their respective motions described in the status report [614] dated 6/26/2023. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.