**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>                                Plaintiffs,<br><br>    v.<br><br>WALGREEN CO.,<br><br>                                Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's June 26, 2023 Order (ECF No. 615), the parties, through their respective counsel, respectfully submit the following Joint Status Report.

**I. The Current Deadlines Imposed by the Court and Whether the Matter Has Been Referred to the Magistrate Judge in Any Fashion**

    **A.    Deadline for the Close of Fact Discovery**

With certain limited exceptions, and as described below in Section II, fact discovery closed on December 18, 2020, (ECF No. 320), and non-party fact discovery closed on June 1, 2021. (ECF No. 448).

    **B.    Referral to Magistrate Judge Finnegan**

On November 6, 2018, the Court referred this case to Magistrate Judge Finnegan for

general discovery supervision. (ECF No. 118.)

### C. Expert Discovery and Class Certification

The Parties have concluded expert discovery and class certification briefing as set forth in the Agreed Order dated October 21, 2022, (ECF No. 545). The parties have submitted a proposed briefing schedule for the remaining oppositions and replies to their respective pending motions, as well as potential additional motions to be filed by the parties. (ECF No. 619.) This joint proposed briefing schedule remains pending before the Court.

## II. The Progress of Discovery

The parties are meeting and conferring regarding certain discovery disputes, including a supplemental declaration they are negotiating regarding the PSC Database and the PSC Enrollment and Renewal Data. To the extent the parties are unable to resolve any disputes, motion practice may be required. The parties will promptly bring any issue before the Court if they reach an impasse.

## III. Whether the Parties Have Engaged or Are Engaging in Settlement Discussions

The parties have not engaged in settlement discussions.

## IV. Whether the Parties Believe a Telephonic Hearing or In-Person Hearing Is Necessary Within the Next 60 Days

The parties respectfully ask the Court to Order that the next Joint Status Report be submitted on or before October 26, 2023.

DATED: July 26, 2023

| | |
|---|---|
| *s/ Michael Scott Leib* (with permission) | *s/ Joseph P. Guglielmo* |
| Michael Scott Leib | Joseph P. Guglielmo (IL Bar #2759819) |
| Anthony Robert Todd | Carey Alexander (IL Bar #5188461) |
| **REED SMITH LLP** | Amanda Rolon (*pro hac vice*) |
| 10 S Wacker Dr # 4000 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| Chicago, IL 60606 | The Helmsley Building |
| Telephone: 312-207-1000 | 230 Park Avenue, 17th Floor |
| *mleib@reedsmith.com* | New York, NY 10169 |
| *atodd@reedsmith.com* | |

Selina Coleman (*pro hac vice*)
Frederick Robinson (*pro hac vice*)
Jessica Christensen (*pro hac vice*)
**REED SMITH LLP**
1301 K Street, N.W. Suite 1100
East Tower
Washington, DC 20005
Telephone: 202-414-9200
*scoleman@reedsmith.com*
*frobinson@reedsmith.com*
*jchristensen@reedsmith.com*

***Attorneys for Defendant Walgreen Co.***

Telephone: 212-223-4478
*jguglielmo@scott-scott.com*
*calexander@scott-scott.com*
*arolon@scott-scott.com*

Erin Green Comite (IL Bar #420630)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-531-2632
Facsimile: 860-537-4432
*ecomite@scott-scott.com*

David W. Mitchell (IL Bar # 199706)
Arthur L. Shingler III (IL Bar # 181719)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
*davidm@rgrdlaw.com*
*ashingler@rgrdlaw.com*

Mark J. Dearman (IL Bar #0982407)
Stuart A. Davidson (IL Bar #084824)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561-750-3000
*sdavidson@rgrdlaw.com*
*mdearman@rgrdlaw.com*

***Interim Co-Lead Counsel***

Katrina Carroll (IL Bar #6291405)
**CARLSON LYNCH LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265
*kcarroll@carlsonlynch.com*

***Local Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*s/ Joseph P. Guglielmo*
Joseph P. Guglielmo