# **EXHIBIT C**

# Walgreens Balance™ Rewards



## WHAT IS BALANCE REWARDS?

Balance Rewards is a comprehensive loyalty program that offers easy enrollment, instant points and endless rewards, as well as ways to get, stay and live well at Walgreens.

As part of the nation's largest drugstore chain, Balance Rewards has the potential to reach more consumers than any other existing consumer loyalty program in the country. There are more than 7,900 Walgreens drugstores across the country, serving nearly 6 million customers daily.

## KEY DATES

- August 16th: Walgreens Employee Enrollment
- September 6-15th: Online Enrollment and 10 Million Point Giveaway
- **September 16th: National Launch**

## BEST-IN-CLASS

- Balance Rewards includes many of the best aspects of existing loyalty programs and has distinct features that competitors do not match, including:
  - Members can earn points for making healthy choices.
  - Members may earn and redeem points both in-store and online.
  - Exclusive benefits for AARP members.
  - A customer-friendly expiration policy.

## FEATURES AND BENEFITS

### Easy to Join and Use

- Customers can join in one easy step in stores at checkout or any photo kiosk, online at **walgreens.com/balance** or with their mobile devices and begin earning points immediately for their purchases.
- Members receive exclusive savings every week on popular products.
- Savings and points can be easily earned when members show their Balance Rewards card, provide their telephone number or scan their mobile phone.
- Members can easily access their point totals and see how many points they need until their next reward at checkout, online or through their mobile device.

### Instant Points

- Members can instantly earn and redeem points for thousands of items in store and online.[1]
- Members will earn points for activities that help them stay well, like Walk with Walgreens, immunizations and — where states allow — for prescriptions.[2]
- Members receive exclusive access to the Walgreens online Pharmacy Chat service, 24 hours a day, 7 days a week, 365 days a year.

### Endless Rewards

- Members can redeem points immediately in-store or online for a little something special or hold off until they have earned more points for an even greater reward.
- Points will not expire as long as members remain active by shopping at Walgreens at least once every six months and redeem their points within three years.
- Points go further as you earn more.

| POINTS EARNED | REWARD |
|---|---|
| 5,000 | $5 |
| 10,000 | $10 |
| 18,000 | $20 |
| 30,000 | $35 |
| 40,000 | $50 |

## DUANE READE

- The Balance Rewards program is active at both Duane Reade and Walgreens. Duane Reade customers can now earn and redeem points at more than 7,900 stores nationwide.
- Customers can join Balance Rewards at any Duane Reade or Walgreens store at the checkout counter, pharmacy and photo kiosk or online at **duanereade.com/balance**.
- Duane Reade FlexRewards program points will be converted to Balance Rewards and become available when customers join in the new program.

[1] Restrictions apply see terms and conditions.
[2] Due to state and federal laws, points cannot be earned on some items. Points will not be awarded to anyone who currently is or was at any time in 6 months prior to purchasing Pharmacy items covered by Medicare, Medicaid, Tricare or other government-funded healthcare program. Pharmacy items must be purchased at participating Walgreens Drugstore, Rxpress, Duane Reade, or Walgreens Pharmacy locations ("Participating Stores") to earn points. Excludes Pharmacy items purchased from AR, NJ or NY pharmacies and prescriptions transferred to a Participating Store located in AL, MS, OR or PR. For terms and conditions for full details on all point earnings and redemptions, visit Walgreens.com/Balance.