# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>                      Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan |

**[PROPOSED] ORDER GRANTING WALGREENS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION TO EXCLUDE PORTIONS OF SCHAFERMEYER'S REBUTTAL REPORT AND ANY TESTIMONY REGARDING THE SAME PURSUANT TO FEDERAL RULES OF EVIDENCE 702 AND 403, AS WELL AS PORTIONS OF AN EXHIBIT FILED IN SUPPORT**

The Court has considered Walgreens' Unopposed Motion To File Under Seal Portions Of Its Motion To Exclude Portions Of Schafermeyer's Rebuttal Report And Any Testimony Regarding the Same Pursuant To Federal Rules Of Evidence 702 And 403, As Well As Portions Of An Exhibit Filed In Support ("Walgreens' Motion To Seal"). For good cause shown, **IT IS ORDERED**:

    1.    Walgreens' Motion To Seal is **GRANTED**.

    2.    The following documents shall remain sealed:

        a.    The unredacted version of Walgreens' Motion To Exclude Portions Of Schafermeyer's Rebuttal Report And Any Testimony Regarding the Same Pursuant To Federal Rules Of Evidence 702 And 403;

- 2 -

  b. The unredacted version of Exhibit D attached to Walgreens' Motion To Exclude Portions Of Schafermeyer's Rebuttal Report And Any Testimony Regarding the Same Pursuant To Federal Rules Of Evidence 702 And 403.

**IT IS SO ORDERED**.

Dated: _____             _____
                                            The Hon. Edmond E. Chang
                                            United States District Judge