# EXHIBIT A

Query    Reports    Utilities    Help    Log Out

ADRMOP,CLOSED,PROTO,PRVADR,REFDIS

# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:15-cv-03504-YGR

Carl Washington et al v. CVS Pharmacy Inc.
Assigned to: Hon. Yvonne Gonzalez Rogers
Referred to: Magistrate Judge Jacqueline Scott Corley
Case in other court: Ninth Circuit Court of Appeals, 17-16996
                Ninth Circuit Court of Appeals, 21-16162
Cause: 28:1332 Diversity-Fraud

Date Filed: 07/30/2015
Date Terminated: 06/24/2021
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Christopher Corcoran**
*on behalf of himself and all others similarly situated*

represented by **Christopher L. Lebsock**
Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
(415) 633-1908
Fax: (415) 358-4980
Email: clebsock@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
Pritzker Levine LLP
1900 Powell Street
Suite 450
Emeryville, CA 94608
415-692-0772
Fax: 415-366-6110
Email: ecp@pritzkerlevine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
Pritzker Levine, LLP
1900 Powell Street
Suite 450
Emeryville, CA 94608
415-692-0772
Fax: 415-366-6110
Email: jkl@pritzkerlevine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
Hausfeld LLP
600 Montgomery Street, Suite 3200

San Francisco, CA 94111
(415) 633-1908
Fax: (415) 358-4980
Email: bsweeney@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
Stein Mitchell Cipollone Beato and Missner LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
202-737-7777
Email: emeyers@steinmitchell.com
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
Hausfeld LLP
1604 Locust Street
2nd Floor
Philadelphia, PA 19103
215-985-3270
Fax: 215-985-3271
Email: gsmith@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**
Haufeld
1700 K Street, NW
Suite 650
Washington, DC 20006
(202) 540-7200
Fax: (202) 540-7201
Email: kward@hausfeld.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
202-540-7170
Email: kward@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
Hausfeld LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
(415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Michaela Spero**
Hausfeld
1700 K St NW
Suite 650
Washington, DC 20006
202-540-7200
Email: mspero@hausfeld.com
*TERMINATED: 10/03/2018*

**Pasquale A Cipollone**
Stein Mitchell Muse Cipollone Beato LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 661-0950
Fax: (202) 296-8312
Email: pcipollone@steinmitchell.com
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
RuyakCherian LLP
1901 L Street NW
Suite 700
Washington, DC 20036
United Sta
202-897-1914
Email: rebeccaa@ruyakcherian.com
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
Hausfeld LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
United Sta
202-540-7200
Email: rlewis@hausfeldllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
Stein Mitchell Muse Cipollone Beato LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 737-7777
Fax: (202) 737-7777
Email: RGilmore@steinmitchell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**

Hausfeld LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
United Sta
202-540-7200
Fax: 202-540-7201
Email: sgosselin@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
Pritzker Levine LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
415-692-0772
Fax: 415-366-6110
Email: sy@pritzkerlevine.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Robert Garber**<br>*on behalf of himself and all others similarly situated* | represented by | **Christopher L. Lebsock**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bethany Caracuzzo**
Pritzker Levine LLP
1900 Powell Street
Suite 450
Emeryville, CA 94608
415-692-0772
Fax: 415-366-6110
Email: bc@pritzkerlevine.com
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Camille Corbitt**
Pritzker Levine LLP
1900 Powell Street, Suite 450
Emeryville, CA 94608
(415) 692-0772

Fax: (415) 366-6110
Email: ccc@pritzkerlevine.com
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pasquale A Cipollone**
(See above for address)
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
Hausfeld, LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
(415) 633-1908
Fax: (415) 358-4980
Email: sstein@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susie Kim**
Arent Fox LLP
1301 Avenue of the Americas
42nd Floor
New York, NY 10019
(212) 457-5408
Fax: (212) 484-3990
Email: skim@steinmitchell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Francis DiSalvo**
Hausfeld LLP
1700 K Street NW
Suite 650
Washington, DC 20006
202-540-7200
Email: tdisalvo@hausfeld.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Toni Odorisio**<br>*on behalf of himself and all others similarly situated* | represented by | **Christopher L. Lebsock**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pasquale A Cipollone**
(See above for address)
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Guarnieri**
*on behalf of himself and all others similarly
situated*
*TERMINATED: 09/30/2016*

represented by **Christopher L. Lebsock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pasquale A Cipollone**
(See above for address)
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Onnolee Samuelson**
*on behalf of himself and all others similarly situated*

represented by   **Christopher L. Lebsock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*
*ATTORNEY TO BE NOTICED*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pasquale A Cipollone**
(See above for address)
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ron W. Coder**
*on behalf of himself and all others similarly situated*
*TERMINATED: 11/03/2015*

represented by **Christopher L. Lebsock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pasquale A Cipollone**
(See above for address)
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irma Pacheco**
*on behalf of herself and all others similarly situated*
*TERMINATED: 04/04/2016*

represented by **Christopher L. Lebsock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pasquale A Cipollone**
(See above for address)
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Norkus**
*TERMINATED: 11/03/2016*

represented by  **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**

(See above of address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Gargiulo**                          represented by    **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zulema Avis**                    represented by **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ken Bolin**
*TERMINATED: 10/27/2016*

represented by **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Jenks**

represented by **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bethany Caracuzzo**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Caroline Camille Corbitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
Stein Mitchell Muse Cipollone Beato LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
United Sta
(202)661-1589
Fax: (202)296-8312
Email: RGilmore@steinmitchell.com
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susie Kim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyler Clark**                    represented by    **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bethany Caracuzzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Camille Corbitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susie Kim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Francis DiSalvo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Carolyn Caine**                    represented by  **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Krone**
*TERMINATED: 09/30/2016*

represented by **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Gardner**
*TERMINATED: 02/23/2017*

represented by **Elizabeth Cheryl Pritzker**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Washington**                    represented by    **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bethany Caracuzzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Camille Corbitt**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susie Kim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Francis DiSalvo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary Hagert**                              represented by  **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debbie Barrett**                              represented by  **Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bethany Caracuzzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Camille Corbitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susie Kim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Francis DiSalvo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Podgorny**                              represented by    **Christopher L. Lebsock**
*TERMINATED: 08/15/2016*                                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pasquale A Cipollone**
(See above for address)
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Cauley**
*TERMINATED: 08/15/2016*

represented by **Christopher L. Lebsock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Pasquale A Cipollone**
(See above for address)
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Wulff**                    represented by   **Christopher L. Lebsock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Ward Broz**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen Marie Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Paul Lehmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pasquale A Cipollone**
(See above for address)
*TERMINATED: 12/20/2018*
*PRO HAC VICE*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Richard S. Lewis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shiho Yamamoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Francis DiSalvo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Gilbert**                    represented by   **Bonny E. Sweeney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Samantha Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Francis DiSalvo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gilbert Brown**                    represented by   **Bonny E. Sweeney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H Meyers**
(See above for address)
*TERMINATED: 10/14/2020*

**Gary Ivan Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Krasne Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ruby Anzidei**
(See above for address)
*TERMINATED: 10/03/2018*

**Sathya S Gosselin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darlene McAfee**                    represented by  **Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Camille Corbitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susie Kim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Sullivan**                  represented by  **Jonathan Krasne Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bonny E. Sweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline Camille Corbitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Cheryl Pritzker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard S. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert B Gilmore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susie Kim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore Francis DiSalvo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CVS Health**                      represented by    **August P. Gugelmann**
Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
Fax: 415-477-9010
Email: august@smllp.law
*ATTORNEY TO BE NOTICED*

**David Michael Horniak**
DLA Piper LLP (US)
500 8th St. NW
Washington, DC 20004
202-799-4361
Email: david.horniak@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Edward W. Swanson**
Swanson & McNamara LLP
300 Montgomery St.
Suite 1100
San Francisco, CA 94104
(415) 477 3800

Fax: (415) 477 9010
Email: ed@smllp.law
*ATTORNEY TO BE NOTICED*

**Enu A Mainigi ,**
Williams and Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
202-434-5420
Fax:
Email: emainigi@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frank Lane Heard , III**
Williams and Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
United Sta
202-434-5000
Fax: 202-434-5029
Email: lheard@wc.com
*ATTORNEY TO BE NOTICED*

**Grant A. Geyerman ,**
Williams Connolly, LLP
725 12th St., NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: ggeyerman@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Luba Shur**
Williams and Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
202-434-5111
Email: lshur@wc.com
*TERMINATED: 12/02/2016*
*PRO HAC VICE*

**Defendant**

**CVS Pharmacy, Inc.**                    represented by    **Andrew Watts**
Williams and Connolly
725 12th Street NW
Washington, DC 20005
(202) 434-5495
Email: awatts@wc.com
*TERMINATED: 12/16/2021*

**Ashley Wall Hardin**
Williams and Connolly LLP

725 12th Street
Washington, DC 20005
202-434-5960
Fax: 202-434-5029
Email: ahardin@wc.com
*ATTORNEY TO BE NOTICED*

**August P. Gugelmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ayla Shah Syed**
Williams and Connolly
725 12th St NW
Washington, DC 20005
(202) 434-5000
Email: asyed@wc.com
*TERMINATED: 10/01/2021*
*PRO HAC VICE*

**Colleen Marie McNamara**
Williams and Connolly LLP
725 Twelfth St. N.W.
Washington, DC 20005
202-434-5186
Fax: 202-434-5029
Email: CMcNamara@wc.com
*ATTORNEY TO BE NOTICED*

**Craig Singer**
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
202-434-5000
Email: csinger@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel M Dockery**
Williams and Connolly LLP
725 12th St. NW
Washington, DC 20005
202-434-5698
Email: ddockery@wc.com
*ATTORNEY TO BE NOTICED*

**Edward W. Swanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Enu A Mainigi**
Williams and Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

202-434-5420
Email: emainigi@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frank Lane Heard , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant A. Geyerman**
Williams Connolly, LLP
725 12th St., NW
Washington, DC 20005
202-434-5000
Fax: 202-434-5029
Email: ggeyerman@wc.com
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Hoover**
Williams and Connolly
725 12th St NW
Washington, DC 20005
202-434-5388
Email: khoover@wc.com
*ATTORNEY TO BE NOTICED*

**Luba Shur**
(See above for address)
*TERMINATED: 12/02/2016*
*PRO HAC VICE*

**Robert Mackenzie Belden**
Williams and Connolly LLP
725 12th St. NW
Washington, DC 20005
202-434-5000
Fax: 202-435-5029
Email: rbelden@wc.com
*TERMINATED: 09/07/2021*
*PRO HAC VICE*

**Roy Solomon Awabdeh**
Williams and Connolly LLP
725 Twelfth St NW
Washington, DC 20005
202-434-5000
Email: rawabdeh@wc.com
*TERMINATED: 08/25/2016*

**Sarah Lochner O'Connor**
Wiliams & Connolly LLP
725 Twelfth St. N.W.
Washington, DC 20005
202-434-5435

Email: soconnor@wc.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Elizabeth Fegan**                          represented by **Elizabeth A. Fegan**
Fegan Scott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
Fax: 312-264-0100
Email: beth@feganscott.com
*ATTORNEY TO BE NOTICED*

**Witness**

**Express Scripts, Inc.**                    represented by **Louis Y. Lee**
Morgan Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000
Fax: (415) 442-1001
Email: louis.lee@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan P. McCarthy**
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5000
Fax: 215-963-5001
Email: ryan.mccarthy@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Joseph Geverd**
Morgan Lewis Bockius
1701 Market Street
Philadelphia, PA 19103
215-963-5000
Fax: 215-963-5001
Email: timothy.geverd@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Witness**

**Medco**                                    represented by **Louis Y. Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan P. McCarthy**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Timothy Joseph Geverd**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2015 | 1 | CLASS ACTION COMPLAINT; Demand for Jury Trial against CVS Health Corporation (Filing fee $ 400.00, receipt number 0971-9719950.). Filed by Ron W. Coder, Toni Odorisio, Irma Pacheco, Robert Garber, Christopher Corcoran, Robert Guarnieri, Onnolee Samuelson. (Attachments: # 1 Civil Cover Sheet)(Lebsock, Christopher) (Filed on 7/30/2015) Modified on 7/31/2015 (gbaS, COURT STAFF). (Entered: 07/30/2015) |
| 07/30/2015 | 2 | Proposed Summons. (Lebsock, Christopher) (Filed on 7/30/2015) (Entered: 07/30/2015) |
| 07/30/2015 | 3 | EXHIBITS re 1 Complaint, *Exhibit A to Class Action Complaint* filed byRon W. Coder, Christopher Corcoran, Robert Garber, Robert Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson. (Related document(s) 1 ) (Lebsock, Christopher) (Filed on 7/30/2015) (Entered: 07/30/2015) |
| 07/30/2015 | 4 | CORRECTED Civil Cover Sheet by Ron W. Coder, Christopher Corcoran, Robert Garber, Robert Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson. . (Lebsock, Christopher) (Filed on 7/30/2015) Modified on 7/30/2015 (cfeS, COURT STAFF). Modified on 7/31/2015 (gbaS, COURT STAFF). (Entered: 07/30/2015) |
| 07/30/2015 | 5 | Case assigned to Magistrate Judge Joseph C. Spero. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. **Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges.** Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (cfeS, COURT STAFF) (Filed on 7/30/2015) (Entered: 07/30/2015) |
| 07/31/2015 | 6 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/23/2015. Case Management Conference set for 10/30/2015 02:00 PM in Courtroom G, 15th Floor, San Francisco. (Attachments: # 1 Standing Order) (gbaS, COURT STAFF) (Filed on 7/31/2015) (Entered: 07/31/2015)** |
| 07/31/2015 | 7 | Summons Issued as to CVS Health Corporation. (gbaS, COURT STAFF) (Filed on 7/31/2015) (Entered: 07/31/2015) |
| 08/05/2015 | 8 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-9734999.) filed by Ron W. Coder, Christopher Corcoran, Robert Garber, Robert Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson. (Attachments: # 1 Certificate of Good Standing)(Ward, Kristen) (Filed on 8/5/2015) (Entered: 08/05/2015) |
| 08/05/2015 | 9 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-9735048.) filed by Ron W. Coder, Christopher Corcoran, Robert Garber, Robert |

| | | Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson. (Attachments: # 1 Certificate of Good Standing)(Lewis, Richard) (Filed on 8/5/2015) (Entered: 08/05/2015) |
|---|---|---|
| 08/06/2015 | 10 | MOTION for leave to appear in Pro Hac Vice *Pasquale A. Cipollone* ( Filing fee $ 305, receipt number 25MNJ59J.) Filing fee previously paid on 08.06.2015 filed by Ron W. Coder, Christopher Corcoran, Robert Garber, Robert Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson. (Cipollone, Pasquale) (Filed on 8/6/2015) (Entered: 08/06/2015) |
| 08/06/2015 | 11 | MOTION for leave to appear in Pro Hac Vice *Robert B. Gilmore* ( Filing fee $ 305, receipt number 0971-9737059.) filed by Ron W. Coder, Christopher Corcoran, Robert Garber, Robert Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson. (Gilmore, Robert) (Filed on 8/6/2015) (Entered: 08/06/2015) |
| 08/06/2015 | 12 | MOTION for leave to appear in Pro Hac Vice *Rebecca Ruby Anzidei* ( Filing fee $ 305, receipt number 0971-9737106.) filed by Ron W. Coder, Christopher Corcoran, Robert Garber, Robert Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson. (Anzidei, Rebecca) (Filed on 8/6/2015) (Entered: 08/06/2015) |
| 08/06/2015 | 13 | **Order, signed 8/6/15, by Chief Magistrate Judge Joseph C. Spero granting 8 Motion for Pro Hac Vice for Kristen Ward Broz.(klhS, COURT STAFF) (Filed on 8/6/2015) (Entered: 08/06/2015)** |
| 08/06/2015 | 14 | **Order, signed 8/6/15, by Chief Magistrate Judge Joseph C. Spero granting 9 Motion for Pro Hac Vice for Richard S. Lewis.(klhS, COURT STAFF) (Filed on 8/6/2015) (Entered: 08/06/2015)** |
| 08/10/2015 | 15 | **Order, signed 8/10/15, by Chief Magistrate Judge Joseph C. Spero granting 12 Motion for Pro Hac Vice for Rebecca Ruby Anzidei.(klhS, COURT STAFF) (Filed on 8/10/2015) (Entered: 08/10/2015)** |
| 08/10/2015 | 16 | **Order, signed 8/7/15, by Chief Magistrate Judge Joseph C. Spero granting 10 Motion for Pro Hac Vice for Pasquale A. Cipollone.(klhS, COURT STAFF) (Filed on 8/10/2015) (Entered: 08/10/2015)** |
| 08/10/2015 | 17 | **Order, signed 8/7/15, by Chief Magistrate Judge Joseph C. Spero granting 11 Motion for Pro Hac Vice for Robert B. Gilmore.(klhS, COURT STAFF) (Filed on 8/10/2015) (Entered: 08/10/2015)** |
| 08/20/2015 | 18 | CLERK'S NOTICE Re: Consent or Declination: Plaintiffs shall file a consent or declination to proceed before a magistrate judge within 14 days of this notice. The forms are available at: http://cand.uscourts.gov/civilforms. (Party/parties were also notified via telephone or email.) (klhS, COURT STAFF) (Filed on 8/20/2015) (Entered: 08/20/2015) |
| 08/26/2015 | 19 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Ron W. Coder, Christopher Corcoran, Robert Garber, Robert Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson.. (Lebsock, Christopher) (Filed on 8/26/2015) (Entered: 08/26/2015) |
| 08/26/2015 | 20 | STIPULATION *Joint Stipulation Suspending Deadline to Respond to Class Action Complaint* filed by Ron W. Coder, Christopher Corcoran, Robert Garber, Robert Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson. (Ward, Kristen) (Filed on 8/26/2015) (Entered: 08/26/2015) |
| 08/27/2015 | 21 | NOTICE of Appearance by David Michael Horniak *on behalf of CVS Health Corp.* (Horniak, David) (Filed on 8/27/2015) (Entered: 08/27/2015) |
| 08/27/2015 | 22 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by CVS Health Corporation.. (Horniak, David) (Filed on 8/27/2015) (Entered: 08/27/2015) |

| 08/28/2015 | 23 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klhS, COURT STAFF) (Filed on 8/28/2015) (Entered: 08/28/2015) |
|---|---|---|
| 08/28/2015 | 24 | **ORDER, Case reassigned to Hon. Yvonne Gonzalez Rogers. Magistrate Judge Joseph C. Spero no longer assigned to the case.. Signed by Executive Committee on 8/28/15. (ha, COURT STAFF) (Filed on 8/28/2015) (Entered: 08/28/2015)** |
| 09/08/2015 | 25 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 11/30/2015. Initial Case Management Conference set for Monday, 12/7/2015 02:00 PM before Judge Yvonne Gonzalez Rogers in Courtroom 1, 4th Floor, Oakland. (Attachments: # 1 Standing Order) (fs, COURT STAFF) (Filed on 9/8/2015) (Entered: 09/08/2015) |
| 09/17/2015 | 26 | CERTIFICATE OF SERVICE by Ron W. Coder, Christopher Corcoran, Robert Garber, Robert Guarnieri, Toni Odorisio, Irma Pacheco, Onnolee Samuelson (Lewis, Richard) (Filed on 9/17/2015) (Entered: 09/17/2015) |
| 09/18/2015 | 27 | NOTICE of Appearance by Edward W. Swanson *on behalf of CVS Health Corporation* (Swanson, Edward) (Filed on 9/18/2015) (Entered: 09/18/2015) |
| 09/18/2015 | 28 | NOTICE of Appearance by August P. Gugelmann *on behalf of CVS Health Corporation* (Gugelmann, August) (Filed on 9/18/2015) (Entered: 09/18/2015) |
| 09/18/2015 | 29 | MOTION for leave to appear in Pro Hac Vice *by Grant A. Geyerman* ( Filing fee $ 305, receipt number 0971-9849067.) filed by CVS Health Corporation. (Attachments: # 1 Exhibit 1)(Swanson, Edward) (Filed on 9/18/2015) (Entered: 09/18/2015) |
| 09/18/2015 | 30 | MOTION for leave to appear in Pro Hac Vice *by Enu Mainigi* ( Filing fee $ 305, receipt number 0971-9849097.) filed by CVS Health Corporation. (Attachments: # 1 Exhibit 1) (Swanson, Edward) (Filed on 9/18/2015) (Entered: 09/18/2015) |
| 09/18/2015 | 31 | MOTION for leave to appear in Pro Hac Vice *by Luba Shur* ( Filing fee $ 305, receipt number 0971-9849130.) filed by CVS Health Corporation. (Attachments: # 1 Exhibit 1) (Swanson, Edward) (Filed on 9/18/2015) (Entered: 09/18/2015) |
| 09/21/2015 | 32 | **ORDER by Judge Yvonne Gonzalez Rogers granting 29 Motion for Pro Hac Vice as to Grant A. Geyerman representing Defendant. (fs, COURT STAFF) (Filed on 9/21/2015) (Entered: 09/21/2015)** |
| 09/21/2015 | 33 | **ORDER by Judge Yvonne Gonzalez Rogers granting 30 Motion for Pro Hac Vice as to Enu Mainigi representing Defendant. (fs, COURT STAFF) (Filed on 9/21/2015) (Entered: 09/21/2015)** |
| 09/21/2015 | 34 | **ORDER by Judge Yvonne Gonzalez Rogers granting 31 Motion for Pro Hac Vice as to Luba Shur representing Defendant. (fs, COURT STAFF) (Filed on 9/21/2015) (Entered: 09/21/2015)** |
| 10/09/2015 | 35 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Geyerman, Grant) (Filed on 10/9/2015) (Entered: 10/09/2015) |
| 10/09/2015 | 36 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Geyerman, Grant) (Filed on 10/9/2015) (Entered: 10/09/2015) |
| 10/09/2015 | 37 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Sweeney, Bonny) (Filed on 10/9/2015) (Entered: 10/09/2015) |
| 10/13/2015 | 38 | First MOTION to Stay *Proceedings Pending MDL Determination* filed by CVS Health Corporation. Motion Hearing set for 11/10/2015 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 10/27/2015. Replies |

| | | |
|---|---|---|
| | | due by 11/3/2015. (Attachments: # 1 Proposed Order Proposed Order)(Geyerman, Grant) (Filed on 10/13/2015) (Entered: 10/13/2015) |
| 10/13/2015 | 39 | MOTION to Shorten Time filed by CVS Health Corporation. (Attachments: # 1 Proposed Order Proposed Order)(Geyerman, Grant) (Filed on 10/13/2015) (Entered: 10/13/2015) |
| 10/13/2015 | 40 | NOTICE by CVS Health Corporation *of Pendency of Other Action or Proceeding* (Geyerman, Grant) (Filed on 10/13/2015) (Entered: 10/13/2015) |
| 10/13/2015 | 41 | Declaration of Luba Shur in Support of 38 First MOTION to Stay *Proceedings Pending MDL Determination*, 40 Notice (Other), 39 MOTION to Shorten Time filed by CVS Health Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Related document(s) 38 , 40 , 39 ) (Geyerman, Grant) (Filed on 10/13/2015) (Entered: 10/13/2015) |
| 10/14/2015 | 42 | ADR Clerk's Notice Setting ADR Phone Conference on November 24, 2015 at 10:00 AM Pacific time. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (cmf, COURT STAFF) (Filed on 10/14/2015) (Entered: 10/14/2015) |
| 10/14/2015 | 43 | AMENDED COMPLAINT against CVS Health Corporation, CVS Pharmacy, Inc.. Filed by Irma Pacheco, Robert Garber, Christopher Corcoran, Ron W. Coder, Toni Odorisio, Robert Guarnieri, Onnolee Samuelson, Michael Norkus, Vincent Gargiulo, Zulema Avis, Ken Bolin, Robert Jenks, Tyler Clark, Carolyn Caine, Linda Krone, Elizabeth Gardner, Carl Washington, Zachary Hagert, Debbie Barrett. (Attachments: # 1 Exhibit A - Drug List)(Sweeney, Bonny) (Filed on 10/14/2015) (Entered: 10/14/2015) |
| 10/15/2015 | 44 | **ORDER DENYING 39 ADMINISTRATIVE MOTION TO SHORTEN TIME; RE-SETTING HEARING ON MOTION TO STAY; SETTING DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING. Opposition due by 10/27/2015. Replies due by 11/3/2015. Motion Hearing set for 11/17/2015 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Signed by Judge Yvonne Gonzalez Rogers on 10/15/15. (jjoS, COURT STAFF) (Filed on 10/15/2015) (Entered: 10/15/2015)** |
| 10/22/2015 | 45 | Proposed Summons. (Lewis, Richard) (Filed on 10/22/2015) (Entered: 10/22/2015) |
| 10/23/2015 | 46 | Summons Issued as to CVS Pharmacy, Inc.. (cpS, COURT STAFF) (Filed on 10/23/2015) (Entered: 10/23/2015) |
| 10/27/2015 | 47 | Joint Stipulation Withdrawing Defendants' Motion to Stay and Setting Schedule for Second Amended Class Action Complaint filed by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Tyler Clark, Ron W. Coder, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Onnolee Samuelson, Carl Washington. (Ward, Kristen) (Filed on 10/27/2015) Modified on 10/28/2015 (cpS, COURT STAFF). (Entered: 10/27/2015) |
| 10/28/2015 | 48 | **MDL ORDER (MDL No. 2675): that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN. (cpS, COURT STAFF) (Filed on 10/28/2015) (Entered: 10/29/2015)** |
| 11/03/2015 | 49 | AMENDED COMPLAINT *Second Amended Class Action Complaint* against CVS Health Corporation, CVS Pharmacy, Inc.. Filed by Carl Washington, Zachary Hagert, Irma Pacheco, Carolyn Caine, Vincent Gargiulo, Debbie Barrett, Robert Garber, Linda Krone, Christopher Corcoran, Michael Norkus, Ron W. Coder, Zulema Avis, Robert Jenks, Toni Odorisio, Ken Bolin, Elizabeth Gardner, Robert Guarnieri, Tyler Clark, |

| | | |
|---|---|---|
| | | Onnolee Samuelson. (Attachments: # 1 Exhibit A, # 2 Certificate/Proof of Service) (Sweeney, Bonny) (Filed on 11/3/2015) (Entered: 11/03/2015) |
| 11/03/2015 | 50 | NOTICE of Appearance by Elizabeth Cheryl Pritzker (Pritzker, Elizabeth) (Filed on 11/3/2015) (Entered: 11/03/2015) |
| 11/03/2015 | 51 | NOTICE of Appearance by Jonathan Krasne Levine (Levine, Jonathan) (Filed on 11/3/2015) (Entered: 11/03/2015) |
| 11/03/2015 | 52 | NOTICE of Appearance by Shiho Yamamoto (Yamamoto, Shiho) (Filed on 11/3/2015) (Entered: 11/03/2015) |
| 11/24/2015 | | ADR Remark: ADR Phone Conference held by Tamara Lange, ADR Program Staff Attorney, on 11/24/2015. A further ADR Phone Conference is scheduled on 4/4/2016 at 10:00 AM Pacific time. The call-in information remains the same. (af, COURT STAFF) (Filed on 11/24/2015) (Entered: 11/24/2015) |
| 11/25/2015 | 53 | Joint MOTION for Leave to File Excess Pages filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration Joint Stipulation, # 2 Proposed Order, # 3 Certificate/Proof of Service)(Geyerman, Grant) (Filed on 11/25/2015) Modified on 11/30/2015 (cpS, COURT STAFF). (Entered: 11/25/2015) |
| 11/30/2015 | 54 | JOINT CASE MANAGEMENT STATEMENT filed by Christopher Corcoran. (Sweeney, Bonny) (Filed on 11/30/2015) (Entered: 11/30/2015) |
| 12/02/2015 | 55 | **ORDER by Judge Yvonne Gonzalez Rogers denying 53 Motion for Leave to File Excess Pages (ygrlc3S, COURT STAFF) (Filed on 12/2/2015) (Entered: 12/02/2015)** |
| 12/04/2015 | 56 | MOTION to Dismiss *Second Amended Complaint* filed by CVS Pharmacy, Inc.. Motion Hearing set for 3/1/2016 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 1/15/2016. Replies due by 2/12/2016. (Attachments: # 1 Proposed Order)(Geyerman, Grant) (Filed on 12/4/2015) (Entered: 12/04/2015) |
| 12/04/2015 | 57 | MOTION to Dismiss *Second Amended Complaint* filed by CVS Health Corporation. Motion Hearing set for 3/1/2016 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 1/15/2016. Replies due by 2/12/2016. (Attachments: # 1 Declaration, # 2 Proposed Order)(Geyerman, Grant) (Filed on 12/4/2015) (Entered: 12/04/2015) |
| 12/04/2015 | 58 | Request for Judicial Notice re 56 MOTION to Dismiss *Second Amended Complaint*, 57 MOTION to Dismiss *Second Amended Complaint* filed byCVS Health Corporation, CVS Pharmacy, Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order)(Related document(s) 56 , 57 ) (Geyerman, Grant) (Filed on 12/4/2015) (Entered: 12/04/2015) |
| 12/07/2015 | 59 | STIPULATION WITH PROPOSED ORDER *Protective Order* filed by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Pritzker, Elizabeth) (Filed on 12/7/2015) Modified on 12/8/2015 (cpS, COURT STAFF). (Entered: 12/07/2015) |
| 12/07/2015 | 61 | **Minute Entry for proceedings held before Hon. Yvonne Gonzalez Rogers: Initial Case Management Conference held on 12/7/2015. Case referred to Private ADR for Private Mediation to be completed by 6/1/16. Amended Pleadings due by 4/7/2016. Non-Expert and Expert Discovery due by 2/24/2017. Joinder of Parties due by 4/7/2016. Class Certification Motions filed by 8/2/2016. Motion Hearing set for 12/6/2016 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne** |

| | | |
|---|---|---|
| | | **Gonzalez Rogers. Compliance Hearing re mediator is set for Friday, 1/8/2016 09:01 AM before Hon. Yvonne Gonzalez Rogers. Dispositive/Daubert Motion Hearing set for 6/20/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers.Court Reporter Name Diane Skillman. Plaintiff Attorney Bonny Sweeney. Defendant Attorney Grant Geyerman. Attachment Minutes.(fs, COURT STAFF) (Date Filed: 12/7/2015) (Entered: 12/09/2015)** |
| 12/08/2015 | 60 | TRANSCRIPT ORDER by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff for Court Reporter Diane Skillman. (Levine, Jonathan) (Filed on 12/8/2015) (Entered: 12/08/2015) |
| 12/09/2015 | 62 | **CASE MANAGEMENT AND PRETRIAL ORDER. Signed by Judge Yvonne Gonzalez Rogers on 12/9/15. (fs, COURT STAFF) (Filed on 12/9/2015) (Entered: 12/09/2015)** |
| 12/09/2015 | 63 | **ORDER SETTING COMPLIANCE HEARING. Signed by Judge Yvonne Gonzalez Rogers on 12/9/15. (fs, COURT STAFF) (Filed on 12/9/2015) (Entered: 12/09/2015)** |
| 12/09/2015 | 64 | **ORDER by Judge Yvonne Gonzalez Rogers denying without prejudice proposed stipulated Protective Order re 59 Stipulation (fs, COURT STAFF) (Filed on 12/9/2015) (Entered: 12/09/2015)** |
| 12/14/2015 | 65 | TRANSCRIPT ORDER by CVS Health Corporation, CVS Pharmacy, Inc. for Court Reporter Diane Skillman. (Geyerman, Grant) (Filed on 12/14/2015) (Entered: 12/14/2015) |
| 12/14/2015 | 66 | REVISED STIPULATION WITH PROPOSED ORDER *PROTECTIVE ORDER* filed by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Supplement Parties' Joint Statement in Support of Revised [Proposed] Stipulated Protective Order)(Pritzker, Elizabeth) (Filed on 12/14/2015) Modified on 12/15/2015 (cpS, COURT STAFF). (Entered: 12/14/2015) |
| 12/15/2015 | 67 | **REVISED STIPULATED PROTECTIVE ORDER. Signed by Judge Yvonne Gonzalez Rogers on 12/15/15. (fs, COURT STAFF) (Filed on 12/15/2015) (Entered: 12/15/2015)** |
| 12/22/2015 | 68 | Transcript of Proceedings held on December 7, 2015, before Judge Yvonne Gonzalez Rogers. Court Reporter Diane E. Skillman, telephone number 510-451-2930, Diane_Skillman@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 65 Transcript Order ) Release of Transcript Restriction set for 3/21/2016. (Related documents(s) 65 ) (Skillman, Diane) (Filed on 12/22/2015) (Entered: 12/22/2015) |
| 12/30/2015 | 69 | Joint Statement Regarding Notice of Mediation, filed by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, |

| | | |
|---|---|---|
| | | Onnolee Samuelson, Carl Washington, Walter Wulff, CVS Pharmacy, Inc., CVS Health Corporation. (Levine, Jonathan) (Filed on 12/30/2015) Modified on 12/31/2015 (jlmS, COURT STAFF). (Entered: 12/30/2015) |
| 01/04/2016 | 70 | CLERK'S NOTICE: In light of the parties' Joint Statement Regarding Notice of Mediation (Dkt. No. 69) the Compliance Hearing currently scheduled for 1/8/16 at 9:01 AM is hereby VACATED.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 1/4/2016) (Entered: 01/04/2016) |
| 01/15/2016 | 71 | RESPONSE (re 56 MOTION to Dismiss *Second Amended Complaint* ) filed byZulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Proposed Order)(Pritzker, Elizabeth) (Filed on 1/15/2016) Modified on 1/19/2016 (cpS, COURT STAFF). (Entered: 01/15/2016) |
| 01/15/2016 | 72 | RESPONSE (re 57 MOTION to Dismiss *Second Amended Complaint* ) filed byZulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Exhibit A, # 3 Exhibit B - redacted version, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O - redacted version, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U - redacted version, # 23 Exhibit V, # 24 Exhibit W, # 25 Proposed Order)(Pritzker, Elizabeth) (Filed on 1/15/2016) Modified on 1/19/2016 (cpS, COURT STAFF). (Entered: 01/15/2016) |
| 01/15/2016 | 73 | Administrative Motion to File Under Seal *portions of opposition, exhibits* filed by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Proposed Order, # 2 Declaration of Jonathan K. Levine, # 3 Exhibit Exh. 1- Redacted Version of Plaintiffs' Opposition to Defendant CVS Health Corp.'s Motion to Dismiss, # 4 Exhibit Exh. 2 - Unredacted Version of Plaintiffs' Opposition to CVS Health Corp.'s Motion to Dismiss, # 5 Exhibit Exh. 3 - Redacted Version of Plaintiffs' Opposition to Defendant CVS Pharmacy, Inc.'s Motion to Dismiss, # 6 Exhibit Exh. 4 - Unredacted Version of Plaintiffs' Opposition to Defendant CVS Pharmacy, Inc.'s Motion to Dismiss, # 7 Exhibit Exh. 5 - Redacted Version of the Declaration of Jonathan K. Levine, # 8 Exhibit Exh. 6 - Unredacted Version of the Declaration of Jonathan K. Levine, # 9 Exhibit Exh. 7 - Redacted Version of Exhibit B to the Decl. of J.Levine, # 10 Exhibit Exh. 8 - Unredacted Version of Exh. B to the Decl. of J.Levine, # 11 Exhibit Exh. 9 - Redacted Version of Exh. O to the Decl. of J.Levine, # 12 Exhibit Exh. 10 - Unredacted Version of Exh. O to the Decl. of J.Levine, # 13 Exhibit Exh. 11 - Redacted Version of Exh. U to the Decl. of J.Levine, # 14 Exhibit Exh. 12 - Unredacted Version of the Decl. of J.Levine, # 15 Certificate/Proof of Service)(Pritzker, Elizabeth) (Filed on 1/15/2016) Modified on 1/19/2016 (cpS, COURT STAFF). (Entered: 01/15/2016) |
| 02/12/2016 | 74 | REPLY (re 56 MOTION to Dismiss *Second Amended Complaint* ) filed byCVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 2/12/2016) (Entered: 02/12/2016) |

| 02/12/2016 | 75 | MOTION to Continue *Motion to Dismiss Hearing Date* filed by CVS Health Corporation, CVS Pharmacy, Inc.. (Attachments: # 1 Declaration Declaration of Luba Shur in Support of Defendants' Administrative Motion to Reschedule Motion to Dismiss Hearing Date, # 2 Proposed Order)(Geyerman, Grant) (Filed on 2/12/2016) Modified on 2/16/2016 (cpS, COURT STAFF). (Entered: 02/12/2016) |
|---|---|---|
| 02/12/2016 | 76 | Administrative Motion to File Under Seal filed by CVS Health Corporation, CVS Pharmacy, Inc.. (Attachments: # 1 Declaration Declaration of Luba Shur, # 2 Proposed Order, # 3 Exhibit Ex. 10 in Support of CVS Health Corporation's Reply in Support of Motion to Dismiss, # 4 Exhibit Ex. 11 -- Second Declaration of Thomas S. Moffatt (Redacted Version), # 5 Exhibit 12 -- Second Declaration of Thomas S. Moffatt (Unredacted Version), # 6 Exhibit Ex. 13 -- Exhibit 5 to the Second Moffatt Declaration (Unredacted Version), # 7 Exhibit Ex. 14 -- Exhibit 6 to the Second Moffatt Declaration (Unredacted Version), # 8 Exhibit Ex. 15 -- CVS Health Corporation's Reply in Support of Motion to Dismiss (Redacted Version), # 9 Exhibit Ex. 16 -- CVS Health Corporation's Reply in Support of Motion to Dismiss (Unredacted Version))(Shur, Luba) (Filed on 2/12/2016) (Entered: 02/12/2016) |
| 02/12/2016 | 77 | REPLY (re 57 MOTION to Dismiss *Second Amended Complaint* ) filed by CVS Health Corporation. (Attachments: # 1 Declaration Second Declaration of Thomas S. Moffatt (Redacted Version), # 2 Exhibit Moffatt Decl. Ex. 1, # 3 Exhibit Moffatt Decl. Ex. 2, # 4 Exhibit Moffatt Decl. Ex. 3, # 5 Exhibit Moffatt Decl. Ex. 4, # 6 Exhibit Moffatt Decl. Ex. 5 (Under Seal), # 7 Exhibit Moffatt Decl. Ex. 6 (Under Seal), # 8 Exhibit Moffatt Decl. Ex. 7, # 9 Exhibit Moffatt Decl. Ex. 8, # 10 Exhibit Moffatt Decl. Ex. 9)(Shur, Luba) (Filed on 2/12/2016) (Entered: 02/12/2016) |
| 02/16/2016 | 78 | RESPONSE (re 76 Administrative Motion to File Under Seal ) filed by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Proposed Order)(Pritzker, Elizabeth) (Filed on 2/16/2016) Modified on 2/17/2016 (cpS, COURT STAFF). (Entered: 02/16/2016) |
| 02/16/2016 | 79 | RESPONSE (re 75 MOTION to Continue *Motion to Dismiss Hearing Date* ) filed by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Proposed Order)(Pritzker, Elizabeth) (Filed on 2/16/2016) Modified on 2/17/2016 (cpS, COURT STAFF). (Entered: 02/16/2016) |
| 02/17/2016 | 80 | **ORDER by Judge Yvonne Gonzalez Rogers Denying 75 Motion to Continue Motion to Dismiss Hearing Date. (fs, COURT STAFF) (Filed on 2/17/2016) (Entered: 02/17/2016)** |
| 02/19/2016 | 81 | NOTICE by CVS Health Corporation, CVS Pharmacy, Inc. *of Pendency of Other Action or Proceeding* (Attachments: # 1 Declaration of Grant A. Geyerman)(Geyerman, Grant) (Filed on 2/19/2016) (Entered: 02/19/2016) |
| 02/20/2016 | 82 | NOTICE by CVS Health Corporation, CVS Pharmacy, Inc. re 80 Order on Motion to Continue (Attachments: # 1 Exhibit A - Declaration of Enu Mainigi)(Geyerman, Grant) (Filed on 2/20/2016) (Entered: 02/20/2016) |
| 02/23/2016 | 83 | SECOND NOTICE by CVS Health Corporation, CVS Pharmacy, Inc. re 80 Order on Motion to Continue (Geyerman, Grant) (Filed on 2/23/2016) Modified on 2/24/2016 |

