# EXHIBIT B

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   NORTHERN DISTRICT OF ILLINOIS
 4   EASTERN DIVISION
 5   - - - - - - - - - - - - - - - - - - - -x
 6   CYNTHIA RUSSO, et al.,
 7                   Plaintiffs,   No.
 8      -against-                  1:17-CV-02246
 9   WALGREEN CO.,
10                   Defendant.
11   - - - - - - - - - - - - - - - - - - - -x
12                   Virtual Zoom Deposition
13
                         April 21, 2023
14                       9:00 a.m.
15
16      CONFIDENTIAL DEPOSITION of KELLY LEAR
17   NORDBY, Ph.D., in the above-entitled action,
18   held at the above time and place, taken before
19   Jeremy Richman, a Shorthand Reporter and
20   Notary Public of the State of New York,
21   pursuant to the Federal Rules of Civil
22   Procedure, and stipulations between Counsel.
23
24              *     *      *
25
```

Page 122

1  K. NORDBY, Ph.D. - CONFIDENTIAL
2  the first fill, right?
3            MS. COLEMAN:  Objection to
4       form and to scope.
5       Q.    I think you gave --
6       A.    That wasn't part of my
7  assignment, to review the Garby
8  decision.  I think, again, my opinions
9  about the Garby decision are what it
10 found with respect to allocating the
11 membership fee, and with respect to the
12 barrier, it is specific to the fee in
13 that case, which was $10, which is
14 different from the fee in this case.
15      Q.    Okay, but I asked you a very
16 specific question, and you said yes --
17      A.    Yes, I think they said that
18 they didn't consider the $10 membership
19 fee to be a barrier.
20      Q.    All right.  And it would
21 follow, then, that if, on the first
22 fill, there were multiple
23 prescriptions, but the fee would still
24 not be a barrier, correct?
25           MS. COLEMAN:  Objection to

```
                                                    Page 148

 1
 2                        CERTIFICATION
 3
 4
 5        I, JEREMY RICHMAN, a Notary Public for and
 6   within the State of New York, do hereby
 7   certify:
 8        That the witness whose testimony as herein
 9   set forth, was duly sworn by me; and that the
10   within transcript is a true record of the
11   testimony given by said witness.
12        I further certify that I am not related to
13   any of the parties to this action by blood or
14   marriage, and that I am in no way interested
15   in the outcome of this matter.
16        IN WITNESS WHEREOF, I have hereunto set my
17   hand this 2nd day of May, 2023.
18
19        [signature]
20        _____
21        JEREMY RICHMAN
22
23
24
25
```