# EXHIBIT C

1  CYNTHIA RUSSO, et al. vs. WALGREEN CO.
2  4/21/2023 - Kelly L. Nordby, Ph.D. (#5878466)
3              E R R A T A   S H E E T
4  PAGE <u>4</u> LINE <u>17, 21, and 25</u> CHANGE <u>punitive to</u>
5  <u>putative</u>
6  REASON <u>transcription error</u>
7  PAGE <u>24</u> LINE <u>21</u> CHANGE <u>punitive to putative</u>
8  REASON <u>transcription error</u>
9  PAGE <u>39</u> LINE <u>20</u> CHANGE <u>Michael "Lee" to "Leib"</u>
10 REASON <u>transcription error</u>
11 PAGE <u>39</u> LINE <u>21</u> CHANGE <u>Jessica "Christiansen"</u>
12 <u>to "Christensen"</u>
13 REASON <u>transcription error</u>
14 PAGE <u>46</u> LINE <u>4</u> CHANGE <u>"and her," to "and her</u>
15 <u>background,"</u>
16 REASON <u>transcription error</u>
17 PAGE <u>53</u> LINE <u>5</u> CHANGE <u>"any of," to "any of that,"</u>
18 REASON <u>transcription error</u>
19 PAGE <u>53</u> LINE <u>6</u> CHANGE <u>"direct." to "directly."</u>
20 REASON <u>transcription error</u>
21 PAGE <u>58</u> LINE <u>7</u> CHANGE <u>"about when I refer" to</u>
22 <u>"thinking about when I referred"</u>
23 REASON <u>transcription error</u>
24 PAGE <u>61</u> LINE <u>17</u> CHANGE <u>"firm incentives. Firm, F-</u>
25 <u>I-R-M." to "firm incentives. Q. Fern? A. Firm, F-</u>
26
27
28

1   **I-R-M."**

2   **REASON transcription error**

3   **PAGE 78 LINE 24 CHANGE "Yes, believe" to "Yes, I**

4   **believe"**

5   **REASON transcription error**

6   **PAGE 86 LINE 14 CHANGE "retain, Walgreens" to**

7   **"retain them, Walgreens"**

8   **REASON transcription error**

9   **PAGE 97 LINE 3 CHANGE Michael "Lee" to "Leib"**

10   **REASON transcription error**

11   **PAGE 103 LINE 22 CHANGE "Garby" to "Garbe"**

12   **REASON spelling error**

13   **PAGE 104 LINE 2 CHANGE "my case" to "my report"**

14   **REASON transcription error**

15   **PAGE 104 LINE 16 and 19 CHANGE "Garby" to "Garbe"**

16   **REASON spelling error**

17   **PAGE 105 LINE 2, 9, and 12 CHANGE "Garby" to**

18   **"Garbe"**

19   **REASON spelling error**

20   **PAGE 106 LINE 10 CHANGE "Garby" to "Garbe"**

21   **REASON spelling error**

22   **PAGE 107 LINE 12 CHANGE "that opinion" to "that**

23   **opinion in Garbe"**

24   **REASON clarification**

25   **PAGE 107 LINE 16 CHANGE "Garby" to "Garbe"**

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  REASON spelling error
2  PAGE 108 LINE 2, 3, 6, and 17 CHANGE "Garby" to
3  "Garbe"
4  REASON spelling error
5  PAGE 109 LINE 2 CHANGE "Garby" to "Garbe"
6  REASON spelling error
7  PAGE 109 LINE 4 CHANGE "discuss the" to "discuss
8  if the"
9  REASON transcription error
10 PAGE 110 LINE 4 CHANGE "Garby" to "Garbe"
11 REASON spelling error
12 PAGE 111 LINE 6 CHANGE "Garby" to "Garbe"
13 REASON spelling error
14 PAGE 112 LINE 17 CHANGE "Garby" to "Garbe"
15 REASON spelling error
16 PAGE 114 LINE 25 CHANGE "Garby" to "Garbe"
17 REASON spelling error
18 PAGE 116 LINE 2 CHANGE "Garby" to "Garbe"
19 REASON spelling error
20 PAGE 118 LINE 21 CHANGE "Garby" to "Garbe"
21 REASON spelling error
22 PAGE 119 LINE 6 and 12 CHANGE "Garby" to "Garbe"
23 REASON spelling error
24 PAGE 120 LINE 23 CHANGE "Garby" to "Garbe"
25 REASON spelling error
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  PAGE 121 LINE 9 and 21 CHANGE "Garby" to "Garbe"
2  REASON spelling error
3  PAGE 122 LINE 7 and 9 CHANGE "Garby" to "Garbe"
4  REASON spelling error
5  PAGE 129 LINE 5 CHANGE "show related" to "show or
6  are related"
7  REASON transcription error
8  PAGE 130 LINE 6 and 25 CHANGE "Diamond" to "Dymon"
9  REASON spelling error
10 PAGE 130 LINE 8 CHANGE "Mr. Hilton" to "Dr. Hilton"
11 REASON transcription error
12 PAGE 131 LINE 11 CHANGE "purchased," to
13 "purchased,'"
14 REASON transcription error
15 PAGE 131 LINE 14 CHANGE "industry;'" to "industry;"
16 REASON transcription error
17 PAGE 135 LINE 7 and 14 CHANGE "Diamond" to "Dymon"
18 REASON spelling error
19 PAGE 145 LINE 20 CHANGE "reverse" to "reserve"
20 REASON transcription error
21
22
23
24
25
26
27
28

CYNTHIA RUSSO, et al. vs. WALGREEN CO.
4/21/2023 - Kelly L. Nordby, Ph.D. (#5878466)

ACKNOWLEDGEMENT OF DEPONENT

I, Kelly L. Nordby, Ph.D., do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Kelly L. Nordby, Ph.D.

This __23__ day of _____May_____, 2023