# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cynthia Russo, et al.

                        Plaintiff,

v.                                                         Case No.: 1:17−cv−02246
                                                            Honorable Edmond E. Chang

Walgreen Co., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 24, 2023:

       MINUTE entry before the Honorable Edmond E. Chang: The tracking status hearing of 08/25/2023 is vacated. The Court sets a phone status hearing for 08/31/2023 at 9 a.m. to discuss the ongoing expert−disclosure and expert−briefing schedules. The topic for the status hearing will be whether decisions on the various Rule 702 expert motions are required in conjunction with deciding the class−certification motion (it seems like the answer is yes, but perhaps the parties can explain how the answer might be no). The Court inherited the case and thus was hesitant to deviate from expectations on starting certification briefing before finishing expert discovery, but as perhaps forecast in R. 548, it seems like the parties briefed certification without a complete record and now the expert−motion briefs have multiplied in a way that in effect multiplied the certification−necessary briefs. Again, the Court does not seek to assign blame in any way given the procedural posture at the time of reassignment, but why Rule 702 briefing is finishing more than one year after starting certification briefing must be addressed in some way. Members of the public and media will be able to call in to listen to the hearing. The call−in number is (650) 479−3207 and the access code is 2302 477 6754##. Counsel of record and the Probation Officer will receive an email before the start of the hearing with instructions to log into the hearing. Counsel for the Defendant and the Probation Officer to provide the login instructions to the Defendant and his father and mother. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.