# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>                Defendant. | Civil No. 17-cv-2246<br><br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan |

## ORDER GRANTING THE PARTIES' JOINT MOTION TO SET A BRIEFING SCHEDULE AND SETTING THE BRIEFING SCHEDULE

The Court has considered the Parties' Joint Motion for Leave to Set a Briefing Schedule.

For good cause shown, **IT IS ORDERED**:

    1.    That the Parties' Joint Motion for Leave to Set a Briefing Schedule is **GRANTED**.

    2.    The deadline for Walgreens to (i) depose Dr. Hayes and (ii) take a two-hour deposition of Dr. Hilton limited to: (1) Paragraphs 13-19 and 42-44 of her rebuttal report; and (2) any new documents Dr. Hilton produces associated with her rebuttal report, including workpapers, is August 11, 2023.

    3.    The briefing schedule with respect to Walgreens' anticipated motion for leave to file a sur-reply and one or more sur-rebuttal reports (the <u>Motion for Leave</u>) is set forth as follows:

        a.    The deadline for Walgreens to file its Motion for Leave is September 14, 2023. Walgreens will file its proposed sur-reply, as well as any proposed sur-rebuttal reports, as exhibits to its Motion for Leave.

        b.    The deadline for Plaintiffs to file an opposition to Walgreens' Motion for Leave, including any motion for leave to take depositions in response to any proposed sur-rebuttal expert reports Walgreens files (absent agreement

                    from Walgreens for Plaintiffs to take the requested deposition(s)), is November 15, 2023.

        c.        The deadline for Walgreens to file a reply to its Motion for Leave, including any opposition to a motion for leave filed by Plaintiffs, is December 12, 2023.

4.        The briefing schedule for the remainder of the briefing as to the Parties' pending *Daubert* motions and potential additional Motions to Exclude as to Plaintiffs' experts' rebuttal reports is set forth as follows in the chart below:

| Movant | Expert Report | Mot. ECF No. where applicable and proposed date where applicable | Opp. ECF No. where applicable and proposed date where applicable | Reply proposed date |
|---|---|---|---|---|
| Walgreens' Motions to Exclude: | Dr. Schafermeyer | 580 – filed March 17, 2023 | 600 – filed June 20, 2023 | August 22, 2023 |
|  | Dr. Hilton | 583 – filed March 17, 2023 | 607 – filed June 20, 2023 | September 14, 2023 |
|  | Dr. Schafermeyer's Rebuttal | August 22, 2023 | October 11, 2023 | November 13, 2023 |
|  | Dr. Hayes's Rebuttal | September 14, 2023 | November 15, 2023 | December 12, 2023 |
|  | Dr. Hilton's Rebuttal | September 14, 2023 | November 15, 2023 | December 12, 2023 |
|  |  |  |  |  |
| Plaintiffs' Motions to Exclude: | Dr. Hughes | 604 – filed June 20, 2023 | September 14, 2023 | November 15, 2023 |
|  | Mr. Jacobs | 605 – filed June 20, 2023 | August 22, 2023 | October 11, 2023 |
|  | Mr. Smith | 606 – filed June 20, 2023 | September 14, 2023 | November 15, 2023 |

**IT IS SO ORDERED**.

Dated: 08/31/2023

The Hon. Edmond E. Chang<br>United States District Judge