# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>                  Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan |

**[PROPOSED] ORDER GRANTING WALGREENS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS SEPTEMBER 14, 2023 FILINGS, AS WELL AS CERTAIN EXHIBITS FILED IN SUPPORT OF ITS SEPTEMBER 14, 2023 FILINGS**

The Court has considered the Unopposed Motion To File Under Seal Portions Of Its September 14, 2023 Filings, As Well As Certain Exhibits Filed in Support of Its September 14, 2023 Filings ("Motion to Seal") of Walgreen Co. ("Walgreens"). For good cause shown, **IT IS ORDERED**:

    1.    Walgreens' Motion To Seal is **GRANTED**.

    2.    The following documents shall remain sealed:

            a.    The unredacted version of Walgreens' Motion to Strike or Exclude Hilton's Rebuttal Report and Any Testimony Regarding the Same Pursuant to Federal Rules of Evidence 702 and 403 and Federal Rule of Civil Procedure 26;

b.     The unredacted version of Walgreens' Reply in Support of Its Motion to Exclude Hilton's Expert Report and Testimony Pursuant to Federal Rule of Evidence 702;

c.     The unredacted version of Walgreens' Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of Jed Smith Pursuant to Federal Rule of Evidence 702 to the Extent He Purports to Have Determined PSC Prices;

d.     The unredacted version of Walgreens' Motion to Strike or Exclude the Opinions and Testimony of Susan A. Hayes Pursuant to Federal Rules of Evidence 702 and 403 and Federal Rule of Civil Procedure 26;

e.     The unredacted version of Walgreens' Motion to Strike or Exclude the Opinions and Testimony of Susan A. Hayes Pursuant to Federal Rules of Evidence 702 and 403 and Federal Rule of Civil Procedure 26;

f.     The unredacted version of Walgreens' Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of James W. Hughes Pursuant to Federal Rule of Evidence 702;

g.     The unredacted version of Walgreens' Proposed Surreply in Opposition to Plaintiffs Motion for Class Certification;

h.     The unredacted version of Exhibit A attached to Walgreens' Motion to Strike or Exclude Hilton's Rebuttal Report and Any Testimony Regarding the Same Pursuant to Federal Rules of Evidence 702 and 403 and Federal Rule of Civil Procedure 26;

i.     The unredacted version of Exhibit B attached to Walgreens' Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of Jed Smith Pursuant to Federal Rule of Evidence 702 to the Extent He Purports to Have Determined PSC Prices;

j.     Exhibits C-J to Walgreens' Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of Jed Smith Pursuant to Federal Rule of Evidence 702 to the Extent He Purports to Have Determined PSC Prices;

k.     Exhibit L to Walgreens' Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of Jed Smith Pursuant to Federal Rule of Evidence 702 to the Extent He Purports to Have Determined PSC Prices;

l.     The unredacted version of Exhibit A to Walgreens' Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of James W. Hughes Pursuant to Federal Rule of Evidence 702;

- 3 -

  m.  The unredacted version of Exhibit B to Walgreens' Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of James W. Hughes Pursuant to Federal Rule of Evidence 702;

  n.  The unredacted version of Exhibit B to Walgreens' Motion for Leave to File a Surreply in Opposition to Plaintiffs' Motion for Class Certification and a Surrebuttal Report from its Expert, Jed Smith.

**IT IS SO ORDERED**.

Dated: _____          _____
                                 The Hon. Edmond E. Chang
                                 United States District Judge