# EXHIBIT D

Page 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                   EASTERN DIVISION

 3
           _____
 4                                    :
           CYNTHIA RUSSO, LISA        :
 5         BULLARD, RICARDO           : Civil No. 17-cv-2246
           GONZALES, INTERNATIONAL    :
 6         BROTHERHOOD OF ELECTRICAL  :
           WORKERS LOCAL 38 HEALTH    :
 7         AND WELFARE FUND,          :
           INTERNATIONAL UNION        :
 8         OF OPERATING ENGINEERS     :
           LOCAL 295-295C WELFARE     :
 9         FUND, AND STEAMFITTERS     :
           FUND LOCAL 439, on         :
10         Behalf of Themselves       :
           and All Others Similarly   :
11         Situated,                  :
                                      :
12              Plaintiffs,           :
                                      :
13         v.                         :
                                      :
14         WALGREEN CO.,              :
                                      :
15              Defendant.            :
           _____:
16
                     Friday, August 11, 2023
17
18              Deposition of LYNETTE HILTON, Ph.D.,
19         taken virtually via Zoom, with the witness
20         participating the offices of Econ ONE, 550 South
21         Hope Street, Suite 800, Los Angeles, California,
22         beginning at 9:03 a.m. PDT, before Ryan K. Black,
23         Registered Professional Reporter, Certified
24         Livenote Reporter and Notary Public in and for
25         the Commonwealth of Pennsylvania.
```

```
                                              Page 22
 1             A.    The exclusions in Paragraph 13 a. and

 2        b.?

 3             Q.    Well, they -- what I'm saying is they

 4        made changes to the proposed exclusions, correct?

 5             A.    Correct.

 6             Q.    And the new proposed exclusions are

 7        listed in Paragraph 13 a. and b., correct?

 8             A.    Correct.

 9             Q.    You testified in your prior deposition

10        about your understanding of the exclusions, and

11        now I'd like to ask you about your understanding

12        of these revised exclusions.

13                   Do you believe you understand the

14        meaning of the revised exclusions?

15             A.    Yes.

16             Q.    How did you obtain your understanding?

17             A.    By both reading the exclusions and

18        having discussions with counsel.

19             Q.    Let's look at Paragraph 13 a.  It says

20        one of the exclusions is "All federal government

21        entities, including Medicare and Medicaid and

22        their beneficiaries, except for Medicare Part D

23        beneficiary."

24                   Did I read that accurately?

25             A.    Yes.
```

```
                                                     Page 23

 1              Q.   So in this exclusion, it gives two

 2         examples, Medicare and Medicaid.  Is Medicaid a

 3         federal government entity?

 4              A.   I don't have an opinion on that.

 5              Q.   Do you understand whether states

 6         administer their own Medicaid programs?

 7              A.   I have some understanding of that, yes.

 8              Q.   What is your understanding, that they do

 9         or they do not administer their own Medicaid

10         program?

11              A.   My understanding is that they're

12         -- they're partially funded by both state and by

13         federal governments.

14              Q.   And is it your understanding that

15         the -- that the states administer their own

16         Medicaid programs or that the federal government

17         administates -- administers the state Medicaid

18         program?

19              A.   I'm trying to figure out what you mean

20         by "administer" versus "pay."

21              Q.   Well, you just said that the Medicaid

22         is both partially state-funded and partially

23         federal-funded, correct?

