# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>  v.<br><br>WALGREEN CO.,<br><br>                            Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan<br><br>**DECLARATION OF MICHAEL S. LEIB IN SUPPORT OF WALGREENS' REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE LYNETTE HILTON'S EXPERT REPORT AND TESTIMONY PURSUANT TO FEDERAL RULE OF EVIDENCE 702** |

I, Michael S. Leib, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at the law firm of Reed Smith LLP and admitted to practice before this Court. I submit this Declaration in support of Defendant Walgreen Co.'s Reply in Support of Its Motion to Exclude Lynette Hilton's Expert Report and Testimony Pursuant to Federal Rule of Evidence 702. I have personal knowledge of the facts set forth herein and could testify competently to them if called to do so.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of the January 17, 2023 deposition of Lynette Hilton, Ph.D.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the April 28, 2023 deposition of Jed Smith.

4. Dkt. 627-1 is a true and correct copy of the April 24, 2023 Amended Expert Report of Jed Smith.

Executed on this 14th day of September, 2023, in New York, New York.

*/s/ Michael S. Leib*
Michael S. Leib

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                                *s/ Michael S. Leib*
                                                Michael S. Leib