Page 1

```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION


CYNTHIA RUSSO, LISA BULLARD,          )
RICARDO GONZALES, INTERNATIONAL       )
BROTHERHOOD OF ELECTRICAL WORKERS     )
LOCAL 38 HEALTH AND WELFARE FUND,     )
INTERNATIONAL UNION OF OPERATING      )
ENGINEERS LOCAL 295-295C WELFARE      )
FUND, AND STEAMFITTERS FUND LOCAL     )
439, on Behalf of Themselves and      )
All Others Similarly Situated,        )
                                      )
              Plaintiffs,             )
                                      )
                vs.                   ) Case No.
                                      ) 17-cv-2246
WALGREEN CO.,                         )
                                      )
              Defendant.              )
_____)


        VIDEO-RECORDED REMOTE DEPOSITION OF
               LYNETTE HILTON, Ph.D.
            Tuesday, January 17, 2023
                    Volume I


 *** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ***
Reported by:
CARLA SOARES
CSR No. 5908
Job No. 5645367
Pages 1 - 347
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

```
                                                      Page 234
 1        Q   Did you -- and they did so at your        18:14:36
 2   instruction, correct?
 3        A   Yes.
 4        Q   Did you review the query before it was
 5   produced to us?                                    18:14:38
 6        A   No.  It's not my practice to review the
 7   code.
 8        Q   So do you understand that this code
 9   relates to finding a PSC price?
10        A   No, other than I see it's reading in PSC  18:14:41
11   data.
12        Q   So the queries that you produced to us or
13   that we received from counsel, you've never reviewed
14   those before?
15            MR. ALEXANDER:  Objection to form.        18:14:45
16            THE WITNESS:  I wouldn't say I've never
17   reviewed them.  I've looked briefly at some code.
18            The rest, I asked my staff explain to me
19   what this code is doing.  They'll walk me through
20   it.  Or we just talk about it in words rather      18:14:49
21   than -- I don't look at the code.
22   BY MR. LEIB:
23        Q   Do you have any experience with code
24   yourself?
25        A   I do, but it's very old.                  18:14:52
```

Page 271

| | | |
|---|---|---|
| 1 | And if the co-insurance was 25 percent, the TPP | 18:27:09 |
| 2 | would pay the PBM $75, and the consumer would pay | |
| 3 | Walgreens $25; is that correct? | |
| 4 | A   That's my understanding, yes. | |
| 5 | Q   Is there a field that you look at to | 18:27:13 |
| 6 | determine whether an individual consumer had | |
| 7 | co-payment versus co-insurance? | |
| 8 | A   I used the -- I calculated it myself. | |
| 9 | So I looked at the consumer portion | |
| 10 | divided by the total amount paid by the consumer and | 18:27:16 |
| 11 | the TPP for a given PBM in a given month. | |
| 12 | And if 90 percent of those transactions | |
| 13 | were the same percentage, then I assumed that it was | |
| 14 | a co-insurance situation.  Otherwise, it was a | |
| 15 | co-payment situation. | 18:27:23 |
| 16 | Q   So that's the number you used, 90 percent. | |
| 17 | If 90 percent of the time it was the same | |
| 18 | percentage, then you decided it was co-insurance? | |
| 19 | A   Yes.  It's my understanding that there are | |
| 20 | some variables in Walgreens' data that potentially | 18:27:28 |
| 21 | have information on that, and also that the PBMs | |
| 22 | would have information on that. | |
| 23 | But this is the way that I did it with | |
| 24 | what -- the data that I have currently. | |
| 25 | Q   What data were you looking at to determine | 18:27:32 |

```
                                                      Page 272
 1   that?                                          18:27:33
 2       A   To determine what?  Sorry.
 3       Q   Whether 90 percent had a certain
 4   percentage.
 5       A   So I was looking at -- for the PBM data   18:27:36
 6   merged onto the Walgreens data.
 7           If the consumer payment from the Walgreens
 8   data, the TPP payment from the PBM data, the sum of
 9   those becomes the denominator, the consumer payment
10   is the numerator, and if that percentage is greater  18:27:41
11   than -- if I see that percentage in greater than
12   90 percent of the transactions for a given month for
13   a given PBM, then I assume that it's a co-pay --
14   excuse me -- co-insurance situation.
15       Q   And if it was 89 percent of the time, you   18:27:48
16   would figure it was co-pay?
17       A   Yes.  That's the current methodology.
18       Q   What are you looking at -- what are we
19   getting as the sum total that we're trying to find a
20   denominator for?  How do we determine that          18:27:52
21   denominator?  What are we looking at?  Is it for an
22   individual?
23           So Bob Smith, we're looking at all Bob
24   Smith's transactions in a month?
25       A   No.  This is a transaction-by-transaction  18:27:57
```

Page 273

1    analysis.                                                    18:27:58

2        Q   Well, I thought you said to determine if

3    it's a co-insurance, you looked at a whole month.

4        A   So for a given transaction, I would

5    calculate the consumer portion as a percentage of            18:28:01

6    the total amount paid, which is given by the TPP

7    payment plus the consumer payment.  So that's on a

8    transaction-by-transaction -- I first do that.

9        Q   Okay.

10       A   Then for a given month, I look at all of             18:28:06

11   those transactions and determine whether most of the

12   transactions have that same 25 percent, for example.

13       Q   What do you mean by "those transactions"?

14       A   So first I start with the PBM

15   transactions, and I look at each transaction,                18:28:11

16   calculate the percentage that the consumer paid for

17   each transaction.

18           So do you have that in your mind?

19       Q   That one I've got.  The individual I've

20   got.                                                         18:28:15

21       A   Okay.  Okay.  So then, for every month,

22   let's say for month one, there are ten transactions.

23       Q   Ten transactions for -- ten transactions

24   for --

25           MR. ALEXANDER:  Please --                            18:28:19

