Page 1

```
 1

 2              UNITED STATES DISTRICT COURT

 3             NORTHERN DISTRICT OF ILLINOIS

 4                   EASTERN DIVISION

 5   -----------------------------------------X

 6   CYNTHIA RUSSO, LISA BULLARD,

 7   RICARDO GONZALES, INTERNATIONAL        Case No.

 8   BROTHERHOOD OF ELECTRICAL WORKERS      1:17-CV-02246

 9   LOCAL 38 HEALTH AND WELFARE FUND,

10   INTERNATIONAL UNION OF OPERATING

11   ENGINEERS LOCAL 295-295C WELFARE

12   FUND, and STEAMFITTERS FUND LOCAL

13   439, on Behalf of Themselves and

14   All Others Similarly Situated,

15                    Plaintiffs,

16          vs.

17   WALGREEN CO.,

18                    Defendant.

19   -----------------------------------------X

20                ** CONFIDENTIAL **

21          STENOGRAPHIC AND VIDEO-RECORDED

22           REMOTE VIRTUAL DEPOSITION OF

23                   JED R. SMITH

24             Friday, April 28, 2023

25                   10:03 a.m.
```

Page 141

1                    CONFIDENTIAL - SMITH

2         A.    In a general high-level description

3    would be to run that claim through the different

4    coverage and benefit aspects of a prescription

5    drug plan.

6         Q.    What entity adjudicates claims?

7         A.    It depends on what type of claim you're

8    talking about.

9         Q.    Is it fair to say that PBMs generally

10   adjudicate claims for the purchases of

11   prescription drugs made at retail pharmacies?

12              MR. LEIB:  Objection.

13        Q.    You can answer.

14        A.    I believe that that's generally the

15   case, or, I guess, third-party administrators that

16   they subcontract to.

17        Q.    Do you have an understanding as to what

18   information is generally considered as part of the

19   adjudication process?

20        A.    Yes.

21        Q.    And what information do you believe is

22   generally considered as part of the adjudication

23   process?

24        A.    Eligibility.  Plan design.  Drug

25   formularies.  Contract terms.  Benefit structure,

Page 142

1                    CONFIDENTIAL - SMITH

2       among other things.

3            Q.    And all of those factors are considered

4       through the process of adjudicating a claim,

5       correct?

6                  MR. LEIB:  Objection.

7            Q.    You can answer.

8            A.    Based on my general understanding, yes.

9            Q.    Is it fair to say that pharmacies submit

10      the data that is used in the adjudication process?

11                 MR. LEIB:  Sorry, can you repeat that

12          question, Carey?

13           Q.    Is it fair to say that a pharmacy

14      submits data that is used in the adjudication

15      process?

16                 MR. LEIB:  Objection.

17           Q.    You can answer.

18           A.    It would be fair to say that data

19      submitted by the pharmacy is relied upon in the

20      adjudication process.

21           Q.    And is it fair to say that PBM when

22      adjudicating a claim then returns data to the

23      pharmacy identifying the results of that

24      adjudication process?

25                 MR. LEIB:  Objection.

Page 317

1

2                         C E R T I F I C A T E

3

4          I, JOSEPHINE H. FASSETT, a Registered

5     Professional Reporter, Certified Court Reporter, and

6     Notary Public of the states of New York and New

7     Jersey, do hereby certify that the witness, whose

8     stenographic remote virtual deposition is

9     hereinbefore set forth, was first duly sworn by me

10    on the date indicated, and that the foregoing

11    stenographic remote virtual deposition is a true and

12    accurate record of the testimony given by such

13    witness.

14          I FURTHER CERTIFY that I am not employed by nor

15    related to any of the parties to this action by

16    blood or marriage, and that I am in no way

17    interested in the outcome of this matter.

18          IN WITNESS WHEREOF, I have subscribed my hand

19    this 10th day of May 2023.

20

21

22    _____

      JOSEPHINE H. FASSETT, RPR, CCR

23    NCRA License No. 32148

      CCR License No. 30XI00098400

24    New York Notary Public

      New Jersey Notary Public

25