# EXHIBIT B

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION
 3

      _____
 4                                   :
                                     :
      CYNTHIA RUSSO, LISA            :
 5    BULLARD, RICARDO               : Civil No. 17-cv-2246
      GONZALES, INTERNATIONAL        :
 6    BROTHERHOOD OF ELECTRICAL      :
      WORKERS LOCAL 38 HEALTH        :
 7    AND WELFARE FUND,              :
      INTERNATIONAL UNION            :
 8    OF OPERATING ENGINEERS         :
      LOCAL 295-295C WELFARE         :
 9    FUND, AND STEAMFITTERS         :
      FUND LOCAL 439, on             :
10    Behalf of Themselves           :
      and All Others Similarly       :
11    Situated,                      :
                                     :
12              Plaintiffs,          :
                                     :
13          v.                       :
                                     :
14    WALGREEN CO.,                  :
                                     :
15              Defendant.           :
      _____    :
16
                    Friday, August 11, 2023
17
18           Deposition of LYNETTE HILTON, Ph.D.,
19    taken virtually via Zoom, with the witness
20    participating the offices of Econ ONE, 550 South
21    Hope Street, Suite 800, Los Angeles, California,
22    beginning at 9:03 a.m. PDT, before Ryan K. Black,
23    Registered Professional Reporter, Certified
24    Livenote Reporter and Notary Public in and for
25    the Commonwealth of Pennsylvania.
```

Page 66

1    I understand correctly.  Your opinion is that,
2    according to the data, you can use the data to
3    know, a hundred percent sure, whether something
4    should be included in the class or excluded in
5    the class, correct?
6         A.   Based on Walgreens' testimony, I can
7    determine, based on their data, to the best of
8    Walgreens' ability, whether it's federally funded
9    or state-funded.
10             I will add that it's also Walgreens'
11   testimony that the PBMs will know for certain,
12   and I am assuming that we will be getting PBM
13   data in the future.
14        Q.   Well, are you intending to rely on
15   Walgreens' data or PBM data?
16        A.   I'm intending to rely on whichever
17   data I have available to me.  Currently, I have
18   Walgreens' data available to me.  In the future
19   if I get additional data, additional information,
20   I will incorporate that data into my analysis, as
21   well.
22        Q.   And you talked about the CastiaRx data,
23   Paragraph 18.
24             MR. ALEXANDER:  Counsel, are you
25   referring to Exhibit 575?

Page 106

C E R T I F I C A T E

      I do hereby certify that I am a Notary Public in good standing, that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

      WITNESS my hand and official seal this 14th day of August, 2023

_____
Notary Public