# EXHIBIT C

Susan Hayes                                                                    1

1                        CAUSE NO. C-1166-16H

2

    FRANK CASTELLANO and LUCILA      §  IN THE DISTRICT COURT
3   SAENZ, on behalf of              §
    themselves and all others        §
4   similarly situated,              §
                                     §
5                                    §
                        Plaintiffs,  §
6                                    §
            vs.                      §  389TH JUDICIAL DISTRICT
7                                    §
    HEB GROCERY COMPANY, LP;         §
8   HEBCO GP, LLC; and H.E.          §
    BUTT GROCERY COMPANY,            §
9                                    §
                                     §
10                      Defendants.  §  HIDALGO COUNTY, TEXAS

11

12

    STATE OF ILLINOIS    )
13                       )    SS.
    COUNTY OF COOK       )

14

15

16  The videotaped oral deposition of SUSAN HAYES taken

17  before April M. Metzler, Certified Shorthand Reporter,

18  Certified Realtime Reporter, and Notary Public, at

19  180 North LaSalle Street, Suite 2800, Chicago, Illinois,

20  commencing at 8:55 a.m. on the 8th day of March, 2018.

21

22

23

24

25

Susan Hayes                                                                    8

1        Q.   So you gave your legal opinion as to what the

2   contracts meant?

3        MS. GRENADIER:   Objection.

4   BY THE WITNESS:

5        A.   I don't have a legal opinion.   I'm not an

6   attorney.

7        Q.   Say it again?

8        A.   I don't have a legal opinion.   I am not an

9   attorney.

10        Q.   But you understand that contractual

11   interpretation is a legal exercise, that you're

12   performing a legal action interpreting the contract?

13        MS. GRENADIER:   Objection.

14   BY THE WITNESS:

15        A.   I'm an expert in the PBM industry, and I

16   understand PBM contracts and their meaning, but I'm not

17   trying to make a legal interpretation because I'm not an

18   attorney.

19        Q.   I understand that.

20             But you understand that interpreting contracts

21   is a legal exercise, don't you?

22        MS. GRENADIER:   Objection.

23   BY THE WITNESS:

24        A.   That's not a determination or interpretation I

25   make, whether or not something is a legal -- something

Susan Hayes
93

```
 1                    CAUSE NO. C-1166-16H

 2

 3    FRANK CASTELLANO and LUCILA    §  IN THE DISTRICT COURT
      SAENZ, on behalf of           §
      themselves and all others     §
 4    similarly situated,           §
                                    §
 5                                  §
                         Plaintiffs, §
 6                                  §
              vs.                   §  389TH JUDICIAL DISTRICT
 7                                  §
      HEB GROCERY COMPANY, LP;      §
 8    HEBCO GP, LLC; and H.E.       §
      BUTT GROCERY COMPANY,         §
 9                                  §
                                    §
10                    Defendants.   §  HIDALGO COUNTY, TEXAS

11

12                 REPORTER'S CERTIFICATION
                 DEPOSITION OF SUSAN HAYES
13                     March 8, 2018

14            I, April M. Metzler, Certified Shorthand

15    Reporter in and for the State of Illinois, hereby

16    certify to the following:

17            That the witness SUSAN HAYES, was duly sworn

18    by the officer and that the transcript of the oral

19    videotaped deposition is a true record of the testimony

20    given by the witness;

21            That the deposition transcript was submitted

22    on _____, to the witness or to the

23    attorney for the witness for examination, signature and

24    return to me by _____;

25            That the amount of time used by each party at
```

Susan Hayes                                                    94

```
 1    the deposition is as follows:

 2           Mr. Harry M. Reasoner - 02:09

 3           That pursuant to information given to the

 4    deposition officer at the time said testimony was taken,

 5    the following includes counsel for all parties of

 6    record:

 7    FOR THE PLAINTIFFS:

 8        STEIN MITCHELL CIPOLLONE BEATO & MISSNER LLP
          MS. MERYL D. GRENADIER
 9        1100 Connecticut Avenue NW
          Suite 1100
10        Washington, District of Columbia 20036
          Phone:  (202) 737-7777
11        E-Mail:  mgrenadier@steinmitchell.com

12    FOR THE DEFENDANT:

13        VINSON & ELKINS L.L.P.
          MR. JASON M. POWERS
14        MR. HARRY M. REASONER
          1001 Fannin Street
15        Suite 2500
          Houston, Texas 77002
16        Phone:  (713) 758-2222
          E-Mail:  jpowers@velaw.com

17

18           I further certify that I am neither counsel

19    for, related to, nor employed by any of the parties or

20    attorneys in the action in which this proceeding was

21    taken, and further that I am not financially or

22    otherwise interested in the outcome of the action.

23           Further certification requirements pursuant to

24    Rule 203 of TRCP will be certified to after they have

25    occurred.
```

1          Certified to by me this 19th day of

2    March, 2018.

3

4    _____
     APRIL M. METZLER, CSR, RMR, CRR, FCRR
5    CSR No. 084-004394
     Certification Expires May 31, 2019
6    Lexitas - Firm Registration No. 95
     13101 N.W. Freeway, Suite 210
7    Houston, Texas 77040
8    281.469.5580

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25