# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>         Plaintiffs,<br><br> v.<br><br>WALGREEN CO.,<br><br>         Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan<br><br>**DECLARATION OF MICHAEL S. LEIB IN SUPPORT OF WALGREENS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF JAMES W. HUGHES PURSUANT TO FEDERAL RULE OF EVIDENCE 702** |

I, Michael S. Leib, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at the law firm of Reed Smith LLP and admitted to practice before this Court. I submit this Declaration in support of Defendant Walgreen Co.'s Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of James W. Hughes Pursuant to Federal Rule of Evidence 702. I have personal knowledge of the facts set forth herein and could testify competently to them if called to do so.

2. Attached as **Exhibit A** is a true and correct copy of the April 27, 2023 amended expert report of James W. Hughes, Ph.D.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the May 3, 2023 deposition of James W. Hughes, Ph.D.

4. Attached as **Exhibit C** is a true and correct copy of the declaration of Anthony R. Todd.

Executed on this 14th day of September, 2023, in New York, New York.

*/s/ Michael S. Leib*
Michael S. Leib

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                         *s/ Michael S. Leib*
                                         Michael S. Leib