# EXHIBIT A

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF ILLINOIS
 3                   EASTERN DIVISION
 4
 5   CYNTHIA RUSSO, LISA BULLARD,           )
     RICARDO GONZALES, INTERNATIONAL        )
 6   BROTHERHOOD OF ELECTRICAL WORKERS      )
     LOCAL 38 HEALTH AND WELFARE FUND,      )
 7   INTERNATIONAL UNION OF OPERATING       )
     ENGINEERS LOCAL 295-295C WELFARE       )
 8   FUND, AND STEAMFITTERS FUND LOCAL      )
     439, on Behalf of Themselves and       )
 9   All Others Similarly Situated,         )
                                            )
10              Plaintiffs,                 )
                                            )
11                   vs.                    )Case No.
                                            )17-cv-2246
12   WALGREEN CO.,                          )
                                            )
13              Defendant.                  )
     _____)
14
15
16       VIDEO-RECORDED REMOTE DEPOSITION OF
17              LYNETTE HILTON, Ph.D.
18           Tuesday, January 17, 2023
19                   Volume I
20
21    *** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER ***
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 5645367
25   Pages 1 - 347
```

```
                                                                Page 217
 1    overpayment and you exclude it, correct?              18:08:23

 2         A    That's correct.

 3         Q    And if the total overpayment is positive,

 4    then you assign a damage to it, correct?

 5         A    That's correct.                             18:08:27

 6         Q    What data do you use to find the TPP

 7    payment?

 8         A    The PBM data.

 9         Q    Let's look at Appendix A, which is

10    paragraphs 43 to 52.  This is where you give some    18:08:31

11    information about how you determined the PSC price,

12    correct?

13         A    Yes.

14         Q    Why don't you let us know what your

15    methodology is for determining the PSC price.         18:08:34

16         A    Okay.  So I have three sources of data

17    that I received from Walgreens that contain PSC

18    pricing:  The PSC claims data, the ESI data, and the

19    Connecticut data.

20              So I'm going to use -- I use all three of   18:08:40

21    those sources, and I have a hierarchy.  So -- and

22    I'll go back and give you a little more detail.

23              But first I would look at the PSC data.

24    If I identify for a given drug, for a given

25    quantity, on a given date, a PSC price, then that's   18:08:45
```

Page 218

1   the price I would use.                                         18:08:47

2           If I don't see it in the PSC transaction

3   data on that given date, I would look ahead up to

4   seven days to see if I see a price.  And again, I'll

5   let you know what I use for price, but just giving            18:08:51

6   you that general overview.

7           If I don't see it within seven days in the

8   PSC transaction data, then I look at the ESI data,

9   and I look for that given drug quantity.

10          As you probably know, the ESI data are              18:08:57

11  approximately weekly, so I look in that time frame

12  for a transaction of that quantity and that drug.

13          If I don't see it in the ESI data, I look

14  in the Connecticut data.  Again, those data are

15  about monthly, so I look in that -- the relevant           18:09:03

16  month to see if I can find a transaction there -- or

17  a price there, I should say.  Not transaction.

18          And then if I don't see it in any of those

19  places, it's dropped and assumed not -- it's not

20  relevant, either not a PSC drug or we don't have a         18:09:09

21  PSC price for it.

22      Q   Can I just stop you for one second?

23      A   Yes.

24      Q   If you exclude it and you don't assign a

25  PSC price, and then if you find a transaction in           18:09:14

```
                                                                 Page 219
 1    which there was a transaction for that drug on that        18:09:15

 2    quantity on that day, you don't assign any damages,

 3    correct?

 4         A   I'm sorry.  I think I lost you at the

 5    beginning of your question.  Can you just repeat           18:09:18

 6    that?

 7         Q   Sure.

 8             If you don't -- if you exclude it because

 9    you didn't determine a PSC price for that day, if

10    there's a transaction for that drug in that quantity      18:09:22

11    on that date, you don't assign any damages to that

12    transaction, correct?

13         A   Yes.  You're talking about if I see a

14    transaction in the Walgreens data, I drop that --

15    that transaction?                                          18:09:27

16         Q   Or the PBM data.

17         A   Yes, and don't assign a damage.  That's

18    right.  Yes.

19         Q   Okay.  Continue.

20         A   Okay.  So going back to the PSC               18:09:31

21    transaction data, I'm going to tell you how I

22    identify PSC transactions and then the prices that I

23    use.