| | | |
|---|---|---|
| | | (cpS, COURT STAFF). (Entered: 02/23/2016) |
| 02/24/2016 | 84 | CLERK'S NOTICE Continuing Motion Hearing to March 8, 2016.The 3/1/2016 hearing on defendants' motions to dismiss (Dkt. Nos. 56, 57) is CONTINUED to 3/8/2016 at 2:00 p.m.<br><br>Set/Reset Deadlines as to 56 MOTION to Dismiss *Second Amended Complaint,* 57 *MOTION to Dismiss Second Amended Complaint. Motion Hearing set for 3/8/2016 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers.*<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry (fs, COURT STAFF) (Filed on 2/24/2016) (Entered: 02/24/2016)* |
| 02/24/2016 | 85 | MOTION to Appoint Counsel *As Interim Class Counsel* filed by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Elizabeth C. Pritzker, # 2 Declaration of Bonny E. Sweeney, # 3 Declaration of Rebecca R. Anzidei, # 4 Proposed Order)(Pritzker, Elizabeth) (Filed on 2/24/2016) (Entered: 02/24/2016) |
| 02/26/2016 | 86 | Declaration of Luba Shur in Support of 77 Reply to Opposition/Response,, *to CVS Health Corporation's Motion to Dismiss* filed byCVS Health Corporation. (Attachments: # 1 Exhibit Exhibit 10)(Related document(s) 77 ) (Geyerman, Grant) (Filed on 2/26/2016) (Entered: 02/26/2016) |
| 02/26/2016 | 87 | CLERK'S NOTICE SETTING HEARING DATE FOR MOTION AT DKT. NO. 85. The Motion to Appoint Counsel (Dkt. No. 85) will be heard with the pending Motions to Dismiss on 3/8/2016 on the Court's 2:00 p.m. calendar. Any objections to the Motion to Appoint Counsel must be filed no later than noon on 3/3/2016.<br><br>Set/Reset Deadlines as to 85 MOTION to Appoint Counsel As Interim Class Counsel. Motion Hearing set for 3/8/2016 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*,(fs, COURT STAFF) (Filed on 2/26/2016) (Entered: 02/26/2016) |
| 02/26/2016 | 88 | MOTION to Transfer Case filed by CVS Health Corporation, CVS Pharmacy, Inc.. Motion Hearing set for 4/5/2016 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 3/11/2016. Replies due by 3/18/2016. (Attachments: # 1 Proposed Order, # 2 Declaration Declaration of Grant A. Geyerman in Support of Defendants' Motion to Transfer, # 3 Exhibit Ex. 1, # 4 Exhibit Ex. 2, # 5 Exhibit Ex. 3, # 6 Exhibit Ex.4, # 7 Exhibit Ex. 5, # 8 Exhibit Ex. 6)(Geyerman, Grant) (Filed on 2/26/2016) (Entered: 02/26/2016) |
| 02/26/2016 | 89 | EXHIBITS re 76 Administrative Motion to File Under Seal *Notice Re: Filing of Modified Exhibits to the Second Declaration of Thomas S. Moffatt* filed byCVS Health Corporation. (Attachments: # 1 Exhibit Redacted Version of Exhibit 5, # 2 Exhibit Redacted Version of Exhibit 6, # 3 Exhibit Unredacted Version of Exhibit 13, # 4 Exhibit Unredacted Version of Exhibit 14)(Related document(s) 76 ) (Shur, Luba) (Filed on 2/26/2016) (Entered: 02/26/2016) |
| 03/02/2016 | 90 | RESPONSE (re 85 MOTION to Appoint Counsel *As Interim Class Counsel* ) filed byCVS Health Corporation, CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 3/2/2016) |

| | | (Entered: 03/02/2016) |
|---|---|---|
| 03/04/2016 | 91 | Statement in Opposition re 81 Notice of Pendency by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Pritzker, Elizabeth) (Filed on 3/4/2016) Modified on 3/7/2016 (cpS, COURT STAFF). (Entered: 03/04/2016) |
| 03/08/2016 | | ADR Remark: The ADR Phone Conference that was scheduled on 4/4/2016, is vacated/off calendar. (af, COURT STAFF) (Filed on 3/8/2016) (Entered: 03/08/2016) |
| 03/08/2016 | 92 | **Minute Entry for proceedings held before Hon. Yvonne Gonzalez Rogers: Motion Hearing held on 3/8/2016 re DENYING 88 MOTION to Transfer Case filed by CVS Pharmacy, Inc., CVS Health,; GRANTING 85 MOTION to Appoint Counsel *As Interim Class Counsel* filed by Toni Odorisio, Christopher Corcoran, Elizabeth Gardner, Robert Podgorny, Carolyn Caine, Kevin Cauley, Michael Norkus, Robert Jenks, Irma Pacheco, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Onnolee Samuelson, Linda Krone, Debbie Barrett, Robert Guarnieri, Zulema Avis, Ken Bolin, Robert Garber, Tyler Clark ; Motion Dkt. no. 56 HELD and SUBMITTED; Motion Dkt. no. 57 HELD and SUBMITTED.Total Time in Court 57 minutes. Court Reporter Name Diane Skillman. Attachment Minutes.(fs, COURT STAFF) (Date Filed: 3/8/2016) (Entered: 03/08/2016)** |
| 03/10/2016 | 93 | TRANSCRIPT ORDER by CVS Health, CVS Pharmacy, Inc. for Court Reporter Diane Skillman. (Geyerman, Grant) (Filed on 3/10/2016) (Entered: 03/10/2016) |
| 03/10/2016 | 94 | Proposed Order re 85 MOTION to Appoint Counsel *As Interim Class Counsel* by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Pritzker, Elizabeth) (Filed on 3/10/2016) (Entered: 03/10/2016) |
| 03/10/2016 | 95 | TRANSCRIPT ORDER by Zulema Avis, Debbie Barrett, Ken Bolin, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff for Court Reporter Diane Skillman. (Yamamoto, Shiho) (Filed on 3/10/2016) (Entered: 03/10/2016) |
| 03/14/2016 | 96 | **ORDER by Judge Yvonne Gonzalez Rogers granting in part 56 Motion to Dismiss; granting 57 Motion to Dismiss; granting 85 Motion to Appoint the Firms as Interim Class Counsel ; denying 88 Motion to Transfer Case. The April 5, 2016 hearing on the motion to transfer is VACATED..(fs, COURT STAFF) (Filed on 3/14/2016) (Entered: 03/14/2016)** |
| 03/14/2016 | 97 | **ORDER by Judge Yvonne Gonzalez Rogers denying 73 Administrative Motion to File Under Seal; granting in part 76 Administrative Motion to File Under Seal.(fs, COURT STAFF) (Filed on 3/14/2016) (Entered: 03/14/2016)** |
| 03/18/2016 | 98 | Transcript of Proceedings held on March 8, 2016, before Judge Yvonne Gonzalez Rogers. Court Reporter Diane E. Skillman, telephone number 510-451-2930, Diane_Skillman@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to |

| | | |
|---|---|---|
| | | Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 93 Transcript Order ) Release of Transcript Restriction set for 6/16/2016. (Related documents(s) 93 ) (Skillman, Diane) (Filed on 3/18/2016) (Entered: 03/18/2016) |
| 03/18/2016 | 99 | Notice Re: Filing of Unredacted Documents by CVS Pharmacy, Inc. re 97 Order on Administrative Motion to File Under Seal, (Attachments: # 1 Exhibit Defendant CVS Health Corporation's Reply in Support of Motion to Dismiss (Unredacted), # 2 Exhibit Second Declaration of Thomas S. Moffatt (Unredacted))(Shur, Luba) (Filed on 3/18/2016) Modified on 3/21/2016 (vlkS, COURT STAFF). (Entered: 03/18/2016) |
| 03/28/2016 | 100 | ANSWER to Amended Complaint *Answer to Second Amended Class Action Complaint* byCVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 3/28/2016) (Entered: 03/28/2016) |
| 04/04/2016 | 101 | AMENDED COMPLAINT *(THIRD AMENDED CLASS ACTION COMPLAINT)* against CVS Pharmacy, Inc.. Filed byCarl Washington, Zachary Hagert, Carolyn Caine, Vincent Gargiulo, Debbie Barrett, Robert Garber, Robert Podgorny, Walter Wulff, Linda Krone, Christopher Corcoran, Michael Norkus, Zulema Avis, Robert Jenks, Toni Odorisio, Ken Bolin, Elizabeth Gardner, Robert Guarnieri, Tyler Clark, Kevin Cauley, Onnolee Samuelson, Amanda Gilbert, Gilbert Brown. (Attachments: # 1 Exhibit A)(Pritzker, Elizabeth) (Filed on 4/4/2016) (Entered: 04/04/2016) |
| 04/18/2016 | 102 | MOTION to Dismiss *Third Amended Complaint* filed by CVS Pharmacy, Inc.. Motion Hearing set for 5/24/2016 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 5/2/2016. Replies due by 5/9/2016. (Geyerman, Grant) (Filed on 4/18/2016) (Entered: 04/18/2016) |
| 04/18/2016 | 103 | Proposed Order re 102 MOTION to Dismiss *Third Amended Complaint* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 4/18/2016) (Entered: 04/18/2016) |
| 05/02/2016 | 104 | RESPONSE (re 102 MOTION to Dismiss *Third Amended Complaint* ) filed byZulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Exhibit 1)(Pritzker, Elizabeth) (Filed on 5/2/2016) (Entered: 05/02/2016) |
| 05/09/2016 | 105 | REPLY (re 102 MOTION to Dismiss *Third Amended Complaint* ) filed byCVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 5/9/2016) (Entered: 05/09/2016) |
| 05/13/2016 | 106 | **ORDER VACATING HEARING. Signed by Judge Yvonne Gonzalez Rogers on 5/13/16. (fs, COURT STAFF) (Filed on 5/13/2016) (Entered: 05/13/2016)** |
| 06/02/2016 | 107 | NOTICE OF SUPPLEMENTAL AUTHORITY by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff re 104 Opposition/Response to Motion, (Attachments: # 1 Exhibit A)(Pritzker, Elizabeth) (Filed on 6/2/2016) Modified on 6/3/2016 (cpS, COURT STAFF). (Entered: 06/02/2016) |
| 06/14/2016 | 108 | Joint Discovery Letter Brief filed by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Exhibit (ATTACHMENT A))(Pritzker, Elizabeth) (Filed on 6/14/2016) (Entered: 06/14/2016) |

| | | |
|---|---|---|
| 06/16/2016 | 109 | **ORDER REFERRING CASE to Magistrate Judge Corley for Discovery purposes, ORDER REFERRING MOTION: 108 Joint Discovery Letter Brief filed by Toni Odorisio, Christopher Corcoran, Elizabeth Gardner, Robert Podgorny, Carolyn Caine, Kevin Cauley, Michael Norkus, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Amanda Gilbert, Gilbert Brown, Onnolee Samuelson, Linda Krone, Debbie Barrett, Robert Guarnieri, Zulema Avis, Ken Bolin, Robert Garber, Tyler Clark. Signed by Judge Yvonne Gonzalez Rogers on 6/16/16. (fs, COURT STAFF) (Filed on 6/16/2016) (Entered: 06/16/2016)** |
| 06/17/2016 | | CASE REFERRED to Magistrate Judge Jacqueline Scott Corley for Discovery (ahm, COURT STAFF) (Filed on 6/17/2016) (Entered: 06/17/2016) |
| 06/17/2016 | 110 | CLERK'S NOTICE *Scheduling Discovery Hearing.* TO ALL PARTIES AND COUNSEL OF RECORD: Please take notice that a discovery hearing is scheduled for June 22, 2016 at 10:00 a.m., before Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco.<br><br>**(This is a text only docket entry, there is no document associated with this notice.)**<br><br>(ahm, COURT STAFF) (Filed on 6/17/2016) Modified on 6/20/2016 (cpS, COURT STAFF). (Entered: 06/17/2016) |
| 06/20/2016 | 111 | MOTION for leave to appear in Pro Hac Vice *of Ashley W. Hardin* ( Filing fee $ 305, receipt number 0971-10541752.) filed by CVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Hardin Certificate of Good Standing)(Hardin, Ashley) (Filed on 6/20/2016) (Entered: 06/20/2016) |
| 06/21/2016 | 112 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 25SAG1CI.) Filing fee previously paid on 6/20/2016 filed by CVS Pharmacy, Inc.. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing)(McNamara, Colleen) (Filed on 6/21/2016) (Entered: 06/21/2016) |
| 06/21/2016 | 113 | Amended MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 25SAG1CI.) Filing fee previously paid on 6/21/2016 filed by CVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(McNamara, Colleen) (Filed on 6/21/2016) (Entered: 06/21/2016) |
| 06/21/2016 | 114 | **ORDER by Judge Yvonne Gonzalez Rogers granting 111 Motion for Pro Hac Vice as to Ashley W. Hardin. (fs, COURT STAFF) (Filed on 6/21/2016) (Entered: 06/21/2016)** |
| 06/21/2016 | 118 | **ORDER by Judge Yvonne Gonzalez Rogers granting 113 Motion for Pro Hac Vice as to Colleen McNamara. (fs, COURT STAFF) (Filed on 6/21/2016) (Entered: 06/23/2016)** |
| 06/22/2016 | | ***Per Parties' request*** Set/Reset Hearing: Discovery Hearing reset for 6/22/2016 at 11:30 AM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge Jacqueline Scott Corley. (ahm, COURT STAFF) (Filed on 6/22/2016) (Entered: 06/22/2016) |
| 06/22/2016 | 115 | *******FILED IN ERROR. RE-FILED AT DOCUMENT # 116**<br><br>MOTION for Leave to Appear Pro Hac Vice *for F. Lane Heard III* filed by CVS Health, CVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Heard, Frank) (Filed on 6/22/2016) Modified on 6/23/2016 (cpS, COURT STAFF). (Entered: 06/22/2016) |

| 06/22/2016 | 116 | MOTION for leave to appear in Pro Hac Vice *for F. Lane Heard III* (**CORRECTION OF DOCKET** *115* ) ( Filing fee $ 305, receipt number 0971-10550093.) filed by CVS Health, CVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Heard, Frank) (Filed on 6/22/2016) Modified on 6/23/2016 (cpS, COURT STAFF). (Entered: 06/22/2016) |
|---|---|---|
| 06/22/2016 | 117 | **Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Discovery Hearing held on 6/22/2016. The parties shall notify the Court by 6/23/2016 re: stipulation. (FTR Time 11:30-11:58.)**<br><br>**Plaintiff Attorneys: Robert Gilmore; Bonny Sweeney.**<br>**Defendant Attorneys: Collen McNamara; Edward Swanson; Ashley Hardin.**<br><br>**This is a text only Minute Entry (ahm, COURT STAFF) (Date Filed: 6/22/2016) Modified on 8/2/2016: Matter transcribed by Joan Columbini. (rjdS, COURT STAFF). (Entered: 06/23/2016)** |
| 06/22/2016 | 119 | **ORDER by Judge Yvonne Gonzalez Rogers granting 116 Motion for Pro Hac Vice as to F. Lane Heard, III. (fs, COURT STAFF) (Filed on 6/22/2016) (Entered: 06/23/2016)** |
| 06/23/2016 | 120 | Joint Stipulation Regarding CVS Pharmacy, Inc.'s Production of Nationwide Transaction Data filed by CVS Pharmacy, Inc., Christopher Corcoran, et al. (McNamara, Colleen) (Filed on 6/23/2016) Modified on 6/24/2016 (cpS, COURT STAFF). (Entered: 06/23/2016) |
| 06/28/2016 | 121 | **ORDER RE: DISCOVERY DISPUTE. Signed by Magistrate Judge Jacqueline Scott Corley on 6/28/2016.(ahm, COURT STAFF) (Filed on 6/28/2016) (Entered: 06/28/2016)** |
| 06/29/2016 | 122 | **STIPULATION AND ORDER [** AS MODIFIED BY THE COURT**] re 120 Stipulation filed by Christopher Corcoran, CVS Pharmacy, Inc. Signed by Judge Yvonne Gonzalez Rogers on 6/29/16. (fs, COURT STAFF) (Filed on 6/29/2016) (Entered: 06/29/2016)** |
| 06/29/2016 | | Set/Reset Deadlines as to Plaintiffs shall motion for class certification by 10/3/16.Responses due by 11/21/2016. Replies due by 1/9/2017. Motion Hearing set for 1/31/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. (fs, COURT STAFF) (Filed on 6/29/2016) (Entered: 06/29/2016) |
| 07/14/2016 | 123 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10606779.) filed by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Kevin Cauley, Tyler Clark, Ron W. Coder, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Certificate of Good Standing)(Meyers, Edward) (Filed on 7/14/2016) (Entered: 07/14/2016) |
| 07/18/2016 | 124 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit)(Related document(s) 102 ) (Geyerman, Grant) (Filed on 7/18/2016) (Entered: 07/18/2016) |
| 07/18/2016 | 125 | MOTION for leave to appear in Pro Hac Vice *of Roy S. Awabdeh* (Filing fee $ 305.) Filing fee paid on 07/18/2016, Receipt #0971-10615829 filed by CVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Awabdeh, Roy) (Filed on 7/18/2016) Modified on 7/19/2016 (cpS, COURT STAFF). (Entered: 07/18/2016) |

| 07/18/2016 | 126 | **ORDER by Judge Yvonne Gonzalez Rogers granting 123 Motion for Pro Hac Vice as to Edward H. Meyers. (fs, COURT STAFF) (Filed on 7/18/2016) (Entered: 07/18/2016)** |
|---|---|---|
| 07/19/2016 | 127 | MOTION for leave to appear in Pro Hac Vice *for Sarah L. O'Connor* ( Filing fee $ 305, receipt number 0971-10618828.) filed by CVS Pharmacy, Inc.. (Attachments: # 1 Certificate of Good Standing)(O'Connor, Sarah) (Filed on 7/19/2016) (Entered: 07/19/2016) |
| 07/19/2016 | 128 | **ORDER by Judge Yvonne Gonzalez Rogers granting 125 Motion for Pro Hac Vice as to Roy S. Awabdeh. (fs, COURT STAFF) (Filed on 7/19/2016) (Entered: 07/19/2016)** |
| 07/25/2016 | 129 | **ORDER by Judge Yvonne Gonzalez Rogers granting 127 Motion for Pro Hac Vice as to Sarah Lochner O'Connor. (fs, COURT STAFF) (Filed on 7/25/2016) (Entered: 07/25/2016)** |
| 07/29/2016 | 130 | **ORDER by Judge Yvonne Gonzalez Rogers granting in part and denying in part 102 Motion to Dismiss. (ygrlc3, COURT STAFF) (Filed on 7/29/2016) (Entered: 07/29/2016)** |
| 08/01/2016 | 131 | TRANSCRIPT ORDER for proceedings held on 6/22/2016 before Magistrate Judge Jacqueline Scott Corley by CVS Pharmacy, Inc., for Court Reporter FTR - San Francisco. (McNamara, Colleen) (Filed on 8/1/2016) (Entered: 08/01/2016) |
| 08/01/2016 | 132 | TRANSCRIPT ORDER for proceedings held on 6/22/2016 before Magistrate Judge Jacqueline Scott Corley by Robert Podgorny, for Court Reporter FTR - San Francisco. (Pritzker, Elizabeth) (Filed on 8/1/2016) (Entered: 08/01/2016) |
| 08/02/2016 | 133 | Transcript of Proceedings held on June 22, 2016, before Judge Jacqueline Scott Corley. Court Reporter/Transcriber Joan Marie Columbini, CSR, telephone number joan.columbini.csr@gmail.com 510-367-3043. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 131 Transcript Order, 132 Transcript Order ) Redaction Request due 8/23/2016. Redacted Transcript Deadline set for 9/2/2016. Release of Transcript Restriction set for 10/31/2016. (Related documents(s) 131 , 132 ) (Columbini, Joan) (Filed on 8/2/2016) (Entered: 08/02/2016) |
| 08/03/2016 | 134 | Administrative Motion to File Under Seal *Material Designated as Confidential* filed by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Kevin Cauley, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 Exhibit A to Decl. of J.Levine (unredacted version of Exhibit 2 to Letter Brief), # 4 Certificate/Proof of Service)(Levine, Jonathan) (Filed on 8/3/2016) (Entered: 08/03/2016) |
| 08/03/2016 | 135 | Letter from Joint Letter Brief to Hon. Magistrate Judge Jacqueline Scott Corley re. Discovery Dispute . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (submitted under seal), # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Levine, Jonathan) (Filed on 8/3/2016) (Entered: 08/03/2016) |
| 08/05/2016 | 136 | CLERK'S NOTICE *Setting Discovery Hearing.* TO ALL PARTIES AND COUNSEL OF RECORD: Please take notice that a discovery hearing is scheduled for August 18, 2016 at 9:00 a.m., before Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th Floor, |

| | | |
|---|---|---|
| | | Federal Building, 450 Golden Gate Avenue in San Francisco. All counsel must appear in person.<br><br>**(This is a text only docket entry, there is no document associated with this notice.)**<br><br>(ahm, COURT STAFF) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/05/2016 | 137 | Letter from Plaintiffs re. Discovery Dispute . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Levine, Jonathan) (Filed on 8/5/2016) (Entered: 08/05/2016) |
| 08/08/2016 | 138 | Declaration in Support of 134 Administrative Motion to File Under Seal *Material Designated as Confidential Declaration of Thomas S. Moffatt* filed byCVS Pharmacy, Inc.. (Related document(s) 134 ) (Awabdeh, Roy) (Filed on 8/8/2016) (Entered: 08/08/2016) |
| 08/08/2016 | | Set/Reset Hearing: By the stipulation of the parties, Discovery Hearing reset for 8/11/2016 at 09:30 AM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge Jacqueline Scott Corley. (ahm, COURT STAFF) (Filed on 8/8/2016) (Entered: 08/08/2016) |
| 08/08/2016 | 139 | Letter *Defendant's Response to Plaintiffs' Letter Brief*. (Attachments: # 1 Exhibit, # 2 Exhibit)(Geyerman, Grant) (Filed on 8/8/2016) (Entered: 08/08/2016) |
| 08/08/2016 | 140 | NOTICE of Appearance by Michaela Spero (Spero, Michaela) (Filed on 8/8/2016) (Entered: 08/08/2016) |
| 08/09/2016 | 141 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-10675711.) filed by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Kevin Cauley, Tyler Clark, Ron W. Coder, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Certificate of Good Standing)(Smith, Gary) (Filed on 8/9/2016) (Entered: 08/09/2016) |
| 08/11/2016 | 142 | **Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Discovery Hearing held on 8/11/2016. Parties to meet and confer and submit a joint discovery letter by noon on 8/17/2016. Telephonic Discovery Hearing set for 8/18/2016 at 2:00 p.m. before Magistrate Judge Jacqueline Scott Corley. (FTR Time 9:26-10:05. )**<br><br>**Plaintiff Attorneys: Robert Gilmore; Christopher Lebsock.**<br>**Defendant Attorney: Grant Geyerman.**<br><br>**This is a text only Minute Entry (ahm, COURT STAFF) (Date Filed: 8/11/2016) Modified on 8/12/2016: Matter transcribed by Joan Columbini. (rjdS, COURT STAFF). Modified on 8/18/2016: Matter transcribed by Joan Columbini. (rjdS, COURT STAFF). (Entered: 08/11/2016)** |
| 08/12/2016 | 143 | TRANSCRIPT ORDER for proceedings held on 8/11/2016 before Magistrate Judge Jacqueline Scott Corley by CVS Pharmacy, Inc., for Court Reporter FTR - Oakland. (O'Connor, Sarah) (Filed on 8/12/2016) (Entered: 08/12/2016) |
| 08/12/2016 | 144 | ANSWER to Amended Complaint *Answer to Third Amended Class Action Complaint* byCVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 8/12/2016) (Entered: 08/12/2016) |
| 08/12/2016 | 145 | STIPULATION *of Voluntary Dismissal Without Prejudice of Plaintiffs Kevin Cauley and Robert Podgorny* filed by Kevin Cauley, Robert Podgorny, CVS Pharmacy Inc. (Levine, |

| | | |
|---|---|---|
| | | Jonathan) (Filed on 8/12/2016) Modified on 8/15/2016 (cpS, COURT STAFF). (Entered: 08/12/2016) |
| 08/12/2016 | 146 | **ORDER by Judge Yvonne Gonzalez Rogers granting 141 Motion for Pro Hac Vice as to Gary I. Smith. (fs, COURT STAFF) (Filed on 8/12/2016) (Entered: 08/12/2016)** |
| 08/15/2016 | 147 | Transcript of Proceedings held on August 11, 2016, before Judge Jacqueline Scott Corley. Court Reporter/Transcriber Joan Marie Columbini, CSR, telephone number joan.columbini.csr@gmail.com 510-367-3043. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 143 Transcript Order ) Redaction Request due 9/6/2016. Redacted Transcript Deadline set for 9/15/2016. Release of Transcript Restriction set for 11/14/2016. (Related documents(s) 143 ) (Columbini, Joan) (Filed on 8/15/2016) (Entered: 08/15/2016) |
| 08/15/2016 | 148 | **ORDER GRANTING 145 Stipulation of Voluntary Dismissal without Prejudice of Plaintiffs Robert Podgorny and Kevin Cauley; filed by Kevin Cauley, Robert Podgorny, CVS Pharmacy, Inc.. Signed by Judge Yvonne Gonzalez Rogers on 8/15/16. (fs, COURT STAFF) (Filed on 8/15/2016) (Entered: 08/15/2016)** |
| 08/17/2016 | 149 | Discovery Dispute Letter Brief (Attachments: # 1 Exhibit)(Geyerman, Grant) (Filed on 8/17/2016) Modified on 8/18/2016 (cpS, COURT STAFF). (Entered: 08/17/2016) |
| 08/18/2016 | 150 | TRANSCRIPT ORDER for proceedings held on 8/11/2016 before Magistrate Judge Jacqueline Scott Corley by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff, for Court Reporter FTR - San Francisco. (Pritzker, Elizabeth) (Filed on 8/18/2016) (Entered: 08/18/2016) |
| 08/18/2016 | 151 | **Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Telephonic Discovery Hearing held on 8/18/2016. Court to issue a written order re: discovery dispute. (FTR Time 2:00-2:04.)**<br><br>**Plaintiff Attorney: Robert Gilmore.**<br>**Defendant Attorney: Grant Geyerman.**<br><br>**This is a text only Minute Entry (ahm, COURT STAFF) (Date Filed: 8/18/2016) Modified on 11/1/2017: Matter transcribed by Victoria Valine. (rjdS, COURT STAFF). (Entered: 08/18/2016)** |
| 08/18/2016 | 152 | **ORDER RE: DISCOVERY DISPUTE ON NATIONWIDE DATA. Signed by Magistrate Judge Jacqueline Scott Corley on 8/18/2016. (ahm, COURT STAFF) (Filed on 8/18/2016) (Entered: 08/18/2016)** |
| 08/25/2016 | 153 | NOTICE of Change In Counsel by Roy Solomon Awabdeh (Awabdeh, Roy) (Filed on 8/25/2016) (Entered: 08/25/2016) |
| 09/12/2016 | 154 | Administrative Motion to File Under Seal *Materials Designated as Confidential* filed by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 Exhibit A (unredacted version |

| | | |
|---|---|---|
| | | of Ex. 7 to Letter Brief), # 4 Exhibit B (unredacted version of Ex. 8 to Letter Brief), # 5 Certificate/Proof of Service)(Levine, Jonathan) (Filed on 9/12/2016) (Entered: 09/12/2016) |
| 09/12/2016 | 155 | Joint Letter Brief to Hon. Magistrate Judge Jacqueline Scott Corley re: Discovery Dispute . (Attachments: # 1 Exhibit 1, *** # 2 Exhibit 2 REMOVED PER ORDER # 160 . **DOCUMENT REFILED AT DKT. # 161 . ***** , # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 (filed under seal), # 8 Exhibit 8 (filed under seal)) (Levine, Jonathan) (Filed on 9/12/2016) Modified on 9/13/2016 (cpS, COURT STAFF). Modified on 9/13/2016 (ewn, COURT STAFF). Modified on 9/14/2016 (cpS, COURT STAFF). (Entered: 09/12/2016) |
| 09/12/2016 | 156 | **Order granting 154 Administrative Motion to File Under Seal entered by Magistrate Judge Jacqueline Scott Corley. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2016)** |
| 09/13/2016 | 157 | CLERK'S NOTICE *Scheduling Discovery Conference*. TO ALL PARTIES AND COUNSEL OF RECORD: Please take notice that a discovery hearing is scheduled for September 15, 2016 at 9:30 a.m., before Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco. Parties may appear by telephone and shall contact Court Call at 1-888-882-6878 to make the arrangements.<br><br>**(This is a text only docket entry, there is no document associated with this notice.)**<br><br>(ahm, COURT STAFF) (Filed on 9/13/2016) (Entered: 09/13/2016) |
| 09/13/2016 | 158 | **\*\*\*\*\*\*\*DISREGARD. RE-FILED AT DKT. # 161 \*\*\*\*\*\*\***<br><br>EXHIBITS re 155 Letter, *Replacement Corrected Exhibit 2 to Letter Brief (Dkt 155-2)* filed byZulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Related document(s) 155 ) (Levine, Jonathan) (Filed on 9/13/2016) Modified on 9/14/2016 (cpS, COURT STAFF). (Entered: 09/13/2016) |
| 09/13/2016 | 159 | Unopposed Motion to Remove Incorrectly Filed Document (Ex. 2) [Dkt. 155-2] filed by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. Responses due by 9/27/2016. Replies due by 10/4/2016. (Attachments: # 1 Proposed Order)(Levine, Jonathan) (Filed on 9/13/2016) Modified on 9/14/2016 (cpS, COURT STAFF). (Entered: 09/13/2016) |
| 09/13/2016 | 160 | **ORDER by Magistrate Judge Jacqueline Scott Corley granting 159 Motion to Remove Document. (ahm, COURT STAFF) (Filed on 9/13/2016) (Entered: 09/13/2016)** |
| 09/14/2016 | | Electronic filing error. Re: 158 Exhibits, filed by Toni Odorisio, Christopher Corcoran, Elizabeth Gardner, Carolyn Caine, Michael Norkus, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Amanda Gilbert, Gilbert Brown, Onnolee Samuelson, Linda Krone, Debbie Barrett, Robert Guarnieri, Zulema Avis, Ken Bolin, Robert Garber, Tyler Clark. |

| | | |
|---|---|---|
| | | Exhibits e-filed separately and not as an attachment, require a title page. Please refer to Civil Local Rules 3-4 re first page requirement. Please re-file in its entirety.<br><br>(cpS, COURT STAFF) (Filed on 9/14/2016) (Entered: 09/14/2016) |
| 09/14/2016 | 161 | EXHIBITS re 155 Letter, *Document to Replace Incorrectly Filed Document, Dkt. 155-2* filed byZulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Exhibit New Exhibit 2 to Replace Incorrectly Filed Document Dkt155-2)(Related document(s) 155 ) (Levine, Jonathan) (Filed on 9/14/2016) (Entered: 09/14/2016) |
| 09/15/2016 | 162 | **Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Telephonic Discovery Hearing held on 9/15/2016. The court resolved the discovery dispute (docket no. 155 ) as stated on the record. FTR Time 9:35-10:08.**<br><br>**Plaintiff Attorneys: Robert Gilmore; Edward Meyers.**<br>**Defendant Attorney: Grant Geyerman.**<br><br>**This is a text only Minute Entry (ahm, COURT STAFF) (Date Filed: 9/15/2016) Modified on 9/22/2016: Matter transcribed by Leo Mankiewicz. (rjdS, COURT STAFF). (Entered: 09/15/2016)** |
| 09/15/2016 | 163 | TRANSCRIPT ORDER for proceedings held on 09/15/2016 before Magistrate Judge Jacqueline Scott Corley by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff, for Court Reporter FTR - San Francisco. (Levine, Jonathan) (Filed on 9/15/2016) (Entered: 09/15/2016) |
| 09/16/2016 | 164 | TRANSCRIPT ORDER for proceedings held on 09/15/2016 before Magistrate Judge Jacqueline Scott Corley by CVS Pharmacy, Inc., for Court Reporter FTR - San Francisco. (O'Connor, Sarah) (Filed on 9/16/2016) Modified on 9/20/2016 (oh, COURT STAFF). (Entered: 09/16/2016) |
| 09/20/2016 | 165 | Transcript of Proceedings held on 09/15/2016, before Magistrate Judge Jacqueline Scott Corley. Court Reporter/Transcriber Leo T. Mankiewicz, CSR, RMR, CRR, telephone number (415) 722-7045; email: leomank@gmail.com. FTR 9:35 a.m. - 10:08 a.m. = 33 minutes. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 164 Transcript Order, 163 Transcript Order,, ) Redaction Request due 10/11/2016. Redacted Transcript Deadline set for 10/21/2016. Release of Transcript Restriction set for 12/19/2016. (Related documents(s) 164 , 163 ) (Mankiewicz, Leo) (Filed on 9/20/2016) (Entered: 09/20/2016) |
| 09/29/2016 | 166 | STIPULATION *of Voluntary Dismissal Without Prejudice of Plaintiff Linda Krone* filed by CVS Pharmacy, Inc., Linda Krone. (Geyerman, Grant) (Filed on 9/29/2016) Modified on 9/30/2016 (cpS, COURT STAFF). (Entered: 09/29/2016) |

| 09/30/2016 | 167 | STIPULATION *of Voluntary Dismissal Without Prejudice* filed by CVS Pharmacy, Inc., Robert Guarnieri. (Geyerman, Grant) (Filed on 9/30/2016) Modified on 9/30/2016 (cpS, COURT STAFF). (Entered: 09/30/2016) |
| --- | --- | --- |
| 09/30/2016 | 168 | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF LINDA KRONE re 166 Stipulation filed by Linda Krone, CVS Pharmacy, Inc., Linda Krone terminated. Signed by Judge Yvonne Gonzalez Rogers on 9/30/16. (fs, COURT STAFF) (Filed on 9/30/2016) (Entered: 09/30/2016)** |
| 09/30/2016 | 169 | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF ROBERT GUARNIERI re 167 Stipulation filed by CVS Pharmacy, Inc., Robert Guarnieri terminated. Signed by Judge Yvonne Gonzalez Rogers on 9/30/16. (fs, COURT STAFF) (Filed on 9/30/2016) (Entered: 09/30/2016)** |
| 10/03/2016 | 170 | Administrative Motion to File Under Seal *in Support of Plaintiffs' Motion for Class Certification* filed by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 REDACTED Version of Motion for Class Certification, # 4 UNREDACTED Version of Motion for Class Certification, # 5 Appendix REDACTED Version of Appendix, # 6 Appendix UNREDACTED Version of Appendix, # 7 REDACTED Version of Ex. 2 (Decl. of Dr. Robert P. Navarro), # 8 UNREDACTED Version of Ex. 2 (Decl. of Dr. Robert Navarro), # 9 REDACTED Version of Ex. 15 (Decl. of Dr. Joel W. Hay), # 10 UNREDACTED Version of Ex. 15 (Decl. of Dr. Joel W. Hay), # 11 Exhibit 1, # 12 Exhibit 3, # 13 Exhibit 4, # 14 Exhibit 5, # 15 Exhibit 6, # 16 Exhibit 7, # 17 Exhibit 8, # 18 Exhibit 9, # 19 Exhibit 10, # 20 Exhibit 11, # 21 Exhibit 12, # 22 Exhibit 13, # 23 Exhibit 14, # 24 Exhibit 16, # 25 Exhibit 17, # 26 Exhibit 18, # 27 Exhibit 19, # 28 Exhibit 20, # 29 Exhibit 21, # 30 Exhibit 22, # 31 Exhibit 23, # 32 Exhibit 24, # 33 Exhibit 25, # 34 Exhibit 26, # 35 Exhibit 27, # 36 Exhibit 40)(Levine, Jonathan) (Filed on 10/3/2016) (Entered: 10/03/2016) |
| 10/03/2016 | 171 | CERTIFICATE OF SERVICE by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff re 170 Administrative Motion to File Under Seal *in Support of Plaintiffs' Motion for Class Certification* (Levine, Jonathan) (Filed on 10/3/2016) (Entered: 10/03/2016) |
| 10/03/2016 | 172 | MOTION to Certify Class filed by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. Motion Hearing set for 1/31/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 11/21/2016. Replies due by 1/9/2017. (Attachments: # 1 Appendix to Motion for Class Certification, # 2 Declaration of Robert Gilmore, # 3 Exhibit 1 (Document Filed Under Seal), # 4 Exhibit 2 Decl. of Dr. Robert Navarro (Redacted), # 5 Exhibit 3-14 (Documents Filed Under Seal), # 6 Exhibit 15 Decl.of Dr. Joel W. Hay (Redacted), # 7 Exhibit 16-27 (Documents Filed Under Seal), # 8 Exhibit 28, # 9 Exhibit 29, # 10 Exhibit 30, # 11 Exhibit 31, # 12 Exhibit 32, # 13 Exhibit 33, # 14 Exhibit 34, # 15 Exhibit 35, # 16 Exhibit 36, # 17 Exhibit 37, # 18 Exhibit 38, # |