24              A.   Yes.

25              Q.   New Mexico has its own Medicaid program,
```

Page 24

```
 1        correct?
 2             A.   I assume so.  I don't have any
 3        independent knowledge of that.
 4             Q.   And New York, you would assume, has its
 5        own Medicaid program, correct?
 6             A.   Again, I'd assume so, but I -- I don't
 7        know for sure.
 8             Q.   Do you know who manages the New Mexico
 9        Medicaid program?
10                  MR. ALEXANDER:  Objection to form.
11                  THE WITNESS:  I don't.
12        BY MR. LEIB:
13             Q.   Do you know who administers the New
14        Mexico Medicaid program?
15             A.   I don't.
16             Q.   And that would -- your answers would be
17        the same if I asked them with regard to New York,
18        correct?
19             A.   Correct.
20             Q.   Do you understand whether states make
21        their own decisions about what benefits they will
22        provide under Medicaid, subject to federal
23        guidelines?
24                  MR. ALEXANDER:  Objection to form.
25                  THE WITNESS:  I don't have an
```

Page 25

1      understanding of that.

2      BY MR. LEIB:

3          Q.   So you don't know one way or -- or

4      another whether Medicaid is a federal government

5      entity, correct?

6          A.   I don't have any independent knowledge

7      of that, no.

8          Q.   Are you aware that there's a Federal

9      Workers' Compensation plan?

10         A.   I am familiar with that.

11         Q.   Is that a federal government entity?

12         A.   I don't have knowledge of that.

13         Q.   Are you aware that there's a federal

14     employees program, sometimes called Federal

15     Employees Health Benefits Program?

16         A.   I -- I don't have any independent

17     knowledge of that.

18         Q.   Have you heard of the term FEP?

19         A.   Yes.

20         Q.   Do you understand what FEP is?

21         A.   No.

22         Q.   Do you know whether the FEP is a federal

23     government entity?

24         A.   I do not.

25         Q.   Do you know what TRICARE is?

Page 26

1              A.    I have a general understanding of

2         TRICARE, yes.

3              Q.    What is your general understanding of

4         TRICARE?

5              A.    It's that part of the government

6         benefits for its healthcare, but it's a very

7         general understanding.

8              Q.    It -- did you say it's that part of the

9         government benefits for healthcare?

10             A.    It is a healthcare benefit provided by

11        the government.

12             Q.    Do you know who it's provided to?

13             A.    I just -- no.  I was familiar at one

14        point, but, no.

15             Q.    Okay.  I will inform you that it's

16        the uniformed services healthcare program that's

17        primarily for active-duty service members and

18        their families, National Guard Reserve members

19        and their families and Medal of Honor recipients

20        and their families.

21                   I see you shaking your head.  Does that

22        refresh your recollection?

23             A.    Yes.

24             Q.    Do you know whether TRICARE is a federal

25        government entity?

1          A.    I don't.
2          Q.    What about Veteran's Administration
3      plans?  Do you know if those are federal
4      government entities?
5          A.    I don't.
6          Q.    So what is your understanding of what a
7      federal government entity is?
8          A.    An entity that is funded by the federal
9      government.
10         Q.    Funded in full or -- or -- does it have
11     to be funded in full by the federal government to
12     be a federal government entity?
13         A.    I don't have an opinion about that.
14         Q.    Based on what you just said, why is it
15     that you don't have an opinion on whether TRICARE
16     is a federal government entity?
17              MR. ALEXANDER:  Objection to form.
18              THE WITNESS:  I don't need to have a
19     opinion about that.  It's not part of my -- it's
20     not necessary for my analysis or my methodology.
21     BY MR. LEIB:
22         Q.    Why is it not necessary for your
23     methodology?
24         A.    Because I'm going to be -- I rely on the
25     data, on what Walgreens has characterized these

1          payers as, either commercial, union, Medicare

2          Part D, state-funded, et cetera.

3              Q.   Well, if it says TRICARE, what would you

4          do with it?

5                  MR. ALEXANDER:  Objection to form.

6          BY MR. LEIB:

7              Q.   I'm gonna -- I'm gonna restate the

8          question again.

9                  If in Plan Type in Walgreens' data it

10         says TRICARE, would you characterize that as a

11         federal government entity or no?

12                 MR. ALEXANDER:  Objection to form.

13                 THE WITNESS:  So, Michael, under Plan

14         Type if it says TRICARE?

15         BY MR. LEIB:

16             Q.   Yes.  I'm sorry.  Under Plan Type.

17             A.   Okay.  That would be excluded because

18         I'm only including commercial, union, Medicare

19         Part D.  And, in addition, the Federally Funded

20         Payer Indicator from the payer map has to also be

21         known.

22             Q.   And that -- that part where you --

23         Federal Funded Payer Indicator having to be,

24         what, checked off in the -- in the data?  Is that

25         how you would phrase it?

Page 29