```
                                                          Page 274
1          MR. LEIB:  I understand.                       18:28:20
2      Q   Ten transactions for Bob Smith?  Is that
3  what you're saying?
4          MR. ALEXANDER:  Counsel, I would just ask,
5  please let the witness complete her answer in full     18:28:22
6  before asking the next question, even if it's to
7  clarify what she is testifying to.
8  BY MR. LEIB:
9      Q   No, it's not just for Bob Smith.
10         So what are all the transactions that          18:28:25
11 you're looking at to decide if Bob Smith has a
12 co-pay or co-insurance?
13     A   So I'm looking at -- again, this is the
14 PBM-produced data for the fund plaintiffs.
15         So I'm looking at, for a given PBM, for a      18:28:30
16 given month, all of the transactions in that month.
17 So these were the fund plaintiffs, right, for a
18 given PBM.
19     Q   Well, you first said, "For a given PBM for
20 a given month."  And then you said, "So these were     18:28:35
21 the fund plaintiffs," right?
22         So, look.  Steamfitters -- which did have
23 co-insurance -- Steamfitters had a specific plan.
24 That plan provided that they had co-insurance.
25         Are you only looking at Steamfitters           18:28:40
```

Page 275

| | | |
|---|---|---|
| 1 | beneficiaries in that month, or are you looking at | 18:28:41 |
| 2 | all CastiaRx transactions in that month? | |
| 3 |     MR. ALEXANDER: Objection to form. | |
| 4 |     THE WITNESS: So I'm doing it by PBM. So | |
| 5 | to answer your question, if I looked at -- I would | 18:28:45 |
| 6 | look at Castia transactions for month one for all | |
| 7 | of -- all of the transactions in that month, and | |
| 8 | determine if the majority, or more than the -- you | |
| 9 | know, 90 percent, were the same percentage, | |
| 10 | 25 percent, 35 percent, whatever it is, then I would | 18:28:50 |
| 11 | identify that as a co-insurance situation. | |
| 12 |     That works with the data that I have here. | |
| 13 | If I'm given more PBM data, my assumption is that | |
| 14 | the PBM -- we would ask the PBM to turn over that | |
| 15 | information that would allow me to identify whether | 18:28:56 |
| 16 | there was a co-insurance or co-pay situation. | |
| 17 | BY MR. LEIB: | |
| 18 |     Q  Before we get to if the PBM turns over | |
| 19 | more data, you understand that CastiaRx administers | |
| 20 | thousands of plans, right? | 18:29:00 |
| 21 |     A  I don't know that. It wouldn't surprise | |
| 22 | me. | |
| 23 |     Q  It would surprise you or wouldn't? | |
| 24 |     A  Would not. | |
| 25 |     Q  What about Express Scripts? You know | 18:29:04 |

```
                                                        Page 277
 1        A    So I only have transactions for          18:29:26
 2   Steamfitters at this point.
 3        Q    Okay.  So then you're only looking at one
 4   plan.  What's your methodology if there's more than
 5   one plan?                                          18:29:29
 6        A    So like I said earlier, I believe that the
 7   PBMs would be able to give that information.  And I
 8   also believe there are variables in Walgreens' data
 9   that indicate co-insurance.  But that's not
10   something I looked at at this point.  I did -- I   18:29:34
11   used the methodology that I just described for the
12   data that I have.
13        Q    We looked at -- first of all, what
14   fields -- what fields are you talking about?
15             MR. ALEXANDER:  Objection to form.       18:29:38
16   BY MR. LEIB:
17        Q    In the PBM data, what fields are you
18   talking about?
19        A    I don't have a particular field name in
20   the PBM data.  That would be something that we would  18:29:41
21   ask them to produce.
22        Q    Well, do you know if they have data that
23   would differentiate between -- I'm sorry -- if they
24   have fields that would differentiate between co-pay
25   and co-insurance?                                  18:29:45
```