24             There's -- I do want to note that I

25    explain a little bit of it in paragraph 45, but           18:09:35
```

Page 244

1  a tie.                                                          18:18:04

2          So it's not in the report.  It's in the

3  Dymon declaration, though.  Dymon says that the --

4  in that paragraph we were -- I believe it was the

5  paragraph we were just looking at -- it may be a    18:18:07

6  different paragraph -- that the PSC price is given

7  by the most -- I think his language was "frequently

8  observed," or "the most commonly observed" price on

9  a given date.

10     Q    Did you incorporate by reference the Dymon   18:18:12

11  data declaration into your report somewhere?

12     A    I cite his declaration throughout the

13  report.

14     Q    Do you cite that particular part of the

15  declaration that says -- that would show us in the   18:18:16

16  report that you're using the most frequently charged

17  price?

18          MR. ALEXANDER:  Objection to form.

19          THE WITNESS:  I'm looking at the exhibit.

20          So it's paragraph 34 of the Dymon            18:18:20

21  declaration.  (As read), "The PSC price will be

22  reflected in the Walgreens transactional data,

23  associated with the majority of other PSC

24  transactions for the same drug in the same form and

25  quantity on the same date."                          18:18:24

```
                                                              Page 249
 1   BY MR. LEIB:                                            18:19:37
 2        Q   So now that you've -- and you don't know
 3   one way or the other, or do you, that you -- if it's
 4   a tie, that you use a composite price?
 5        A   That -- like I said, it would be subject       18:19:42
 6   to check.
 7        Q   Would you be able to check and let us know
 8   through your counsel what the answer is?
 9        A   Yes, provided it's okay with my counsel.
10            MR. LEIB:  Is it okay with you, Carey?         18:19:47
11            MR. ALEXANDER:  We'll take the request
12   under advisement.
13            MR. LEIB:  The request is made.
14            MR. ALEXANDER:  So advised.
15   BY MR. LEIB:                                            18:19:50
16        Q   Okay.  What's next in your steps to
17   determine what the PSC price is?
18        A   So if I don't find a price -- a PSC price
19   in the transaction data, then the next place I would
20   look would be the ESI data.                             18:19:54
21        Q   Before we go there, let me see if I
22   understand.
23            The first step you do is, for the entire
24   time period, January 1st, 2007, to whenever you
25   would do it to -- presumably the present -- you try    18:19:58
```

```
                                                              Page 250
 1    and find a PSC price for every date.                    18:19:59

 2           Is that accurate?

 3        A   Yes.

 4        Q   And after you create that table, let's
 5    call it, you would then go to transactions and look     18:20:02

 6    at the transactions, and then use the PSC price from

 7    the table that you're creating, correct?

 8        A   Yes.  It's a little different sequence,

 9    but basically what you're saying, yes.

10        Q   What's the different sequence?                  18:20:07

11        A   Well, I created a table that had all

12    the -- all the different possibilities.  And I would

13    take a transaction from Walgreens, look in the PSC

14    pricing or transaction data.  If I didn't find it

15    there, then I'd look in the ESI data.  If I didn't      18:20:12

16    find it there, then I'd look at the Connecticut

17    data.

18        Q   So for each transaction, you didn't

19    necessarily populate a PSC price for every day; you

20    looked at -- because you were working on a limited      18:20:17

21    set of data, you only -- you just looked for those

22    dates that you were trying to find; is that

23    accurate?

24        A   No.  I'm sorry.  Maybe I misunderstood

25    what you said earlier.                                  18:20:22
```

```
                                                              Page 251
 1              But no, I did -- I did end up building a       18:20:23

 2     table that had a PSC price for every

 3     quantity/drug/date combination, and then I filled

 4     in, you know, if they were missing in the seven --

 5     for the seven days.                                     18:20:26

 6              And then if I didn't find it there, then I

 7     went to the ESI data.

 8          Q   Right.

 9              I'm just saying, overall, including with

10     ESI and including with the Connecticut data, what       18:20:30

11     your goal here is is to get a PSC price for every

12     day?