| | | |
|---|---|---|
| | | [19](#) Exhibit 39, # [20](#) Proposed Order)(Levine, Jonathan) (Filed on 10/3/2016) (Entered: 10/03/2016) |
| 10/06/2016 | [173](#) | NOTICE re Docket Entry No. [170](#) Administrative Motion to File Under Seal *in Support of Plaintiffs' Motion for Class Certification* filed byCVS Pharmacy, Inc.. (Attachments: # [1](#) Declaration Declaration in Support of Plaintiffs' Administrative Motion to Seal) (Related document(s) [170](#) ) (McNamara, Colleen) (Filed on 10/6/2016) Modified on 10/7/2016 (cpS, COURT STAFF). (Entered: 10/06/2016) |
| 10/14/2016 | [174](#) | ADMINISTRATIVE MOTION to Exceed Applicable Page Limits filed by CVS Pharmacy, Inc.. Responses due by 10/18/2016. (Attachments: # [1](#) Declaration, # [2](#) Proposed Order)(Shur, Luba) (Filed on 10/14/2016) (Entered: 10/14/2016) |
| 10/18/2016 | [175](#) | RESPONSE (re [174](#) ADMINISTRATIVE MOTION to Exceed Applicable Page Limits ) filed byZulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Michael Norkus, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Levine, Jonathan) (Filed on 10/18/2016) (Entered: 10/18/2016) |
| 10/24/2016 | 176 | **Order Granting [174](#) Administrative Motion for an additional 15 pages to respond to Plaintiffs' Motion for Class Certification. Plaintiffs are authorized an additional 5 pages for the Reply. Entered by Hon. Yvonne Gonzalez Rogers. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/24/2016)** |
| 10/24/2016 | [177](#) | STIPULATION *of Voluntary Dismissal as to Ken Bolin* filed by CVS Pharmacy, Inc., Ken Bolin. (Geyerman, Grant) (Filed on 10/24/2016) Modified on 10/25/2016 (cpS, COURT STAFF). (Entered: 10/24/2016) |
| 10/27/2016 | [178](#) | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF KEN BOLIN re [177](#) Stipulation filed by Ken Bolin, CVS Pharmacy, Inc. Ken Bolin terminated. Signed by Judge Yvonne Gonzalez Rogers on 10/27/16. (fs, COURT STAFF) (Filed on 10/27/2016) (Entered: 10/27/2016)** |
| 10/31/2016 | [179](#) | STIPULATION *of Voluntary Dismissal Without Prejudice of Plaintiff Michael Norkus* filed by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 10/31/2016) (Entered: 10/31/2016) |
| 11/03/2016 | [180](#) | **ORDER granting [179](#) Stipulation of Voluntary Dismissal without Prejudice of Plaintiff Michael Norkus filed by CVS Pharmacy, Inc.. Signed by Judge Yvonne Gonzalez Rogers on 11/3/16. (fs, COURT STAFF) (Filed on 11/3/2016) (Entered: 11/03/2016)** |
| 11/14/2016 | [181](#) | STIPULATION *of Voluntary Dismissal without Prejudice of Elizabeth Gardner* filed by CVS Pharmacy, Inc., Elizabeth Gardner. (Geyerman, Grant) (Filed on 11/14/2016) Modified on 11/15/2016 (cpS, COURT STAFF). (Entered: 11/14/2016) |
| 11/21/2016 | [182](#) | Administrative Motion to File Under Seal *Materials Designated Confidential* filed by CVS Pharmacy, Inc.. (Attachments: # [1](#) Declaration, # [2](#) Proposed Order, # [3](#) Unredacted Ex 1, # [4](#) Unredacted Ex 2, # [5](#) Unredacted Ex 3, # [6](#) Unredacted Ex 4, # [7](#) Unredacted Ex 5, # [8](#) Unredacted Ex 6, # [9](#) Unredacted Ex 11, # [10](#) Redacted Ex 11, # [11](#) Unredacted Ex 12, # [12](#) Redacted Ex 12, # [13](#) Unredacted Ex 14, # [14](#) Redacted Ex 14, # [15](#) Unredacted Ex 15, # [16](#) Redacted Ex 15, # [17](#) Unredacted Ex 18, # [18](#) Redacted Ex 18, # [19](#) Unredacted Ex 19, # [20](#) Redacted Ex 19, # [21](#) Unredacted Ex 20, # [22](#) Redacted Ex 20, # [23](#) Unredacted Ex 22, # [24](#) Redacted Ex 22, # [25](#) Unredacted Ex 23, # [26](#) Redacted Ex 23, # [27](#) Unredacted Ex 24, # [28](#) Redacted Ex 24, # [29](#) Unredacted Ex 25, # [30](#) Redacted |

| | | |
|---|---|---|
| | | Ex 25, # 31 Unredacted Ex 28, # 32 Unredacted Ex 29, # 33 Unredacted Ex 30, # 34 Unredacted Ex 31, # 35 Unredacted Ex 32, # 36 Unredacted Ex 33, # 37 Unredacted Ex 34, # 38 Unredacted Ex 35, # 39 Unredacted Ex 36, # 40 Unredacted Ex 37, # 41 Unredacted Ex 38, # 42 Unredacted Ex 39, # 43 Unredacted Ex 40, # 44 Unredacted Ex 41, # 45 Unredacted Ex 42, # 46 Unredacted Ex 43, # 47 Unredacted Ex 44, # 48 Unredacted Ex 45, # 49 Unredacted Ex 46, # 50 Redacted Ex 46, # 51 Unredacted Ex 47, # 52 Redacted Ex 47, # 53 Unredacted Ex 48, # 54 Unredacted Ex 49, # 55 Unredacted Ex 50, # 56 Unredacted Ex 51, # 57 Unredacted Ex 52, # 58 Unredacted Ex 53, # 59 Unredacted Ex 54, # 60 Unredacted Ex 55, # 61 Unredacted Ex 56, # 62 Unredacted Ex 57, # 63 Unredacted Ex 58, # 64 Unredacted Ex 59, # 65 Unredacted Ex 60, # 66 Unredacted Ex 61, # 67 Unredacted Ex 62, # 68 Unredacted Ex 63, # 69 Unredacted Ex 64, # 70 Unredacted Ex 65, # 71 Unredacted Ex 66, # 72 Unredacted Ex 67, # 73 Unredacted Ex 68, # 74 Unredacted Ex 69, # 75 Unredacted Ex 70, # 76 Unredacted Ex 71, # 77 Unredacted Ex 73, # 78 Unredacted Ex 74, # 79 Unredacted Ex 75, # 80 Unredacted Ex 79, # 81 Unredacted Ex 83, # 82 Redacted Ex 83, # 83 Unredacted Ex 84, # 84 Redacted Ex 84, # 85 Unredacted Ex 86, # 86 Redacted Ex 86, # 87 Unredacted Ex 92, # 88 Redacted Ex 92, # 89 Unredacted Ex A, # 90 Unredacted Ex B, # 91 Unredacted Ex C, # 92 Unredacted Ex D, # 93 Unredacted Ex F, # 94 Unredacted Ex G)(Geyerman, Grant) (Filed on 11/21/2016) (Entered: 11/21/2016) |
| 11/21/2016 | 183 | EXHIBITS re 182 Administrative Motion to File Under Seal *Materials Designated Confidential* filed byCVS Pharmacy, Inc.. (Attachments: # 1 Unredacted Class Cert Opp, # 2 Redacted Class Cert Opp, # 3 Unredacted Mot to Strike, # 4 Redacted Mot to Strike) (Related document(s) 182 ) (Geyerman, Grant) (Filed on 11/21/2016) (Entered: 11/21/2016) |
| 11/21/2016 | 184 | OPPOSITION/RESPONSE (re 172 MOTION to Certify Class , 182 Administrative Motion to File Under Seal *Materials Designated Confidential* ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Ex. 1, # 4 Ex. 2, # 5 Ex. 3, # 6 Ex. 4, # 7 Ex. 5, # 8 Ex. 6, # 9 Ex. 7, # 10 Ex. 8, # 11 Ex. 9, # 12 Ex. 10, # 13 Ex. 11, # 14 Ex. 12, # 15 Ex. 13, # 16 Ex. 14, # 17 Ex. 15, # 18 Ex. 16, # 19 Ex. 17, # 20 Ex. 18, # 21 Ex. 19, # 22 Ex. 20, # 23 Ex. 21, # 24 Ex. 22, # 25 Ex. 23, # 26 Ex. 24, # 27 Ex. 25, # 28 Ex. 26, # 29 Ex. 27, # 30 Ex. 28, # 31 Ex. 29, # 32 Ex. 30, # 33 Ex. 31, # 34 Ex. 32, # 35 Ex. 33, # 36 Ex. 34, # 37 Ex. 35, # 38 Ex. 36, # 39 Ex. 37, # 40 Ex. 38, # 41 Ex. 40, # 42 Ex. 41, # 43 Ex. 42, # 44 Ex. 43, # 45 Ex. 44, # 46 Ex. 45, # 47 Ex. 46, # 48 Ex. 47, # 49 Ex. 48, # 50 Ex. 49, # 51 Ex. 50, # 52 Ex. 51, # 53 Ex. 52, # 54 Ex. 53, # 55 Ex. 54, # 56 Ex. 55, # 57 Ex. 56, # 58 Ex. 57, # 59 Ex. 58, # 60 Ex. 59, # 61 Ex. 60, # 62 Ex. 61, # 63 Ex. 62, # 64 Ex. 63, # 65 Ex. 64, # 66 Ex. 65, # 67 Ex. 66, # 68 Ex. 67, # 69 Ex. 68, # 70 Ex. 69, # 71 Ex. 70, # 72 Ex. 71, # 73 Ex. 72, # 74 Ex. 73, # 75 Ex. 74, # 76 Ex. 75, # 77 Ex. 76, # 78 Ex. 77, # 79 Ex. 78, # 80 Ex. 79, # 81 Ex. 80, # 82 Ex. 81, # 83 Ex. 82, # 84 Ex. 83, # 85 Ex. 84, # 86 Ex. 85, # 87 Ex. 86, # 88 Ex. 87, # 89 Ex. 88, # 90 Ex. 89, # 91 Ex. 90, # 92 Ex. 91, # 93 Ex. 92, # 94 Ex. 93, # 95 Ex. 94, # 96 Ex. 95, # 97 Ex. 96, # 98 Ex. 97, # 99 Ex. 98, # 100 Ex. 99, # 101 Ex. 100, # 102 Ex. 101, # 103 Ex. 39) (Geyerman, Grant) (Filed on 11/21/2016) (Entered: 11/21/2016) |
| 11/21/2016 | 185 | MOTION to Strike *[172-6] Declaration of Professor Joel W. Hay, PhD* filed by CVS Pharmacy, Inc.. Responses due by 12/5/2016. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Ex. A, # 4 Ex. B, # 5 Ex. C, # 6 Ex. D, # 7 Ex. E, # 8 Ex. F, # 9 Ex. G, # 10 Ex. H)(Geyerman, Grant) (Filed on 11/21/2016) Modified on 11/22/2016 (cpS, COURT STAFF). (Entered: 11/21/2016) |
| 11/21/2016 | 186 | MOTION to Strike *[172-4] Declaration of Dr. Robert P. Navarro under FRE 702 and Daubert* filed by CVS Pharmacy, Inc.. Responses due by 12/5/2016. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Ex. 1, # 4 Ex. 2, # 5 Ex. 3)(Geyerman, Grant) (Filed on 11/21/2016) Modified on 11/22/2016 (cpS, COURT STAFF). (Entered: 11/21/2016) |

| 11/22/2016 | | Set/Reset Deadlines as to [185] MOTION to Strike *[172-6] Declaration of Professor Joel W. Hay, PhD*, [186] MOTION to Strike *[172-4] Declaration of Dr. Robert P. Navarro under FRE 702 and Daubert* . Responses due by 12/5/2016. Replies due by 12/12/2016. Motion Hearing set for 1/31/2017 02:00 PM before Hon. Yvonne Gonzalez Rogers. (cp, COURT STAFF) (Filed on 11/22/2016) (Entered: 11/22/2016) |
|---|---|---|
| 11/22/2016 | [187] | Joint Administrative Motion to File Under Seal *exhibits to Discovery Letter Brief* filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # [1] Declaration of Jonathan K. Levine, # [2] Proposed Order, # [3] Exhibit 1 - Unredacted Ex B, # [4] Exhibit 2 - Unredacted Ex C, # [5] Exhibit 3 - Unredacted Ex D, # [6] Exhibit 4 - Unredacted Ex I, # [7] Exhibit 5 - Unredacted Highlighted Ex K, # [8] Exhibit 6 - Redacted Ex K, # [9] Exhibit 7 - Unredacted Highlighted Ex L, # [10] Exhibit 9 - Redacted Ex L, # [11] Certificate/Proof of Service)(Levine, Jonathan) (Filed on 11/22/2016) Modified on 12/13/2016 (ahm, COURT STAFF). (Entered: 11/22/2016) |
| 11/22/2016 | [188] | Letter from Joint Discovery Letter Brief . (Attachments: # [1] Exhibit A, # [2] Exhibit E, # [3] Exhibit F, # [4] Exhibit G, # [5] Exhibit H, # [6] Exhibit J, # [7] Exhibit K (redacted version), # [8] Exhibit L (redacted version), # [9] Exhibit M)(Levine, Jonathan) (Filed on 11/22/2016) (Entered: 11/22/2016) |
| 11/29/2016 | [189] | MOTION for Extension of Time to File Response/Reply as to [186] MOTION to Strike *[172-4] Declaration of Dr. Robert P. Navarro under FRE 702 and Daubert* , [185] MOTION to Strike *[172-6] Declaration of Professor Joel W. Hay, PhD* filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # [1] Declaration of Robert B. Gilmore)(Pritzker, Elizabeth) (Filed on 11/29/2016) (Entered: 11/29/2016) |
| 11/29/2016 | [190] | Declaration of Thomas S. Moffatt in Support of [187] Joint Administrative Motion to File Under Seal *exhibits to Discovery Letter Brief* filed byCVS Pharmacy, Inc.. (Related document(s) [187] ) (Geyerman, Grant) (Filed on 11/29/2016) (Entered: 11/29/2016) |
| 12/01/2016 | [191] | **ORDER TO SHOW CAUSE Order to Show Cause Hearing set for Monday, 12/5/2016 08:00 AM. Show Cause Joint Response due by 12:00 noon on Friday, 12/2/2016. Signed by Judge Yvonne Gonzalez Rogers on 12/1/2016. (fs, COURT STAFF) (Filed on 12/1/2016) (Entered: 12/01/2016)** |
| 12/02/2016 | [192] | JOINT RESPONSE TO ORDER TO SHOW CAUSE and Stipulation of Briefing Schedule by CVS Pharmacy, Inc., Christopher Corcoran, et al. (Geyerman, Grant) (Filed on 12/2/2016) Modified on 12/5/2016 (cpS, COURT STAFF). (Entered: 12/02/2016) |
| 12/02/2016 | [193] | NOTICE of Change In Counsel by Grant A. Geyerman (Geyerman, Grant) (Filed on 12/2/2016) (Entered: 12/02/2016) |
| 12/02/2016 | 194 | CLERK'S NOTICE VACATING THE MONDAY, DECEMBER 5, 2016 AT 8:00AM ORDER TO SHOW CAUSE HEARING.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 12/2/2016) (Entered: 12/02/2016) |
| 12/05/2016 | 195 | CLERK'S NOTICE *Scheduling Discovery Hearing.* TO ALL PARTIES AND COUNSEL OF RECORD: Please take notice that a discovery hearing is scheduled for December 8, 2016 at 8:30 a.m., before Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco. |

| | | |
|---|---|---|
| | | **(This is a text only docket entry, there is no document associated with this notice.)** |
| | | (ahm, COURT STAFF) (Filed on 12/5/2016) (Entered: 12/05/2016) |
| 12/06/2016 | [196](#) | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-10985659.) filed by CVS Pharmacy, Inc.. (Attachments: # 1 Certificate of Good Standing)(Dockery, Daniel) (Filed on 12/6/2016) (Entered: 12/06/2016) |
| 12/07/2016 | [197](#) | **ORDER by Judge Yvonne Gonzalez Rogers granting [196](#) Motion for Pro Hac Vice as to Daniel M. Dockery. (fs, COURT STAFF) (Filed on 12/7/2016) (Entered: 12/07/2016)** |
| 12/08/2016 | 198 | **Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Discovery Hearing held on 12/8/2016. Court to issue order. (FTR Time 8:31-9:19.)** <br><br> **Plaintiff Attorney: Robert Gilmore.** <br> **Defendant Attorneys: Grant Geyerman; Enu Mainigi (via Court Call).** <br><br> **This is a text only Minute Entry (ahm, COURT STAFF) (Date Filed: 12/8/2016) Modified on 12/8/2016: Matter transcribed by Tara Bauer (ECHO Reporting). (rjdS, COURT STAFF). (Entered: 12/08/2016)** |
| 12/08/2016 | [199](#) | TRANSCRIPT ORDER for proceedings held on 12/08/2016 before Magistrate Judge Jacqueline Scott Corley by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff, for Court Reporter FTR - San Francisco. (Pritzker, Elizabeth) (Filed on 12/8/2016) (Entered: 12/08/2016) |
| 12/09/2016 | [200](#) | TRANSCRIPT ORDER for proceedings held on 12/8/2016 before Magistrate Judge Jacqueline Scott Corley by CVS Pharmacy, Inc., for Court Reporter FTR - San Francisco. (McNamara, Colleen) (Filed on 12/9/2016) (Entered: 12/09/2016) |
| 12/09/2016 | [201](#) | **ORDER RE: DISCOVERY DISPUTE re: Dkt. Nos. [187](#) and [188](#) . Signed by Judge Magistrate Jacqueline Scott Corley on 12/9/2016. (ahm, COURT STAFF) (Filed on 12/9/2016) (Entered: 12/09/2016)** |
| 12/12/2016 | [202](#) | MOTION for Relief from Non-Dispositive Pretrial Order of Magistrate Judge filed by CVS Pharmacy, Inc.. Motion Hearing set for 1/17/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 12/27/2016. Replies due by 1/3/2017. (Attachments: # 1 Proposed Order Proposed Order)(Geyerman, Grant) (Filed on 12/12/2016) Modified on 12/13/2016 (cpS, COURT STAFF). (Entered: 12/12/2016) |
| 12/13/2016 | [203](#) | **ORDER RECONSIDERING DECEMBER 9 DISCOVERY ORDER. Signed by Judge Jacqueline Scott Corley on 12/13/2016. (ahm, COURT STAFF) (Filed on 12/13/2016) (Entered: 12/13/2016)** |
| 12/15/2016 | [204](#) | Transcript of Proceedings of the official sound recording held on 12/08/16, before Magistrate Judge Jacqueline Scott Corley. FTR/Transcriber Echo Reporting, Inc., telephone number (858) 453-7590.;echoreporting@yahoo.com. Tape Number: FTR 8:31 -9:19. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re [199](#) |

| | | |
|---|---|---|
| | | Transcript Order, ) Redaction Request due 1/5/2017. Redacted Transcript Deadline set for 1/17/2017. Release of Transcript Restriction set for 3/15/2017. (Related documents(s) 199 ) (tgb, COURT STAFF) (Filed on 12/15/2016) (Entered: 12/15/2016) |
| 12/19/2016 | 205 | Administrative Motion to File Under Seal *re. Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Exclude Certain Opinion Testimony of Dr. Robert Navarro* filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 Redacted Version of Plaintiffs' Opposition, # 4 Unredacted Version of Plaintiffs' Opposition, # 5 Exhibit Redacted Version of Ex. 1 - Navarro Declaration, # 6 Exhibit Unredacted Version of Ex. 1 Navarro Declaration, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Certificate/Proof of Service)(Levine, Jonathan) (Filed on 12/19/2016) (Entered: 12/19/2016) |
| 12/19/2016 | 206 | OPPOSITION/RESPONSE (re 186 MOTION to Strike *[172-4] Declaration of Dr. Robert P. Navarro under FRE 702 and Daubert* ) filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Robert B. Gilmore, # 2 Exhibit 1 - Navarro Decl. (Redacted), # 3 Exhibit 2 - Filed Under Seal, # 4 Exhibit 3 - Filed Under Seal, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9 - 27 - Filed Under Seal, # 11 Exhibit 28)(Levine, Jonathan) (Filed on 12/19/2016) (Entered: 12/19/2016) |
| 12/22/2016 | 207 | Proposed Order re 186 Motion *to Exclude Certain Opinion Testimony of Dr. Navarro* by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington. (Levine, Jonathan) (Filed on 12/22/2016) Modified on 12/22/2016 (cpS, COURT STAFF). (Entered: 12/22/2016) |
| 12/22/2016 | 208 | Administrative Motion to File Under Seal *Relating to Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Strike Dr. Joel Hay's Opinions* filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 Exhibit Redacted Version of Exh. 3 to Gilmore Decl., # 4 Exhibit Unredacted Version of Exh. 3, # 5 Exhibit Exh. 5 - Filed Under Seal, # 6 Exhibit Redacted Version of Exh. 6, # 7 Exhibit Unredacted Version of Exh. 6, # 8 Exhibit Redacted Version of Exh. 7, # 9 Exhibit Unredacted Version of Exh. 7, # 10 Exhibit Redacted Version of Exh. 9, # 11 Exhibit Unredacted Version of Exh. 9, # 12 Exhibit Redacted Version of Exh. 10, # 13 Exhibit Unredacted Version of Exh. 10, # 14 Exhibit Redacted Version of Exh. 11, # 15 Exhibit Unredacted Version of Exh. 11, # 16 Certificate/Proof of Service)(Levine, Jonathan) (Filed on 12/22/2016) (Entered: 12/22/2016) |
| 12/22/2016 | 209 | OPPOSITION/RESPONSE (re 185 MOTION to Strike *[172-6] Declaration of Professor Joel W. Hay, PhD* ) filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington. (Attachments: # 1 Declaration of Robert B. Gilmore, # 2 Exhibit 1, # 3 |

| | | |
|---|---|---|
| | | Exhibit 2, # 4 Exhibit 3 (redacted version), # 5 Exhibit 4, # 6 Exhibit 5 (document filed under seal), # 7 Exhibit 6 (redacted version), # 8 Exhibit 7 (redacted version), # 9 Exhibit 8, # 10 Exhibit 9 (redacted version), # 11 Exhibit 10 (redacted version), # 12 Exhibit 11 (redacted version), # 13 Exhibit 12, # 14 Proposed Order)(Levine, Jonathan) (Filed on 12/22/2016) (Entered: 12/22/2016) |
| 12/23/2016 | 210 | Declaration of Thomas S. Moffatt in Support of 208 Administrative Motion to File Under Seal *Relating to Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Strike Dr. Joel Hay's Opinions*, 205 Administrative Motion to File Under Seal *re. Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Exclude Certain Opinion Testimony of Dr. Robert Navarro* filed byCVS Pharmacy, Inc.. (Related document(s) 208 , 205 ) (Kundu, Surya) (Filed on 12/23/2016) (Entered: 12/23/2016) |
| 01/09/2017 | 211 | Administrative Motion to File Under Seal filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Redacted Reply Motion, # 4 Unredacted Reply Motion, # 5 Redacted Exhibit J, # 6 Unredacted Exhibit J)(Geyerman, Grant) (Filed on 1/9/2017) (Entered: 01/09/2017) |
| 01/09/2017 | 212 | REPLY (re 185 MOTION to Strike *[172-6] Declaration of Professor Joel W. Hay, PhD* ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Declaration, # 2 Ex. I, # 3 Ex. J) (Geyerman, Grant) (Filed on 1/9/2017) (Entered: 01/09/2017) |
| 01/09/2017 | 213 | REPLY (re 186 MOTION to Strike *[172-4] Declaration of Dr. Robert P. Navarro under FRE 702 and Daubert* ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Geyerman, Grant) (Filed on 1/9/2017) (Entered: 01/09/2017) |
| 01/09/2017 | 214 | Administrative Motion to File Under Seal *Materials Designated Confidential Submitted In Support Of Plaintiffs' Reply In Support of Class Certification* filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 Redacted Version of Plaintiffs' Reply in Support of Class Certification, # 4 Unredacted Version of Plaintiffs' Reply ISO Class Certification, # 5 Exhibit 41, # 6 Exhibit 42, # 7 Exhibit 44, # 8 Exhibit 45, # 9 Exhibit 46, # 10 Exhibit 47, # 11 Exhibit 48, # 12 Exhibit 49, # 13 Exhibit 50, # 14 Exhibit 51 - Chart, # 15 Exhibit 52, # 16 Exhibit 53, # 17 Exhibit 55, # 18 Exhibit 56, # 19 Exhibit 57, # 20 Exhibit 58, # 21 Exhibit 59, # 22 Exhibit 60 - Redacted Version of Rebuttal Decl. of Dr. Navarro, # 23 Exhibit 60 - Unredacted Version of Rebuttal Decl. of Dr. Navarro, # 24 Exhibit 61 - Redacted Version of Rebuttal Decl. of Dr. Hay, # 25 Exhibit 61 - Unredacted Version of Rebuttal Decl. of Dr. Hay, # 26 Exhibit 62 - Chart, # 27 Certificate/Proof of Service)(Pritzker, Elizabeth) (Filed on 1/9/2017) (Entered: 01/09/2017) |
| 01/09/2017 | 215 | REPLY (re 172 MOTION to Certify Class ) filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Elizabeth C. Pritzker, # 2 Exhibit 41 - 42 (filed under seal), # 3 Exhibit 43, # 4 Exhibit 44 - 53 (filed under seal), # 5 Exhibit 54, # 6 Exhibit 55 - 59 (filed under seal), # 7 Exhibit 60 - Redacted Version of Rebuttal Decl. of Dr. Navarro, # 8 Exhibit 61 - Redacted Version of Rebuttal Decl. of Dr. Hay, # 9 Exhibit 62 (filed under seal), # 10 Exhibit 63, # 11 Exhibit 64, # 12 Exhibit 65, # 13 Exhibit 66, # 14 Exhibit 67)(Pritzker, Elizabeth) (Filed on 1/9/2017) (Entered: 01/09/2017) |
| 01/17/2017 | 216 | Corrected Exhibit F to the Rebuttal Decl. of Professor Joel W. Hay, PhD, Previously Filed Under Seal [Dkt. 214-25] re 214 filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, |

|  |  | Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Related document(s) 214 ) (Pritzker, Elizabeth) (Filed on 1/17/2017) Modified on 1/18/2017 (vlkS, COURT STAFF). (Entered: 01/17/2017) |
|---|---|---|
| 01/23/2017 | 217 | **ORDER REQUIRING SUPPLEMENTAL BRIEFING; CONTINUING HEARING ON MOTIONS re 186 MOTION to Strike [172-4] Declaration of Dr. Robert P. Navarro under FRE 702 and Daubert filed by CVS Pharmacy, Inc., 185 MOTION to Strike [172-6] Declaration of Professor Joel W. Hay, PhDfiled by CVS Pharmacy, Inc., 172 MOTION to Certify Class filed by Toni Odorisio, Christopher Corcoran, Elizabeth Gardner, Carolyn Caine, Michael Norkus, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Amanda Gilbert, Gilbert Brown, Onnolee Samuelson, Debbie Barrett, Zulema Avis, Ken Bolin, Robert Garber, Tyler Clark, Set/Reset Deadlines as to 186 MOTION to Strike [172-4] Declaration of Dr. Robert P. Navarro under FRE 702 and Daubert, 185 MOTION to Strike [172-6] Declaration of Professor Joel W. Hay, PhD, 172 MOTION to Certify Class.** <br><br> **Defendant Supplemental Response due by 2/7/2017. Plaintiff Supplemental Reply due by 2/14/2017. Motion Hearing set for 1/31/2017 is CONTINUED to 3/7/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Signed by Judge Yvonne Gonzalez Rogers on 1/23/2017. (fs, COURT STAFF) (Filed on 1/23/2017) (Entered: 01/23/2017)** |
| 01/31/2017 | 218 | Supplemental Brief Regarding Impact of Briseno v. ConAgra Foods, Inc. on Plaintiffs' Motion for Class Certification filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Related document(s) 217 ) (Pritzker, Elizabeth) (Filed on 1/31/2017) Modified on 2/1/2017 (cpS, COURT STAFF). (Entered: 01/31/2017) |
| 02/01/2017 | 219 | **ORDER by Magistrate Judge Jacqueline Scott Corley granting 134 Administrative Motion to File Under Seal. (ahm, COURT STAFF) (Filed on 2/1/2017) (Entered: 02/01/2017)** |
| 02/02/2017 | 220 | **Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Telephonic Discovery Hearing held on 2/2/2017. (FTR Time 2:04-2:30.)** <br><br> **Plaintiff Attorney: Robert Gilmore.** <br> **Defendant Attorneys: Grant Geyerman; Colleen McNamara; Andrew Watts.** <br><br> **This is a text only Minute Entry (ahm, COURT STAFF) (Date Filed: 2/2/2017) Modified on 11/1/2017: Matter transcribed by Victoria Valine. (rjdS, COURT STAFF). (Entered: 02/02/2017)** |
| 02/07/2017 | 221 | Administrative Motion to File Under Seal *in Support of CVS's Supplemental Brief Regarding Briseno v. ConAgra Foods, Inc.* filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Exhibit Redacted Ex 102, # 4 Exhibit Unredacted Ex 102)(Geyerman, Grant) (Filed on 2/7/2017) (Entered: 02/07/2017) |
| 02/07/2017 | 222 | Supplemental Brief *Regarding Briseno v. ConAgra Foods, Inc.* filed byCVS Pharmacy, Inc.. (Attachments: # 1 Ex 102, # 2 Ex 103)(Geyerman, Grant) (Filed on 2/7/2017) (Entered: 02/07/2017) |
| 02/09/2017 | 223 | **ORDER SETTING TRIAL DATE re 62 Pretrial Order. Jury Selection set for 8/28/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 8/28/2017 08:30 AM in Courtroom 1, 4th Floor,** |

| | | |
|---|---|---|
| | | Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 8/29/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 8/30/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 8/31/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 9/1/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 9/5/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 9/6/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 9/7/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 9/8/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Jury Trial set for 9/11/2017 08:30 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Signed by Judge Yvonne Gonzalez Rogers on 2/9/17. (fs, COURT STAFF) (Filed on 2/9/2017) (Entered: 02/09/2017) |
| 02/10/2017 | 224 | **ORDER DIRECTING FURTHER SUBMISSION IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL re 182 Administrative Motion to File Under Seal *Materials Designated Confidential* filed by CVS Pharmacy, Inc., 211 Administrative Motion to File Under Seal filed by CVS Pharmacy, Inc., 208 Administrative Motion to File Under Seal *Relating to Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Strike Dr. Joel Hay's Opinions* filed by Gilbert Brown, Onnolee Samuelson, Toni Odorisio, Christopher Corcoran, Elizabeth Gardner, Debbie Barrett, Carolyn Caine, Zulema Avis, Robert Garber, Robert Jenks, Zachary Hagert, Carl Washington, Vincent Gargiulo, Tyler Clark, Amanda Gilbert, 170 Administrative Motion to File Under Seal *in Support of Plaintiffs' Motion for Class Certification* filed by Toni Odorisio, Christopher Corcoran, Elizabeth Gardner, Carolyn Caine, Michael Norkus, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Amanda Gilbert, Gilbert Brown, Onnolee Samuelson, Debbie Barrett, Zulema Avis, Ken Bolin, Robert Garber, Tyler Clark, 221 Administrative Motion to File Under Seal *in Support of CVS's Supplemental Brief Regarding Briseno v. ConAgra Foods, Inc.* filed by CVS Pharmacy, Inc., 205 Administrative Motion to File Under Seal *re. Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Exclude Certain Opinion Testimony of Dr. Robert Navarro* filed by Toni Odorisio, Christopher Corcoran, Elizabeth Gardner, Carolyn Caine, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Amanda Gilbert, Gilbert Brown, Onnolee Samuelson, Debbie Barrett, Zulema Avis, Robert Garber, Tyler Clark, 214 Administrative Motion to File Under Seal *Materials Designated Confidential Submitted In Support Of Plaintiffs' Reply In Support of Class Certification* filed by Toni Odorisio, Christopher Corcoran, Elizabeth Gardner, Carolyn Caine, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Amanda Gilbert, Gilbert Brown, Onnolee Samuelson, Debbie Barrett, Zulema Avis, Robert Garber, Tyler Clark.**<br><br>**Filing by 2/17/2017. Signed by Judge Yvonne Gonzalez Rogers on 2/10/17. (fs, COURT STAFF) (Filed on 2/10/2017) (Entered: 02/10/2017)** |
| 02/10/2017 | 225 | ADMINISTRATIVE MOTION Modify the Schedule for Dispositive and Daubert Motions filed by CVS Pharmacy, Inc.. Responses due by 2/14/2017. (Attachments: # 1 Declaration of Grant A. Geyerman, # 2 Proposed Order)(Geyerman, Grant) (Filed on 2/10/2017) (Entered: 02/10/2017) |
| 02/13/2017 | 226 | OPPOSITION/RESPONSE (re 225 ADMINISTRATIVE MOTION Modify the Schedule for Dispositive and Daubert Motions ) filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Elizabeth |

| | | |
|---|---|---|
| | | Gardner, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Pritzker, Elizabeth) (Filed on 2/13/2017) Modified on 2/14/2017 (cpS, COURT STAFF). (Entered: 02/13/2017) |
| 02/14/2017 | 227 | Supplemental Reply Brief Regarding Impact of Briseno v. ConAgra Foods, Inc., on Plaintiffs' Motion for Class Certification (re 172 MOTION to Certify Class ) filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Pritzker, Elizabeth) (Filed on 2/14/2017) Modified on 2/15/2017 (cpS, COURT STAFF). (Entered: 02/14/2017) |
| 02/15/2017 | 228 | Declaration of Thomas S. Moffatt Responding to Court's Feb. 10, 2017 Order (dkt. # 224 ) and in Support of 170 Administrative Motion to File Under Seal *in Support of Plaintiffs' Motion for Class Certification* filed byCVS Pharmacy, Inc.. (Related document(s) 170 ) (Geyerman, Grant) (Filed on 2/15/2017) Modified on 2/16/2017 (cpS, COURT STAFF). (Entered: 02/15/2017) |
| 02/15/2017 | 229 | Proposed Order re 170 Administrative Motion to File Under Seal *in Support of Plaintiffs' Motion for Class Certification* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 2/15/2017) (Entered: 02/15/2017) |
| 02/15/2017 | 230 | Declaration of Thomas S. Moffatt Responding to the Court's Feb. 10, 2017 Order (Dkt. # 224 ) and in Support of 205 Administrative Motion to File Under Seal *re. Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Exclude Certain Opinion Testimony of Dr. Robert Navarro* filed byCVS Pharmacy, Inc.. (Related document(s) 205 ) (Geyerman, Grant) (Filed on 2/15/2017) Modified on 2/16/2017 (cpS, COURT STAFF). (Entered: 02/15/2017) |
| 02/15/2017 | 231 | Proposed Order re 205 Administrative Motion to File Under Seal *re. Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Exclude Certain Opinion Testimony of Dr. Robert Navarro* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 2/15/2017) (Entered: 02/15/2017) |
| 02/15/2017 | 232 | Declaration of Thomas S. Moffatt Responding to the Court's Feb. 10, 2017 Order (Dkt. # 224 ) and in Support of 208 Administrative Motion to File Under Seal *Relating to Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Strike Dr. Joel Hay's Opinions* filed byCVS Pharmacy, Inc.. (Related document(s) 208 ) (Geyerman, Grant) (Filed on 2/15/2017) Modified on 2/16/2017 (cpS, COURT STAFF). (Entered: 02/15/2017) |
| 02/15/2017 | 233 | Proposed Order re 208 Administrative Motion to File Under Seal *Relating to Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion to Strike Dr. Joel Hay's Opinions* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 2/15/2017) (Entered: 02/15/2017) |
| 02/15/2017 | 234 | Declaration of Thomas S. Moffatt Responding to the Court's Feb. 10, 2017 Order (Dkt. # 224 ) and in Support of 214 Administrative Motion to File Under Seal *Materials Designated Confidential Submitted In Support Of Plaintiffs' Reply In Support of Class Certification* filed byCVS Pharmacy, Inc.. (Related document(s) 214 ) (Geyerman, Grant) (Filed on 2/15/2017) Modified on 2/16/2017 (cpS, COURT STAFF). (Entered: 02/15/2017) |
| 02/15/2017 | 235 | Proposed Order re 214 Administrative Motion to File Under Seal *Materials Designated Confidential Submitted In Support Of Plaintiffs' Reply In Support of Class Certification* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 2/15/2017) (Entered: 02/15/2017) |
| 02/23/2017 | 236 | **ORDER GRANTING STIPULATION dismissing without prejudice Plaintiff Elizabeth Gardner re 181 Stipulation filed by Elizabeth Gardner, CVS Pharmacy,** |

| | | Inc. Elizabeth Gardner terminated. Signed by Judge Yvonne Gonzalez Rogers on 2/23/17. (fs, COURT STAFF) (Filed on 2/23/2017) (Entered: 02/23/2017) |
|---|---|---|
| 02/24/2017 | 237 | Joint Discovery Letter Brief filed by CVS Pharmacy, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Geyerman, Grant) (Filed on 2/24/2017) (Entered: 02/24/2017) |
| 02/27/2017 | 238 | **Order Deferring ruling on 225 Administrative Motion to change schedule. Parties are advised that the Court intends to provide relief and change the trial date. However, the Court will discuss the issues more thoroughly with counsel on March 7, 2017. Entered by Hon. Yvonne Gonzalez Rogers. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/27/2017)** |
| 03/01/2017 | 239 | CLERK'S NOTICE *scheduling Telephonic Discovery Hearing.* TO ALL PARTIES AND COUNSEL OF RECORD: Please take notice that a telephonic discovery hearing is scheduled for March 9, 2017 at 2:00 p.m., before Magistrate Judge Jacqueline Scott Corley. Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.<br><br>**(This is a text only docket entry, there is no document associated with this notice.)**<br><br>(ahm, COURT STAFF) (Filed on 3/1/2017) (Entered: 03/01/2017) |
| 03/03/2017 | 240 | CLERK'S NOTICE *Advancing Telephonic Discovery Hearing.* TO ALL PARTIES AND COUNSEL OF RECORD: Please take notice that the telephonic discovery hearing currently scheduled for March 9, 2017 is advanced to March 8, 2017 at 2:00 p.m., before Magistrate Judge Jacqueline Scott Corley. Please contact Court Call at 1-888-882-6878 to make the arrangements.<br><br>**(This is a text only docket entry, there is no document associated with this notice.)**<br><br>(ahm, COURT STAFF) (Filed on 3/3/2017) (Entered: 03/03/2017) |
| 03/07/2017 | 241 | TRANSCRIPT ORDER for proceedings held on 03/07/2017 before Hon. Yvonne Gonzalez Rogers by CVS Pharmacy, Inc., for Court Reporter Katherine Wyatt. (Geyerman, Grant) (Filed on 3/7/2017) (Entered: 03/07/2017) |
| 03/07/2017 | 243 | **Minute Entry for proceedings held before Hon. Yvonne Gonzalez Rogers: Motion Hearing held and submitted on 3/7/2017 re 186 MOTION to Strike [172-4] Declaration of Dr. Robert P. Navarro under FRE 702 and Daubert filed by CVS Pharmacy, Inc., 185 MOTION to Strike [172-6] Declaration of Professor Joel W. Hay, PhD filed by CVS Pharmacy, Inc., 172 MOTION to Certify Class filed by Toni Odorisio, Christopher Corcoran, Elizabeth Gardner, Carolyn Caine, Michael Norkus, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Amanda Gilbert, Gilbert Brown, Onnolee Samuelson, Debbie Barrett, Zulema Avis, Ken Bolin, Robert Garber, Tyler Clark.**<br><br>**Case Management Conference set 5/1/17 at 2:00pm for scheduling. Administrative Motion at Dkt. no. 225 is DENIED; trial date is vacated. Total Time in Court 1:18. Court Reporter Name Kathy Wyatt. (fs, COURT STAFF) (Date Filed: 3/7/2017) (Entered: 03/08/2017)** |
| 03/07/2017 | | Set/Reset Hearing re 243 Motion Hearing. Further Case Management Conference set for 5/1/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland. (fs, COURT STAFF) (Filed on 3/7/2017) (Entered: 03/08/2017) |