```
 1                MR. ALEXANDER:  Objection to form.
 2                THE WITNESS:  And let me -- and let me
 3          clarify.  For plan types marked as commercial or
 4          union, I have the additional requirement that the
 5          federally funded indicator -- I apologize, but
 6          it's a long -- very long name -- is also N-O.
 7          And then I also indicate those where Management
 8          Equals Medicare Part D.
 9       BY MR. LEIB:
10          Q.   I'm sorry.  For ones that are commercial
11          or union, did you say you also required the
12          federally funded indicator to be "known"?  Is
13          that what you said?  I'm not sure I understand
14          that.
15          A.   Sorry.  For those that are marked
16          commercial or union in Plan Type, I require the
17          Federally Funded Payer Indicator to be equal to
18          N, which is no.  N-O.  No.
19                I'm -- I'm getting some feedback.  I
20          don't know if anyone else is.
21                THE REPORTER:  Yes, I am.  It's bad,
22          too.  Maybe the tech can help us with that.
23                THE WITNESS:  Okay.
24                MR. LEIB:  Why don't we go off the
25          record.
```

```
 1              THE VIDEOGRAPHER:  The time now is 9:37
 2        a.m.  We're going off the record.
 3              (Recess taken.)
 4              THE VIDEOGRAPHER:  The time now is 9:39
 5        a.m.  We're going back on the record.
 6              Please proceed, Counsel.
 7        BY MR. LEIB:
 8          Q.   Okay.  Let's look at b. in Paragraph 13
 9        which states, All state government entities and
10        their beneficiaries, except for state political
11        subdivisions, such as, for examples -- for
12        example, cities, towns, municipalities, counties
13        and school districts and their beneficiaries.
14        Did I read that correctly?
15          A.   Yes.
16          Q.   And the prior definition -- or the
17        prior exclusion in this particular section
18        said, "government-funded entities," as opposed to
19        all state government entities.  Do you know what
20        the difference is between government funded
21        entities and government entities?
22          A.   I don't have the prior definition in
23        front of me, but I can take your word for it.
24               I'm -- no, I don't know the -- the
25        difference between those.
```

1          Q.   Do you have an understanding of what a

2     state government entity is?

3          A.   My understanding is it's entities that

4     are funded by the state, or associated with the

5     state, I should say.

6          Q.   Well, what do you mean by "associated

7     with the state"?

8          A.   Some relationship to the state.

9          Q.   So they don't have to be fully funded by

10    the state to be a state government entity; is

11    that correct?

12              MR. ALEXANDER:  Objection to form.

13              THE WITNESS:  I don't have an opinion

14    about that.

15    BY MR. LEIB:

16         Q.   Well, you first said -- when answering

17    my question of whether you had an understanding

18    of what a state government entity is, you first

19    said "they are funded by a state," and then you

20    said "or associated with the state."  I took that

21    to mean that you were changing your answer.  Are

22    those -- were you changing your answers or were

23    those two different things, they're either funded

24    by the state or they're associated with the

25    state?

1            MR. ALEXANDER:  Objection to form.

2       BY MR. LEIB:

3            Q.   I'm sorry.  Were they -- did you mean

4       that they're -- did you mean to change your

5       answer to associated by [sic] the state, rather

6       than funded by the state, or did you mean to say

7       that they have to be either funded by the state

8       or associated with the state?

9            MR. ALEXANDER:  Objection to form.

10           THE WITNESS:  I was intending to -- to

11      say that they are associated with the state.

12      BY MR. LEIB:

13           Q.   So it's no longer whether they're funded

14      by state.  It's whether they're associated with

15      the state.  Is that correct?  Is that your

16      understanding?

17           MR. ALEXANDER:  Objection to form.

18           THE WITNESS:  I believe funding would

19      be -- funded would also be -- would cover that,

20      as well.

21      BY MR. LEIB:

22           Q.   So what would be something that was

23      associated with the state but not funded by the

24      state?

25           A.   I don't -- I don't have any examples of

Page 33

1          that.

2               Q.   When we talked about federal government

3          entities, you didn't say something that was

4          associated with the federal government.

5          Did you mean to?

6               A.   Yes.  I think that could be included, as

7          well.

8               Q.   But you don't know of anything that

9          would be associated with a government entity but

10         not funded by the government entity; is that

11         correct?

12              A.   Yes.

13              Q.   Let's say a government contractor is

14         funded by the federal government in part.  Are

15         they a federal government entity?

16                  MR. ALEXANDER:  Objection to form.

17                  THE WITNESS:  I don't have an opinion

18         about that.

19         BY MR. LEIB:

20              Q.   Is the federal contractor associated

21         with the federal government?

22                  MR. ALEXANDER:  Objection to form.

23                  THE WITNESS:  I don't have an opinion

24         about that.

25         BY MR. LEIB:

1    understanding?

2         A.   What's written here in 13 b. and

3    conversations with counsel.

4         Q.   Well, what's written here in b. gives

5    certain examples, correct?

6         A.   Yes.

7         Q.   And those examples are cities, towns,

8    municipalities, counties and school districts.

9    Are there any other examples that you're

10   -- you're aware of a TPP that would be a state

11   political subdivision that's not listed as one of

12   the examples in b.?

13        A.   Not that I'm aware of.

14        Q.   What about a state public university,

15   would that be a state government entity?

16        A.   I don't have an opinion about that.

17        Q.   What about a -- a state public

18   university, would it be a state political

19   subdivision?

20        A.   I don't have an opinion about that.

21        Q.   Well, how would you make a determination

22   as to whether a state public university is

23   included or excluded from the class if you don't

24   have an understanding of whether it's a state

25   government entity?

Page 36