```
                                                              Page 317
1    in paragraph 7 of my report, states that "I was        18:41:57
2    asked to develop a formulaic methodology that can
3    identify and calculate overpayments by plaintiffs
4    and class members as a result of Walgreens' failure
5    to report or otherwise include PSC prices when        18:42:01
6    determining the U&C price to report for PSC
7    generics."
8             And then there's a second part to that
9    involving the unjust enrichment.
10            And then I state in my report, "I have       18:42:06
11   developed and present below illustrative
12   calculations."  I state that in paragraph 9.
13   BY MR. LEIB:
14        Q   Why only illustrative?
15            Let me ask you a different question.         18:42:10
16            You have all the data you need to figure
17   out all of the alleged overpayments for the
18   individual named consumer plaintiffs, correct?
19        A   No.
20        Q   According to your methodology, you need      18:42:13
21   Walgreens' data, correct?
22        A   Yes.
23        Q   You need the PSC transactional claims
24   data, correct?
25        A   Yes.                                         18:42:16
```

Page 318

| | | | |
|---|---|---|---|
| 1 | Q You need the ESI formularies, correct? | | 18:42:17 |
| 2 | A Yes. | | |
| 3 | Q You need the Connecticut reconciliation | | |
| 4 | data, correct? | | |
| 5 | A Yes. | | 18:42:19 |
| 6 | Q And those four pieces of information, you | | |
| 7 | have complete sets of those, correct? | | |
| 8 | A No. | | |
| 9 | Q You only have it up to 2019, correct? | | |
| 10 | A That's correct. | | 18:42:23 |
| 11 | Q Did you figure out all individual consumer | | |
| 12 | plaintiff alleged overpayments up through 2019 -- up | | |
| 13 | until -- I'm sorry -- through 2019? | | |
| 14 | MR. ALEXANDER: Objection to form. | | |
| 15 | THE WITNESS: Sorry. I'm just rereading | | 18:42:28 |
| 16 | the question. | | |
| 17 | Did I figure out all -- no. No. That | | |
| 18 | wasn't something I was asked to do. I was just | | |
| 19 | asked to develop a methodology, and I was showing | | |
| 20 | that the methodology worked by providing an | | 18:42:32 |
| 21 | illustrative example. | | |
| 22 | BY MR. LEIB: | | |
| 23 | Q So it looks like you provided at least one | | |
| 24 | example for every state that the person might be a | | |
| 25 | class representative of; is that correct? | | 18:42:36 |

```
                                                              Page 319
 1         A   I believe that was the intent.           18:42:36
 2         Q   That was the instruction from counsel,
 3   correct?
 4         A   Yes.
 5         Q   And you believe you have more transactions   18:42:39
 6   than these, in which there are overpayments up until
 7   and through 2019, that you've identified?
 8             MR. ALEXANDER:  Objection to form.
 9             THE WITNESS:  Yes, I believe that to be
10   the case.                                               18:42:42
11   BY MR. LEIB:
12         Q   And you don't know whether it was for
13   Ms. Bullard, Mr. Gonzales, or Ms. Russo?
14         A   Sitting here today, I don't know.  I
15   obviously have that information.  I just don't have    18:42:46
16   it memorized.
17         Q   Did you provide that information, all of
18   the alleged overpayments that you know with regard
19   to the individual named consumer plaintiffs, to
20   counsel?                                                18:42:50
21         A   I believe I did.
22         Q   And who decided which examples would go in
23   your report, you or counsel?
24         A   I believe there was back-and-forth on
25   that.                                                   18:42:54
```

Page 320

| | | |
|---|---|---|
| 1 | Q   Who ultimately made the decision? | 18:42:54 |
| 2 | A   I believe based on the data that I would | |
| 3 | have (inaudible). | |
| 4 | THE REPORTER:  I'm sorry.  I didn't hear | |
| 5 | you.  "Based on the data that I would have..."? | 18:42:56 |
| 6 | THE WITNESS:  I would have determined | |
| 7 | which ones were the best examples of the | |
| 8 | methodology. | |
| 9 | BY MR. LEIB: | |
| 10 | Q   What makes something a good example or a | 18:42:57 |
| 11 | best example?  Because those are the two words you | |
| 12 | used. | |
| 13 | A   I would say the data are populated, you | |
| 14 | know, in the Walgreens data less -- for lack of a | |
| 15 | better word -- messy, cleaner data, more populated | 18:43:02 |
| 16 | data, that sort of thing. | |
| 17 | Q   What is messy data? | |
| 18 | A   Messy data, they are data that -- some of | |
| 19 | these data are hand-entered, and so there might be a | |
| 20 | typo.  For example, the NDCs had leading zeros where | 18:43:07 |
| 21 | normally they wouldn't have leading zeroes.  Those | |
| 22 | sorts of things. | |
| 23 | It's very common in data of this sort, and | |
| 24 | it's a common thing to have to go through and | |
| 25 | standardize those things. | 18:43:12 |

Page 347

1      I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4      That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were administered an oath; that
8    a record of the proceedings was made by me using
9    machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12     Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [x] was not requested.
16     I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19     IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: January 23, 2023
23            *Carla Soares*
24
25                CARLA SOARES
                  CSR No. 5908