13          A   That -- yes.  Yes.

14          Q   Okay.  So if in the seven days -- just to

15     put the closing bow tie on the claims data part --      18:20:34

16     if there's a PSC transaction -- if you're looking

17     starting on January 1st and there's not a PSC

18     transaction, but there is one on January 8th, then

19     you're going to take the majority of the PSC prices

20     for those transactions on January 8th, you're going     18:20:40

21     to assign that majority price to January 8th,

22     January 7th, January 6th, January 5th, January 4th,

23     January 3rd, January 2nd, and January 1st, correct?

24          A   Correct.

25          Q   And if the first day after January 1st you     18:20:44
```

Page 256

| | | |
|---|---|---|
| 1 | Connecticut I believe that's true, and I think it's | 18:22:03 |
| 2 | true for ESI as well. | |
| 3 | Q Were there any days in 2018 and 2019 for | |
| 4 | any NDCs that you weren't able to come up with some | |
| 5 | ESI price for a particular drug, particular | 18:22:07 |
| 6 | quantity? | |
| 7 | A Using my entire methodology or just -- | |
| 8 | Q Yeah, using the entire methodology. | |
| 9 | A Yeah. Any drug -- I'm sorry. Any drugs | |
| 10 | on any day of any quantity that I couldn't come up | 18:22:12 |
| 11 | with a PSC price for? | |
| 12 | Q Correct. | |
| 13 | A I don't have that off the top of my head | |
| 14 | because I was looking at -- I was able to find a PSC | |
| 15 | price for all of the data -- for example, all of the | 18:22:16 |
| 16 | examples in Exhibit 3, and I believe even for all of | |
| 17 | the transactions for consumer -- for the plaintiffs, | |
| 18 | the fund plaintiffs and the consumer plaintiffs. | |
| 19 | So I assume if I have a bigger population | |
| 20 | of data, there may be -- that may be the case. But | 18:22:20 |
| 21 | for the data I was looking at for this analysis, I | |
| 22 | believe I was able to find a PSC price for | |
| 23 | everything. | |
| 24 | Q Okay. And then if you were looking -- | |
| 25 | now, you only used the Connecticut data for | 18:22:25 |

Page 257

1  pre-2018; is that accurate? 18:22:26

2      A   I'm sorry.  For pre-2018?

3      Q   Correct.

4          MR. ALEXANDER:  Objection to form.

5          THE WITNESS:  So the Connecticut data goes 18:22:29

6  from June 2010 to the end of '19, I believe.  And I

7  used it -- if I didn't find a PSC price in the PSC

8  transaction data or the ESI data, then I would use

9  the Connecticut data.

10 BY MR. LEIB: 18:22:34

11     Q   And what did you -- what did you do with

12 the Connecticut data?

13     A   So the Connecticut data, those files were

14 produced in intervals I think of about a month.  You

15 know, I think it varied a little bit. 18:22:38

16         So I assumed that the price that was

17 determined or listed on the first -- for the date

18 that the file -- the date of the file through the

19 date of the next file.  So it's for that entire

20 month, for example. 18:22:43

21         And there, I also had to do the

22 calculations that we were talking about with the

23 ESI.  We had to determine, based on the drug and the

24 quantity, the bucket it fell into.  That sort of

25 thing. 18:22:48

Page 258

1   Q   You would have to do a calculation on the                18:22:48
2   Connecticut data based on ESI's information?
3   A   No, no, no.  Sorry.
4       MR. ALEXANDER:  Objection to form.
5       THE WITNESS:  Sorry.                                     18:22:52
6       Similar to what you were describing with
7   ESI, where I had to do some calculations to get to a
8   price.
9   BY MR. LEIB:
10  Q   What calculations did you have to use in                 18:22:55
11  the Connecticut data, or do in the Connecticut data?
12  A   I believe, subject to checking, that it
13  was similar, where it would give you the buckets of
14  where the various quantities fell and then the
15  pricing associated with those quantities.  But I'd           18:23:00
16  have to double-check that.
17      We didn't really end up needing to use the
18  Connecticut data for this particular analysis, so --
19  because we were able to find pricing for both -- for
20  everything using the PSC and the ESI data.  So I'm           18:23:05
21  not --
22  Q   For the transactions that you were looking
23  for?
24  A   Yeah.  So I'm not as familiar with the
25  Connecticut data because it wasn't necessary.                18:23:09

Page 347

1       I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby
3  certify:
4       That the foregoing proceedings were taken
5  before me at the time and place herein set forth;
6  that any witnesses in the foregoing proceedings,
7  prior to testifying, were administered an oath; that
8  a record of the proceedings was made by me using
9  machine shorthand which was thereafter transcribed
10 under my direction; that the foregoing transcript is
11 a true record of the testimony given.
12      Further, that if the foregoing pertains to
13 the original transcript of a deposition in a Federal
14 Case, before completion of the proceedings, review
15 of the transcript [ ] was [x] was not requested.
16      I further certify I am neither financially
17 interested in the action nor a relative or employee
18 of any attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date
20 subscribed my name.
21
22 Dated: January 23, 2023
23
                    *Carla Soares*
24
25                  CARLA SOARES
                    CSR No. 5908