| 03/08/2017 | 242 | TRANSCRIPT ORDER for proceedings held on 3/7/2017 before Hon. Yvonne Gonzalez Rogers by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff, for Court Reporter Katherine Wyatt. (Pritzker, Elizabeth) (Filed on 3/8/2017) (Entered: 03/08/2017) |
|---|---|---|
| 03/08/2017 | 244 | **Minute Entry for proceedings held before Magistrate Judge Jacqueline Scott Corley: Discovery Hearing re: disputes in docket number 237 held on 3/8/2017. (FTR Time 2:12-2:44.)**<br><br>**Plaintiff Attorneys: Robert Gilmore; Samantha Stein.**<br>**Defendant Attorney: Grant Geyerman via Court Call.**<br><br>**This is a text only Minute Entry (ahm, COURT STAFF) (Date Filed: 3/8/2017) (Entered: 03/09/2017)** |
| 03/10/2017 | 245 | TRANSCRIPT ORDER for proceedings held on 03/08/2017 before Magistrate Judge Jacqueline Scott Corley by CVS Pharmacy, Inc., for Court Reporter FTR - San Francisco. (Geyerman, Grant) (Filed on 3/10/2017) Modified on 3/10/2017 (oh, COURT STAFF). Modified on 3/13/2017 (cpS, COURT STAFF). (Entered: 03/10/2017) |
| 03/10/2017 | 246 | TRANSCRIPT ORDER for proceedings held on 3/8/2017 before Magistrate Judge Jacqueline Scott Corley by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff, for Court Reporter FTR - San Francisco. (Pritzker, Elizabeth) (Filed on 3/10/2017) (Entered: 03/10/2017) |
| 03/14/2017 | 247 | Transcript of Proceedings held on 3-7-17, before Judge Yvonne Gonzalez Rogers. Court Reporter/Transcriber Kathy Wyatt, telephone number 925-212-5224. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 6/12/2017. (kpw, COURT STAFF) (Filed on 3/14/2017) (Entered: 03/14/2017) |
| 03/17/2017 | 248 | Transcript of Proceedings of the official sound recording held on 03/08/17, before Magistrate Judge Jacqueline Scott Corley. FTR/Transcriber Echo Reporting, Inc., telephone number 8584537590. Tape Number: FTR 2:12 - 2:44. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 245 Transcript Order, ) Redaction Request due 4/7/2017. Redacted Transcript Deadline set for 4/17/2017. Release of Transcript Restriction set for 6/15/2017. (Related documents(s) 245 ) (tgb, COURT STAFF) (Filed on 3/17/2017) (Entered: 03/17/2017) |
| 03/21/2017 | 249 | **ORDER DENYING MOTION FOR CLASS CERTIFICATION; DENYING MOTIONS TO STRIKE AS MOOT by Judge Yvonne Gonzalez Rogers; denying without prejudice 172 Motion to Certify Class; denying as moot 185 Motion to Strike ; granting in part 186 Motion to Strike. Updated Case Management Statement due by 4/24/2017. Further Case Management Conference set for 5/1/2017** |

| | | |
|---|---|---|
| | | 02:00 PM in Courtroom 1, 4th Floor, Oakland. (fs, COURT STAFF) (Filed on 3/21/2017) (Entered: 03/21/2017) |
| 03/21/2017 | 250 | **ORDER by Judge Yvonne Gonzalez Rogers granting in part 170 Administrative Motion to File Under Seal Materials Designated as Confidential. (fs, COURT STAFF) (Filed on 3/21/2017) (Entered: 03/21/2017)** |
| 03/21/2017 | 251 | **ORDER by Judge Yvonne Gonzalez Rogers granting in part 182 Administrative Motion to File Under Seal Materials Designated Confidential. (fs, COURT STAFF) (Filed on 3/21/2017) (Entered: 03/21/2017)** |
| 03/21/2017 | 252 | **ORDER by Judge Yvonne Gonzalez Rogers granting in part 205 Administrative Motion to File Under Seal Materials Designated as Confidential. (fs, COURT STAFF) (Filed on 3/21/2017) (Entered: 03/21/2017)** |
| 03/21/2017 | 253 | **ORDER by Judge Yvonne Gonzalez Rogers granting in part 208 Administrative Motion to File Under Seal Materials Designated as Confidential. (fs, COURT STAFF) (Filed on 3/21/2017) (Entered: 03/21/2017)** |
| 03/21/2017 | 254 | **ORDER by Judge Yvonne Gonzalez Rogers granting 211 Administrative Motion to File Under Seal Material Designated Confidential. (fs, COURT STAFF) (Filed on 3/21/2017) (Entered: 03/21/2017)** |
| 03/21/2017 | 255 | **ORDER by Judge Yvonne Gonzalez Rogers granting 214 Administrative Motion to File Under Seal Materials Designated as Confidential. (fs, COURT STAFF) (Filed on 3/21/2017) (Entered: 03/21/2017)** |
| 03/21/2017 | 256 | **ORDER by Judge Yvonne Gonzalez Rogers granting 221 Administrative Motion to File Under Seal Material Designated Confidential. (fs, COURT STAFF) (Filed on 3/21/2017) (Entered: 03/21/2017)** |
| 03/23/2017 | 257 | MOTION to Certify Class *(*** Re-filed Versions Pursuant to Court's 3/21/17 Order on Plaintiffs' Admin. Motion to Seal [Dkt. 250]***)* filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. Responses due by 4/6/2017. Replies due by 4/13/2017. (Attachments: # 1 Appendix Refiled - Redacted per Order, # 2 Exhibit 5, # 3 Exhibit 10, # 4 Exhibit 15 - Refiled - Redacted Per Order, # 5 Exhibit 16, # 6 Exhibit 20, # 7 Exhibit 40 - Redacted per Order)(Pritzker, Elizabeth) (Filed on 3/23/2017) Modified on 3/24/2017 (cpS, COURT STAFF). (Entered: 03/23/2017) |
| 03/23/2017 | 258 | RESPONSE to Motion to Exclude Certain Opinion Testimony of Dr. Robert Navarro *(***Re-Filed Versions of Portions of Plaintiffs' Response to Motion to Strike Decl. of Dr. Navarro [Dkt. 206] Submitted Pursuant to Court's 3/21/17 Order on Plaintiffs' Administrative Motion to Seal [Order Dkt. 252]***).* by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Exhibit 1 - Navarro Decl. - Refiled Redacted per Order, # 2 Exhibit 3 - Navarro Dep. - Redacted per Order, # 3 Exhibit 19 - Unsealed per Order)(Pritzker, Elizabeth) (Filed on 3/23/2017) Modified on 3/24/2017 (cpS, COURT STAFF). Modified on 3/24/2017 (cpS, COURT STAFF). (Entered: 03/23/2017) |
| 03/23/2017 | 259 | Exhibits 7 & 11 *(***Re-Filed Versions of Portions of Plaintiffs' Response to Motion to Strike Decl. of Joel W. Hay, PhD [Dkt. 209] Submitted Pursuant to Court's 3/21/17 Order on Plaintiffs' Administrative Motion to Seal [Order, Dkt. 253]***)* by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni |

| | | |
|---|---|---|
| | | Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Exhibit 11 - Hay Report - Refiled Redacted per Order)(Pritzker, Elizabeth) (Filed on 3/23/2017) Modified on 3/24/2017 (cpS, COURT STAFF). (Entered: 03/23/2017) |
| 03/23/2017 | 260 | REPLY in Support of Motion for Class Certification *(***Re-Filed Versions of Portions of Plaintiffs' Reply re. Motion to Certify Class [Dkt. 215] Submitted per Court's 3/21/17 Order on Plaintiffs' Administrative Motion to Seal [Order, Dkt. 255]***)* by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Exhibit 55 - McGinley Tr. - Unsealed per Order, # 2 Exhibit 56 - Graeff Tr. - Unsealed per Order, # 3 Exhibit 57 - Jones Tr. - Unsealed per Order, # 4 Exhibit 60 - Navarro Rebuttal Decl. - Refiled Redacted per Order)(Pritzker, Elizabeth) (Filed on 3/23/2017) Modified on 3/24/2017 (cpS, COURT STAFF). Modified on 3/24/2017 (cpS, COURT STAFF). (Entered: 03/23/2017) |
| 03/24/2017 | 261 | OPPOSITION/RESPONSE (re 257 MOTION to Certify Class ***(Re-filed Versions Pursuant to Court's 3/21/17 Order on Plaintiffs' Admin. Motion to Seal [Dkt. 250] ) ***(Refiled Redacted Version Per 3/21/17 Order (Dkt. No. 251)*** filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 25 Refiled Redacted per Order)(Geyerman, Grant) (Filed on 3/24/2017) Modified on 3/27/2017 (cpS, COURT STAFF). (Entered: 03/24/2017) |
| 04/24/2017 | 262 | UPDATED JOINT CASE MANAGEMENT STATEMENT filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff, CVS Pharmacy Inc. (Pritzker, Elizabeth) (Filed on 4/24/2017) Modified on 4/25/2017 (cpS, COURT STAFF). (Entered: 04/24/2017) |
| 05/01/2017 | 263 | **Minute Entry for proceedings held before Hon. Yvonne Gonzalez Rogers: Further Case Management Conference held on 5/1/2017. Plaintiff Motion for Class Certification and Defendant Motion for Summary Judgment filed by 6/6/2017. Defendant Opposition to Class Certification and Plaintiff Motion for Summary Judgment filed by 6/20/2017. Plaintiff Reply for Class Certification and Defendant Reply for Summary Judgment filed by 6/27/2017. Hearing on both Motions set for 7/18/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Total Time in Court 23 minutes. Court Reporter Name Raynee Mercado. (fs, COURT STAFF) (Date Filed: 5/1/2017) (Entered: 05/02/2017)** |
| 05/02/2017 | 264 | TRANSCRIPT ORDER for proceedings held on 05/01/2017 before Hon. Yvonne Gonzalez Rogers by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff, for Court Reporter Raynee Mercado. (Levine, Jonathan) (Filed on 5/2/2017) (Entered: 05/02/2017) |
| 05/02/2017 | 265 | TRANSCRIPT ORDER for proceedings held on 05/01/2017 before Hon. Yvonne Gonzalez Rogers by CVS Pharmacy, Inc., for Court Reporter Raynee Mercado. (Geyerman, Grant) (Filed on 5/2/2017) (Entered: 05/02/2017) |
| 05/09/2017 | 266 | Letter Brief *Requesting Summary Judgment Pre-Filing Conference* filed byCVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 5/9/2017) (Entered: 05/09/2017) |
| 05/10/2017 | 267 | Transcript of Proceedings held on May 1, 2017, before Judge Yvonne Gonzalez Rogers. Court Reporter Raynee H. Mercado, CSR, telephone number 510-502-6175, |

| | | |
|---|---|---|
| | | cacsr8258@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 265 Transcript Order, 264 Transcript Order, ) Release of Transcript Restriction set for 8/8/2017. (Related document(s) 265 , 264 ) (rhm) (Filed on 5/10/2017) (Entered: 05/10/2017) |
| 05/12/2017 | 268 | Letter Brief in Response to CVS's Pre-Filing Letter Brief re 266 Letter Brief filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Related document(s) 266 ) (Levine, Jonathan) (Filed on 5/12/2017) Modified on 5/15/2017 (cpS, COURT STAFF). (Entered: 05/12/2017) |
| 05/15/2017 | 269 | **ORDER GRANTING REQUEST TO FILE SUMMARY JUDGMENT MOTION re 268 Letter Brief, filed by Gilbert Brown, Onnolee Samuelson, Toni Odorisio, Christopher Corcoran, Debbie Barrett, Carolyn Caine, Zulema Avis, Robert Garber, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Tyler Clark, Amanda Gilbert, 266 Letter Brief filed by CVS Pharmacy, Inc. Signed by Judge Yvonne Gonzalez Rogers on 5/15/17. (fs, COURT STAFF) (Filed on 5/15/2017) (Entered: 05/15/2017)** |
| 06/06/2017 | 270 | NOTICE of Appearance by Sathya S Gosselin (Gosselin, Sathya) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 271 | MOTION for Summary Judgment filed by CVS Pharmacy, Inc.. Motion Hearing set for 7/18/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 6/20/2017. Replies due by 6/27/2017. (Attachments: # 1 Supplement CVS Pharmacy, Inc.'s Supporting Separate Statement of Facts, # 2 Proposed Order)(Geyerman, Grant) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 272 | Administrative Motion to File Under Seal *Re. Plaintiffs' Amended Motion for Class Certification* filed by Zulema Avis, Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Onnolee Samuelson, Carl Washington. (Attachments: # 1 Declaration of Elizabeth C. Pritzker, # 2 Proposed Order, # 3 REDACTED Version of Amended Motion for Class Certification Sought to be Sealed, # 4 UNREDACTED Version of Amended Motion for Class Certification Sought to be Sealed, # 5 Exhibit REDACTED Version of Ex. 1 (Decl. of Dr. Hay), # 6 Exhibit UNREDACTED Version of Ex 1(Decl of Dr. Hay), # 7 Exhibit 3, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit REDACTED Version of Ex. 9 (Decl. of Dr. Robert Navarro), # 13 Exhibit UNREDACTED Version of Ex. 9 (Decl. of Dr. Robert Navarro), # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit REDACTED Version of Ex. 16 (Decl. of Susan Hayes), # 20 Exhibit UNREDACTED Version of Ex. 16 (Decl. of Susan Hayes), # 21 Exhibit REDACTED Version of Ex. 17 (Decl. of Dale Chamberlain), # 22 Exhibit UNREDACTED Version of Ex. 17 (Decl. of Dale Chamberlain), # 23 Exhibit 18, # 24 Exhibit 25, # 25 Exhibit 32, # 26 Exhibit 34, # 27 Exhibit 42, # 28 Exhibit 47, # 29 Exhibit 48, # 30 Exhibit 49, # 31 Exhibit 50, # 32 Certificate/Proof of Service)(Pritzker, Elizabeth) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 273 | DECLARATION/EXHIBITS re 271 MOTION for Summary Judgment filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Sequential Index: Exhibits to CVS Pharmacy, Inc.'s Motion for Summary Judgment, # 2 Exhibit Index by Topic: Exhibits to CVS Pharmacy, Inc.'s Motion for Summary Judgment, # 3 Exhibit DX-006, # 4 Exhibit DX-028, # 5 Exhibit DX-080, # 6 Exhibit DX-083, # 7 Exhibit DX-092, # 8 Exhibit DX-102, |

| | | |
|---|---|---|
| | | # 9 Exhibit DX-118, # 10 Exhibit DX-165, # 11 Exhibit DX-185, # 12 Exhibit DX-193, # 13 Exhibit DX-201, # 14 Exhibit DX-217, # 15 Exhibit DX-218, # 16 Exhibit DX-239, # 17 Exhibit DX-258, # 18 Exhibit DX-264, # 19 Exhibit DX-265, # 20 Exhibit DX-266, # 21 Exhibit DX-270, # 22 Exhibit DX-284, # 23 Exhibit DX-300, # 24 Exhibit DX-310, # 25 Exhibit DX-321)(Related document(s) 271 ) (Geyerman, Grant) (Filed on 6/6/2017) Modified on 6/7/2017 (cpS, COURT STAFF). (Entered: 06/06/2017) |
| 06/06/2017 | 274 | Amended MOTION to Certify Class filed by Zulema Avis, Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Onnolee Samuelson, Carl Washington. Motion Hearing set for 7/18/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 6/20/2017. Replies due by 6/27/2017. (Attachments: # 1 Declaration of Robert B. Gilmore, # 2 Exhibit 1 (Redacted Version of Decl. of Dr. Hay), # 3 Exhibit 2 (Redacted per Court Order 250 unredacted version previously submitted at [209-10], # 4 Exhibit 3 (Document Filed Under Seal), # 5 Exhibit 4, # 6 Exhibit 5 - 8 (Documents Filed Under Seal), # 7 Exhibit 9 (Redacted Version of Decl. of Dr. Navarro), # 8 Exhibit 10-12 (Documents Filed Under Seal), # 9 Exhibit 13, # 10 Exhibit 14 -15 (Documents Filed Under Seal), # 11 Exhibit 16 (Redacted Version of Decl. of Susan Hayes), # 12 Exhibit 17 (Redacted Version of Decl. of Dale Chamberlain), # 13 Exhibit 18 (Document Filed Under Seal), # 14 Exhibit 19 Depo. of Hilary Dudley - Under Seal per Court Order 250 , unsealed version previously submitted at [170-12], # 15 Exhibit 20 Depo. of Scott Tierney - Under Seal per Court Order 250 unsealed version previously submitted at [170-11], # 16 Exhibit 21 Document Sealed per Court Order 250 unsealed version previously submitted at [170-13], # 17 Exhibit 22 Document UNSEALED per prior Court Order 250 , # 18 Exhibit 23 Depo. of Sevak Melkonian - Under Seal per prior Court Order 255 unsealed version previously submitted at [214-15], # 19 Exhibit 24 Depo. of John Zevzavadjian - Sealed per prior Court Order 255 unsealed version previously submitted at [214-7], # 20 Exhibit 25 (Filed Under Seal), # 21 Exhibit 26 Depo. of Susan Colbert (TX) - Sealed per prior Court Order 250 unsealed version previously submitted at [170-17], # 22 Exhibit 27 Depo. of Paul Ferschke - Sealed per prior Court Order 250 unsealed version previously submitted at [170-18], # 23 Exhibit 28 Depo. of Thomas Morrison - UNSEALED per prior Court Order 250 , # 24 Exhibit 29 Depo of John Lavin - Under Seal per prior Court Order 255 unsealed version previously submitted at [214-10], # 25 Exhibit 30 Depo of Amber Compton - Under Seal per prior Court Order 255 - unsealed version previously submitted at [214-11], # 26 Exhibit 31 Depo of Michael Reichardt - Under Seal per prior Court Order 255 unsealed version previously submitted at [214-12], # 27 Exhibit 32 (Document Filed Under Seal), # 28 Exhibit 33 Document Under Seal per prior Court Order 250 unsealed version previously submitted [170-34], # 29 Exhibit 34 (Document Filed Under Seal), # 30 Exhibit 25 Document UNSEALED per prior Court Order 250 , # 31 Exhibit 36, # 32 Exhibit 37 Email Under Seal per prior Court Order 250 unsealed version submitted at [170-29], # 33 Exhibit 38 Email Under Seal per prior Court Order 250 unsealed version previously submitted at [170-25], # 34 Exhibit 39 Email Under Seal per prior Court Order 250 unsealed version previously submitted at [170-26], # 35 Exhibit 40 Email Under Seal per prior Court Order 250 unsealed version previously submitted at [170-27], # 36 Exhibit 41 Email UNSEALED per prior Court Order 250 , # 37 Exhibit 42 (Document Filed Under Seal), # 38 Exhibit 43 Document Under Seal per prior Court Order 250 unsealed version previously submitted at [170-30], # 39 Exhibit 44 Depo. of Thomas Morrison - Under Seal per prior Court Order - unsealed version previously submitted at [170-14], # 40 Exhibit 46 Plaintiffs' Trial Plan, # 41 Exhibit 47 - 50 (Documents Filed Under Seal), # 42 Proposed Order)(Pritzker, Elizabeth) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 275 | ADMINISTRATIVE MOTION for leave to disclose two experts re 274 Amended MOTION to Certify Class *pursuant to Local Rules 6-3 and 7-11* filed by Zulema Avis, Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Onnolee Samuelson, Carl Washington. Responses due by 6/12/2017. (Attachments: # 1 Declaration of Robert B. |

| | | |
|---|---|---|
| | | Gilmore, # 2 Proposed Order)(Pritzker, Elizabeth) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 276 | EXHIBITS re 271 MOTION for Summary Judgment filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit DX-330, # 2 Exhibit DX-400, # 3 Exhibit DX-401, # 4 Exhibit DX-402, # 5 Exhibit DX-403, # 6 Exhibit DX-404, # 7 Exhibit DX-405, # 8 Exhibit DX-406, # 9 Exhibit DX-407, # 10 Exhibit DX-408, # 11 Exhibit DX-409, # 12 Exhibit DX-410, # 13 Exhibit DX-411, # 14 Exhibit DX-412, # 15 Exhibit DX-413, # 16 Exhibit DX-414, # 17 Exhibit DX-415, # 18 Exhibit DX-416, # 19 Exhibit DX-417, # 20 Exhibit DX-418)(Related document(s) 271 ) (Geyerman, Grant) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 277 | EXHIBITS re 271 MOTION for Summary Judgment filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit DX-419, # 2 Exhibit DX-420, # 3 Exhibit DX-421, # 4 Exhibit DX-422, # 5 Exhibit DX-423, # 6 Exhibit DX-424, # 7 Exhibit DX-425, # 8 Exhibit DX-426, # 9 Exhibit DX-427, # 10 Exhibit DX-428, # 11 Exhibit DX-429, # 12 Exhibit DX-430, # 13 Exhibit DX-431, # 14 Exhibit DX-432, # 15 Exhibit DX-433, # 16 Exhibit DX-434, # 17 Exhibit DX-435, # 18 Exhibit DX-436, # 19 Exhibit DX-437, # 20 Exhibit DX-438, # 21 Exhibit DX-439)(Related document(s) 271 ) (Geyerman, Grant) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 278 | EXHIBITS re 271 MOTION for Summary Judgment filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit DX-440, # 2 Exhibit DX-441, # 3 Exhibit DX-442, # 4 Exhibit DX-443, # 5 Exhibit DX-444, # 6 Exhibit DX-445, # 7 Exhibit DX-446, # 8 Exhibit DX-447, # 9 Exhibit DX-448, # 10 Exhibit DX-449, # 11 Exhibit DX-450, # 12 Exhibit DX-451, # 13 Exhibit DX-452, # 14 Exhibit DX-453, # 15 Exhibit DX-454, # 16 Exhibit DX-455, \*\*\* # **17 Exhibit DX-456 DOCUMENT LOCKED AT FILER'S REQUEST. REDACTED DOCUMENT REFILED AT DKT. # 321 -1. \*\*\*** , # 18 Exhibit DX-457, # 19 Exhibit DX-458, \*\*\* # **20 Exhibit DX-459 DOCUMENT PERMANENTLY LOCKED PURSUANT TO ORDER 310 . DOCUMENT REFILED AT DOCUMENT # 299 -1. \*\*\*** , # 21 Exhibit DX-460, # 22 Exhibit DX-461, # 23 Exhibit DX-462, # 24 Exhibit DX-463, # 25 Exhibit DX-464, # 26 Exhibit DX-465)(Related document(s) 271 ) (Geyerman, Grant) (Filed on 6/6/2017) Modified on 6/13/2017 (ewn, COURT STAFF). Modified on 6/21/2017 (cpS, COURT STAFF). Modified on 6/22/2017 (cp, COURT STAFF). Modified on 7/12/2017 (ewn, COURT STAFF). Modified on 7/13/2017 (cpS, COURT STAFF). (Entered: 06/06/2017) |
| 06/06/2017 | 279 | EXHIBITS re 271 MOTION for Summary Judgment filed byCVS Pharmacy, Inc.. (Attachments: \*\*\* # **1 Exhibit DX-466 DOCUMENT LOCKED PERMANENTLY PURSUANT TO ORDER 310 . DOCUMENT REFILED AT DOCUMENT # 299 -2. \*\*\*** , # 2 Exhibit DX-467, # 3 Exhibit DX-468, \*\*\* # **4 Exhibit DX-469 DOCUMENT PERMANENTLY LOCKED PURSUANT TO ORDER 310 . DOCUMENT REFILED AT DOCUMENT # 299 -3. \*\*\*** , # 5 Exhibit DX-470, # 6 Exhibit DX-471, # 7 Exhibit DX-472, # 8 Exhibit DX-473, # 9 Exhibit DX-474, # 10 Exhibit DX-475, # 11 Exhibit DX-476, # 12 Exhibit DX-477, # 13 Exhibit DX-478, # 14 Exhibit DX-479, # 15 Exhibit DX-480, # 16 Exhibit DX-481, # 17 Exhibit DX-482, # 18 Exhibit DX-483, # 19 Exhibit DX-484, # 20 Exhibit DX-485, # 21 Exhibit DX-486, # 22 Exhibit DX-487, # 23 Exhibit DX-488, # 24 Exhibit DX-489, # 25 Exhibit DX-490)(Related document(s) 271 ) (Geyerman, Grant) (Filed on 6/6/2017) Modified on 6/13/2017 (ewn, COURT STAFF). Modified on 6/21/2017 (cpS, COURT STAFF). Modified on 6/22/2017 (cp, COURT STAFF). (Entered: 06/06/2017) |
| 06/06/2017 | 280 | EXHIBITS re 271 MOTION for Summary Judgment filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit DX-491, # 2 Exhibit DX-492, # 3 Exhibit DX-493, # 4 Exhibit DX-494, # 5 Exhibit DX-495, # 6 Exhibit DX-496, # 7 Exhibit DX-497, # 8 Exhibit DX-498, # 9 Exhibit DX-499, # 10 Exhibit DX-500, # 11 Exhibit DX-501, # 12 Exhibit DX- |

| | | |
|---|---|---|
| | | 502, # 13 Exhibit DX-503, # 14 Exhibit DX-504, # 15 Exhibit DX-505, # 16 Exhibit DX-506, # 17 Exhibit DX-507, # 18 Exhibit DX-707, # 19 Exhibit PX-040, # 20 Exhibit PX-532, # 21 Exhibit PX-546, # 22 Exhibit PX-551, # 23 Exhibit PX-615, # 24 Exhibit PX-618, # 25 Exhibit PX-662, # 26 Exhibit PX-663, # 27 Exhibit PX-674, # 28 Exhibit PX-677, # 29 Exhibit PX-679, # 30 Exhibit PX-691, # 31 Exhibit PX-695, # 32 Exhibit PX-701, # 33 Exhibit PX-703, # 34 Exhibit PX-704, # 35 Exhibit PX-757, # 36 Exhibit PX-785)(Related document(s) 271 ) (Geyerman, Grant) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 281 | Administrative Motion to File Under Seal filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration Declaration of Thomas S. Moffatt in Support of Defendant's Administrative Motion to Seal re: Summary Judgment Briefing, # 2 Proposed Order)(Geyerman, Grant) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 282 | EXHIBITS re 281 Administrative Motion to File Under Seal filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Redacted Version of DX-006, # 2 Exhibit Unredacted Version of DX-006, # 3 Exhibit Redacted Version of DX-028, # 4 Exhibit Unredacted Version of DX-028, # 5 Exhibit Redacted Version of DX-083, # 6 Exhibit Unredacted Version of DX-083, # 7 Exhibit Redacted Version of DX-092, # 8 Exhibit Unredacted Version of DX-092, # 9 Exhibit Redacted Version of DX-102, # 10 Exhibit Unredacted Version of DX-102, # 11 Exhibit Redacted Version of DX-118, # 12 Exhibit Unredacted Version of DX-118, # 13 Exhibit Redacted Version of DX-165, # 14 Exhibit Unredacted Version of DX-165, # 15 Exhibit Redacted Version of DX-185, # 16 Exhibit Unredacted Version of DX-185, # 17 Exhibit Redacted Version of DX-193, # 18 Exhibit Unredacted Version of DX-193, # 19 Exhibit Redacted Version of DX-201, # 20 Exhibit Unredacted Version of DX-201)(Related document(s) 281 ) (Geyerman, Grant) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 283 | EXHIBITS re 281 Administrative Motion to File Under Seal filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Redacted Version of DX-217, # 2 Exhibit Unredacted Version of DX-217, # 3 Exhibit Redacted Version of DX-218, # 4 Exhibit Unredacted Version of DX-218, # 5 Exhibit Redacted Version of DX-239, # 6 Errata Unredacted Version of DX-239, # 7 Exhibit Redacted Version of DX-258, # 8 Exhibit Unredacted Version of DX-258, # 9 Exhibit Unredacted Version of DX-266, # 10 Exhibit Redacted Version of DX-270, # 11 Exhibit Unredacted Version of DX-270, # 12 Exhibit Unredacted Version of DX-300, # 13 Exhibit Redacted Version of DX-408, # 14 Exhibit Unredacted Version of DX-408, # 15 Exhibit Redacted Version of DX-409, # 16 Exhibit Unredacted Version of DX-409, # 17 Exhibit Redacted Version of DX-425, # 18 Exhibit Unredacted Version of DX-425)(Related document(s) 281 ) (Geyerman, Grant) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 284 | EXHIBITS re 281 Administrative Motion to File Under Seal filed byCVS Pharmacy, Inc.. *** ATTACHMENTS 7, 11, AND 15 PERMANENTLY LOCKED PURSUANT TO ORDER 310 . DOCUMENT REFILED AT DOCUMENT # 299 -1, # 299 -2, # 299 -3 *** (Attachments: # 1 Exhibit Unredacted Version of DX-446, Part 1, # 2 Exhibit Unredacted Version of DX-446, Part 2, # 3 Exhibit Unredacted Version of DX-446, Part 3, # 4 Exhibit Unredacted Version of DX-446, Part 4, # 5 Exhibit Unredacted Version of DX-446, Part 5, # 6 Exhibit Unredacted Version of DX-447, # 7 Exhibit Redacted Version of DX-459, # 8 Exhibit Unredacted Version of DX-459, # 9 Exhibit Redacted Version of DX-464, # 10 Exhibit Unredacted Version of DX-464, # 11 Exhibit Redacted Version of DX-466, # 12 Exhibit Unredacted Version of DX-466, # 13 Exhibit Redacted Version of DX-467, # 14 Exhibit Unredacted Version of DX-467, # 15 Exhibit Redacted Version of DX-469, # 16 Exhibit Unredacted Version of DX-469, # 17 Exhibit Redacted Version of DX-472, # 18 Exhibit Unredacted Version of DX-472, # 19 Exhibit Redacted Version of DX-473, # 20 Exhibit Unredacted Version of DX-473)(Related document(s) 281 ) (Geyerman, Grant) (Filed on 6/6/2017) Modified on 6/13/2017 (ewn, COURT |

| | | |
|---|---|---|
| | | STAFF). Modified on 6/21/2017 (cpS, COURT STAFF). Modified on 6/22/2017 (cp, COURT STAFF). (Entered: 06/06/2017) |
| 06/06/2017 | 285 | EXHIBITS re 281 Administrative Motion to File Under Seal filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Unredacted Version of PX-532, # 2 Exhibit Unredacted Version of PX-546, # 3 Exhibit Unredacted Version of PX-551, # 4 Exhibit Unredacted Version of PX-615, # 5 Exhibit Unredacted Version of PX-674, # 6 Exhibit Unredacted Version of PX-677, # 7 Exhibit Unredacted Version of PX-679, # 8 Exhibit Unredacted Version of PX-695, # 9 Exhibit Redacted Version of PX-703, # 10 Exhibit Unredacted Version of PX-703, # 11 Exhibit Unredacted Version of PX-785)(Related document(s) 281 ) (Geyerman, Grant) (Filed on 6/6/2017) (Entered: 06/06/2017) |
| 06/06/2017 | 286 | Administrative Motion to File Under Seal *re: Motion to Exclude the Opinion Testimony of Dr. Joel Hay* filed by CVS Pharmacy, Inc.. Responses due by 6/20/2017. (Attachments: # 1 Declaration of Thomas S. Moffatt in Support of Defendant's Administrative Motion to Seal re: Motion to Exclude Dr. Hay, # 2 Proposed Order, # 3 Exhibit Redacted Version of Ex. A, # 4 Exhibit Unredacted Version of Ex. A, # 5 Exhibit Redacted Version of Ex. B, # 6 Exhibit Unredacted Version of Ex. B, # 7 Exhibit Redacted Version of Ex. D, # 8 Exhibit Unredacted Version of Ex. D, # 9 Exhibit Unredacted Version of Ex. H, # 10 Exhibit Unredacted Version of Ex. I, # 11 Exhibit Redacted Version of Ex. K, # 12 Exhibit Unredacted Version of Ex. K)(Geyerman, Grant) (Filed on 6/6/2017) Modified on 6/7/2017 (cpS, COURT STAFF). (Entered: 06/06/2017) |
| 06/06/2017 | 287 | MOTION to Exclude *the Opinion Testimony of Dr. Joel Hay* filed by CVS Pharmacy, Inc.. Motion Hearing set for 7/18/2017 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 6/20/2017. Replies due by 6/27/2017. (Attachments: # 1 Declaration of Colleen McNamara in Support of Defendant's Motion to Exclude the Opinion Testimony of Dr. Hay, # 2 Proposed Order, # 3 Exhibit Redacted Version of Ex. A, # 4 Exhibit Redacted Version of Ex. B, # 5 Exhibit Ex. C, # 6 Exhibit Redacted Version of Ex. D, # 7 Exhibit Ex. E, # 8 Exhibit Ex. F, # 9 Exhibit Ex. G, # 10 Exhibit Sealed Version of Ex. H, # 11 Exhibit Sealed Version of Ex. I, # 12 Exhibit Ex. J, # 13 Exhibit Redacted Version of Ex. K, # 14 Exhibit Ex. L) (Geyerman, Grant) (Filed on 6/6/2017) Modified on 6/7/2017 (cpS, COURT STAFF). (Entered: 06/06/2017) |
| 06/09/2017 | 288 | MOTION for leave to appear in Pro Hac Vice *of Andrew C. Watts* ( Filing fee $ 310, receipt number 0971-11460431.) Filing fee previously paid on 6/09/2017 filed by CVS Pharmacy, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)(Watts, Andrew) (Filed on 6/9/2017) (Entered: 06/09/2017) |
| 06/12/2017 | **289** | **ORDER by Judge Yvonne Gonzalez Rogers granting 288 Motion for Pro Hac Vice as to Andrew C. Watts. (fs, COURT STAFF) (Filed on 6/12/2017) (Entered: 06/12/2017)** |
| 06/12/2017 | 290 | OPPOSITION/RESPONSE (re 275 ADMINISTRATIVE MOTION for leave to disclose two experts re 274 Amended MOTION to Certify Class *pursuant to Local Rules 6-3 and 7-11* ) filed byCVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 6/12/2017) (Entered: 06/12/2017) |
| 06/12/2017 | 291 | OPPOSITION/RESPONSE (re 286 Administrative Motion to File Under Seal *re: Motion to Exclude the Opinion Testimony of Dr. Joel Hay*, 281 Administrative Motion to File Under Seal ) *In Support of Sealing Plaintiffs' Private Health Information* filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Declaration of Robert Gilmore, # 2 Proposed Order)(Sweeney, Bonny) (Filed on 6/12/2017) (Entered: 06/12/2017) |
| 06/14/2017 | 292 | Declaration of Thomas S. Moffatt in Support of 272 Administrative Motion to File Under Seal *Re. Plaintiffs' Amended Motion for Class Certification* filed byCVS Pharmacy, Inc.. (Related document(s) 272 ) (Geyerman, Grant) (Filed on 6/14/2017) (Entered: 06/14/2017) |
| 06/14/2017 | 293 | Proposed Order re 272 Administrative Motion to File Under Seal *Re. Plaintiffs' Amended Motion for Class Certification* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 6/14/2017) (Entered: 06/14/2017) |
| 06/14/2017 | 294 | First MOTION to Remove Incorrectly Filed Document *[278-20], [279-1], [279-4], [284-7], [284-11], and [284-15]* filed by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 6/14/2017) (Entered: 06/14/2017) |
| 06/14/2017 | 295 | REDACTION *DX-459 CORRECTION OF DOCKET # [278-20] and [284-7]* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 6/14/2017) (Entered: 06/14/2017) |
| 06/14/2017 | 296 | REDACTION *DX-466 CORRECTION OF DOCKET # [279-1] and [284-11]* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 6/14/2017) (Entered: 06/14/2017) |
| 06/14/2017 | 297 | REDACTION *DX-469 CORRECTION OF DOCKET # [279-4] and [284-15]* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 6/14/2017) (Entered: 06/14/2017) |
| 06/15/2017 | | Electronic filing error. Please re-file in its entirety. Re: 296 Redacted Document filed by CVS Pharmacy, Inc., 295 Redacted Document filed by CVS Pharmacy, Inc., 297 Redacted Document filed by CVS Pharmacy, Inc.<br><br>Exhibits e-filed separately and not as an attachment, require a title page. Please refer to Civil Local Rules 3-4 re first page requirement. (cpS, COURT STAFF) (Filed on 6/15/2017) (Entered: 06/15/2017) |
| 06/15/2017 | 298 | **ORDER by Judge Yvonne Gonzalez Rogers denying 275 Administrative Motion for Leave to Disclose Two Experts. (fs, COURT STAFF) (Filed on 6/15/2017) (Entered: 06/15/2017)** |
| 06/20/2017 | 299 | EXHIBITS filed byCVS Pharmacy, Inc.. (Attachments: # 1 Exhibit DX-459 CORRECTION OF DOCKET # [278-20] and [284-7], # 2 Exhibit DX-466 CORRECTION OF DOCKET # [279-1] and [284-11], # 3 Exhibit DX-469 CORRECTION OF DOCKET # [279-4] and [284-15])(Geyerman, Grant) (Filed on 6/20/2017) (Entered: 06/20/2017) |
| 06/20/2017 | 300 | Administrative Motion to File Under Seal *re: Opposition to Plaintiffs' Amended Motion for Class Certification* filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Thomas S. Moffatt in Support of Defendant's Administrative Motion to Seal re: Opposition to Plaintiffs' Amended Motion for Class Certification, # 2 Proposed Order, # 3 Exhibit Unredacted Version of DX 346, # 4 Exhibit Unredacted Version of DX 408, # 5 Exhibit Redacted Version of DX 408, # 6 Exhibit Unredacted Version of DX 409, # 7 Exhibit Redacted Version of DX 409, # 8 Exhibit Unredacted Version of DX 425, # 9 Exhibit Redacted Version of DX 425, # 10 Exhibit Unredacted Version of DX 508, # 11 Exhibit Redacted Version of DX 508, # 12 Exhibit Unredacted Version of DX 509, # 13 Exhibit Unredacted Version of DX 510, # 14 Exhibit Redacted Version of DX 510, # 15 Exhibit Unredacted Version of DX 515, # 16 Exhibit Redacted Version of DX 515, # 17 Exhibit Unredacted Version of DX 516, # 18 Exhibit Redacted Version of DX 516, # 19 Exhibit Unredacted Version of DX 518, # 20 Exhibit Redacted Version of DX 518, # 21 Exhibit Unredacted Version of DX 519, # 22 Exhibit Redacted Version of DX 519, # 23 Exhibit Unredacted Version of DX 520, # 24 Exhibit Redacted Version of DX 520, # 25 |