```
 1              A.   As I answered with respect to
 2         the federal government entity, I would
 3         rely on Walgreens' data and their -- their
 4         characterization under plan type.  And then with
 5         the state and the federally funded indicator as
 6         it is relevant.  But the -- under plan type, they
 7         have state-funded, state Medicaid, some of these
 8         other designations.  And all of those would be
 9         excluded based on my methodology where I include
10         only commercial, union and Medicare Part D.  And
11         then the added filter on the federally funded.
12              Q.   Well, that initial federally funded
13         filter has nothing to do with state government
14         entities, correct?
15              A.   Right.  I -- I'm sorry.  I wasn't done
16         with my answer.
17                   I was going to add that I would also
18         -- I believe that these entities themselves would
19         be able to self-identify and they know whether
20         they're a -- a state-funded entity, a federally
21         funded entity or a political subdivision, much
22         the way that a PBM would know who was affiliated
23         with -- you know, if -- if somebody was
24         affiliated with a PBM, that sort of thing.
25              Q.   Well, how would an entity self-identify?
```

1              MR. ALEXANDER:  Objection to form.

2              THE WITNESS:  I -- I'm not sure I

3        understand the question.

4        BY MR. LEIB:

5            Q.   You just said that you weren't done

6        with your answer and that you were going to

7        add, I believe, that those -- that these entities

8        themselves would be able to self-identify.  What

9        do you mean by that?

10           A.   An entity -- I mean that an entity

11       would know -- whether they are subject to this

12       exclusion or not, they would know whether there

13       were a political -- a state political subdivision

14       or a state government entity or a federal

15       government entity.

16           Q.   Well, on the one hand you're saying

17       you're relying on the data, and on the other hand

18       you're saying that entities can self-identify.

19       Which is it?

20           A.   Well, I'm relying on the data.

21       Further down the road if there's some kind of an

22       allocation that needs to be done, then they would

23       also be able to self-identify.

24           Q.   Is there anywhere in your amended report

25       -- rebuttal report that you talk about entities

1    self-identifying?  And I'm -- I'm -- I'm asking

2    you from your memory because we don't have the

3    time in this deposition for you to go through.

4    Do you remember anywhere stating anything about

5    self-identification in your amended report?

6         A.   I -- I -- I guess I don't feel

7    comfortable answering that question without

8    looking.  I -- I think there might be something,

9    but I -- I don't recall.

10        Q.   If there's not anything in the -- in the

11   -- in the amended report on self-identification,

12   do you still intend to testify about that at

13   trial?

14             MR. ALEXANDER:  Objection to form.

15             THE WITNESS:  I guess I don't know the

16   answer to that.  To the extent that I would be

17   limited to what's in the report, then I would be

18   limited to what's in the report.

19   BY MR. LEIB:

20        Q.   Is -- is a public hospital district that

21   has taxing authority a state government entity?

22             MR. ALEXANDER:  Objection to form.

23             THE WITNESS:  I don't have an opinion

24   about that.

25   BY MR. LEIB:

1          Q.   Is a water district that has taxing

2     authority and provides health insurance to

3     employees a state government entity?

4               MR. ALEXANDER:  Objection to form.

5               THE WITNESS:  I don't have an opinion

6     about that.

7     BY MR. LEIB:

8          Q.   Are the Chicago Public Schools a state

9     government entity?

10         A.   I don't have an opinion about that.

11         Q.   Are the Chicago Public Schools a state

12    political subdivision?

13         A.   I don't have an opinion about that.

14         Q.   And I assume you don't have opinions

15    about the Milwaukee Public Schools, the City of

16    Chicago or the Cook County employees either; is

17    that correct?

18              MR. ALEXANDER:  Object to form.

19              THE WITNESS:  That's correct.

20    BY MR. LEIB:

21         Q.   What about agencies such as the New

22    Mexico Children Youth and Families Department?

23    Do you have an opinion about whether they're a

24    state political -- I'm sorry, a state government

25    entity?