| | | |
|---|---|---|
| | | Exhibit Unredacted Version of DX 521, # 26 Exhibit Unredacted Version of DX 522, # 27 Exhibit Unredacted Version of PX 551, # 28 Exhibit Unredacted Version of PX 615, # 29 Exhibit Unredacted Version of PX 703, # 30 Exhibit Redacted Version of PX 703) (Geyerman, Grant) (Filed on 6/20/2017) (Entered: 06/20/2017) |
| 06/20/2017 | 301 | OPPOSITION/RESPONSE (re 274 Amended MOTION to Certify Class ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Proposed Order, # 2 Declaration of Grant A. Geyerman in Support of Defendant's Opposition to Plaintiffs' Amended Motion for Class Certification, # 3 Exhibit Sequential Index: Exhibits to CVS Pharmacy, Inc.'s Opposition to Plaintiffs' Amended Motion for Class Certification, # 4 Exhibit Index by Topic: Exhibits to CVS Pharmacy, Inc.'s Opposition to Plaintiffs' Amended Motion for Class Certification, # 5 Exhibit DX 80, # 6 Exhibit DX 264, # 7 Exhibit DX 265, # 8 Exhibit DX 321, # 9 Exhibit DX 346, # 10 Exhibit DX 400, # 11 Exhibit DX 403, # 12 Exhibit DX 406, # 13 Exhibit DX 407, # 14 Exhibit DX 408, # 15 Exhibit DX 409, # 16 Exhibit DX 410, # 17 Exhibit DX 412, # 18 Exhibit DX 414, # 19 Exhibit DX 415, # 20 Exhibit DX 416, # 21 Exhibit DX 418, # 22 Exhibit DX 419, # 23 Exhibit DX 420, # 24 Exhibit DX 421, # 25 Exhibit DX 422, # 26 Exhibit DX 423, # 27 Exhibit DX 425, # 28 Exhibit DX 426, # 29 Exhibit DX 441, # 30 Exhibit DX 448, # 31 Exhibit DX 456, # 32 Exhibit DX 508, # 33 Exhibit DX 509, # 34 Exhibit DX 510, # 35 Exhibit DX 511, # 36 Exhibit DX 512, # 37 Exhibit DX 513, # 38 Exhibit DX 514, # 39 Exhibit DX 515, # 40 Exhibit DX 516, # 41 Exhibit DX 517, # 42 Exhibit DX 518, # 43 Exhibit DX 519, # 44 Exhibit DX 520, # 45 Exhibit DX 521, # 46 Exhibit DX 522, # 47 Exhibit PX 551, # 48 Exhibit PX 615, # 49 Exhibit PX 618, # 50 Exhibit PX 662, # 51 Exhibit PX 663, # 52 Exhibit PX 691, # 53 Exhibit PX 701, # 54 Exhibit PX 703)(Geyerman, Grant) (Filed on 6/20/2017) Modified on 9/6/2017 (cpS, COURT STAFF).<br><br>***Docket Number 301-32 Permanently Lock Pursuant to Order, dkt. # 329<br><br>(Entered: 06/20/2017) |
| 06/20/2017 | 302 | Administrative Motion to File Under Seal *Re Plaintiffs' Opposition to CVS's Motion for Summary Judgment and CVS's Motion to Exclude Expert Testimony (Hay)* filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Declaration of Bonny E. Sweeney, # 2 Proposed Order, # 3 Redacted Version of Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion for Summary Judgment, # 4 Unredacted Version of Plaintiffs' Opposition to CVS Pharmacy, Inc.'s Motion for Summary Judgment, # 5 Redacted Version of Plaintiffs' Responsive Separate Statement, # 6 Unredacted Version of Plaintiffs' Responsive Separate Statement, # 7 Redacted Version of Plaintiffs' Opposition to CVS' Motion to Exclude (Hay), # 8 Unredacted Version of Plaintiffs' Opposition to CVS' Motion to Exclude (Hay), # 9 PX-11, # 10 PX-20, # 11 PX-28, # 12 PX-36, # 13 PX-40, # 14 PX-42, # 15 PX-47, # 16 PX-58, # 17 PX-59, # 18 PX-60, # 19 PX-83, # 20 PX-163, # 21 PX-164, # 22 PX-239, # 23 PX-251, # 24 PX-254, # 25 PX-285, # 26 PX-335, # 27 PX-530, # 28 PX-532, # 29 PX-541, # 30 PX-546) (Sweeney, Bonny) (Filed on 6/20/2017) (Entered: 06/20/2017) |
| 06/20/2017 | 303 | **\*\*\*FILED IN ERROR. BLOCKED PER FILER'S REQUEST. RE-FILED AT DOCUMENT # 308 \*\*\***<br><br>EXHIBITS re 302 Administrative Motion to File Under Seal *Re Plaintiffs' Opposition to CVS's Motion for Summary Judgment and CVS's Motion to Exclude Expert Testimony (Hay)* filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, |

| | | |
|---|---|---|
| | | Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 PX-676, # 2 PX-677, # 3 PX-685, # 4 Redacted Version of PX-767, # 5 Unredacted Version of PX-767, # 6 Redacted Version of PX-769, # 7 Unredacted Version of PX-769, # 8 Redacted Version of PX-800, # 9 Unredacted Version of PX-800, # 10 Redacted Version of PX-803, # 11 Unredacted Version of PX-803, # 12 PX-804, # 13 PX-807, # 14 PX-808, # 15 Redacted Version of PX-809, # 16 Unredacted Version of PX-809, # 17 Redacted Version of PX-810, # 18 Unredacted Version of PX-810, # 19 PX-812, # 20 PX-813, # 21 PX-815, # 22 PX-816, # 23 PX-817, # 24 PX-818)(Related document(s) 302 ) (Sweeney, Bonny) (Filed on 6/20/2017) Modified on 6/21/2017 (cpS, COURT STAFF). Modified on 6/21/2017 (cpS, COURT STAFF). (Entered: 06/20/2017) |
| 06/20/2017 | 304 | OPPOSITION/RESPONSE (re 271 MOTION for Summary Judgment ) filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Statement of Facts, # 2 Gilmore Declaration, # 3 Proposed Order)(Sweeney, Bonny) (Filed on 6/20/2017) (Entered: 06/21/2017) |
| 06/21/2017 | 305 | OPPOSITION/RESPONSE (re 287 MOTION to Exclude *the Opinion Testimony of Dr. Joel Hay* ) filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Meyers Declaration, # 2 Proposed Order)(Sweeney, Bonny) (Filed on 6/21/2017) (Entered: 06/21/2017) |
| 06/21/2017 | 306 | EXHIBITS re 304 -2 Declaration of Robert B. Gilmore in Support of Opposition to CVS Pharmacy Inc's Motion for Summary Judgment, filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 PX-14, # 2 PX-66, # 3 PX-108, # 4 PX-176, # 5 PX-240, # 6 PX-242, # 7 PX-508, # 8 PX-623, # 9 PX-629, # 10 PX-767, # 11 PX-769, # 12 PX-800, # 13 PX-801, # 14 PX-803, # 15 PX-805, # 16 PX-806, # 17 PX-809, # 18 PX-810, # 19 PX-814, # 20 PX-826, # 21 PX-828, # 22 PX-829, # 23 PX-830, # 24 PX-832, # 25 PX-840)(Related document(s) 304 ) (Sweeney, Bonny) (Filed on 6/21/2017) Modified on 6/22/2017 (cpS, COURT STAFF). (Entered: 06/21/2017) |
| 06/21/2017 | 307 | EXHIBITS re 305 -1 Declaration of Edward Meyers in Support of Plaintiffs' Opposition/Response to Motion, filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 PX-14, # 2 PX-240, # 3 PX-629, # 4 PX-767, # 5 PX-769, # 6 PX-800, # 7 PX-803, # 8 PX-809, # 9 PX-810, # 10 PX-824, # 11 PX-825)(Related document(s) 305 ) (Sweeney, Bonny) (Filed on 6/21/2017) Modified on 6/22/2017 (cpS, COURT STAFF). (Entered: 06/21/2017) |
| 06/21/2017 | 308 | EXHIBITS re 302 Administrative Motion to File Under Seal *Re Plaintiffs' Opposition to CVS's Motion for Summary Judgment and CVS's Motion to Exclude Expert Testimony (Hay)* filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 PX-676, # 2 PX-677, # 3 PX-685, # 4 Redacted Version of PX-767, # 5 Unredacted Version of PX-767, # 6 Redacted Version of PX-769, # 7 Unredacted Version of PX-769, # 8 Redacted Version of PX-800, # 9 Unredacted Version of PX-800, # 10 Redacted Version of PX-803, # 11 Unredacted Version of PX-803, # 12 PX-804, # |

| | | |
|---|---|---|
| | | 13 PX-807, # 14 PX-808, # 15 Redacted Version of PX-809, # 16 Unredacted Version of PX-809, # 17 Redacted Version of PX-810, # 18 Unredacted Version of PX-810, # 19 PX-812, # 20 PX-813, # 21 PX-815, # 22 PX-816, # 23 PX-817, # 24 PX-818)(Related document(s) 302 ) (Sweeney, Bonny) (Filed on 6/21/2017) (Entered: 06/21/2017) |
| 06/21/2017 | 309 | EXHIBITS re 302 Administrative Motion to File Under Seal *Re Plaintiffs' Opposition to CVS's Motion for Summary Judgment and CVS's Motion to Exclude Expert Testimony (Hay)* filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 PX-819, # 2 PX-820, # 3 PX-821, # 4 PX-822, # 5 PX-823, # 6 PX-827, # 7 PX-831, # 8 Redacted Version of PX-840, # 9 Unredacted Version of PX-840)(Related document(s) 302 ) (Sweeney, Bonny) (Filed on 6/21/2017) (Entered: 06/21/2017) |
| 06/21/2017 | 310 | **ORDER GRANTING MOTION RE: INCORRECTLY FILED DOCUMENTS by Judge Yvonne Gonzalez Rogers; granting 294 Motion. The Clerk is directed to lock permanently Docket Numbers 278-20, 279-1, 279-4,284-7, 284-11, and 284-15 in the ECF System for the Northern District of California. (fs, COURT STAFF) (Filed on 6/21/2017) (Entered: 06/21/2017)** |
| 06/23/2017 | 311 | Declaration of Thomas S. Moffatt in Support of 302 Administrative Motion to File Under Seal *Re Plaintiffs' Opposition to CVS's Motion for Summary Judgment and CVS's Motion to Exclude Expert Testimony (Hay)* filed byCVS Pharmacy, Inc.. (Related document(s) 302 ) (Geyerman, Grant) (Filed on 6/23/2017) (Entered: 06/23/2017) |
| 06/23/2017 | 312 | Proposed Order re 302 Administrative Motion to File Under Seal *Re Plaintiffs' Opposition to CVS's Motion for Summary Judgment and CVS's Motion to Exclude Expert Testimony (Hay)* by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 6/23/2017) (Entered: 06/23/2017) |
| 06/27/2017 | 313 | REPLY (re 274 Amended MOTION to Certify Class ) filed byZulema Avis, Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Onnolee Samuelson, Carl Washington. (Attachments: # 1 Declaration of Elizabeth C. Pritzker in support, # 2 Exhibit 51, # 3 Exhibit 52, # 4 Exhibit 53, # 5 Exhibit 54, # 6 Exhibit 55)(Pritzker, Elizabeth) (Filed on 6/27/2017) (Entered: 06/27/2017) |
| 06/27/2017 | 314 | Administrative Motion to File Under Seal *re: Reply in Support of Motion for Summary Judgment* filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Thomas S. Moffatt in Support of Defendant's Administrative Motion to Seal re: Reply in Support of Summary Judgment Briefing, # 2 Proposed Order, # 3 Exhibit Unredacted Version of DX 526, # 4 Exhibit Redacted Version of DX 526, # 5 Exhibit Unredacted Version of DX 528, # 6 Exhibit Redacted Version of DX 528, # 7 Exhibit Unredacted Version of DX 531, # 8 Exhibit Redacted Version of DX 531, # 9 Exhibit Unredacted Version of DX 532, # 10 Exhibit Redacted Version of DX 532, # 11 Exhibit Unredacted Version of DX 533, # 12 Exhibit Redacted Version of DX 533, # 13 Exhibit Unredacted Version of DX 534, # 14 Exhibit Redacted Version of DX 534, # 15 Exhibit Unredacted Version of DX 535, # 16 Exhibit Redacted Version of DX 535, # 17 Exhibit Unredacted Version of DX 537, # 18 Exhibit Redacted Version of DX 537, # 19 Exhibit Unredacted Version of DX 541, # 20 Exhibit Redacted Version of DX 541, # 21 Exhibit Unredacted Version of PX 346)(Geyerman, Grant) (Filed on 6/27/2017) (Entered: 06/27/2017) |
| 06/27/2017 | 315 | **\*\*\*NOTE: STRIKES Docket Number 315-1 from the bottom of page 2 starting with the chart to the bottom of page 32 where plaintiffs "Additional Facts and Supporting Evidence" begins; STRIKES Docket Number 315-18 defense Exhibit** |

|  |  | **536 from the record, PURSUANT TO DOCUMENT # 319** ***<br><br>REPLY (re 271 MOTION for Summary Judgment ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Reply to Plaintiffs' Responsive Statement of Facts, # 2 Declaration of Grant A. Geyerman in Support of Defendant's Reply in Support of Motion for Summary Judgment, # 3 Exhibit Index by Topic, # 4 Exhibit Sequential Index, # 5 Exhibit DX 523, # 6 Exhibit DX 524, # 7 Exhibit DX 525, # 8 Exhibit DX 526, # 9 Exhibit DX 527, # 10 Exhibit DX 528, # 11 Exhibit DX 529, # 12 Exhibit DX 530, # 13 Exhibit DX 531, # 14 Exhibit DX 532, # 15 Exhibit DX 533, # 16 Exhibit DX 534, # 17 Exhibit DX 535, # 18 Exhibit DX 536, # 19 Exhibit DX 537, # 20 Exhibit DX 538, # 21 Exhibit DX 539, # 22 Exhibit DX 540, # 23 Exhibit DX 541, # 24 Exhibit DX 542, # 25 Exhibit DX 543, # 26 Exhibit PX 346)(Geyerman, Grant) (Filed on 6/27/2017) Modified on 7/10/2017 (cpS, COURT STAFF). (Entered: 06/27/2017) |
|---|---|---|
| 06/27/2017 | 316 | REPLY (re 287 MOTION to Exclude *the Opinion Testimony of Dr. Joel Hay* ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Andrew C. Watts in Support of Defendant's Reply in Support of Motion to Exclude the Opinion Testimony of Dr. Joel Hay, # 2 Exhibit M, # 3 Exhibit N, # 4 Exhibit O, # 5 Exhibit P, # 6 Exhibit Q, # 7 Exhibit R)(Geyerman, Grant) (Filed on 6/27/2017) (Entered: 06/27/2017) |
| 07/05/2017 | 317 | OBJECTIONS to re 315 Reply to Opposition/Response and to Certain Exhibits Filed by CVS with its Summary Judgment Reply by Zulema Avis, Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Onnolee Samuelson, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Exhibit 1, # 3 Exhibit 2)(Levine, Jonathan) (Filed on 7/5/2017) Modified on 7/6/2017 (cpS, COURT STAFF). (Entered: 07/05/2017) |
| 07/07/2017 | 318 | **ORDER DIRECTING FURTHER SUBMISSION IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL re 314 Administrative Motion to File Under Seal *re: Reply in Support of Motion for Summary Judgment* filed by CVS Pharmacy, Inc., 300 Administrative Motion to File Under Seal *re: Opposition to Plaintiffs' Amended Motion for Class Certification* filed by CVS Pharmacy, Inc., 286 Administrative Motion to File Under Seal *re: Motion to Exclude the Opinion Testimony of Dr. Joel Hay* filed by CVS Pharmacy, Inc., 281 Administrative Motion to File Under Seal filed by CVS Pharmacy, Inc. Supplemental documents filed by Wednesday, July 12, 2017. Signed by Judge Yvonne Gonzalez Rogers on 7/7/17. (fs, COURT STAFF) (Filed on 7/7/2017) (Entered: 07/07/2017)** |
| 07/07/2017 | 319 | **ORDER RE: PLAINTIFFS' OBJECTIONS TO CERTAIN DEFENSE REPLY FILINGS re 317 Objection, filed by Onnolee Samuelson, Robert Jenks, Robert Garber, Carl Washington, Debbie Barrett, Zulema Avis, Tyler Clark. Signed by Judge Yvonne Gonzalez Rogers on 7/7/2017. (fs, COURT STAFF) (Filed on 7/7/2017) (Entered: 07/07/2017)** |
| 07/11/2017 | 320 | NOTICE of Counter-Designations of Excerpts of Plaintiffs' Testimony by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff pursuant to re 319 Order (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Pritzker, Elizabeth) (Filed on 7/11/2017) Modified on 7/12/2017 (cpS, COURT STAFF). (Entered: 07/11/2017) |
| 07/12/2017 | 321 | MOTION to Remove Incorrectly Filed Document filed by CVS Pharmacy, Inc.. (Attachments: # 1 Exhibit CORRECTION OF DOCKET # [278-17])(Geyerman, Grant) (Filed on 7/12/2017) (Entered: 07/12/2017) |

| 07/12/2017 | 322 | Declaration of Bonny E. Sweeney *in Response to the Court's July 7, 2017 Order (Dkt. No. 318) and In Support of CVS's Administrative Motions to File Plaintiffs' Medical Information Under Seal* filed byZulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Proposed Order re: Dkt. Nos. 281, 321, # 2 Proposed Order re: Dkt. No. 300, # 3 Proposed Order re: Dkt. No. 314)(Sweeney, Bonny) (Filed on 7/12/2017) (Entered: 07/12/2017) |
|---|---|---|
| 07/18/2017 | 325 | **Minute Entry for proceedings held before Hon. Yvonne Gonzalez Rogers: Motion Hearing held and submitted on 7/18/2017 re 287 MOTION to Exclude *the Opinion Testimony of Dr. Joel Hay* filed by CVS Pharmacy, Inc., 274 Amended MOTION to Certify Class filed by Onnolee Samuelson, Robert Jenks, Robert Garber, Carl Washington, Debbie Barrett, Zulema Avis, Tyler Clark, 271 MOTION for Summary Judgment filed by CVS Pharmacy, Inc. Total Time in Court 1:11. Court Reporter Name Sarah Goekler. (fs, COURT STAFF) (Date Filed: 7/18/2017) (Entered: 07/20/2017)** |
| 07/20/2017 | 323 | TRANSCRIPT ORDER for proceedings held on July 18, 2017 before Hon. Yvonne Gonzalez Rogers by CVS Pharmacy, Inc., for Court Reporter Sarah Goekler. (Watts, Andrew) (Filed on 7/20/2017) (Entered: 07/20/2017) |
| 07/20/2017 | 324 | TRANSCRIPT ORDER for proceedings held on 07/18/2017 before Hon. Yvonne Gonzalez Rogers by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff, for Court Reporter Sarah Goekler. (Pritzker, Elizabeth) (Filed on 7/20/2017) (Entered: 07/20/2017) |
| 07/28/2017 | 326 | Transcript of Proceedings held on 07/18/2017, before Judge Gonzalez Rogers. Court Reporter/Transcriber Sarah Goekler, telephone number sarah_goekler@cand.uscourts.gov; (530) 941-2621. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 323 Transcript Order ) Release of Transcript Restriction set for 10/26/2017. (Related documents(s) 323 ) (slg, COURT STAFF) (Filed on 7/28/2017) (Entered: 07/28/2017) |
| 09/05/2017 | 327 | **ORDER by Judge Yvonne Gonzalez Rogers granting 271 Motion for Summary Judgment; granting in part 274 Motion to Certify Class; granting in part 287 Motion to Exclude Certain Opinions by Dr. Hay. Defendants to file a proposed judgment, approved as to form by all parties, within five business days of this Order. (fs, COURT STAFF) (Filed on 9/5/2017) (Entered: 09/05/2017)** |
| 09/05/2017 | 328 | **ORDER [*AS MODIFIED BY THE COURT*] by Judge Yvonne Gonzalez Rogers granting in part 272 Administrative Motion to File Under Seal. (fs, COURT STAFF) (Filed on 9/5/2017) (Entered: 09/05/2017)** |
| 09/05/2017 | 329 | **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: SUMMARY JUDGMENT BRIEFING [*AS MODIFIED BY THE COURT *] by Judge Yvonne Gonzalez Rogers; granting 281 Administrative Motion to File Under Seal. The Clerk shall permanently Lock Docket number 301-32; granting in part Motion to seal re 321 Motion to Remove Incorrectly Filed Document. (fs, COURT STAFF) (Filed on 9/5/2017) (Entered: 09/05/2017)** |

| 09/05/2017 | 330 | ORDER [*AS MODIFIED BY THE COURT *] by Judge Yvonne Gonzalez Rogers granting 286 Administrative Motion to File Under Seal. (fs, COURT STAFF) (Filed on 9/5/2017) (Entered: 09/05/2017) |
|---|---|---|
| 09/05/2017 | 331 | ORDER [*AS MODIFIED BY THE COURT*] by Judge Yvonne Gonzalez Rogers granting 300 Administrative Motion to File Under Seal re: Opposition to Plaintiffs' Amended Motion for Class Certification. (fs, COURT STAFF) (Filed on 9/5/2017) Modified on 9/5/2017 (fs, COURT STAFF). (Entered: 09/05/2017) |
| 09/05/2017 | 332 | ORDER [*AS MODIFIED BY THE COURT*] by Judge Yvonne Gonzalez Rogers granting in part 302 Administrative Motion to File Under Seal. (fs, COURT STAFF) (Filed on 9/5/2017) (Entered: 09/05/2017) |
| 09/05/2017 | 333 | ORDER [*AS MODIFIED BY THE COURT*] by Judge Yvonne Gonzalez Rogers granting 314 Administrative Motion to File Under Seal re: Reply in Support of Summary Judgment. (fs, COURT STAFF) (Filed on 9/5/2017) (Entered: 09/05/2017) |
| 09/12/2017 | 334 | Amended MOTION to Certify Class (***Re-filed Unsealed Versions of Memorandum and Certain Exhibits I.S.O. Plaintiffs' Amended Motion to Certify Class [Dkt. 274] Pursuant to Court's 9/5/17 Order [Dkt. 328] on Plaintiffs' Admin. Motion to Seal [Dkt. 272]*** filed by Zulema Avis, Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Onnolee Samuelson, Carl Washington. Responses due by 9/26/2017. Replies due by 10/3/2017. (Attachments: # 1 Exhibit 1 (Re-redacted 6/6/17 Decl. of Hay per Court Order Dkt. 328), # 2 Exhibit 3 (Unsealed pages per Court Order), # 3 Exhibit 5 (Unsealed portions), # 4 Exhibit 6 (Unsealed portions), # 5 Exhibit 7 (Unsealed portions), # 6 Exhibit 8 (Unsealed portions), # 7 Exhibit 9 (Re-redacted 6/6/17 Decl. of Navarro), # 8 Exhibit 10 (Unsealed portions), # 9 Exhibit 11, # 10 Exhibit 12, # 11 Exhibit 14, # 12 Exhibit 15 (Unsealed portions), # 13 Exhibit 16, # 14 Exhibit 17, # 15 Exhibit 18 (Unsealed portions), # 16 Exhibit 25, # 17 Exhibit 32, # 18 Exhibit 34 (Unsealed portions), # 19 Exhibit 42, # 20 Exhibit 47 (Unsealed portions), # 21 Exhibit 48 (Unsealed portions), # 22 Exhibit 49 (Unsealed portions), # 23 Exhibit 50 (Unsealed portions))(Levine, Jonathan) (Filed on 9/12/2017) (Entered: 09/12/2017) |
| 09/12/2017 | 335 | OPPOSITION/RESPONSE (***Re-Filed Unsealed Versions of Plaintiffs' Opposition to CVS's Motion for Summary Judgment and Certain Exhibits [Dkt. 304] Pursuant to Court's 9/5/17 Order [Dkt. 332] on Plaintiffs' Admin. Motion to Seal [Dkt. 302]***) filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Attachments: # 1 Separate Statement (Redacted per Court Order Dkt. 332), # 2 Opposition to Motion to Exclude Hay Opinion, # 3 PX-20 (Redacted per Court Order), # 4 PX-36, # 5 PX-40, # 6 PX-58, # 7 PX-59, # 8 PX-60, # 9 PX-163, # 10 PX-164 (Unsealed portions per Court Order), # 11 PX-239 (Unsealed portions), # 12 PX-251, # 13 PX-335 (Redacted per Court Order), # 14 PX-530 (Unsealed portions), # 15 PX-532 (Unsealed portions), # 16 PX-541 (Unsealed portions), # 17 PX-546 (Unsealed portions), # 18 PX-676 (Unsealed portions), # 19 PX-677 (Unsealed portions), # 20 PX-685 (Unsealed portions), # 21 PX-767 (Redacted per Court Order), # 22 PX-769 (Redacted per Court Order), # 23 PX-800 (Redacted per Court Order), # 24 PX-803 (Redacted per Court Order), # 25 PX-804, # 26 PX-807, # 27 PX-809 (Redacted per Court Order), # 28 PX-810 (Redacted per Court Order), # 29 PX-821, # 30 PX-822, # 31 PX-823, # 32 PX-827 (Unsealed portions), # 33 PX-831, # 34 PX-840)(Sweeney, Bonny) (Filed on 9/12/2017) (Entered: 09/12/2017) |
| 09/12/2017 | 336 | (PROPOSED) JUDGMENT by CVS Pharmacy, Inc. pursuant to re 327 Order (Geyerman, Grant) (Filed on 9/12/2017) Modified on 9/13/2017 (cpS, COURT STAFF). (Entered: 09/12/2017) |

| 09/12/2017 | 337 | **ORDER re NOTICE OF ERRATA as to Docket No. 327 Order on Motion for Summary Judgment, Order on Motion to Certify Class, Order on Motion for Miscellaneous Relief. Signed by Judge Yvonne Gonzalez Rogers on 9/12/17. (fs, COURT STAFF) (Filed on 9/12/2017) (Entered: 09/12/2017)** |
| 09/12/2017 | 338 | NOTICE of filing Un-Redacted copies pursuant to re 331 Order , 333 , 330 , 329 by CVS Pharmacy Inc (Attachments: # 1 Exhibit DX-266 (Ex. I to Dkt. No. 286), # 2 Exhibit DX-300, # 3 Exhibit DX-408 (Ex. D to Dkt. No. 286), # 4 Exhibit DX-409 (Ex. K to Dkt. No. 286), # 5 Exhibit DX-425, # 6 Exhibit DX-446, # 7 Exhibit DX-447, # 8 Exhibit DX-537, # 9 Exhibit DX-541, # 10 Exhibit PX-532, # 11 Exhibit PX-546 (Ex. H to Dkt. No. 286), # 12 Exhibit PX-551, # 13 Exhibit PX-615, # 14 Exhibit PX-674, # 15 Exhibit PX-677, # 16 Exhibit PX-679, # 17 Exhibit PX-695, # 18 Exhibit PX-703, # 19 Exhibit PX-785) (Geyerman, Grant) (Filed on 9/12/2017) Modified on 9/13/2017 (cpS, COURT STAFF). (Entered: 09/12/2017) |
| 09/13/2017 | 339 | **JUDGMENT. Signed by Judge Yvonne Gonzalez Rogers on 9/13/17. (fs, COURT STAFF) (Filed on 9/13/2017) (Entered: 09/13/2017)** |
| 09/27/2017 | 340 | BILL OF COSTS *submitted* by CVS Pharmacy, Inc.. Objections due by 10/11/2017. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(Geyerman, Grant) (Filed on 9/27/2017) (Entered: 09/27/2017) |
| 10/03/2017 | 341 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals re 339 , 327 , 298 , 249 , 96 filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. (Appeal fee of $505 receipt number 0971-11768488 paid.) *(Attachment - Representation Statement)* (Sweeney, Bonny) (Filed on 10/3/2017) Modified on 10/4/2017 (cpS, COURT STAFF). (Entered: 10/03/2017) |
| 10/04/2017 | 342 | USCA Case Number 17-16996 Ninth Circuit Court of Appeals for 341 Notice of Appeal,, filed by Gilbert Brown, Onnolee Samuelson, Toni Odorisio, Christopher Corcoran, Debbie Barrett, Carolyn Caine, Zulema Avis, Robert Garber, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Tyler Clark, Amanda Gilbert. (cjlS, COURT STAFF) (Filed on 10/4/2017) (Entered: 10/04/2017) |
| 10/13/2017 | 343 | Costs Taxed in amount of $ 101,823.47 against Plaintiffs Corcoran et al. (oh, COURT STAFF) (Filed on 10/13/2017) (Entered: 10/13/2017) |
| 11/01/2017 | 344 | TRANSCRIPT ORDER for proceedings held on 8/18/2016 & 2/2/2017 before Magistrate Judge Jacqueline Scott Corley by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Kevin Cauley, Tyler Clark, Ron W. Coder, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff, for Court Reporter FTR - San Francisco. (Sweeney, Bonny) (Filed on 11/1/2017) Modified on 12/1/2017 (oh, COURT STAFF). (Entered: 11/01/2017) |
| 11/01/2017 | 345 | Transcript Designation Form for proceedings held on 12/7/2015, 3/8/2016, 6/22/2016, 8/11/2016, 8/18/2016, 9/15/2016, 12/8/2016, 2/2/2017, 3/7/2017, 3/8/2017, 5/1/2017, & 7/18/2017 before Judge Hon. Yvonne Gonzalez Rogers & Magistrate Judge Jacqueline Scott Corley, re 341 Notice of Appeal,, Transcript due by 11/2/2017. (Sweeney, Bonny) (Filed on 11/1/2017) (Entered: 11/01/2017) |
| 12/08/2017 | 346 | Transcript of Proceedings held on August 18, 2016, before Magistrate Judge Jacqueline Scott Corley. Court Reporter/Transcriber Victoria L. Valine, CSR, RMR, CRR, telephone |

| | | |
|---|---|---|
| | | number www.victoriavalinecsr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 344 Transcript Order,, ) Redaction Request due 12/29/2017. Redacted Transcript Deadline set for 1/8/2018. Release of Transcript Restriction set for 3/8/2018. (Related documents(s) 344 ) (vlv, COURT STAFF) (Filed on 12/8/2017) (Entered: 12/08/2017) |
| 12/08/2017 | 347 | Transcript of Proceedings held on February 2, 2017, before Magistrate Judge Jacqueline Scott Corley. Court Reporter/Transcriber Victoria L. Valine, CSR, RMR, CRR, telephone number www.victoriavalinecsr@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 344 Transcript Order,, ) Redaction Request due 12/29/2017. Redacted Transcript Deadline set for 1/8/2018. Release of Transcript Restriction set for 3/8/2018. (Related documents(s) 344 ) (vlv, COURT STAFF) (Filed on 12/8/2017) (Entered: 12/08/2017) |
| 12/15/2017 | 348 | MOTION to Stay of Execution of Judgment Through Appeal and Approval of Supersedeas Bond filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. Motion Hearing set for 1/23/2018 02:00 PM in Courtroom 1, 4th Floor, Oakland before Judge Yvonne Gonzalez Rogers. Responses due by 12/29/2017. Replies due by 1/5/2018. (Attachments: # 1 Declaration of Robert B. Gilmore, # 2 Declaration of Bonny E. Sweeney, # 3 Declaration of Elizabeth C. Pritzker, # 4 Proposed Order) (Sweeney, Bonny) (Filed on 12/15/2017) Modified on 12/18/2017 (cpS, COURT STAFF). (Entered: 12/15/2017) |
| 01/02/2018 | 349 | OPPOSITION/RESPONSE (re 348 MOTION to Stay of Execution of Judgment Through Appeal and Approval of Supersedeas Bond ) filed byCVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 1/2/2018) (Entered: 01/02/2018) |
| 01/04/2018 | 350 | **ORDER RE: STAY OF EXECUTION OF JUDGMENT THROUGH APPEAL AND APPROVAL OF SUPERSEDEAS BOND by Judge Yvonne Gonzalez Rogers; granting 348 Motion to Stay. (fs, COURT STAFF) (Filed on 1/4/2018) (Additional attachment(s) added on 1/4/2018: # 1 Exhibit Form) (fs, COURT STAFF). (Entered: 01/04/2018)** |
| 01/04/2018 | 351 | CLERK'S NOTICE RE FORM REFERRED TO AS ATTACHMENT RE ORDER AT DKT. NO. 350, PAGE 3 LINE 18. (fs, COURT STAFF) (Filed on 1/4/2018) (Entered: 01/04/2018) |
| 01/08/2018 | 352 | CERTIFICATE OF SERVICE by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff (Sweeney, Bonny) (Filed on 1/8/2018) (Entered: 01/08/2018) |
| 01/09/2018 | 353 | Receipt #CQ18461100167 for cash bond in the amount of $131,606.00 on behalf of plaintiff Christopher Corcoran received on 01/08/2018. *(This is a text only entry generated by the court. There is no document associated with this entry.)* (axp, COURT STAFF) (Filed on 1/9/2018) (Entered: 01/09/2018) |

| | | |
|---|---|---|
| 01/09/2018 | 354 | Letter from Bonny E. Sweeney re Posting of Supersedeas Bond. (Attachments: # 1 Affidavit of Owner of Cash Security, # 2 Wire receipt, # 3 Certificate/Proof of Service) (cpS, COURT STAFF) (Filed on 1/9/2018) (Entered: 01/10/2018) |
| 01/10/2018 | 355 | **ORDER PERMANENTLY SEALING EXHIBITS re 354 Letter. Signed by Judge Yvonne Gonzalez Rogers on 1/10/18. (fs, COURT STAFF) (Filed on 1/10/2018) (Entered: 01/10/2018)** |
| 09/14/2018 | 356 | MOTION to Withdraw as Attorney *Michaela Spero* filed by Christopher Corcoran. Responses due by 9/28/2018. Replies due by 10/5/2018. (Spero, Michaela) (Filed on 9/14/2018) Modified on 9/16/2018 (cpS, COURT STAFF). (Entered: 09/14/2018) |
| 09/14/2018 | 357 | MOTION to Withdraw as Attorney *Rebecca Anzidei* filed by Zulema Avis, Debbie Barrett, Ken Bolin, Gilbert Brown, Carolyn Caine, Kevin Cauley, Tyler Clark, Ron W. Coder, Christopher Corcoran, Robert Garber, Elizabeth Gardner, Vincent Gargiulo, Amanda Gilbert, Robert Guarnieri, Zachary Hagert, Robert Jenks, Linda Krone, Michael Norkus, Toni Odorisio, Irma Pacheco, Robert Podgorny, Onnolee Samuelson, Carl Washington, Walter Wulff. Responses due by 9/28/2018. Replies due by 10/5/2018. (Anzidei, Rebecca) (Filed on 9/14/2018) Modified on 9/16/2018 (cpS, COURT STAFF). (Entered: 09/14/2018) |
| 10/03/2018 | 358 | **ORDER by Judge Yvonne Gonzalez Rogers granting 357 Motion to Withdraw as Attorney as to Rebecca Anzidei. (fs, COURT STAFF) (Filed on 10/3/2018) (Entered: 10/03/2018)** |
| 10/03/2018 | 359 | **ORDER by Judge Yvonne Gonzalez Rogers granting 356 Motion to Withdraw as Attorney as to Michaela Spero. (fs, COURT STAFF) (Filed on 10/3/2018) (Entered: 10/03/2018)** |
| 12/05/2018 | 360 | MOTION to Withdraw as Attorney *by Plaintiffs' Attorney Pasquale A. Cipollone* filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Tyler Clark, Christopher Corcoran, Robert Garber, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Toni Odorisio, Onnolee Samuelson, Carl Washington, Walter Wulff. Responses due by 12/19/2018. Replies due by 12/26/2018. (Attachments: # 1 Proposed Order) (Levine, Jonathan) (Filed on 12/5/2018) (Entered: 12/05/2018) |
| 12/20/2018 | 361 | **Order by Judge Yvonne Gonzalez Rogers granting 360 Motion to Withdraw as Attorney by Pasquale Cipollone.(dtmS, COURT STAFF) (Filed on 12/20/2018) (Entered: 12/20/2018)** |
| 06/12/2019 | 362 | USCA Memorandum as to 341 Notice of Appeal,, filed by Gilbert Brown, Onnolee Samuelson, Toni Odorisio, Christopher Corcoran, Debbie Barrett, Carolyn Caine, Zulema Avis, Robert Garber, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Tyler Clark, Amanda Gilbert (jmlS, COURT STAFF) (Filed on 6/12/2019) (Entered: 06/12/2019) |
| 07/05/2019 | 363 | MANDATE of USCA as to 341 Notice of Appeal,, filed by Gilbert Brown, Onnolee Samuelson, Toni Odorisio, Christopher Corcoran, Debbie Barrett, Carolyn Caine, Zulema Avis, Robert Garber, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, Tyler Clark, Amanda Gilbert (jmlS, COURT STAFF) (Filed on 7/5/2019) (Entered: 07/09/2019) |
| 07/10/2019 | 364 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 8/12/2019. Further Case Management Conference set for Monday, 8/19/2019 02:00 PM before Hon. Judge Yvonne Gonzalez Rogers in Oakland, Courtroom 1, 4th Floor. |