```
                                                    Page 40

 1                    MR. ALEXANDER:  Objection to form.

 2                    THE WITNESS:  I don't.

 3             BY MR. LEIB:

 4                 Q.   Legislative bodies, do you have an

 5             opinion about whether legislative bodies, such

 6             as house members or Senate members, are state

 7             government entities?

 8                    MR. ALEXANDER:  Objection to form.

 9                    THE WITNESS:  I don't.

10             BY MR. LEIB:

11                 Q.   If you look at Paragraph 14 of your

12             report, you point to the fact that Jed Smith

13             provides examples in Table 3 and Table 10 of his

14             report where he provides examples of TPPs that he

15             claims appear to be government-funded entities

16             that appear in the Walgreens plan data as having

17             a plan type of commercial, correct?

18                 A.   Yes.

19                 Q.   And in Paragraph 15 you write that

20             "Mr. Smith fails to take into account that,

21             according to Walgreens' testimony, whether

22             a given third-party payer is commercial or

23             governmental is found in the plan type field

24             in the plan category table," correct?

25                 A.   Correct.
```

Page 48

1          Q.   So if the value in the Plan Type
2     field is state-funded, you would exclude that
3     transaction, correct?
4          A.   Correct.
5          Q.   And that's because it's not commercial,
6     union or Medicare Part D, correct?
7               MR. ALEXANDER:  Objection to form.
8               THE WITNESS:  Correct.
9     BY MR. LEIB:
10         Q.   But if we look at Paragraph 13 of
11    your report -- your amended report, there's an
12    exception to the exception, correct?
13              MR. ALEXANDER:  Objection to form.
14              THE WITNESS:  I'm sorry.  Paragraph 13?
15    BY MR. LEIB:
16         Q.   13 b.
17         A.   13 b.  Okay.
18         Q.   The revised definition states that while
19    state government entities are generally excluded
20    from the class, state political subdivisions are
21    included in the class, correct?
22              MR. ALEXANDER:  Objection to form.
23              THE WITNESS:  Correct.
24    BY MR. LEIB:
25         Q.   So why do you automatically exclude

Page 49

1          state-funded -- entities that were referred to as

2          state-funded in the Plan Type?

3                    A.    Because state-funded is excluded --

4                    Q.   Yes, but --

5                    A.   -- under Part D --

6                    MR. ALEXANDER:  Counsel, please let the

7          witness finish her answer before asking your next

8          question.

9          BY MR. LEIB:

10                   Q.   Did you have a further answer?

11                   A.   I'm sorry, Michael.  Did you ask a

12         question?  I --

13                   Q.   Well, did you have a further answer?

14                   A.   Oh, just -- just to the extent -- I'll

15         just repeat.  Under 13 b., state entities are

16         excluded.  So you asked about state-funded in the

17         Plan Type field, correct?

18                   Q.   Right.  So 13 b., state entities are

19         excluded -- I'm sorry, yeah, state entities are

20         excluded except if they're state political

21         subdivisions, correct?

22                   A.    Correct.

23                   MR. ALEXANDER:  Objection to form.

24                   THE WITNESS:  Sorry.

25         BY MR. LEIB:

Page 50