| | | *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 7/10/2019) (Entered: 07/10/2019) |
|---|---|---|
| 08/12/2019 | 365 | CASE MANAGEMENT STATEMENT filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington and CVS Pharmacy, Inc. (Pritzker, Elizabeth) (Filed on 8/12/2019) Modified on 8/13/2019 (jmlS, COURT STAFF). (Entered: 08/12/2019) |
| 08/19/2019 | 369 | **\*\*\* ATTACHMENT INCORRECT. SEE \*\*CORRECTED MINUTES\*\* FILED AT DKT. NO. 370\*\*\***<br><br>**Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Further Case Management Conference held on 8/19/2019.Case referred to Private ADR: for Private Mediation to be completed by 12/6/2019. Compliance hearing re name of mediator and date mediation will be held is scheduled for 9/27/2019 at 9:01am. Joint statement filed by 9/20/2019. Motion to Substitute filed by 9/9/2019. Responses due by 10/7/2019. Replies due by 10/21/2019. Motion Hearing set for 11/5/2019 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Jury Selection set for Friday, 4/3/2020 08:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Jury Trial set for Monday, 4/6/2020 08:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Joint Pretrial Statement filed by 3/6/2020. Pretrial Conference set for Friday, 3/20/2020 09:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Compliance hearing regarding filing any dismissals of certain defendants also set for 9/27/2019 09:01 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Filings due 9/20/2019. Total Time in Court: 30 minutes. Court Reporter: Pam Hebel. (fs, COURT STAFF) (Date Filed: 8/19/2019) Modified on 8/23/2019 (fs, COURT STAFF). (Entered: 08/23/2019)** |
| 08/19/2019 | 370 | **\*\*CORRECTED \*\*Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Further Case Management Conference held on 8/19/2019.Case referred to Private ADR: for Private Mediation to be completed by 12/6/2019. Compliance hearing re name of mediator and date mediation will be held is scheduled for 9/27/2019 at 9:01am. Joint statement filed by 9/20/2019. Compliance hearing regarding filing any dismissals of certain defendants also set for 9/27/2019 09:01 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Filings due 9/20/2019 Motion to Substitute filed by 9/9/2019. Responses due by 10/7/2019. Replies due by 10/21/2019. Motion Hearing set for 11/5/2019 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.**<br><br>**Jury Selection set for \*\*Friday, 4/15/2020 08:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.**<br><br>**Jury Trial set for \*\* Monday, 4/20/2020 08:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Joint Pretrial Statement filed by 3/6/2020.**<br><br>**Pretrial Conference set for \*\*Friday, 3/27/2020 09:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.Compliance hearing re pretrial preparation is set for \*\* Friday, 2/28/2020 at 9:01 AM. Joint statement filed by 2/21/2020.. Compliance hearing re pretrial preparation is set for Friday, 2/28/2020 09:01 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Gonzalez Rogers.Total Time in Court: 30 minutes. Court Reporter: Pam Hebel. (fs, COURT STAFF) (Date Filed: 8/19/2019) (Entered: 08/23/2019)** |

| | | |
|---|---|---|
| 08/21/2019 | 366 | STIPULATION WITH PROPOSED ORDER *to Release Bond* filed by Christopher Corcoran, CVS Pharmacy, Inc. (Attachments: # 1 Proposed Order)(Sweeney, Bonny) (Filed on 8/21/2019) Modified on 8/21/2019 (cpS, COURT STAFF). (Entered: 08/21/2019) |
| 08/21/2019 | 367 | Proposed Order re 366 STIPULATION WITH PROPOSED ORDER *to Release Bond Corrected Proposed Order Granting Stipulation for Release of Bond* by Christopher Corcoran. (Sweeney, Bonny) (Filed on 8/21/2019) (Entered: 08/21/2019) |
| 08/23/2019 | 368 | TRANSCRIPT ORDER for proceedings held on August 19, 2019 before Judge Yvonne Gonzalez Rogers by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington, for Court Reporter Pam Batalo. (Levine, Jonathan) (Filed on 8/23/2019) (Entered: 08/23/2019) |
| 08/23/2019 | 371 | **ORDERS UPON NINTH CIRCUIT OPINION AND TRIAL SETTING ORDER. Signed by Judge Yvonne Gonzalez Rogers on 8/23/2019. (fs, COURT STAFF) (Filed on 8/23/2019) (Entered: 08/23/2019)** |
| 08/23/2019 | 372 | **ORDER GRANTING STIPULATION FOR RELEASE OF BOND re 367 Proposed Order filed by Christopher Corcoran. Signed by Judge Yvonne Gonzalez Rogers on 8/23/2019. (fs, COURT STAFF) (Filed on 8/23/2019) (Entered: 08/23/2019)** |
| 08/28/2019 | 373 | Transcript of Proceedings held on 08/19/19, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 368 Transcript Order ) Redaction Request due 9/18/2019. Redacted Transcript Deadline set for 9/30/2019. Release of Transcript Restriction set for 11/26/2019. (Related documents(s) 368 ) (Batalo, Pam) (Filed on 8/28/2019) (Entered: 08/28/2019) |
| 08/28/2019 | | (to correct typo re date) Set/Reset Hearing re 370 Case Management Conference. Jury Selection set for 4/15/**2020** at 08:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. (cpS, COURT STAFF) (Filed on 8/28/2019) (Entered: 08/28/2019) |
| 08/28/2019 | 374 | TRANSCRIPT ORDER for proceedings held on August 19, 2019 before Judge Yvonne Gonzalez Rogers by CVS Pharmacy, Inc., for Court Reporter Pam Batalo. (Geyerman, Grant) (Filed on 8/28/2019) Modified on 8/29/2019 (cpS, COURT STAFF). (Entered: 08/28/2019) |
| 09/09/2019 | 375 | Administrative Motion to File Under Seal filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 Exhibit C to Hay Declaration (Submitted Under Seal), # 4 Certificate/Proof of Service)(Levine, Jonathan) (Filed on 9/9/2019) (Entered: 09/09/2019) |
| 09/09/2019 | 376 | MOTION to Certify Class of New York and Arizona Classes*and to Substitute Class Representatives* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington. Motion Hearing set for 11/5/2019 01:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 10/7/2019. Replies due by 10/21/2019. (Attachments: # 1 Declaration of Elizabeth C. Pritzker, # 2 Exhibit A to Pritzker Decl., # 3 Declaration of Joel W. Hay (Redacted), # 4 Proposed Order)(Pritzker, Elizabeth) (Filed on 9/9/2019) Modified on 9/10/2019 (cpS, COURT STAFF). (Entered: 09/09/2019) |

| 09/16/2019 | 377 | MOTION FOR APPROVAL OF NOTICE PROVIDER, CLASS NOTICE PROGRAM, AND FORMS OF NOTICE filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington. Motion Hearing set for 11/5/2019 01:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 10/7/2019. Replies due by 10/21/2019. (Attachments: # 1 Proposed Order, # 2 Declaration Steven Weisbrot, # 3 Declaration Jonathan K. Levine, # 4 Exhibit Levine Decl. Ex. A, # 5 Exhibit Levine Decl. Ex. B, # 6 Exhibit Levine Decl. Ex. C, # 7 Exhibit Levine Decl. Ex. D, # 8 Exhibit Levine Decl. Ex. E, # 9 Exhibit Levine Decl. Ex. F) (Levine, Jonathan) (Filed on 9/16/2019) Modified on 9/17/2019 (cpS, COURT STAFF). (Entered: 09/16/2019) |
| --- | --- | --- |
| 09/20/2019 | 378 | Joint Statement Regarding Mediation and Dismissal of Certain Plaintiffs and Claims by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington, CVS Pharmacy, Inc. (Pritzker, Elizabeth) (Filed on 9/20/2019) Modified on 9/23/2019 (cpS, COURT STAFF). (Entered: 09/20/2019) |
| 09/20/2019 | 379 | STIPULATION *of Voluntary Dismissal Without Prejudice* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington, CVS Pharmacy Inc. (Pritzker, Elizabeth) (Filed on 9/20/2019) Modified on 9/23/2019 (cpS, COURT STAFF). (Entered: 09/20/2019) |
| 09/20/2019 | 380 | STIPULATION WITH PROPOSED ORDER *Dismissing with Prejudice* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington, CVS Pharmacy Inc. (Pritzker, Elizabeth) (Filed on 9/20/2019) Modified on 9/23/2019 (cpS, COURT STAFF). (Entered: 09/20/2019) |
| 09/23/2019 | 381 | **ORDER by Judge Yvonne Gonzalez Rogers granting 380 Stipulation dismissing some claims with prejudice. (fs, COURT STAFF) (Filed on 9/23/2019) (Entered: 09/23/2019)** |
| 09/23/2019 | 382 | CLERK'S NOTICE VACATING COMPLIANCE HEARING. In light of the filings at Dkt. nos. 378-380, the Friday, 9/27/2019 at 9:01 AM Compliance hearing is VACATED. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 9/23/2019) (Entered: 09/23/2019) |
| 09/23/2019 | 383 | MOTION for leave to appear in Pro Hac Vice *by Robert M. Belden* ( Filing fee $ 310, receipt number 0971-13728806.) Filing fee previously paid on September 23, 2019 filed by CVS Pharmacy, Inc.. (Attachments: # 1 Certificate of Good Standing)(Belden, Robert) (Filed on 9/23/2019) (Entered: 09/23/2019) |
| 09/24/2019 | 384 | **ORDER by Judge Yvonne Gonzalez Rogers granting 383 Motion for Pro Hac Vice as to Robert M. Belden. (fs, COURT STAFF) (Filed on 9/24/2019) (Entered: 09/24/2019)** |
| 09/30/2019 | 385 | Administrative Motion to File Under Seal *(Unopposed)* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 Redacted Version of Proposed Local Rule 7-11 Administrative Motion, # 4 Highlighted Unredacted Under Seal Version of Proposed Local Rule 7-11 Administrative Motion, # 5 Declaration Redacted Version of Decl. of Richard Lewis, # 6 Declaration Highlighted Unredacted Version Under Seal of Decl. of Richard Lewis, # 7 Exhibit C to Decl. of Joel W. Hay Ph.D. (filed under seal), # 8 Certificate/Proof of Service)(Levine, Jonathan) (Filed on 9/30/2019) (Entered: 09/30/2019) |
| 09/30/2019 | 386 | ADMINISTRATIVE MOTION re 376 MOTION to Certify Class of New York and Arizona Classes*and to Substitute Class Representatives* filed by Debbie Barrett, Tyler |

| | | |
|---|---|---|
| | | Clark, Robert Garber, Robert Jenks, Carl Washington. Responses due by 10/4/2019. (Attachments: # 1 Declaration of Richard Lewis (Redacted), # 2 Exhibit A (Proposed Revised Motion), # 3 Exhibit B (Decl. of Joel W. Hay Ph.D.), # 4 Exhibit C (Proposed Order on Proposed Revised Motion), # 5 Proposed Order)(Levine, Jonathan) (Filed on 9/30/2019) (Entered: 09/30/2019) |
| 10/04/2019 | 387 | Administrative Motion to File Under Seal *Opposition to Plaintiffs' Administrative Motion for Leave to Offer Substitute Class Representative* filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration R. Belden Declaration, # 2 Proposed Order Proposed Order, # 3 Redacted Version of Opposition, # 4 Unredacted Version of Opposition) (Geyerman, Grant) (Filed on 10/4/2019) (Entered: 10/04/2019) |
| 10/04/2019 | 388 | OPPOSITION/RESPONSE (re 386 ADMINISTRATIVE MOTION re 376 MOTION to Certify Class of New York and Arizona Classes*and to Substitute Class Representatives* ) filed by CVS Pharmacy, Inc.. (Attachments: # 1 Proposed Order Denying Plaintiffs' Administrative Motion)(Geyerman, Grant) (Filed on 10/4/2019) (Entered: 10/04/2019) |
| 10/07/2019 | 389 | **ORDER by Judge Yvonne Gonzalez Rogers granting 385 Administrative Motion to File Under Seal; granting in part 386 Administrative Motion to Substitute Class Representatives and for Certification of New York and Arizona Classes ; granting 387 Administrative Motion to File Under Seal. (fs, COURT STAFF) (Filed on 10/7/2019) (Entered: 10/07/2019)** |
| 10/07/2019 | 390 | OPPOSITION/RESPONSE (re 377 MOTION FOR APPROVAL OF NOTICE PROVIDER, CLASS NOTICE PROGRAM, AND FORMS OF NOTICE ) filed by CVS Pharmacy, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Order), # 2 Declaration of G. Lewandowski, # 3 Declaration of S. Freytag)(Geyerman, Grant) (Filed on 10/7/2019) (Entered: 10/07/2019) |
| 10/09/2019 | 391 | STIPULATION WITH PROPOSED ORDER *On Briefing Schedule For Plaintiffs' Amended Motion to Substitute* re 389 Order on Administrative Motion to File Under Seal, Order on Administrative Motion per Civil Local Rule 7-11 filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington, and CVS Pharmacy, Inc. (Pritzker, Elizabeth) (Filed on 10/9/2019) Modified on 10/10/2019 (jjbS, COURT STAFF). (Entered: 10/09/2019) |
| 10/10/2019 | 392 | **ORDER [*AS AMENDEDED BY THE COURT*] by Judge Yvonne Gonzalez Rogers granting 391 Stipulation on Briefing Schedule for Plaintiff's Amended Motion to Substitute. (fs, COURT STAFF) (Filed on 10/10/2019) (Entered: 10/10/2019)** |
| 10/10/2019 | | Set/Reset Deadlines as to RE 386-2: Plaintiff's Amended Motion to Substitute: Responses due by 10/21/2019. Replies due by 10/28/2019. Motion Hearing set for 11/12/2019 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. (fs, COURT STAFF) (Filed on 10/10/2019) (Entered: 10/10/2019) |
| 10/10/2019 | | Set/Reset Deadlines as to : 386-2 Amended Motion to Substitute Hearing set for 11/12/2019 AT 01:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. The 2:00 PM time is VACATED. (fs, COURT STAFF) (Filed on 10/10/2019) (Entered: 10/10/2019) |
| 10/10/2019 | | Set/Reset Deadlines as to 377 MOTION FOR APPROVAL OF NOTICE PROVIDER, CLASS NOTICE PROGRAM, AND FORMS OF NOTICE : Motion Hearing set for 11/12/2019 at specially set time of 01:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. (fs, COURT STAFF) (Filed on 10/10/2019) (Entered: 11/08/2019) |

| 10/21/2019 | 393 | REPLY (re 377 MOTION FOR APPROVAL OF NOTICE PROVIDER, CLASS NOTICE PROGRAM, AND FORMS OF NOTICE ) filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington. (Attachments: # 1 Declaration of Steven Weisbrot, # 2 Proposed Order)(Levine, Jonathan) (Filed on 10/21/2019) (Entered: 10/21/2019) |
|---|---|---|
| 10/21/2019 | 394 | Administrative Motion to File Under Seal *re: Opposition to Plaintiffs' Revised Motion to Substitute and to Certify New York and Arizona Classes* filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration In Support of Motion to Seal, # 2 Proposed Order Granting Motion to Seal, # 3 Exhibit Redacted Version of Ex. A, # 4 Exhibit Unredacted Version of Ex. A, # 5 Exhibit Redacted Version of Ex. B, # 6 Exhibit Unredacted Version of Ex. B, # 7 Exhibit Redacted Version of Ex. G, # 8 Exhibit Unredacted Version of Ex. G, # 9 Exhibit Redacted Version of Ex. Q, # 10 Exhibit Unredacted Version of Ex. Q)(Belden, Robert) (Filed on 10/21/2019) (Entered: 10/21/2019) |
| 10/21/2019 | 395 | OPPOSITION/RESPONSE (re 376 MOTION to Certify Class of New York and Arizona Classes*and to Substitute Class Representatives* ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Declaration In Support of Opposition, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S)(Belden, Robert) (Filed on 10/21/2019) (Entered: 10/21/2019) |
| 10/28/2019 | 396 | Administrative Motion to File Under Seal *Confidential Information Submitted with Plaintiffs' Reply in Support of Amended Motion to Substitute Class Representatives and for Certification of New York and Arizona Classes* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington. (Attachments: # 1 Declaration of Bethany L. Caracuzzo, # 2 Proposed Order, # 3 Exhibit B (under seal), # 4 Exhibit C (under seal), # 5 Exhibit F (under seal), # 6 Exhibit G (under seal), # 7 Exhibit H (under seal), # 8 Exhibit I (under seal), # 9 Exhibit J (under seal), # 10 Exhibit K (under seal), # 11 Certificate/Proof of Service)(Caracuzzo, Bethany) (Filed on 10/28/2019) (Entered: 10/28/2019) |
| 10/28/2019 | 397 | REPLY (re 376 MOTION to Certify Class of New York and Arizona Classes*and to Substitute Class Representatives* ) filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Exhibit A, # 3 Exhibit B and C (filed under seal), # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F through L (filed under seal))(Levine, Jonathan) (Filed on 10/28/2019) (Entered: 10/28/2019) |
| 10/28/2019 | 398 | First ADMINISTRATIVE MOTION for Leave to File a Sur-Reply filed by CVS Pharmacy, Inc.. Responses due by 11/1/2019. (Attachments: # 1 Declaration of G. Geyerman, # 2 Exhibit A to Declaration of G. Geyerman, # 3 Proposed Order)(Geyerman, Grant) (Filed on 10/28/2019) Modified on 10/29/2019 (cpS, COURT STAFF). (Entered: 10/28/2019) |
| 10/31/2019 | 399 | Administrative Motion to File Under Seal *Confidential Information Submitted With Plaintiffs Response to CVS Pharmacy Inc.s Administrative Motion for Leave to File Sur-Reply* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Declaration of Christian J. Clapp, # 3 Proposed Order, # 4 Exhibit A (under seal), # 5 Exhibit B (under seal), # 6 Certificate/Proof of Service)(Levine, Jonathan) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 10/31/2019 | 400 | OPPOSITION/RESPONSE (re 398 First ADMINISTRATIVE MOTION for Leave to File a Sur-Reply ) filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl |

| | | |
|---|---|---|
| | | Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Exhibit A (redacted), # 3 Exhibit B (redacted))(Levine, Jonathan) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 11/12/2019 | 401 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Motion Hearing held and submitted on 11/12/2019. re [386-2] Amended Motion to Substitute Class Representatives and for Certification of New York and Arizona Classes; re 377 MOTION FOR APPROVAL OF NOTICE PROVIDER, CLASS NOTICE PROGRAM, AND FORMS OF NOTICE filed by Robert Jenks, Robert Garber, Carl Washington, Debbie Barrett, Tyler Clark. Status Report due by Friday, 11/15/2019.Total Time in Court: 1:34. Court Reporter: Pam Hebel. (fs, COURT STAFF) (Date Filed: 11/12/2019) (Entered: 11/13/2019)** |
| 11/15/2019 | 402 | TRANSCRIPT ORDER for proceedings held on 11/12/19 before Judge Yvonne Gonzalez Rogers by CVS Pharmacy, Inc., for Court Reporter Pam Batalo. (Geyerman, Grant) (Filed on 11/15/2019) (Entered: 11/15/2019) |
| 11/15/2019 | 403 | JOINT STATUS REPORT RE PLAINTIFFS' MOTION TO APPROVE CLASS NOTICE PRORAM AND FORMS OF NOTICE by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington. (Attachments: # 1 Exhibit A - Proposed Order)(Levine, Jonathan) (Filed on 11/15/2019) Modified on 11/18/2019 (cpS, COURT STAFF). (Entered: 11/15/2019) |
| 11/19/2019 | 404 | Transcript of Proceedings held on 11/12/19, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 402 Transcript Order ) Redaction Request due 12/10/2019. Redacted Transcript Deadline set for 12/20/2019. Release of Transcript Restriction set for 2/18/2020. (Related documents(s) 402 ) (Batalo, Pam) (Filed on 11/19/2019) (Entered: 11/19/2019) |
| 11/19/2019 | 405 | MOTION for leave to appear in Pro Hac Vice *by Ayla Syed* ( Filing fee $ 310, receipt number 0971-13904236.) filed by CVS Pharmacy, Inc.. (Attachments: # 1 Certificate of Good Standing)(Syed, Ayla) (Filed on 11/19/2019) (Entered: 11/19/2019) |
| 11/20/2019 | 406 | **ORDER by Judge Yvonne Gonzalez Rogers granting 405 Motion for Pro Hac Vice as to Ayla S. Syed. (fs, COURT STAFF) (Filed on 11/20/2019) (Entered: 11/20/2019)** |
| 11/22/2019 | 407 | **ORDER GRANTING AMENDED MOTION TO SUBSTITUTE CLASS REPRESENTATIVES AND FOR CERTIFICATION OF NEW YORK AND ARIZONA CLASSES, AND (2) GRANTING IN PART AND DENYING IN PART MOTION FOR APPROVAL OF NOTICE PROVIDER AND CLASS NOTICE PROGRAM by Judge Yvonne Gonzalez Rogers granting [386-2] Amended Motion to Certify Class; granting in part and denying in part 377 Motion for Approval of the Notice Provider and for Approval of the class notice program. (fs, COURT STAFF) (Filed on 11/22/2019) (Entered: 11/22/2019)** |
| 12/02/2019 | 408 | Proposed Order Approving Forms of Class Notice re 407 Order on Motion to Certify Class by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Carl Washington, Darlene McAfee, Stephen Sullivan. (Attachments: # 1 Exhibit A - Short Form Notice, # 2 Exhibit B - Long Form Notice)(Levine, Jonathan) (Filed on 12/2/2019) Modified on 12/3/2019 (cpS, COURT STAFF). (Entered: 12/02/2019) |

| | | |
|---|---|---|
| 12/03/2019 | 409 | **ORDER APPROVING FORMS OF CLASS NOTICE re 408 Proposed Order, filed by Robert Jenks, Robert Garber, Darlene McAfee, Carl Washington, Debbie Barrett, Tyler Clark, Stephen Sullivan.. Signed by Judge Yvonne Gonzalez Rogers on 12/3/2019. (fs, COURT STAFF) (Filed on 12/3/2019) (Entered: 12/03/2019)** |
| 12/10/2019 | 410 | NOTICE of Appearance by Samantha Stein (Stein, Samantha) (Filed on 12/10/2019) (Entered: 12/10/2019) |
| 12/10/2019 | 411 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971-13966128.) Filing fee previously paid on 12/10/2019 filed by Debbie Barrett, Tyler Clark, Robert Garber, Amanda Gilbert, Stephen Sullivan, Carl Washington, Walter Wulff. (Attachments: # 1 Certificate of Good Standing)(DiSalvo, Theodore) (Filed on 12/10/2019) Modified on 12/11/2019 (cpS, COURT STAFF). (Entered: 12/10/2019) |
| 12/11/2019 | 412 | **ORDER by Judge Yvonne Gonzalez Rogers granting 411 Motion for Pro Hac Vice as to Theodore F. DiSalvo. (fs, COURT STAFF) (Filed on 12/11/2019) (Entered: 12/11/2019)** |
| 12/11/2019 | | Electronic filing error. Judge initials are missing re 411 Motion for Pro Hac Vice as to Theodore F. DiSalvo.<br><br>Counsel need not re-file the document, but should reference th e judge initials as YGR after the case number, and correctly reflected on your document as 4:15-cv-03504-YGR on future filings. (cpS, COURT STAFF) (Filed on 12/11/2019) (Entered: 12/11/2019) |
| 01/08/2020 | 413 | CLERK'S NOTICE CONTINUING PRETRIAL CONFERENCE TO MONDAY 3/30/2020 AT 9:00AM. The Pretrial Conference set for Friday, 3/27/2020 is VACATED and RE-SET for Monday, 3/30/2020 09:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 1/8/2020) (Entered: 01/08/2020) |
| 01/22/2020 | 414 | MOTION for leave to appear in Pro Hac Vice *Kathryn E. Hoover* ( Filing fee $ 310, receipt number 0971-14094870.) filed by CVS Pharmacy, Inc.. (Attachments: # 1 Certificate of Good Standing)(Hoover, Kathryn) (Filed on 1/22/2020) Modified on 1/23/2020 (cpS, COURT STAFF). (Entered: 01/22/2020) |
| 01/24/2020 | 415 | **ORDER by Judge Yvonne Gonzalez Rogers granting 414 Motion for Pro Hac Vice as to Kathryn E. Hoover. (fs, COURT STAFF) (Filed on 1/24/2020) (Entered: 01/24/2020)** |
| 01/24/2020 | 416 | MOTION for leave to appear in Pro Hac Vice *as to Craig D. Singer* ( Filing fee $ 310, receipt number 0971-14105266.) filed by CVS Pharmacy, Inc.. (Attachments: # 1 Certificate of Good Standing)(Singer, Craig) (Filed on 1/24/2020) Modified on 1/27/2020 (cpS, COURT STAFF). (Entered: 01/24/2020) |
| 01/28/2020 | 417 | **ORDER by Judge Yvonne Gonzalez Rogers granting 416 Motion for Pro Hac Vice as to Craig D. Singer. (fs, COURT STAFF) (Filed on 1/28/2020) (Entered: 01/28/2020)** |
| 02/06/2020 | 418 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Dial in Telephone Conference held on 2/6/2020. Dial in Telephone Conference set for Monday, 2/10/2020 04:00 PM in Oakland, Chambers before Judge Yvonne Gonzalez Rogers.Total Time in Court: 20 minutes. Court Reporter: NOT REPORTED. (fs, COURT STAFF) (Date Filed: 2/6/2020) (Entered: 02/10/2020)** |

| | | |
|---|---|---|
| 02/10/2020 | 419 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Telephone Conference held on 2/10/2020. Telephone Conference set for Tuesday, 2/18/2020 01:50 PM in Oakland, Chambers of Judge Yvonne Gonzalez Rogers.Total Time in Court: 10 minutes. Court Reporter: NOT REPORTED. (fs, COURT STAFF) (Date Filed: 2/10/2020) (Entered: 02/11/2020)** |
| 02/18/2020 | 420 | JOINT STIPULATION re Trial Date filed by CVS Pharmacy, Inc. (Geyerman, Grant) (Filed on 2/18/2020) Modified on 2/19/2020 (jjbS, COURT STAFF). (Entered: 02/18/2020) |
| 02/18/2020 | 421 | CLERK'S NOTICE VACATING TELEPHONE CONFERENCE. In light of the filing of the joint stipulation re trial date [Dkt. No. 420] the dial in Telephone conference call set for 2/18/2020 at 1:50 PM PST is VACATED.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 2/18/2020) (Entered: 02/18/2020) |
| 02/18/2020 | 422 | **ORDER [\*AS MODIFIED BY THE COURT\*] GRANTING JOINT STIPULATION re 420 Stipulation filed by CVS Pharmacy, Inc. Trial shall begin on Monday, August 10, 2020. Signed by Judge Yvonne Gonzalez Rogers on 2/18/2020. (fs, COURT STAFF) (Filed on 2/18/2020) (Entered: 02/18/2020)** |
| 02/18/2020 | | Set/Reset Hearing re 422 Stipulation and Order: Jury Selection set for 8/10/2020 09:00 AM regarding Juror Panel; Counsel to be present at 8:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Jury Trial set for 8/10/2020 08:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. (fs, COURT STAFF) (Filed on 2/18/2020) (Entered: 02/18/2020) |
| 02/19/2020 | | Electronic filing error. No proposed order provided and Incorrect event used. [err101]. Correct event is "STIPULATION WITH PROPOSED ORDER." Event can be found under Civi l Events > Motions and Related Filings > Stipulations > Stipulation with Proposed Order. **No further action is necessary.** Re: 420 Stipulation filed by Toni Odorisio, Christopher Corcoran, Carolyn Caine, Stephen Sullivan, Robert Jenks, Zachary Hagert, Carl Washington, Walter Wulff, Vincent Gargiulo, CVS Pharmacy, Inc., Amanda Gilbert, Onnolee Samuelson, Gilbert Brown, Darlene McAfee, Debbie Barrett, Zulema Avis, Robert Garber, Tyler Clark (jjbS, COURT STAFF) (Filed on 2/19/2020) (Entered: 02/19/2020) |
| 02/28/2020 | 423 | JOINT Proposed Amended Case Schedule filed by Zulema Avis, Debbie Barrett, Gilbert Brown, Carolyn Caine, Christopher Corcoran, Vincent Gargiulo, Amanda Gilbert, Zachary Hagert, Robert Jenks, Darlene McAfee, Toni Odorisio, Onnolee Samuelson, Stephen Sullivan, Carl Washington, Walter Wulff, and CVS Pharmacy Inc. (Sweeney, Bonny) (Filed on 2/28/2020) Modified on 3/2/2020 (jjbS, COURT STAFF). (Entered: 02/28/2020) |
| 03/02/2020 | 424 | NOTICE of Change of Address by Jonathan Krasne Levine (Levine, Jonathan) (Filed on 3/2/2020) (Entered: 03/02/2020) |
| 03/10/2020 | 425 | **ORDER RE: TRIAL SCHEDULING re 423 Joint statement as to counsel complying with pretrial setting instructions filed by 6/29/2020. Compliance hearing re pretrial preparation set for Monday, 7/6/2020 09:01 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Joint Pretrial Statement filed 7/10/2020. Pretrial Conference set for Friday, 7/24/2020 09:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Defendants' to file Statement by 3/27/2020. Compliance hearing informing this court regarding trial schedule in the: In re Opiod Litigation; will be held in this action on Friday, 4/3/2020 09:01 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Signed by** |

| | | Judge Yvonne Gonzalez Rogers on 3/10/2020. (fs, COURT STAFF) (Filed on 3/10/2020) (Entered: 03/10/2020) |
|---|---|---|
| 03/12/2020 | 426 | **ORDER SUSPENDING IN-PERSON APPEARANCES IN RESPONSE TO CORONAVIRUS (COVID-19).** Signed by Judge Yvonne Gonzalez Rogers on 03/12/2020. (ygrlc2, COURT STAFF) (Filed on 3/12/2020) (Entered: 03/12/2020) |
| 03/27/2020 | 427 | NOTICE *Regarding Trial Status of In re Opioid Litigation, No. 400000/2017 (Nassau Cnty, NY Sup. Ct.)* by CVS Pharmacy, Inc. (McNamara, Colleen) (Filed on 3/27/2020) Modified on 3/30/2020 (jjbS, COURT STAFF). (Entered: 03/27/2020) |
| 04/01/2020 | 428 | **ORDER RE: DEFENDANTS' NOTICE re TRIAL STATUS re 427 Notice (Other) filed by CVS Pharmacy, Inc. Motions in limine and proposed jury instructions Hearing set for WEDNESDAY, 5/13/2020 09:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Signed by Judge Yvonne Gonzalez Rogers on 4/1/2020. (fs, COURT STAFF) (Filed on 4/1/2020) (Entered: 04/01/2020)** |
| 04/03/2020 | 429 | ADMINISTRATIVE MOTION re motion to Extend Exclusion Deadline for Certain Class Members re 409 Order, *Approving Forms of Class Notice* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. Responses due by 4/7/2020. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order)(Levine, Jonathan) (Filed on 4/3/2020) Modified on 4/6/2020 (jjbS, COURT STAFF). (Entered: 04/03/2020) |
| 04/03/2020 | 430 | **ORDER by Judge Yvonne Gonzalez Rogers granting 429 Administrative Motion to Extend Deadline. (fs, COURT STAFF) (Filed on 4/3/2020) (Entered: 04/03/2020)** |
| 04/15/2020 | 431 | CLERKS NOTICE RE STATUS CONFERENCE SET ON THURSDAY, 4/16/2020.<br><br>The Status Conference hearing set in this case on 4/16/2020 will be held by Zoom Webinar at 9:15 AM.<br>Members of the press and public may attend the webinar as non-participating attendees at thefollowing link:<br><br>[https://zoom.us/j/94442025052?pwd=SlZiNGJPaFJkektsaEZVelA3MVNlZz09]<br><br>Webinar ID: 944 4202 5052<br>Password: 970026<br>or<br>Dial +1 312 626 6799<br><br>PLEASE NOTE: Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference). See General Order 58 at Paragraph III. Any recording of a court proceeding held by video or teleconference, including screen-shots or other visual copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.<br>Please see [https://www.cand.uscourts.gov/zoom/] for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.<br><br>*(This is a text-only entry generated by the court. There is no document associated with* |

| | | |
|---|---|---|
| | | *this entry.)* (fs, COURT STAFF) (Filed on 4/15/2020) Modified on 4/15/2020 (fs, COURT STAFF). (Entered: 04/15/2020) |
| 04/16/2020 | [432](#) | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Status Conference held on 4/16/2020.Total Time in Court: 20 minutes. Court Reporter: Not reported. Not Recorded. (fs, COURT STAFF) (Date Filed: 4/16/2020) (Entered: 04/20/2020)** |
| 05/05/2020 | [433](#) | MOTION in Limine filed by CVS Pharmacy, Inc.. Motion Hearing set for 5/13/2020 09:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 5/5/2020. (Attachments: # [1](#) Memorandum in Support of CVS MIL #1, # [2](#) Memorandum in Support of CVS MIL #2, # [3](#) Memorandum in Support of CVS MIL #3, # [4](#) Memorandum in Support of CVS MIL #4, # [5](#) Memorandum in Support of CVS MIL #5, # [6](#) Memorandum in Support of CVS MIL #6, # [7](#) Memorandum in Support of CVS MIL #7, # [8](#) Memorandum in Support of CVS MIL # 8, # [9](#) Proposed Order Proposed Order Granting CVS's Motions in Limine)(McNamara, Colleen) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | [434](#) | Declaration of Grant A. Geyerman in Support of [433](#) MOTION in Limine filed by CVS Pharmacy, Inc.. (Attachments: # [1](#) Index of Exhibits re: CVS's Motions in Limine Briefing, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6, # [8](#) Exhibit 7, # [9](#) Exhibit 8, # [10](#) Exhibit 9, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12)(Related document(s) [433](#) ) (McNamara, Colleen) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | [435](#) | EXHIBITS re [433](#) MOTION in Limine filed by CVS Pharmacy, Inc.. (Attachments: # [1](#) Exhibit 13, # [2](#) Exhibit 14, # [3](#) Exhibit 15, # [4](#) Exhibit 16, # [5](#) Exhibit 17, # [6](#) Exhibit 18, # [7](#) Exhibit 19, # [8](#) Exhibit 20, # [9](#) Exhibit 21, # [10](#) Exhibit 22, # [11](#) Exhibit 23, # [12](#) Exhibit 24, # [13](#) Exhibit 25)(Related document(s) [433](#) ) (McNamara, Colleen) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | [436](#) | EXHIBITS re [433](#) MOTION in Limine filed by CVS Pharmacy, Inc.. (Attachments: # [1](#) Exhibit 26, # [2](#) Exhibit 27, # [3](#) Exhibit 28, # [4](#) Exhibit 29, # [5](#) Exhibit 30, # [6](#) Exhibit 31, # [7](#) Exhibit 32, # [8](#) Exhibit 33, # [9](#) Exhibit 34, # [10](#) Exhibit 35, # [11](#) Exhibit 36, # [12](#) Exhibit 37)(Related document(s) [433](#) ) (McNamara, Colleen) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | [437](#) | NOTICE of Appearance by Caroline Camille Corbitt (Corbitt, Caroline) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | [438](#) | Administrative Motion to File Under Seal *re: CVS's Motions in Limine Briefing* filed by CVS Pharmacy, Inc.. (Attachments: # [1](#) Declaration Declaration of Thomas Moffatt, # [2](#) Proposed Order, # [3](#) Redacted Version of CVS Motion in Limine #3, # [4](#) Unredacted Version of CVS Motion in Limine #3, # [5](#) Redacted Version of CVS Motion in Limine #5, # [6](#) Unredacted Version of CVS Motion in Limine #5, # [7](#) Unredacted Version of Exhibit #11, # [8](#) Unredacted Version of Exhibit #12, # [9](#) Unredacted Version of Exhibit #13, # [10](#) Redacted Version of Exhibit #17, # [11](#) Unredacted Version of Exhibit #17, # [12](#) Redacted Version of Exhibit #18, # [13](#) Unredacted Version of Exhibit #18, # [14](#) Redacted Version of Exhibit #19, # [15](#) Unredacted Version of Exhibit #19, # [16](#) Redacted Version of Exhibit #20, # [17](#) Unredacted Version of Exhibit #20)(McNamara, Colleen) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | [439](#) | EXHIBITS re [438](#) Administrative Motion to File Under Seal *re: CVS's Motions in Limine Briefing* filed by CVS Pharmacy, Inc.. (Attachments: # [1](#) Redacted Version of Exhibit #21, # [2](#) Unredacted Version of Exhibit #21, # [3](#) Redacted Version of Exhibit #22, # [4](#) Unredacted Version of Exhibit #22, # [5](#) Redacted Version of Exhibit #24, # [6](#) Unredacted Version of Exhibit #24, # [7](#) Redacted Version of Exhibit #25, # [8](#) Unredacted Version of |

| | | |
|---|---|---|
| | | Exhibit #25, # 9 Redacted Version of Exhibit #26, # 10 Unredacted Version of Exhibit #26, # 11 Redacted Version of Exhibit #27, # 12 Unredacted Version of Exhibit #27, # 13 Redacted Version of Exhibit #29, # 14 Unredacted Version of Exhibit #29)(Related document(s) 438 ) (McNamara, Colleen) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | 440 | MOTION in Limine filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. Motion Hearing set for 5/13/2020 09:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 5/5/2020. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Proposed Order)(Levine, Jonathan) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | 441 | EXHIBITS re 438 Administrative Motion to File Under Seal *re: CVS's Motions in Limine Briefing* filed byCVS Pharmacy, Inc.. (Attachments: # 1 Redacted Version of Exhibit #31, # 2 Unredacted Version of Exhibit #31, # 3 Redacted Version of Exhibit #32, # 4 Unredacted Version of Exhibit #32, # 5 Redacted Version of Exhibit #33, # 6 Unredacted Version of Exhibit #33, # 7 Redacted Version of Exhibit #34, # 8 Unredacted Version of Exhibit #34, # 9 Redacted Version of Exhibit #35, # 10 Unredacted Version of Exhibit #35)(Related document(s) 438 ) (McNamara, Colleen) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | 442 | OPPOSITION/RESPONSE (re 440 MOTION in Limine ) *Omnibus Opposition to Plaintiffs' Motions in Limine* filed byCVS Pharmacy, Inc.. (McNamara, Colleen) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | 443 | OPPOSITION/RESPONSE (re 433 MOTION in Limine ) *Plaintiffs' Omnibus Response to CVS's Motions in Limine* filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Exhibit A (redacted))(Pritzker, Elizabeth) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | 444 | NOTICE by CVS Pharmacy, Inc. *of Additional Documents for the May 13, 2020 Hearing* (Attachments: # 1 Exhibit CVS Proposal for Adjudication of Individualized Issues, # 2 Exhibit CVS Proposed Verdict Form)(Geyerman, Grant) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | 445 | RESPONSE re 444 Notice (Other), *Plaintiffs' Opposition to CVS's Proposal for Adjudication of Individualized Issues* by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Pritzker, Elizabeth) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | 446 | Proposed Form of Verdict by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington . (Attachments: # 1 Exhibit Plaintiffs' Proposed Verdict Form)(Pritzker, Elizabeth) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | 447 | Proposed Jury Instructions by Parties *[Proposed] Joint Jury Instructions Submitted by Plaintiffs and CVS*. (Pritzker, Elizabeth) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/06/2020 | 448 | NOTICE *and Request re: Oral Argument* by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington (Pritzker, Elizabeth) (Filed on 5/6/2020) Modified on 5/7/2020 (jmlS, COURT STAFF). (Entered: 05/06/2020) |
| 05/08/2020 | 449 | Notice and Request Regarding May 13, 2020 Oral Argument by CVS Pharmacy, Inc. (Geyerman, Grant) (Filed on 5/8/2020) Modified on 5/11/2020 (cjlS, COURT STAFF). |

| | | (Entered: 05/08/2020) |
|---|---|---|
| 05/08/2020 | 450 | CLERKS NOTICE SETTING ZOOM HEARING. Pretrial Conference set for Wednesday, 5/13/2020 will be held at 11:30 AM before Judge Yvonne Gonzalez Rogers and the Motions in Limine Hearing set for 5/13/2020 will be held at 11:30 AM before Judge Yvonne Gonzalez Rogers. The 9:30am time is VACATED. |

CLERKS NOTICE RE: Pretrial Conference SET ON Wednesday, 5/13/2020.The Pretrial Conference set in this case on 5/13/2020 will be held by Zoom Webinar at 11:30 a.m.