```
 1              Q.   So I'm going to ask you again, if,
 2        in fact, state political subdivisions can be
 3        included in the class, why do you automatically
 4        exclude state-funded from the class?
 5                  MR. ALEXANDER:  Objection to form.
 6                  THE WITNESS:  It's not my understanding
 7        that state-funded is the same as state political
 8        subdivisions.
 9        BY MR. LEIB:
10              Q.   What do you understand state-funded to
11        be?
12                  MR. ALEXANDER:  Objection to form.
13                  THE WITNESS:  Based on Walgreens'
14        testimony, I would understand it to be entities
15        that are funded by the state.  As the Walgreens
16        testimony says, the values in the plan type field
17        have your common, every day understanding of
18        those words.
19        BY MR. LEIB:
20              Q.   Well, in some -- in some states, cities
21        and town receives -- receive state funding,
22        correct?
23                  MR. ALEXANDER:  Objection to form.
24                  THE WITNESS:  I don't have an opinion
25        about that.
```

```
                                               Page 51

1          BY MR. LEIB:
2              Q.   I'm not asking whether you're giving an
3          opinion about that.  I'm asking your knowledge.
4          You know, Dr. Hilton, don't you, that in some
5          states cities receive state funding?
6                  MR. ALEXANDER:  Objection to form.
7                  THE WITNESS:  I have no reason to -- to
8          know about that one way or the other, no.
9          BY MR. LEIB:
10             Q.   I -- I didn't ask you if you have a
11         reason to know it.  I asked you if you know it.
12         Do you know that, in fact, in some states, cities
13         receive state funding?
14                 MR. ALEXANDER:  Same objection.
15                 THE WITNESS:  No.  I don't.
16                 Oh, sorry, Carey.
17                 MR. ALEXANDER:  That's okay.  Go ahead,
18         please.
19         BY MR. LEIB:
20             Q.   Do you know in some states school
21         districts receive state funding?
22                 MR. ALEXANDER:  Objection to form.
23                 THE WITNESS:  I'm not sure.
24         BY MR. LEIB:
25             Q.   Have you ever read about any lawsuits
```

1    in which it was claimed that there was unequal

2    funding of school districts and minority --

3    minority districts?

4              MR. ALEXANDER:  Objection to scope.

5              THE WITNESS:  Have I?  No, I have not

6    read any lawsuits like that.

7    BY MR. LEIB:

8         Q.   Have you ever -- have you ever read

9    about any lawsuits, or heard about any lawsuits,

10   in which poorer districts were trying to receive

11   more state funding for their school district?

12             MR. ALEXANDER:  Objection to form.

13   Objection to scope.

14             THE WITNESS:  No.

15   BY MR. LEIB:

16        Q.   So am I correct to understand that

17   your testimony is that you have no idea whether

18   cities, towns or school districts in any state

19   receive state funding?

20             MR. ALEXANDER:  Objection to form.

21             THE WITNESS:  I don't -- I don't know.

22   BY MR. LEIB:

23        Q.   How could you render an opinion on

24   whether state-funded could potentially be a city,

25   town or school district if you don't know, one

Page 53

1          way or the other, whether state governments

2          provide funding to cities, towns and school

3          districts?

4                    MR. ALEXANDER:  Objection to form.

5                    THE WITNESS:  Like I said before, I'm

6          relying on the data and excluding those where it

7          says state-funded.

8          BY MR. LEIB:

9               Q.   I understand you're relying on the data,

10         but do you have a basis for relying on that data

11         if you don't know what state-funded actually

12         means?

13              A.   My basis is Walgreens' testimony that

14         it's the common every day understanding of the

15         words that fall under the Plan Type field.

16              Q.   Well, does the every day common

17         understanding of the term state-funded

18         automatically exclude the possibility that

19         a city could receive state funding?

20                   MR. ALEXANDER:  Objection to form.

21                   THE WITNESS:  I'm not sure how Walgreens

22         would characterize that.

23         BY MR. LEIB:

24              Q.   I'm asking how you would, in your every

25         day understanding of those words, understand