Any person who wishes to appear or to attend/observe the hearing may do so by joining the Zoom webinar by using the links and/or dial-in information below. Parties will be instructed use the raise hand function in order make their appearance at the hearing.

https://us02web.zoom.us/j/92927051072?
pwd=TkNEY3N3VHdDT2tLZ2lSMWNMVHZUQT09

Password: 015046

Or go to:

[ https://zoom.us/join ]

Webinar ID: 929 2705 1072
Password: 015046

By Telephone
1 929 205 6099
Webinar ID: 929 2705 1072
Password: 015046

PLEASE NOTE: Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference). See General Order 58 at Paragraph III. Any recording of a court proceeding held by video or teleconference, including screenshots or other visual copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.

Please see [ https://www.cand.uscourts.gov/zoom/ ] for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.

For Zoom connection, see: https://apps.cand.uscourts.gov/telhrg/

This proceeding will be a Zoom video conferencing webinar.

*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 5/8/2020)

| | | (Entered: 05/08/2020) |
|---|---|---|
| 05/11/2020 | 451 | CVS Reply Brief in support of CVS's Proposal for Adjudication of Individualized Issues re 445 Response (Non Motion) by CVS Pharmacy, Inc. (Geyerman, Grant) (Filed on 5/11/2020) Modified on 5/12/2020 (jjbS, COURT STAFF). (Entered: 05/11/2020) |
| 05/13/2020 | 454 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Pretrial Conference held on 5/13/2020 and Motions in Limine Hearing held on 5/13/2020. Total Time in Court: 2:37. Court Reporter: Diane Skillman. (fs, COURT STAFF) (Date Filed: 5/13/2020) (Entered: 05/19/2020)** |
| 05/15/2020 | 452 | TRANSCRIPT ORDER for proceedings held on 05/13/2020 before Judge Yvonne Gonzalez Rogers by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington, for Court Reporter Diane Skillman. (Corbitt, Caroline) (Filed on 5/15/2020) (Entered: 05/15/2020) |
| 05/18/2020 | 453 | TRANSCRIPT ORDER for proceedings held on 5/13/2020 before Judge Yvonne Gonzalez Rogers by CVS Pharmacy, Inc., for Court Reporter Diane Skillman. (McNamara, Colleen) (Filed on 5/18/2020) (Entered: 05/18/2020) |
| 05/22/2020 | 455 | Transcript of Proceedings held on May 13, 2020, before Judge Yvonne Gonzalez Rogers. Court Reporter Diane E. Skillman, telephone number 925-899-2912, Diane_Skillman@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 452 Transcript Order, ) Release of Transcript Restriction set for 8/20/2020. (Related documents(s) 452 ) (Skillman, Diane) (Filed on 5/22/2020) (Entered: 05/22/2020) |
| 05/22/2020 | 456 | **ORDER RE: NOTICE OF VACATED JURY TRIAL; SETTING COMPLIANCE HEARING. Joint filing is due by 6/5/2020. Compliance hearing set for 6/12/2020 09:01 AM before Judge Yvonne Gonzalez Rogers and will be held via the Zoom Platform. Signed by Judge Yvonne Gonzalez Rogers on 5/22/2020.**<br><br>**(fs, COURT STAFF) (Filed on 5/22/2020) (Entered: 05/22/2020)** |
| 06/05/2020 | 457 | Joint Submission re: Trial Date and Pretrial Schedule re 456 Order by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington, and CVS Pharmacy, Inc. (Pritzker, Elizabeth) (Filed on 6/5/2020) Modified on 6/5/2020 (jjbS, COURT STAFF). (Entered: 06/05/2020) |
| 06/11/2020 | 458 | CLERK'S NOTICE VACATING COMPLIANCE HEARING. In light of the filing at Dkt. no. 457, the Friday, 6/12/2020 at 9:01 AM Compliance Hearing is VACATED.<br><br>. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 6/11/2020) (Entered: 06/11/2020) |
| 06/11/2020 | 459 | Declaration of Brian Devery *of Angeion Group, LLC re: Exclusion Requests* filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Exhibit A)(Levine, Jonathan) (Filed on 6/11/2020) (Entered: 06/11/2020) |
| 06/11/2020 | 460 | Administrative Motion to File Under Seal filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 Exhibit A |

|  |  | to Declaration of Brian Devery of Angeion Group, LLC re: Exclusion Requests, # 4 Proof of Service)(Levine, Jonathan) (Filed on 6/11/2020) (Entered: 06/11/2020) |
|---|---|---|
| 06/30/2020 | 461 | **ORDER by Judge Yvonne Gonzalez Rogers granting 460 Administrative Motion to File Under Seal. Joint proposed pretrial schedule filed by 7/24/2020. Compliance hearing set 7/31/2020 at 9:01 AM. Jury Selection set for 6/1/2021 08:30 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers [JURY SELECTION IS HELD IN THE WEEK PRIOR TO THE JURY TRIAL DATE]. Jury Trial set for 6/1/2021 08:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. (fs, COURT STAFF) (Filed on 6/30/2020) (Entered: 06/30/2020)** |
| 06/30/2020 |  | Set/Reset Hearing re 461 Order on Administrative Motion to File Under Seal and Set Jury Trial date and Compliance date: Compliance hearing is set for Friday, 7/31/2020 09:01 AM before Judge Yvonne Gonzalez Rogers. (fs, COURT STAFF) (Filed on 6/30/2020) (Entered: 06/30/2020) |
| 07/23/2020 | 462 | Joint Proposed Amended Case Schedule filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington and CVS Pharmacy, Inc. (Pritzker, Elizabeth) (Filed on 7/23/2020) Modified on 7/24/2020 (ajsS, COURT STAFF). (Entered: 07/23/2020) |
| 07/27/2020 | 463 | **ORDER Granting Amended Case Schedule re 462 Joint Case Management Statement, filed by Robert Jenks, Robert Garber, Darlene McAfee, Carl Washington, Debbie Barrett, Tyler Clark, CVS Pharmacy, Inc., Stephen Sullivan. Signed by Judge Yvonne Gonzalez Rogers on 7/27/2020. (fs, COURT STAFF) (Filed on 7/27/2020) (Entered: 07/27/2020)** |
| 07/28/2020 | 464 | **REVISED PRETRIAL SCHEDULE; AND VACATING COMPLIANCE DEADLINE. Joint Statement re pretrial compliance filed 4/16/2021. Joint Pretrial Conference Statement filed 4/30/2021. Pretrial Conference set for 5/14/2021 09:00 AM before Judge Yvonne Gonzalez Rogers. Trial readiness binder submitted 5/7/2021. Final set of exhibits to the Court by 5/28/2021. Compliance hearing set for 4/23/2021 09:01 AM before Judge Yvonne Gonzalez Rogers. Jury Trial set 6/1/2021 at 8:30am. Signed by Judge Yvonne Gonzalez Rogers on 7/28/2020. (fs, COURT STAFF) (Filed on 7/28/2020) (Entered: 07/28/2020)** |
| 10/06/2020 | 465 | MOTION to Withdraw as Attorney *for Plaintiffs by Edward H. Meyers* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. Responses due by 10/20/2020. Replies due by 10/27/2020. (Attachments: # 1 Proposed Order)(Levine, Jonathan) (Filed on 10/6/2020) (Entered: 10/06/2020) |
| 10/14/2020 | 466 | **ORDER by Judge 10/14/2020 granting 465 Motion to Withdraw as Attorney as to Edward H. Meyers. (fs, COURT STAFF) (Filed on 10/14/2020) (Entered: 10/14/2020)** |
| 01/19/2021 | 467 | NOTICE of Change of Address by Richard S. Lewis (Lewis, Richard) (Filed on 1/19/2021) (Entered: 01/19/2021) |
| 01/19/2021 | 468 | MOTION For Relief From the Case Management Schedule to Permit Plaintiffs to Substitute Expert Dr. Joel W. Hay filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. Motion Hearing set for 2/23/2021 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 2/2/2021. Replies due by 2/9/2021. (Attachments: # 1 Appendix A, # 2 Proposed Order)(Sweeney, Bonny) (Filed on 1/19/2021) (Entered: 01/19/2021) |

| 02/02/2021 | 469 | OPPOSITION/RESPONSE (re 468 MOTION For Relief From the Case Management Schedule to Permit Plaintiffs to Substitute Expert Dr. Joel W. Hay ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Grant A. Geyerman, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Proposed Order)(Geyerman, Grant) (Filed on 2/2/2021) (Entered: 02/02/2021) |
|---|---|---|
| 02/09/2021 | 470 | REPLY (re 468 MOTION For Relief From the Case Management Schedule to Permit Plaintiffs to Substitute Expert Dr. Joel W. Hay ) filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Pritzker, Elizabeth) (Filed on 2/9/2021) (Entered: 02/09/2021) |
| 02/11/2021 | 471 | **ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE TO PERMIT PLAINTIFFS TO SUBSTITUTE DR. JOEL W. HAY by Judge Yvonne Gonzalez Rogers; granting in part and denying in part 468 Motion.Documents: 3/1/2021. Designations: 3/19/2021. Deposition:3/15/2021. (fs, COURT STAFF) (Filed on 2/11/2021) (Entered: 02/11/2021)** |
| 02/18/2021 | 472 | **PRETRIAL ORDER NO. 1 RE: MOTIONS IN LIMINE. Signed by Judge Yvonne Gonzalez Rogers on 2/18/2021. (fs, COURT STAFF) (Filed on 2/18/2021) (Entered: 02/18/2021)** |
| 03/01/2021 | 473 | Administrative Motion to File Under Seal *PLAINTIFFS NOTICE REGARDING ORDER [DKT. NO. 471]* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Redacted Version of December 9, 2016 Expert Report, # 4 Unredacted Version of December 9, 2016 Expert Report, # 5 Redacted Version of January 27, 2017 Expert Rebuttal Report, # 6 Unredacted Version of January 27, 2017 Expert Rebuttal Report, # 7 Redacted Version of June 6, 2017 Amended & Supplemented Expert Declaration, # 8 Unredacted Version of June 6, 2017 Amended & Supplemented Expert Declaration, # 9 Redacted Version of September 30, 2019 Expert Declaration, # 10 Unredacted Version of September 30, 2019 Expert Declaration, # 11 Certificate/Proof of Service)(Levine, Jonathan) (Filed on 3/1/2021) (Entered: 03/01/2021) |
| 03/01/2021 | 474 | NOTICE by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington re 471 Order on Motion for Miscellaneous Relief, (Attachments: # 1 December 9, 2016 Expert Report, # 2 January 27, 2017 Expert Rebuttal Report, # 3 June 6, 2017 Amended & Supplemented Expert Declaration, # 4 June 14, 2017 Addendum, # 5 September 30, 2019 Expert Declaration)(Levine, Jonathan) (Filed on 3/1/2021) (Entered: 03/01/2021) |
| 03/05/2021 | 475 | Declaration of Thomas S. Moffatt in Support of 473 Administrative Motion to File Under Seal *PLAINTIFFS NOTICE REGARDING ORDER [DKT. NO. 471]* filed byCVS Pharmacy, Inc.. (Related document(s) 473 ) (Geyerman, Grant) (Filed on 3/5/2021) (Entered: 03/05/2021) |
| 03/12/2021 | 476 | **PRETRIAL ORDER NO. 2 RE WITNESS LISTS AND JURY QUESTIONNAIRE. Signed by Judge Yvonne Gonzalez Rogers on 3/12/2021. (Attachments: #(1) Exhibit: Jury Questionnaire(fs, COURT STAFF) (Filed on 3/12/2021) (Entered: 03/12/2021)** |
| 03/12/2021 | 477 | **ORDER [*AS AMENDED BY THE COURT*] by Judge Yvonne Gonzalez Rogers granting in part 473 Administrative Motion to File Under Seal Documents Designated Confidential. (fs, COURT STAFF) (Filed on 3/12/2021) (Entered: 03/12/2021)** |
| 03/15/2021 | 478 | Letter from CVS Pharmacy, Inc. Requesting Teleconference . (Geyerman, Grant) (Filed on 3/15/2021) (Entered: 03/15/2021) |

| | | |
|---|---|---|
| 03/15/2021 | 479 | Letter from Plaintiffs re Teleconference Request . (Attachments: # 1 Supplement)(Levine, Jonathan) (Filed on 3/15/2021) (Entered: 03/15/2021) |
| 03/18/2021 | 480 | CLERKS NOTICE SETTING ZOOM WEBINAR HEARING FOR THE Pretrial Conference specially set for Wednesday, 3/31/2021 02:30 PM via Zoom Webinar Videoconference before Judge Yvonne Gonzalez Rogers.<br><br>This proceeding will be held via a Zoom webinar.<br><br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr<br><br><br>Please click t he link below to join webinar (public hearings). If you are a case participant, you will join as an attendee, then you will be brought into the proceeding by court staff.<br><br>https://cand-uscourts.zoomgov.com/j/1618764848? pwd=bW03Y2NvV0YrK2FQSkxoMXRxOWprQT09<br><br>Webinar ID: 161 876 4848<br>Password: 715550<br><br>Local telephone dial-in:US: +1 (669) 254-5252 or +1 (646) 828-7666<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br><br>Pretrial Conference set for Wednesday, 3/31/2021 02:30 PM Via Zoom Webinar Videoconference before Judge Yvonne Gonzalez Rogers.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 3/18/2021) (Entered: 03/18/2021) |
| 03/18/2021 | 481 | NOTICE by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington re 477 Order on Administrative Motion to File Under Seal (Attachments: # 1 Exhibit Redacted Expert Report, # 2 Exhibit Redacted Rebuttal Report)(Pritzker, Elizabeth) (Filed on 3/18/2021) (Entered: 03/18/2021) |
| 03/26/2021 | 482 | Witness List by CVS Pharmacy, Inc. . (Geyerman, Grant) (Filed on 3/26/2021) (Entered: 03/26/2021) |
| 03/26/2021 | 483 | Witness List by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington . (Levine, Jonathan) (Filed on 3/26/2021) (Entered: 03/26/2021) |

| 03/26/2021 | 484 | Parties' Joint Filing of Proposed Jury Questionnaire by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington, and CVS Pharmacy, Inc.. (Levine, Jonathan) (Filed on 3/26/2021) Modified on 3/29/2021 (bnsS, COURT STAFF). (Entered: 03/26/2021) |
|---|---|---|
| 03/30/2021 | 485 | MOTION to Strike *New Opinions of Dr. Schafermeyer* filed by CVS Pharmacy, Inc.. Motion Hearing set for 5/4/2021 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 4/13/2021. Replies due by 4/20/2021. (Attachments: # 1 Declaration of Andrew C. Watts, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Watts, Andrew) (Filed on 3/30/2021) (Entered: 03/30/2021) |
| 03/31/2021 | 487 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Pretrial Conference held on 3/31/2021. Jury Selection set for 6/7/2021 09:00 AM before Judge Yvonne Gonzalez Rogers. Counsel to be present in Courtroom at 8:00AM. Opening and Evidentiary Portion on 6/8/2021. Each side has 24 hours to present their case, including openings and closings. Pretrial Conference set for Wednesday, 6/2/2021 09:00 AM via Zoom Webinar Videoconference before Judge Yvonne Gonzalez Rogers.The 6/1/21 through 6/4/21 previously set Jury Trial dates are vacated.The 5/14/2021 at 9:00am Pretrial Conference date is vacated.Total Time in Court: 1:23. Court Reporter: Raynee Mercado. (fs, COURT STAFF) (Date Filed: 3/31/2021) (Entered: 04/07/2021)** |
| 04/01/2021 | 486 | **PRETRIAL ORDER NO.3 RE: PRETRIAL CONFERENCE. Signed by Judge Yvonne Gonzalez Rogers on 4/1/2021. (fs, COURT STAFF) (Filed on 4/1/2021) (Entered: 04/01/2021)** |
| 04/07/2021 | 488 | NOTICE of Disclosure of Corporate Representatives by CVS Pharmacy, Inc. (McNamara, Colleen) (Filed on 4/7/2021) Modified on 4/8/2021 (bnsS, COURT STAFF). (Entered: 04/07/2021) |
| 04/12/2021 | 489 | TRANSCRIPT ORDER for proceedings held on 3/31/2021 before Judge Yvonne Gonzalez Rogers by CVS Health, CVS Pharmacy, Inc., for Court Reporter Raynee Mercado. (Swanson, Edward) (Filed on 4/12/2021) (Entered: 04/12/2021) |
| 04/13/2021 | 490 | OPPOSITION/RESPONSE (re 485 MOTION to Strike *New Opinions of Dr. Schafermeyer* ) filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Exhibit A, # 3 Exhibit B)(Levine, Jonathan) (Filed on 4/13/2021) (Entered: 04/13/2021) |
| 04/14/2021 | 491 | TRANSCRIPT ORDER for proceedings held on 3/31/2021 before Judge Yvonne Gonzalez Rogers by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington, for Court Reporter Raynee Mercado. (Sweeney, Bonny) (Filed on 4/14/2021) (Entered: 04/14/2021) |
| 04/14/2021 | 492 | Letter *re Submission of Deposition Transcripts + CVS Expert Reports*. (Geyerman, Grant) (Filed on 4/14/2021) (Entered: 04/14/2021) |
| 04/16/2021 | 493 | Administrative Motion to File Under Seal filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration Declaration of Grant A. Geyerman, # 2 Proposed Order Proposed Order, # 3 Exhibit Unredacted Version of Exhibit A, # 4 Exhibit Unredacted Version of Exhibit B, # 5 Exhibit Unredacted Version of Exhibit C)(McNamara, Colleen) (Filed on 4/16/2021) (Entered: 04/16/2021) |
| 04/16/2021 | 494 | Joint Submission of Deposition Excerpts, Objections, and [Proposed] Order re: Rulings on Objections by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington (Attachments: # 1 Exhibit A, # 2 Exhibit B) |

| | | |
|---|---|---|
| | | (Pritzker, Elizabeth) (Filed on 4/16/2021) Modified on 4/19/2021 (bnsS, COURT STAFF). (Entered: 04/16/2021) |
| 04/16/2021 | 495 | Joint Statement of Compliance by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington re 464 Pretrial Order, Set Deadlines/Hearings, (Pritzker, Elizabeth) (Filed on 4/16/2021) Modified on 4/19/2021 (bnsS, COURT STAFF). (Entered: 04/16/2021) |
| 04/16/2021 | 496 | Notice of Motion and Motion to Exclude Deposition Testimony and Witnesses Untimely Disclosed filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. Motion Hearing set for 5/25/2021 03:30 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 4/30/2021. Replies due by 5/7/2021. (Attachments: # 1 Proposed Order, # 2 Declaration of Elizabeth C. Pritzker, # 3 Exhibit A)(Pritzker, Elizabeth) (Filed on 4/16/2021) Modified on 4/19/2021 (bnsS, COURT STAFF). (Entered: 04/16/2021) |
| 04/16/2021 | | Set/Reset Deadlines as to 496 Notice of Motion and Motion to Exclude Deposition Testimony and Witnesses Untimely Disclosed : Responses due by 4/21/2021. Replies due by 4/23/2021 by Noon. (fs, COURT STAFF) (Filed on 4/16/2021) (Entered: 04/21/2021) |
| 04/18/2021 | 497 | **Order Entered with Respect to 496 Motion for Discovery. Given the motion relates to the upcoming trial, time is of the essence. Defendant shall respond to this motion by April 21, 2021. Plaintiff may file a reply by Noon on April 23, 2021. Unless otherwise ordered, a decision shall be made on the papers. Entered by Judge Yvonne Gonzalez Rogers. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Entered: 04/18/2021)** |
| 04/20/2021 | 498 | TRANSCRIPT ORDER for Future Trial with Daily Transcripts by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Sweeney, Bonny) (Filed on 4/20/2021) (Entered: 04/20/2021) |
| 04/20/2021 | 499 | TRANSCRIPT ORDER for Future Trial with Daily Transcripts by CVS Health, CVS Pharmacy, Inc.. (Swanson, Edward) (Filed on 4/20/2021) (Entered: 04/20/2021) |
| 04/20/2021 | 500 | REPLY (re 485 MOTION to Strike *New Opinions of Dr. Schafermeyer* ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Andrew C. Watts, # 2 Exhibit 6)(Watts, Andrew) (Filed on 4/20/2021) (Entered: 04/20/2021) |
| 04/21/2021 | 501 | Transcript of Proceedings held on March 31, 2021, before Judge Yvonne Gonzalez Rogers. Court Reporter Raynee H. Mercado, CSR, telephone number 510-565-7228, cacsr8258@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 491 Transcript Order), TRANSCRIPT COPY DELIVERED re 489 Transcript Order Release of Transcript Restriction set for 7/19/2021. (Related document(s) 491 489 ) (rhm) (Filed on 4/21/2021) (Entered: 04/21/2021) |
| 04/21/2021 | 502 | MOTION for Leave to Supplement the Expert Disclosures of Kenneth W. Schafermeyer filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. Motion Hearing set for 6/1/2021 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 5/5/2021. Replies due by 5/12/2021. (Attachments: # 1 Declaration of Robert B. Gilmore, # 2 Exhibit A (Schafermeyer Declaration), # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order)(Levine, Jonathan) (Filed on 4/21/2021) (Entered: 04/21/2021) |

| 04/21/2021 | 503 | Administrative Motion to File Under Seal *Exhibits ISO CVS's Opp to Plaintiffs' Mot to Exclude* filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Grant A. Geyerman, # 2 Proposed Order, # 3 Exhibit 14, # 4 Exhibit 15, # 5 Exhibit 16) (Geyerman, Grant) (Filed on 4/21/2021) (Entered: 04/21/2021) |
|---|---|---|
| 04/21/2021 | 504 | OPPOSITION/RESPONSE (re 496 Notice of Motion and Motion to Exclude Deposition Testimony and Witnesses Untimely Disclosed ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Grant A. Geyerman, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Proposed Order)(Geyerman, Grant) (Filed on 4/21/2021) (Entered: 04/21/2021) |
| 04/22/2021 | 505 | CLERK'S NOTICE VACATING THE FRIDAY, APRIL 23, 2021 AT 9:01 AM COMPLIANCE DEALDINE.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 4/22/2021) (Entered: 04/22/2021) |
| 04/22/2021 | 506 | **Order entered 502 with respect to plaintiffs' Motion to Supplement. Given the upcoming trial date, time is of the essence. Defendant shall respond to this motion by Monday April 26, 2021 at 12:00 PDT. Plaintiff may file a response by Tuesday, April 27, 2021. Unless otherwise ordered, a decision shall be made on the papers. Entered by Judge Yvonne Gonzalez Rogers. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Entered: 04/22/2021)** |
| 04/23/2021 | 507 | REPLY (re 496 Notice of Motion and Motion to Exclude Deposition Testimony and Witnesses Untimely Disclosed ) filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Declaration of Elizabeth C. Pritzker)(Pritzker, Elizabeth) (Filed on 4/23/2021) (Entered: 04/23/2021) |
| 04/26/2021 | 508 | OPPOSITION/RESPONSE (re 502 MOTION for Leave to Supplement the Expert Disclosures of Kenneth W. Schafermeyer ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Grant A. Geyerman, # 2 Exhibit A, # 3 Proposed Order )(Geyerman, Grant) (Filed on 4/26/2021) (Entered: 04/26/2021) |
| 04/27/2021 | 509 | Letter from Grant A. Geyerman . (Geyerman, Grant) (Filed on 4/27/2021) (Entered: 04/27/2021) |
| 04/27/2021 | 510 | REPLY (re 502 MOTION for Leave to Supplement the Expert Disclosures of Kenneth W. Schafermeyer ) filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Levine, Jonathan) (Filed on 4/27/2021) (Entered: 04/27/2021) |
| 04/27/2021 | 511 | **Order with respect to 502 Motion to Supplement Expert Report. Plaintiffs shall provide the Court with the actual mathematical formula used to obtain the revised calculations for Massachusetts and New York in paragraph 13 of the proposed Supplement and the location of each number in the disclosures/prior reports. No argument is allowed. The filing shall be made by 10:00 a.m. April 28, 2021. Entered by Judge Yvonne Gonzalez Rogers. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (Entered: 04/27/2021)** |
| 04/28/2021 | 512 | NOTICE by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington re 511 Order on Motion for Miscellaneous Relief,, (Levine, Jonathan) (Filed on 4/28/2021) (Entered: 04/28/2021) |

| 04/30/2021 | 513 | **PRETRIAL ORDER NO. 4: INCLUDING OBJECTIONS TO DEPOSITION DESIGNATIONS; MOTION TO STRIKE; MOTION TO EXCLUDE; MOTION TO SUPPLEMENT. Court VACATES the hearing set for May 4, 2021. Signed by Judge Yvonne Gonzalez Rogers on 4/30/2021. (fs, COURT STAFF) (Filed on 4/30/2021) (Entered: 04/30/2021)** |
|---|---|---|
| 04/30/2021 | 514 | Pretrial Conference Statement by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington *Joint Statement*. (Levine, Jonathan) (Filed on 4/30/2021) (Entered: 04/30/2021) |
| 05/06/2021 | 515 | Plaintiffs' Notice re: Hilary Dudley Deposition Designations by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington re 513 Pretrial Order (Levine, Jonathan) (Filed on 5/6/2021) Modified on 5/7/2021 (bnsS, COURT STAFF). (Entered: 05/06/2021) |
| 05/06/2021 | 516 | Joint Preliminary Statement of the Case and Instructions by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Levine, Jonathan) (Filed on 5/6/2021) Modified on 5/7/2021 (bnsS, COURT STAFF). (Entered: 05/06/2021) |
| 05/06/2021 | 517 | Proposed Order re: Trial Stipulations by Carl Washington, Debbie Barrett, Robert Garber, Stephen Sullivan, Robert Jenks, Tyler Clark, Darlene McAfee. (Levine, Jonathan) (Filed on 5/6/2021) Modified on 5/7/2021 (bnsS, COURT STAFF). (Entered: 05/06/2021) |
| 05/07/2021 | 518 | Witness List by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington *Parties' Witness Lists*. (Levine, Jonathan) (Filed on 5/7/2021) (Entered: 05/07/2021) |
| 05/07/2021 | 519 | Joint List of Discovery Response Designations by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Levine, Jonathan) (Filed on 5/7/2021) Modified on 5/10/2021 (bnsS, COURT STAFF). (Entered: 05/07/2021) |
| 05/07/2021 | 520 | Joint Submission of Discovery Response Excerpts, Objections, and [Proposed] Order re: Rulings on Objections by Carl Washington, Debbie Barrett, Robert Garber, Stephen Sullivan, Robert Jenks, Tyler Clark, Darlene McAfee. (Attachments: # 1 Exhibit)(Levine, Jonathan) (Filed on 5/7/2021) Modified on 5/10/2021 (bnsS, COURT STAFF). (Entered: 05/07/2021) |
| 05/07/2021 | 521 | Joint List of Deposition Designations by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Levine, Jonathan) (Filed on 5/7/2021) Modified on 5/10/2021 (bnsS, COURT STAFF). (Entered: 05/07/2021) |
| 05/07/2021 | 522 | Plaintiffs' Revised [Proposed] Verdict Form (Updating Prior Proposed Verdict Form) by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Levine, Jonathan) (Filed on 5/7/2021) Modified on 5/10/2021 (bnsS, COURT STAFF). (Entered: 05/07/2021) |
| 05/07/2021 | 523 | Proposed Form of Verdict by CVS Pharmacy, Inc. *(Updating Prior Proposed Verdict Form)*. (Geyerman, Grant) (Filed on 5/7/2021) (Entered: 05/07/2021) |
| 05/07/2021 | 524 | Administrative Motion to File Under Seal *Dr. Kenneth W. Schafermeyer's Markups of Prior Expert Reports and Declarations* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Declaration of Jonathan K. Levine, # 2 Proposed Order, # 3 Exhibit 1 (Redacted), # 4 Exhibit 1 (Under Seal), # 5 Exhibit 1.1 (Redacted), # 6 Exhibit 1.1 (Under Seal), # 7 Exhibit 1.2 (Under Seal), # 8 Exhibit 2 (Redacted), # 9 Exhibit 2 |

| | | (Under Seal), # 10 Exhibit 3 (Redacted), # 11 Exhibit 3 (Under Seal), # 12 Exhibit 4 (Redacted), # 13 Exhibit 4 (Under Seal), # 14 Certificate/Proof of Service)(Levine, Jonathan) (Filed on 5/7/2021) (Entered: 05/07/2021) |
|---|---|---|
| 05/07/2021 | 525 | NOTICE by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington re 513 Pretrial Order, *Refiling of Dr. Kenneth W. Schafermeyer's Markups of Prior Expert's Reports and Declarations* (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 1.1 (Redacted), # 3 Exhibit 2 (Redacted), # 4 Exhibit 3 (Redacted), # 5 Exhibit 4, # 6 Exhibit 5 (Redacted))(Levine, Jonathan) (Filed on 5/7/2021) (Entered: 05/07/2021) |
| 05/07/2021 | 526 | Joint Submission of Trial Exhibit Lists by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington.. (Levine, Jonathan) (Filed on 5/7/2021) Modified on 5/10/2021 (bnsS, COURT STAFF). (Entered: 05/07/2021) |
| 05/07/2021 | 527 | Proposed Revised Joint Jury Instructions by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Levine, Jonathan) (Filed on 5/7/2021) Modified on 5/10/2021 (bnsS, COURT STAFF). (Entered: 05/07/2021) |
| 05/20/2021 | 528 | MOTION for leave to appear in Pro Hac Vice for Susie Kim. ( Filing fee $ 317, receipt number 0971-15991098.) filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Certificate of Good Standing)(Kim, Susie) (Filed on 5/20/2021) Modified on 5/21/2021 (bnsS, COURT STAFF). (Entered: 05/20/2021) |
| 05/20/2021 | 529 | Plaintiffs' Response Re: Third-Party Beneficiary Instruction and Jury Claims by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Sweeney, Bonny) (Filed on 5/20/2021) Modified on 5/21/2021 (bnsS, COURT STAFF). (Entered: 05/20/2021) |
| 05/21/2021 | 530 | CVS Pharmacy, Inc.'s Response to Plaintiffs' Third-Party Beneficiary Instruction re 529 Response ( Non Motion ) by CVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 5/21/2021) Modified on 5/24/2021 (bnsS, COURT STAFF). (Entered: 05/21/2021) |
| 05/25/2021 | 531 | ADMINISTRATIVE MOTION To Use Electronic Equipment and other Large Equipment at Trial and to Bring Equipment into the Courthouse filed by CVS Pharmacy, Inc.. Responses due by 6/1/2021. (Swanson, Edward) (Filed on 5/25/2021) (Entered: 05/25/2021) |
| 05/25/2021 | 532 | CLERKS NOTICE SETTING ZOOM HEARING. Status Conference re Trial Logistics is set for Wednesday, 5/26/2021 09:30 AM via Zoom Webinar Videoconference before Judge Yvonne Gonzalez Rogers. This proceeding will be held via a Zoom webinar. **Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr Please click the l ink below to join webinar (public hearings). If you are a case participant, you will join as an attendee, then you will be brought into the proceeding by |

court staff.

https://cand-uscourts.zoomgov.com/j/1618764848?
pwd=bW03Y2NvV0YrK2FQSkxoMXRxOWprQT09

Webinar ID: 161 876 4848
Password: 715550

Local telephone dial-in:US: +1 (669) 254-5252 or +1 (646) 828-7666

**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.

Status Conference re Trial Logistics is set for Wednesday,5/26/2021 09:30 AM Via Zoom Webinar Videoconference before Judge Yvonne Gonzalez Rogers.

*(This is a text-o nly entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 5/25/2021) (Entered: 05/25/2021)

| | | |
|---|---|---|
| 05/25/2021 | 533 | ADMINISTRATIVE MOTION AUTHORIZING THE ENTRY OF PLAINTIFFS' TRIAL EQUIPMENT INTO THE COURTHOUSE AND [PROPOSED] ORDER filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. Responses due by 6/1/2021. (Pritzker, Elizabeth) (Filed on 5/25/2021) (Entered: 05/25/2021) |
| 05/26/2021 | | IN ADDITION TO THE JURY TRIAL DATES ALREADY SET IN THIS MATTER THE CLERK ADDS THE FOLLOWING JURY TRIAL DATES FOR THIS MATTER:<br><br>Set/Reset Hearing :<br>Jury Trial set for 6/10/2021 08:00 AM in Oakland Courtroom before Judge Yvonne Gonzalez Rogers.<br>Jury Trial set for 6/11/2021 08:00 AM in Oakland Courtroom before Judge Yvonne Gonzalez Rogers.<br>Jury Trial set for 6/17/2021 08:00 AM in Oakland Courtroom before Judge Yvonne Gonzalez Rogers.<br>Jury Trial set for 6/18/2021 08:00 AM in Oakland Courtroom before Judge Yvonne Gonzalez Rogers.<br>(fs, COURT STAFF) (Filed on 5/26/2021) (Entered: 05/26/2021) |
| 05/26/2021 | 534 | **ORDER by Judge Yvonne Gonzalez Rogers granting 528 Motion for Pro Hac Vice as to Susie Kim. (fs, COURT STAFF) (Filed on 5/26/2021) (Entered: 05/27/2021)** |
| 05/26/2021 | 543 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Status Conference re Trial Logistics held on 5/26/2021. Counsel to meet in Jury Assembly room 4th Floor of Oakland Courthouse on Friday, 6/4/2021 at 9:00am for Walk through of Courtroom as to Jury Selection for Trial.Total Time in Court: 1:06. Court Reporter: Diane Skillman. (fs, COURT STAFF) (Date Filed: 5/26/2021) (Entered: 06/02/2021)** |
| 05/27/2021 | 535 | **PRETRIAL ORDER NO. 5 RE: TRIAL LOGISTICS. Signed by Judge Yvonne Gonzalez Rogers on 5/27/2021. (fs, COURT STAFF) (Filed on 5/27/2021) (Entered:** |

| | | 05/27/2021) |
|---|---|---|
| 05/27/2021 | 536 | **ORDER [\*AS MODIFIED BY THE COURT\*] by Judge Yvonne Gonzalez Rogers granting 533 Administrative Motion Authorizing Entry of Plaintiff's Trial Equipment into Courthouse. (fs, COURT STAFF) (Filed on 5/27/2021) (Entered: 05/27/2021)** |
| 05/27/2021 | 537 | **ORDER [\*AS MODIFIED BY THE COURT\*] by Judge Yvonne Gonzalez Rogers granting 531 Defendant CVS Pharmacy's Administrative Motion To Use and Bring Electronic Equipment into Courthouse For Trial. (fs, COURT STAFF) (Filed on 5/27/2021) (Entered: 05/27/2021)** |
| 05/28/2021 | 538 | Second ADMINISTRATIVE MOTION TO USE ELECTRONIC EQUIPMENT AND OTHER LARGE EQUIPMENT AT TRIAL AND BRING EQUIPMENT INTO COURTHOUSE filed by CVS Pharmacy, Inc.. Responses due by 6/1/2021. (Swanson, Edward) (Filed on 5/28/2021) (Entered: 05/28/2021) |
| 05/28/2021 | 539 | CLERKS NOTICE SETTING ZOOM WEBINAR VIDEOCONFERENCE HEARING FOR THE Pretrial Conference set for Wednesday, 6/2/2021 09:00 AM via Zoom Webinar Videoconference before Judge Yvonne Gonzalez Rogers. This proceeding will be held via a Zoom webinar. **Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ygr Please c lick the link below to join webinar (public hearings). If you are a case participant, you will join as an attendee, then you will be brought into the proceeding by court staff. https://cand-uscourts.zoomgov.com/j/1618764848?pwd=bW03Y2NvV0YrK2FQSkxoMXRxOWprQT09 Webinar ID: 161 876 4848 Password: 715550 Local telephone dial-in:US: +1 (669) 254-5252 or +1 (646) 828-7666 **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. Pretrial Conference set for 6/2/2021 09:00 AM via Zoom Webinar Videoconference before Judge Yvonne Gonzalez Rogers. |

| | | |
|---|---|---|
| | | *(This is a text-only entry generate d by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 5/28/2021) (Entered: 05/28/2021) |
| 05/31/2021 | 540 | Joint First Amended Trial Exhibit Lists by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington., and CVS Pharmacy, Inc.. (Stein, Samantha) (Filed on 5/31/2021) Modified on 6/1/2021 (bnsS, COURT STAFF). (Entered: 05/31/2021) |
| 06/01/2021 | 541 | MOTION to Decertify Florida and New York Classes filed by CVS Pharmacy, Inc.. Motion Hearing set for 6/7/2021 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 6/2/2021. Replies due by 6/7/2021. (Attachments: # 1 Declaration of Grant A. Geyerman, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order)(Geyerman, Grant) (Filed on 6/1/2021) (Entered: 06/01/2021) |
| 06/02/2021 | 542 | OPPOSITION/RESPONSE (re 541 MOTION to Decertify Florida and New York Classes ) filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Declaration of Bonny E. Sweeney, # 2 Declaration of Debbie Barrett, # 3 Declaration of Stephen Sullivan)(Sweeney, Bonny) (Filed on 6/2/2021) (Entered: 06/02/2021) |
| 06/02/2021 | 544 | **ORDER by Judge Yvonne Gonzalez Rogers granting 538 Second Administrative Motion for Equipment at Trial. (fs, COURT STAFF) (Filed on 6/2/2021) (Entered: 06/02/2021)** |
| 06/02/2021 | 545 | TRANSCRIPT ORDER for proceedings held on 5/26/2021 before Judge Yvonne Gonzalez Rogers by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington, for Court Reporter Diane Skillman. (Sweeney, Bonny) (Filed on 6/2/2021) (Entered: 06/02/2021) |
| 06/02/2021 | 546 | TRANSCRIPT ORDER for proceedings held on 6/2/2021 before Judge Yvonne Gonzalez Rogers by CVS Pharmacy, Inc., for Court Reporter Pam Batalo. (Swanson, Edward) (Filed on 6/2/2021) (Entered: 06/02/2021) |
| 06/02/2021 | 547 | TRANSCRIPT ORDER for proceedings held on 6/2/2021 before Judge Yvonne Gonzalez Rogers by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington, for Court Reporter Pam Batalo. (Sweeney, Bonny) (Filed on 6/2/2021) (Entered: 06/02/2021) |
| 06/02/2021 | 569 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Final Pretrial Conference held on 6/2/2021.Total Time in Court: 3:18. Court Reporter: Pam Hebel. (fs, COURT STAFF) (Date Filed: 6/2/2021) (Entered: 06/08/2021)** |
| 06/03/2021 | 548 | **PRETRIAL ORDER NO. 6 RE: FINAL PRETRIAL CONFERENCE. Signed by Judge Yvonne Gonzalez Rogers on 6/3/2021. (fs, COURT STAFF) (Filed on 6/3/2021) (Entered: 06/03/2021)** |
| 06/03/2021 | 549 | **ORDER RE TRIAL STIPULATIONS. Signed by Judge Yvonne Gonzalez Rogers on 6/3/2021. (fs, COURT STAFF) (Filed on 6/3/2021) (Entered: 06/03/2021)** |
| 06/03/2021 | 550 | Transcript of Proceedings held on 06/02/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 546 Transcript Order ) Redaction Request due 6/24/2021. Redacted Transcript |