```
1        that.  Does the every day common understanding of
2        the term state funding automatically exclude the
3        possibility, in your understanding of how those
4        words are used in the common language, mean that
5        a city could not receive state funding?
6              MR. ALEXANDER:  Objection to form.
7              THE WITNESS:  I think you might have had
8        some double negatives in there so --
9        BY MR. LEIB:
10          Q.   I did.  I'm asking you -- I'm asking you
11       how you would, in your every day understanding of
12       those words, understand that.  Does the every day
13       common understanding of the term state funding
14       automatically exclude the possibility that a city
15       could receive state funding?
16             MR. ALEXANDER:  Objection to form.
17             THE WITNESS:  I -- I don't -- I don't
18       know.  I -- I'm not really sure what you're
19       asking.
20       BY MR. LEIB:
21          Q.   Well, you said your -- your -- Walgreens
22       told you to read the word state-funded in their
23       every day common understanding, correct?
24             MR. ALEXANDER:  Objection to form.
25             THE WITNESS:  Correct.
```

```
                                                           Page 55

  1            BY MR. LEIB:

  2                 Q.   Are you able to read words and

  3            decide what their common under -- every day

  4            understanding are?

  5                 A.   I think so.  In most cases, I would say,

  6            yes.

  7                 Q.   So in your common every day

  8            understanding of the word state-funded, does that

  9            exclude the possibility that a city could receive

 10            state funding?

 11                      MR. ALEXANDER:  Objection to the form.

 12                      THE WITNESS:  I'm not really -- you

 13            keep saying, "does it exclude the possibility."

 14            I don't really understand that wording of your

 15            question.  To me it's state-funded, and that's --

 16            as far as I know it means it's got state funding.

 17            BY MR. LEIB:

 18                 Q.   Any plan types in Walgreens' data, any

 19            values that are filled in in the plan types that

 20            you understand to be a state political

 21            subdivision?

 22                      MR. ALEXANDER:  Objection to form.

 23                      THE WITNESS:  Not as I sit here.

 24            I'd have to look at those values again.

 25            BY MR. LEIB:
```

Page 56

1          Q.   You did look at the values before you
2     filed your amended report, correct?
3          A.   Correct.
4          Q.   And you tried, to the best of your
5     ability, to come up with the methodology that
6     fulfilled the requirements of this amended
7     proposed class definition, correct?
8          A.   Correct.
9          Q.   Did you do anything to try and figure
10    out if there are any values in Walgreens' data in
11    the Plan Type field that would identify state
12    political subdivisions?
13         A.   Well, I will tell you this:  That
14    state -- or "Plan Type of commercial and
15    federally funded equals no" includes some school
16    districts, which would be a political sub -- a
17    state political subdivision.
18         Q.   And in that situation, you would exclude
19    that from the class, correct?
20         A    No.
21              MR. ALEXANDER:  Objection to form.
22              THE WITNESS:  Sorry, Carey.
23              No, --
24              MR. ALEXANDER:  You can go ahead.
25              THE WITNESS:  -- they would be included.

```
 1          BY MR. LEIB:
 2               Q.   Why would they be included?
 3               A.   My methodology includes entities
 4          where Plan Type Equals Commercial and the
 5          Federally Funded Payer Indicator Equals No.
 6               Q.   Okay.  But a school district is not
 7          generally federally funded, correct?
 8                    MR. ALEXANDER:  Objection to form.
 9                    THE WITNESS:  I don't know.
10          BY MR. LEIB:
11               Q.   There's not a comparable state fund
12          indicator, correct?
13               A.   There is -- there's not a dummy variable
14          that has yes-no indicator as the federally funded
15          indicator, but there is, under Plan Types,
16          state-funded or state Medicaid.
17               Q.   Yeah.  Under Plan Types.  But you've
18          talked about a federal funding -- fund indicator
19          and you used that.  But there's not an equivalent
20          state fund indicator, correct?
21                    MR. ALEXANDER:  Objection to form.
22                    THE WITNESS:  Not that I'm aware.
23          BY MR. LEIB:
24               Q.   And so we're talking here about state
25          government entities and an exception for state
```

Page 58

1    political subdivision.  How do you determine if
2    something that's state-funded should, in fact,
3    be included because it's a state political
4    subdivision?
5            MR. ALEXANDER:  Objection to form.
6    Asked and answered.
7            THE WITNESS:  Yeah.  I think I did
8    answer that.  Did you want me to answer it again?
9    BY MR. LEIB:
10       Q.   Answer it again.
11       A.   By including those that have Plan Type
12   Equal to Commercial, Plan Type Equal to Union and
13   Federally Funded people to "no" on those two
14   particular plan -- plan types, and then also
15   excluding plan -- or, excuse me, including
16   Plan Type Equals Medicare Part D.
17       Q.   There's no actual way to know from the
18   Plan Type field in Walgreens' data whether a TPP
19   is a state political subdivision, correct?
20           MR. ALEXANDER:  Objection to form.
21           THE WITNESS:  As I said earlier, sitting
22   here today I don't recall that there is, but that
23   would be subject to check.
24   BY MR. LEIB:
25       Q.   And you make no attempt in your

```
1       methodology to distinguish between state

2       government entities and state political

3       subdivisions, correct?

4               MR. ALEXANDER:  Objection to form.

5               THE WITNESS:  Well, as I said, that the

6       state political subdivisions are -- end up being

7       included because they meet the criteria that I

8       dis -- that I discussed earlier.

9       BY MR. LEIB:

10          Q.   You have not actually told me how it

11      ends up that state political subdivisions are

12      included.  Tell me how you believe state

13      political subdivisions end up being included.

14              MR. ALEXANDER:  Objection to form.

15      Argumentative.  And asked and answered.

16              THE WITNESS:  Limiting Plan Type to

17      commercial and union with the Federally Funded

18      Indicator equal to no ends up in -- keeping

19      school districts in the class.

20      BY MR. LEIB:

21          Q.   What about cities?  Does it end up

22      keeping cities in the class?

23          A.   I didn't check all the various

24      permutations but I did --

25          Q.   What about --
```

```
 1                    MR. ALEXANDER:  Counsel, please let the
 2          witness finish her answer before asking the next
 3          question.
 4          BY MR. LEIB:
 5               Q.   What about counties?
 6               A.   Like I said, I didn't check all the
 7          permutations, but I do know that the school
 8          districts end up being --
 9                    MR. LEIB:  Let's put up --
10                    MR. ALEXANDER:  Counsel, please let the
11          witness finish her answer before you ask the next
12          question.
13                    MR. LEIB:  Put up previously marked
14          Exhibit 534.
15                    (Previously marked Exhibit No. 534 was
16          introduced electronically.)
17          BY MR. LEIB:
18               Q.   Why don't you look at Page 10 and let me
19          know when you're there.
20               A.   (Reviews document.)
21                    Okay.
22               Q.   All right.  This is Table 3 of Smith's
23          report, correct?
24               A.   Correct.
25               Q.   And you see one of the -- one of the
```

Page 106

1                      C E R T I F I C A T E

2

3           I do hereby certify that I am a Notary

4      Public in good standing, that the aforesaid

5      testimony was taken before me, pursuant to

6      notice, at the time and place indicated; that

7      said deponent was by me duly sworn to tell the

8      truth, the whole truth, and nothing but the

9      truth; that the testimony of said deponent was

10     correctly recorded in machine shorthand by me and

11     thereafter transcribed under my supervision with

12     computer-aided transcription; that the deposition

13     is a true and correct record of the testimony

14     given by the witness; and that I am neither of

15     counsel nor kin to any party in said action, nor

16     interested in the outcome thereof.

17

18           WITNESS my hand and official seal this

19     14th day of August, 2023

20

21

       _____

22                      Notary Public

23

24

25