| | | |
|---|---|---|
| | | Deadline set for 7/6/2021. Release of Transcript Restriction set for 9/1/2021. (Related documents(s) 546 ) (Batalo, Pam) (Filed on 6/3/2021) (Entered: 06/03/2021) |
| 06/04/2021 | 551 | **PRETRIAL ORDER NO. 7 RE: OBJECTIONS TO OPENING DEMONSTRATIVES. Signed by Judge Yvonne Gonzalez Rogers on 6/4/2021. (ygrlc3, COURT STAFF) (Filed on 6/4/2021) (Entered: 06/04/2021)** |
| 06/04/2021 | 552 | TRANSCRIPT ORDER for proceedings held on 6/2/21 and 6/7-25/21 - Full Trial before Judge Yvonne Gonzalez Rogers for Court Reporter Pam Batalo. (oh, COURT STAFF) (Filed on 6/4/2021) (Entered: 06/04/2021) |
| 06/04/2021 | 553 | Plaintiffs' Administrative Motion to File Under Seal Re: Expedited Motion to Substitute Class Representative filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Declaration of Samantha J. Stein, # 2 Exhibit A- Redacted Motion to Substitute, # 3 Exhibit B- Unredacted Motion to Substitute, # 4 Exhibit C- Redacted Sweeney Declaration, # 5 Exhibit D- Unredacted Sweeney Declaration, # 6 Proposed Order)(Sweeney, Bonny) (Filed on 6/4/2021) Modified on 6/4/2021 (cjlS, COURT STAFF). (Entered: 06/04/2021) |
| 06/04/2021 | 554 | Plaintiffs' Expedited Motion to Substitute Class Representative) [REDACTED] filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. Motion Hearing set for 6/7/2021 08:00 AM in Oakland, Courtroom 3, 3rd Floor before Judge Yvonne Gonzalez Rogers. Responses due by 6/7/2021. Replies due by 6/7/2021. (Attachments: # 1 Declaration of Bonny E. Sweeney, # 2 Declaration of Kenneth W. Schafermeyer, # 3 Proposed Order)(Sweeney, Bonny) (Filed on 6/4/2021) Modified on 6/4/2021 (cjlS, COURT STAFF). (Entered: 06/04/2021) |
| 06/06/2021 | 555 | Administrative Motion to File Under Seal filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration Grant A. Geyerman, # 2 Exhibit Unredacted Version of Gettings Declaration, # 3 Exhibit Unredacted Version of CVS's Opposition to Motion to Substitute, # 4 Exhibit Redacted Version of CVS's Opposition to Motion to Substitute, # 5 Proposed Order)(Geyerman, Grant) (Filed on 6/6/2021) (Entered: 06/06/2021) |
| 06/06/2021 | 556 | OPPOSITION/RESPONSE (re 554 Plaintiffs' Expedited Motion to Substitute Class Representative) [REDACTED] ) filed byCVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Grant A. Geyerman, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Proposed Order)(Geyerman, Grant) (Filed on 6/6/2021) (Entered: 06/06/2021) |
| 06/06/2021 | 557 | Declaration of Robert B. Gilmore Regarding Proposed Substitute Plaintiff Charles Winter's Discovery Productions filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Related document(s) 554 ) (Gilmore, Robert) (Filed on 6/6/2021) Modified on 6/7/2021 (cjlS, COURT STAFF). (Entered: 06/06/2021) |
| 06/06/2021 | 558 | Administrative Motion to File Under Seal *Declaration of Tyler Clark in Support of Plaintiffs' Expedited Motion to Substitute California Class Representative* filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Attachments: # 1 Declaration of Samantha J. Stein, # 2 Exhibit A (SEALED - DECLARATION OF TYLER CLARK), # 3 Proposed Order)(Sweeney, Bonny) (Filed on 6/6/2021) (Entered: 06/06/2021) |
| 06/07/2021 | 559 | CLERK'S NOTICE SETTING EVIDENTIARY HEARING RE MOTION TO SUBSTITUTE. Evidentiary Hearing set for 6/9/2021 02:00 PM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 6/7/2021) (Entered: 06/07/2021) |

| 06/07/2021 | 560 | TRANSCRIPT ORDER for proceedings held on 5/26/2021 before Judge Yvonne Gonzalez Rogers by CVS Pharmacy, Inc., for Court Reporter Diane Skillman. (Swanson, Edward) (Filed on 6/7/2021) (Entered: 06/07/2021) |
| --- | --- | --- |
| 06/07/2021 | 561 | Transcript of Trial Proceedings, V.1, held on 06/07/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 552 Transcript Order, 498 Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 6/28/2021. Redacted Transcript Deadline set for 7/8/2021. Release of Transcript Restriction set for 9/7/2021. (Related documents(s) 499 , 552 , 498 ) (Batalo, Pam) (Filed on 6/7/2021) (Additional attachment(s) added on 6/28/2021: # 1 Supplement Master Index) (oh, COURT STAFF). (Entered: 06/07/2021) |
| 06/07/2021 | 562 | **ORDER by Judge Yvonne Gonzalez Rogers granting 524 Administrative Motion to File Under Seal. (fs, COURT STAFF) (Filed on 6/7/2021) (Entered: 06/07/2021)** |
| 06/07/2021 | 563 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Selection held on 6/7/2021. Further Jury Trial set Tuesday, 6/8/2021 at 8:00AM for Counsel; Jury at 8:30am.Total Time in Court: 6:59. Court Reporter: Pam Hebel.** <br><br>**Audio Access Information for Trial:** <br>**Dial-In Number: 1 (877) 336-1839** <br>**Access Code: 9403112** <br><br>**(fs, COURT STAFF) (Date Filed: 6/7/2021) (Entered: 06/07/2021)** |
| 06/08/2021 | 564 | **ORDER FOR JURY REFRESHMENTS (LUNCH FOR DELIBERATIONS). Signed by Judge Yvonne Gonzalez Rogers on 6/8/2021. (fs, COURT STAFF) (Filed on 6/8/2021) (Entered: 06/08/2021)** |
| 06/08/2021 | 565 | Transcript of Proceedings held on 06/08/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 552 Transcript Order, 498 Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 6/29/2021. Redacted Transcript Deadline set for 7/9/2021. Release of Transcript Restriction set for 9/7/2021. (Attachments: # 1 Supplement Deposition designations for Cal Corum testimony) (Related documents(s) 499 , 552 , 498 ) (Batalo, Pam) (Filed on 6/8/2021) (Entered: 06/08/2021) |
| 06/08/2021 | 566 | **ORDER by Judge Yvonne Gonzalez Rogers granting in part and denying in part 493 Administrative Motion to File Under Seal. (fs, COURT STAFF) (Filed on 6/8/2021) (Entered: 06/08/2021)** |
| 06/08/2021 | 567 | **ORDER by Judge Yvonne Gonzalez Rogers granting in part and denying in part 503 Administrative Motion to File Under Seal. (fs, COURT STAFF) (Filed on 6/8/2021) (Entered: 06/08/2021)** |

| | | |
|---|---|---|
| 06/08/2021 | 568 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/8/2021. Further Jury Trial set Wednesday, 6/9/2021 at 8:00am for Counsel. Jury at 8:30am.Total Time in Court: 4:54. Court Reporter: Pam Hebel.**<br><br>**Audio Access ONLY for Trial.**<br>**Audio Access Information for Trial:**<br>**Dial-In Number: 1 (877) 336-1839**<br>**Access Code: 9403112**<br><br>**(fs, COURT STAFF) (Date Filed: 6/8/2021) (Entered: 06/08/2021)** |
| 06/08/2021 | 570 | NOTICE of Business Record Certifications by CVS Pharmacy, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Geyerman, Grant) (Filed on 6/8/2021) Modified on 6/9/2021 (cjlS, COURT STAFF). (Entered: 06/08/2021) |
| 06/09/2021 | 571 | Transcript of Trial Proceedings, Volume 3, held on 06/09/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 552 Transcript Order, 498 Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 6/30/2021. Redacted Transcript Deadline set for 7/12/2021. Release of Transcript Restriction set for 9/7/2021. (Attachments: # 1 Supplement Deposition designations for Cal Corum testimony) (Related documents(s) 499 , 552 , 498 ) (Batalo, Pam) (Filed on 6/9/2021) Modified on 6/10/2021 (cjlS, COURT STAFF). (Entered: 06/09/2021) |
| 06/09/2021 | 572 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/9/2021. Further Jury Trial set Thursday, 6/10/21 at 8:00am for Counsel; Jury at 8:30am.Total Time in Court: 5:21 Court Reporter: Pam Hebel.**<br><br>**Audio Access ONLY for Trial.**<br>**Audio Access Information for Trial:**<br>**Dial-In Number: 1 (877) 336-1839**<br>**Access Code: 9403112**<br><br>**(fs, COURT STAFF) (Date Filed: 6/9/2021) (Entered: 06/10/2021)** |
| 06/10/2021 | 573 | Transcript of Proceedings held on May 26, 2021, before Judge Yvonne Gonzalez Rogers. Court Reporter Diane E. Skillman, telephone number 925-899-2912, Diane_Skillman@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 545 Transcript Order, ) Release of Transcript Restriction set for 9/8/2021. (Related documents(s) 545 ) (Skillman, Diane) (Filed on 6/10/2021) (Entered: 06/10/2021) |
| 06/10/2021 | 574 | Transcript of Trial Proceedings, Volume 4, held on 06/10/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial |

| | | |
|---|---|---|
| | | Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 552 Transcript Order, 498 Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 7/1/2021. Redacted Transcript Deadline set for 7/12/2021. Release of Transcript Restriction set for 9/8/2021. (Attachments: # 1 Supplement Scott Tierney deposition clips, # 2 Supplement John Zevzavadjian deposition clips, # 3 Supplement Stephen Sullivan deposition clips, # 4 Supplement Deborah Barrett deposition clips) (Related documents(s) 499 , 552 , 498 ) (Batalo, Pam) (Filed on 6/10/2021) (Entered: 06/10/2021) |
| 06/10/2021 | 581 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/10/2021. Further Jury Trial set Friday, 6/11/2021 at 8:00AM.Total Time in Court: 5:53. Court Reporter: Pam Hebel.**<br><br>**Audio Access ONLY for Trial.**<br>**Audio Access Information for Trial:**<br>**Dial-In Number: 1 (877) 336-1839**<br>**Access Code: 9403112**<br><br>**(fs, COURT STAFF) (Date Filed: 6/10/2021) (Entered: 06/13/2021)** |
| 06/11/2021 | 575 | NOTICE of Business Record Certification by CVS Pharmacy, Inc. (Attachments: # 1 Exhibit A)(Geyerman, Grant) (Filed on 6/11/2021) Modified on 6/11/2021 (cjlS, COURT STAFF). (Entered: 06/11/2021) |
| 06/11/2021 | 576 | NOTICE of Appearance by Louis Y. Lee *for Express Scripts, Inc. and Medco Health Solutions Inc.* (Lee, Louis) (Filed on 6/11/2021) (Entered: 06/11/2021) |
| 06/11/2021 | 577 | MOTION for leave to appear in Pro Hac Vice Re: Ryan P. McCarthy (Filing fee $317, receipt number 0971-16070159) filed by Express Scripts, Inc., Medco. (Attachments: # 1 Certificate of Good Standing)(McCarthy, Ryan) (Filed on 6/11/2021) Modified on 6/14/2021 (cjlS, COURT STAFF). (Entered: 06/11/2021) |
| 06/11/2021 | 578 | MOTION for leave to appear in Pro Hac Vice Re: Timothy J. Geverd (Filing fee $317, receipt number 0971-16070203) filed by Express Scripts, Inc., Medco. (Attachments: # 1 Certificate of Good Standing)(Geverd, Timothy) (Filed on 6/11/2021) Modified on 6/14/2021 (cjlS, COURT STAFF). (Entered: 06/11/2021) |
| 06/11/2021 | 582 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/11/2021. Further Jury Trial set Monday, 6/14/2021 at 8:00AM.Total Time in Court: 4:32. Court Reporter: Pam Hebel.**<br><br>**Audio Access ONLY for Trial.**<br>**Audio Access Information for Trial:**<br>**Dial-In Number: 1 (877) 336-1839**<br>**Access Code: 9403112**<br><br>**(fs, COURT STAFF) (Date Filed: 6/11/2021) (Entered: 06/13/2021)** |
| 06/12/2021 | 579 | Transcript of Trial Proceedings, Volume 5, held on 06/11/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline |

| | | |
|---|---|---|
| | | for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 552 Transcript Order, 498 Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 7/6/2021. Redacted Transcript Deadline set for 7/13/2021. Release of Transcript Restriction set for 9/10/2021. (Related documents(s) 499 , 552 , 498 ) (Batalo, Pam) (Filed on 6/12/2021) (Entered: 06/12/2021) |
| 06/12/2021 | 580 | [Proposed] Revised Joint Jury Instructions Submitted by Plaintiffs and CVS. (Sweeney, Bonny) (Filed on 6/12/2021) Modified on 6/14/2021 (cjlS, COURT STAFF). (Entered: 06/12/2021) |
| 06/13/2021 | 583 | Motion to Preclude Dr. Schafermeyer from Offering Opinions on Evidence Not in the Record by CVS Pharmacy, Inc. (Geyerman, Grant) (Filed on 6/13/2021) Modified on 6/14/2021 (cjlS, COURT STAFF). (Entered: 06/13/2021) |
| 06/14/2021 | 584 | Transcript of Trial Proceedings, Volume 6, held on 06/14/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 552 Transcript Order, 498 Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 7/6/2021. Redacted Transcript Deadline set for 7/15/2021. Release of Transcript Restriction set for 9/13/2021. (Attachments: # 1 Supplement Deborah Barrett deposition excerpts, # 2 Supplement William Boyd deposition excerpts) (Related documents(s) 499 , 552 , 498 ) (Batalo, Pam) (Filed on 6/14/2021) (Entered: 06/14/2021) |
| 06/14/2021 | 585 | MOTION for Judgment as a Matter of Law filed by CVS Pharmacy, Inc.. Motion Hearing set for 6/15/2021 08:00 AM in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers. Responses due by 6/28/2021. Replies due by 7/6/2021. (Attachments: # 1 Proposed Order Granting Defendant's Motion for Judgment as a Matter of Law) (Geyerman, Grant) (Filed on 6/14/2021) (Entered: 06/14/2021) |
| 06/14/2021 | 586 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/14/2021. Further Jury Trial Tuesday, 6/15/2021 at 8:00 AM.Total Time in Court: 4:46. Court Reporter: Pam Hebel.**<br><br>**Audio Access ONLY for Trial.**<br>**Audio Access Information for Trial:**<br>**Dial-In Number: 1 (877) 336-1839**<br>**Access Code: 9403112**<br><br>**(fs, COURT STAFF) (Date Filed: 6/14/2021) (Entered: 06/15/2021)** |
| 06/15/2021 | 587 | Transcript of Trial Proceedings, Volume 7, held on 06/15/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily |

| | | Transcripts, <u>552</u> Transcript Order, <u>498</u> Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 7/6/2021. Redacted Transcript Deadline set for 7/16/2021. Release of Transcript Restriction set for 9/13/2021. (Related documents(s) <u>499</u> , <u>552</u> , <u>498</u> ) (Batalo, Pam) (Filed on 6/15/2021) (Entered: 06/15/2021) |
|---|---|---|
| 06/15/2021 | <u>589</u> | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/15/2021. Further Jury Trial set Wednesday, 6/16/2021 at 8:00AM.Total Time in Court: 4:57. Court Reporter: Pam Hebel.** <br><br>**Audio Access ONLY for Trial.** <br>**Audio Access Information for Trial:** <br>**Dial-In Number: 1 (877) 336-1839** <br>**Access Code: 9403112** <br><br>**(fs, COURT STAFF) (Date Filed: 6/15/2021) (Entered: 06/16/2021)** |
| 06/16/2021 | <u>588</u> | Motion to Exclude Examination on Other Litigation by CVS Pharmacy, Inc. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Geyerman, Grant) (Filed on 6/16/2021) Modified on 6/16/2021 (cjlS, COURT STAFF). (Entered: 06/16/2021) |
| 06/16/2021 | <u>590</u> | Transcript of Trial Proceedings, Volume 8, held on 06/16/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re <u>499</u> Transcript Order - Future Trial with Daily Transcripts, <u>552</u> Transcript Order, <u>498</u> Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 7/7/2021. Redacted Transcript Deadline set for 7/19/2021. Release of Transcript Restriction set for 9/14/2021. (Related documents(s) <u>499</u> , <u>552</u> , <u>498</u> ) (Batalo, Pam) (Filed on 6/16/2021) (Entered: 06/16/2021) |
| 06/16/2021 | <u>592</u> | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/16/2021. Further Jury Trial set Thursday, 6/17/2021 at 8:00AM.Total Time in Court: 4:58. Court Reporter: Pam Hebel.** <br><br>**Audio Access ONLY for Trial.** <br>**Audio Access Information for Trial:** <br>**Dial-In Number: 1 (877) 336-1839** <br>**Access Code: 9403112** <br><br>**(fs, COURT STAFF) (Date Filed: 6/16/2021) (Entered: 06/17/2021)** |
| 06/17/2021 | <u>591</u> | NOTICE of filing Proposed Revision to Jury Instruction No. 44 ("Damages-Proof") by CVS Pharmacy, Inc. (Attachments: # <u>1</u> Proposed Revised Version of Jury Instruction No. 44 ("Damages-Proof")) (Geyerman, Grant) (Filed on 6/17/2021) Modified on 6/17/2021 (cjlS, COURT STAFF). (Entered: 06/17/2021) |
| 06/17/2021 | <u>599</u> | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/17/2021. No Trial on Friday 6/18/21. Further Jury Trial set Monday 6/21/2021 at 8:00am.Total Time in Court: 6:04. Court Reporter: Pam Hebel.** <br><br>**Audio Access ONLY for Trial.** <br>**Audio Access Information for Trial:** <br>**Dial-In Number: 1 (877) 336-1839** |

| | | Access Code: 9403112 |
|---|---|---|
| | | **(fs, COURT STAFF) (Date Filed: 6/17/2021) (Entered: 06/20/2021)** |
| 06/18/2021 | 593 | Transcript of Trial Proceedings, Volume 9, held on 06/17/2021, before Judge Gonzalez Rogers. Court Reporter Pamela Batalo Hebel, telephone number 626-688-7509; pamela_batalo-hebel@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 552 Transcript Order, 498 Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 7/9/2021. Redacted Transcript Deadline set for 7/19/2021. Release of Transcript Restriction set for 9/16/2021. (Attachments: # 1 Supplement Amber Compton deposition designations) (Related documents(s) 499 , 552 , 498 ) (Batalo, Pam) (Filed on 6/18/2021) (Entered: 06/18/2021) |
| 06/18/2021 | 594 | OPPOSITION/RESPONSE (re 585 MOTION for Judgment as a Matter of Law ) filed byDebbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Sweeney, Bonny) (Filed on 6/18/2021) (Entered: 06/18/2021) |
| 06/19/2021 | 595 | NOTICE of Authority Regarding Superseding Cause by CVS Pharmacy, Inc. (Geyerman, Grant) (Filed on 6/19/2021) Modified on 6/21/2021 (cjlS, COURT STAFF). (Entered: 06/19/2021) |
| 06/19/2021 | 596 | Plaintiffs' Submission re Superseding Cause by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Stephen Sullivan, Carl Washington. (Attachments: # 1 Appendix A) (Sweeney, Bonny) (Filed on 6/19/2021) Modified on 6/21/2021 (cjlS, COURT STAFF). (Entered: 06/19/2021) |
| 06/20/2021 | 597 | REPLY (re 585 MOTION for Judgment as a Matter of Law ) filed byCVS Pharmacy, Inc.. (Geyerman, Grant) (Filed on 6/20/2021) (Entered: 06/20/2021) |
| 06/20/2021 | 598 | Plaintiffs' Supplemental Memorandum Addressing Proposed Jury Instruction 41 No Duty to Disclose) by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. ((Sweeney, Bonny) (Filed on 6/20/2021) Modified on 6/21/2021 (cjlS, COURT STAFF). (Entered: 06/20/2021) |
| 06/20/2021 | 600 | MOTION to Exclude Rebuttal Evidence filed by CVS Pharmacy, Inc.. Motion Hearing set for 6/21/2021 08:00 AM in Oakland, Courtroom 3, 3rd Floor before Judge Yvonne Gonzalez Rogers. Responses due by 6/21/2021. Replies due by 6/21/2021. (Geyerman, Grant) (Filed on 6/20/2021) (Entered: 06/20/2021) |
| 06/21/2021 | 601 | CVS's Response to Plaintiffs' Supplemental Memorandum Addressing Proposed Jury Instruction 41 by CVS Pharmacy, Inc. (Geyerman, Grant) (Filed on 6/21/2021) Modified on 6/21/2021 (cjlS, COURT STAFF). (Entered: 06/21/2021) |
| 06/21/2021 | 602 | Motion for a Curative Instruction by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Sweeney, Bonny) (Filed on 6/21/2021) Modified on 6/22/2021 (cjlS, COURT STAFF). (Entered: 06/21/2021) |
| 06/21/2021 | 605 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/21/2021. Further Jury Trial set Tuesday, 6/22/2021 at 8:00AM.Total Time in Court: 4:14. Court Reporter: Pam Hebel.** **Audio Access ONLY for Trial.** |

| | | **Audio Access Information for Trial:** <br> **Dial-In Number: 1 (877) 336-1839** <br> **Access Code: 9403112** <br><br> **(fs, COURT STAFF) (Date Filed: 6/21/2021) (Entered: 06/22/2021)** |
|---|---|---|
| 06/22/2021 | 603 | NOTICE *of Filing Supplemental Objections to the Court's June 21, 2021 Final Jury Instructions and Verdict Form* by CVS Pharmacy, Inc. (Attachments: # 1 CVS's Supplemental Objections to the Court's June 21, 2021 Final Jury Instructions and Verdict Form, # 2 Exhibit A - Singer Email to the Court, et al. (June 18, 2021))(Geyerman, Grant) (Filed on 6/22/2021) Modified on 6/23/2021 (jmlS, COURT STAFF). (Entered: 06/22/2021) |
| 06/22/2021 | 604 | Transcript of Trial Proceedings, Volume 10, held on 06/21/2021, before Judge Gonzalez Rogers. Court Reporters Pamela Batalo Hebel and Raynee Mercado, telephone number 626-688-7509; 510-565-7228. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 552 Transcript Order, 498 Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 7/13/2021. Redacted Transcript Deadline set for 7/23/2021. Release of Transcript Restriction set for 9/20/2021. (Attachments: # 1 Supplement Morrison deposition designations, # 2 Supplement Lavin deposition designations, # 3 Supplement Zavalishin deposition designations) (Related documents(s) 499 , 552 , 498 ) (Batalo, Pam) (Filed on 6/22/2021) (Entered: 06/22/2021) |
| 06/22/2021 | 606 | *Plaintiffs' Submission Regarding Punitive Damages* by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. (Sweeney, Bonny) (Filed on 6/22/2021) Modified on 6/23/2021 (jmlS, COURT STAFF). (Entered: 06/22/2021) |
| 06/22/2021 | 607 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Trial held on 6/22/2021. Further Deliberations set for Wednesday, 6/23/2021 at 8:30AM.Total Time in Court: 5:20. Court Reporter: Raynee Mercado.** <br><br> **UPDATED : COUNSEL AND PUBLIC PLEASE USE THE FOLLOWING LINK FOR ACCESS:** <br><br> **https://cand-uscourts.zoomgov.com/j/1618764848? pwd=bW03Y2NvV0YrK2FQSkxoMXRxOWprQT09** <br><br> **Webinar ID: 161 876 4848** <br> **Password: 715550** <br><br> **(fs, COURT STAFF) (Date Filed: 6/22/2021) (Entered: 06/22/2021)** |
| 06/23/2021 | 608 | NOTICE *of Response to Plaintiffs' Submission re Punitive Damages* by CVS Pharmacy, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Geyerman, Grant) (Filed on 6/23/2021) Modified on 6/23/2021 (jmlS, COURT STAFF). (Entered: 06/23/2021) |
| 06/23/2021 | 609 | JURY VERDICT. (fs, COURT STAFF) (Filed on 6/23/2021) (Entered: 06/23/2021) |
| 06/23/2021 | 621 | **Minute Entry for proceedings held before Judge Yvonne Gonzalez Rogers: Jury Deliberations held on 6/23/2021. Verdict. Jury Trial completed.Total Time in Court:** |

| | | 12 minutes. Court Reporter: Raynee Mercado. (fs, COURT STAFF) (Date Filed: 6/23/2021) (Entered: 06/28/2021) |
|---|---|---|
| 06/24/2021 | 610 | Jury Instructions. The Court attaches hereto the jury instructions, which were used to instruct the jury orally on June 22, 2021. (fs, COURT STAFF) (Filed on 6/24/2021) (Entered: 06/24/2021) |
| 06/24/2021 | 611 | **JUDGMENT ON VERDICT. Signed by Judge Yvonne Gonzalez Rogers on 6/24/2021. (fs, COURT STAFF) (Filed on 6/24/2021) (Entered: 06/24/2021)** |
| 06/24/2021 | 612 | **POST TRIAL ORDER NO. 1. Each Party shall file a certification by Friday, 6/25/2021. Signed by Judge Yvonne Gonzalez Rogers on 6/24/2021. (fs, COURT STAFF) (Filed on 6/24/2021) (Entered: 06/24/2021)** |
| 06/24/2021 | 613 | Jury Notes. (fs, COURT STAFF) (Filed on 6/24/2021) (Entered: 06/24/2021) |
| 06/25/2021 | 614 | NOTICE of Filing Documents Discussed During June 23, 2021 Charging Conference Regarding Punitive Damages Jury Instructions by CVS Pharmacy, Inc. (Attachments: # 1 Parties' Revised Joint Proposed Jury Instructions Regarding Punitive Damages, # 2 Parties' Joint Proposed Verdict Form Regarding Punitive Damages, # 3 CVS's Proposed Revision to Punitive Damages Overview Instruction)(Geyerman, Grant) (Filed on 6/25/2021) Modified on 6/25/2021 (cjlS, COURT STAFF). (Entered: 06/25/2021) |
| 06/25/2021 | 615 | NOTICE of Compliance with Post Trial Order No. 1 by CVS Pharmacy, Inc. (Watts, Andrew) (Filed on 6/25/2021) Modified on 6/25/2021 (cjlS, COURT STAFF). (Entered: 06/25/2021) |
| 06/25/2021 | 616 | *Plaintiffs' Certification re: Juror Questionnaires* by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington (Levine, Jonathan) (Filed on 6/25/2021) Modified on 6/28/2021 (jmlS, COURT STAFF). (Entered: 06/25/2021) |
| 06/26/2021 | 617 | Transcript of Proceedings held on June 22, 2021, before Judge Yvonne Gonzalez Rogers. Court Reporter Raynee H. Mercado, CSR, telephone number 510-565-7228, cacsr8258@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 498 Transcript Order - Future Trial with Daily Transcripts ) Redaction Request due 7/19/2021. Redacted Transcript Deadline set for 7/27/2021. Release of Transcript Restriction set for 9/24/2021. (Related document(s) 499 , 498 ) (rhm) (Filed on 6/26/2021) (Entered: 06/26/2021) |
| 06/26/2021 | 618 | Transcript of Proceedings held on June 23, 2021, before Judge Yvonne Gonzalez Rogers. Court Reporter Raynee H. Mercado, CSR, telephone number 510-565-7228, cacsr8258@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 499 Transcript Order - Future Trial with Daily Transcripts, 498 Transcript Order - Future Trial with Daily Transcripts ), TRANSCRIPT COPY DELIVERED re 552 Transcript Order Release of Transcript Restriction set for 9/24/2021. (Related document(s) 499 , 498 552 ) (rhm) (Filed on 6/26/2021) (Entered: 06/26/2021) |
| 06/28/2021 | 619 | Administrative Motion to File Under Seal filed by CVS Pharmacy, Inc.. (Attachments: # 1 Declaration of Grant A. Geyerman in Support of CVS's Motion to Seal, # 2 Proposed |

| | | Order, # [3](#) Declaration of Grant A. Geyerman Previously Filed at ECF 588-3 (Redacted), # [4](#) Declaration of Grant A. Geyerman Previously Filed at ECF 588-3 (unredacted)) (Geyerman, Grant) (Filed on 6/28/2021) (Entered: 06/28/2021) |
|---|---|---|
| 06/28/2021 | [620](#) | TRANSCRIPT ORDER for proceedings held on 6/7/21 - Trial before Judge Yvonne Gonzalez Rogers for Court Reporter Pam Batalo. (oh, COURT STAFF) (Filed on 6/28/2021) (Entered: 06/28/2021) |
| 06/28/2021 | [622](#) | **ORDER by Judge Yvonne Gonzalez Rogers granting [577](#) Motion for Pro Hac Vice as to Ryan P. McCarthy. (fs, COURT STAFF) (Filed on 6/28/2021) (Entered: 06/28/2021)** |
| 06/28/2021 | [623](#) | **ORDER by Judge Yvonne Gonzalez Rogers granting [578](#) Motion for Pro Hac Vice as to Timothy J. Geverd. (fs, COURT STAFF) (Filed on 6/28/2021) (Entered: 06/28/2021)** |
| 06/28/2021 | [624](#) | TRANSCRIPT ORDER for proceedings held on 6/7-22/2021 before Judge Yvonne Gonzalez Rogers for Court Reporter Pam Batalo. (oh, COURT STAFF) (Filed on 6/28/2021) (Entered: 06/28/2021) |
| 06/30/2021 | [625](#) | **ORDER by Judge Yvonne Gonzalez Rogers granting [619](#) Administrative Motion to File Under Seal. (fs, COURT STAFF) (Filed on 6/30/2021) (Entered: 06/30/2021)** |
| 07/09/2021 | [626](#) | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Debbie Barrett, Tyler Clark, Robert Garber, Robert Jenks, Darlene McAfee, Stephen Sullivan, Carl Washington. Appeal of Pretrial Order [472](#) , Pretrial Order, [513](#) , Order on Motion for Miscellaneous Relief, [471](#) , Jury Verdict [609](#) , Judgment [611](#) , Jury Instructions [610](#) (Appeal fee of $505 receipt number 0971-16161295 paid.) (Sweeney, Bonny) (Filed on 7/9/2021) (Entered: 07/09/2021) |
| 07/12/2021 | [627](#) | USCA Case Number 21-16162 Ninth Circuit Court of Appeals for [626](#) Notice of Appeal to the Ninth Circuit, filed by Robert Jenks, Robert Garber, Darlene McAfee, Carl Washington, Debbie Barrett, Tyler Clark, Stephen Sullivan. (cjlS, COURT STAFF) (Filed on 7/12/2021) (Entered: 07/12/2021) |
| 07/14/2021 | | Trial Exhibit Location - A-3.<br><br>1, 2, 4, 5, 7, 9, 11 - 24, 26, 27, 29, 31A, 32, 38, 39, 44, 45, 48, 64, 77, 84, 112A, 147, 151, 159, 208, 214, 231, 236, 264, 284, 296, 320, 379, 380, 381, 408, 422, 454, 1004, 1005, 1009A, 1014, 1024, 1028B, 1033, 1035, 1050, 1052, 1053, 1054, 1056, 1057, 1063, 1065, 1069, 1076, 1078, 1117, 1146, 1150, 1170, 1224, 1232, 1251, 1259, 1261, 1263, 1276, 1281, 1286, 1291, 1292, 1293, 1309, 1312 1318, 1324, 1327, 1357, 1362, 1367, 1371, 1382, 1384, 1386, 1389 and 1390. (cjlS, COURT STAFF) (Filed on 7/14/2021) (Entered: 07/14/2021) |
| 07/14/2021 | | Sealed Trial Exhibit Location - Sealed Room, Exhibits section, Shelf 2.<br><br>Exhibit 10. (cjlS, COURT STAFF) (Filed on 7/14/2021) (Entered: 07/14/2021) |
| 07/28/2021 | [628](#) | **\*\*DUPLICATION OF TRIAL EXHIBIT LIST IS IN THIS ENTRY. SEE DKT. 629 FOR CORRECT ENTRY\*\***<br><br>**FINAL TRIAL EXHIBIT LIST FOR JURY TRIAL 6/7/2021 (fs, COURT STAFF) (Filed on 7/28/2021) Modified on 7/30/2021 (fs, COURT STAFF). (Entered: 07/28/2021)** |
| 07/28/2021 | [629](#) | \*CORRECTED\* FINAL TRIAL EXHIBIT LIST FOR JURY TRIAL HELD 6/7/21. [Previous Entry, Dkt. 628 had duplication of the Exhibit List](fs, COURT STAFF) (Filed |

| | | on 7/28/2021) (Entered: 07/30/2021) |
|---|---|---|
| 09/03/2021 | 630 | Transcript Designation Form for proceedings held on 3/8/2016, 5/13/2020, 3/31/2021, 6/2/2021, 6/7/2021, 6/8/2021, 6/9/2021, 6/10/2021, 6/11/2021, 6/14/2021, 6/15/2021, 6/16/2021, 6/17/2021, 6/21/2021, 6/22/2021 before Judge Hon. Yvonne Gonzalez Rogers, re 626 Notice of Appeal to the Ninth Circuit, Transcript due by 9/7/2021. (Sweeney, Bonny) (Filed on 9/3/2021) (Entered: 09/03/2021) |
| 09/07/2021 | 631 | NOTICE of Change In Counsel by Grant A. Geyerman *Concerning Robert Belden's Withdrawal as Counsel* (Geyerman, Grant) (Filed on 9/7/2021) (Entered: 09/07/2021) |
| 10/01/2021 | 632 | NOTICE of Change In Counsel by Grant A. Geyerman *Concerning Ayla Syed's Withdrawal as Counsel* (Geyerman, Grant) (Filed on 10/1/2021) (Entered: 10/01/2021) |
| 11/17/2021 | 633 | Transcript Designation Form for proceedings held on March 7, 2017, July 18, 2017, and June 23, 2021 before Judge Yvonne Gonzalez Rogers, re 626 Notice of Appeal to the Ninth Circuit, Transcript due by 12/17/2021. (Geyerman, Grant) (Filed on 11/17/2021) (Entered: 11/17/2021) |
| 12/16/2021 | 634 | NOTICE of Change In Counsel by Grant A. Geyerman *concerning Andrew Watts's Withdrawal as Counsel* (Geyerman, Grant) (Filed on 12/16/2021) (Entered: 12/16/2021) |
| 12/20/2021 | 635 | TRIAL SHEET for Jury Trial held 6/7/2021 through 6/23/2021. (fs, COURT STAFF) (Filed on 12/20/2021) (Entered: 12/20/2021) |
| 12/06/2022 | 636 | USCA Memorandum as to 626 Notice of Appeal to the Ninth Circuit, filed by Robert Jenks, Robert Garber, Darlene McAfee, Carl Washington, Debbie Barrett, Tyler Clark, Stephen Sullivan. AFFIRMED (dhm, COURT STAFF) (Filed on 12/6/2022) (Entered: 12/06/2022) |
| 12/28/2022 | 637 | MANDATE of USCA as to 626 Notice of Appeal to the Ninth Circuit, filed by Robert Jenks, Robert Garber, Darlene McAfee, Carl Washington, Debbie Barrett, Tyler Clark, Stephen Sullivan (dhm, COURT STAFF) (Filed on 12/28/2022) (Entered: 12/29/2022) |
| 03/10/2023 | 638 | CLERK'S NOTICE - In accordance with Local Rule 79-4(b), it is requested that counsel withdraw their exhibits by filing a written notice forthwith. If notice is not received within thirty (30) days, the exhibits will be disposed of in accordance with Local Rule 79-4(c). (cjl, COURT STAFF) (Filed on 3/10/2023) (Entered: 03/10/2023) |
| 03/20/2023 | 639 | NOTICE by CVS Pharmacy, Inc. re 638 Clerk's Notice, *re Withdrawal of Exhibit 10* (Gugelmann, August) (Filed on 3/20/2023) (Entered: 03/20/2023) |
| 04/06/2023 | 640 | Receipt for Withdrawal of Trial Exhibits by, defendant, CVS Pharmacy Inc. (cjl, COURT STAFF) (Filed on 4/6/2023) (Entered: 04/07/2023) |
| 04/11/2023 | 641 | CLERK'S NOTICE of Disposal of Plaintiff's Trial Exhibits. (cjl, COURT STAFF) (Filed on 4/11/2023) (Entered: 04/11/2023) |
| 06/22/2023 | 642 | TRANSCRIPT ORDER for proceedings held on 6/7/2021 - 6/23/2021 before Judge Yvonne Gonzalez Rogers by Elizabeth Fegan, for Court Reporter Pam Batalo-Hebel. (Fegan, Elizabeth) (Filed on 6/22/2023) (Entered: 06/22/2023) |
| 06/23/2023 | 643 | TRANSCRIPT ORDER for proceedings held on 6/22/2021-6/23/2021 before Judge Yvonne Gonzalez Rogers by Elizabeth Fegan, for Court Reporter Raynee Mercado. (Fegan, Elizabeth) (Filed on 6/23/2023) (Entered: 06/23/2023) |
| 07/25/2023 | 644 | TRANSCRIPT ORDER for proceedings held on 6/7/21 before Judge Yvonne Gonzalez Rogers for Court Reporter Pam Batalo-Hebel. (oh, COURT STAFF) (Filed on 7/25/2023) (Entered: 07/25/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/21/2023 07:39:17 | | | |
| **PACER Login:** | reedsmith | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:15-cv-03504-YGR |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |