# **EXHIBIT K**



**Selina P. Coleman**
Direct Phone: +1 202 414 9220
Email: scoleman@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

April 5, 2023

**Via Email**

Joseph Guglielmo
Carey Alexander
SCOTT+SCOTT, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
jguglielmo@scott-scott.com
calexander@scott-scott.com

David Mitchell
Arthur Shingler
Robbins Geller Rudman & Dowd
655 West Broadway
Suite 1900
San Diego, CA 92101
davidm@rgrdlaw.com
ashingler@rgrdlaw.com

Erin Green Comite
SCOTT+SCOTT, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
ecomite@scott-scott.com

Eric Dwoskin
Robbins Geller Rudman & Dowd
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432
edowskin@rgrdlaw.com

Re: *Forth, et al. v. Walgreen Co.*, Case No. 1:17-cv-02246

Dear Counsel:

    Today we are producing responsive, non-privileged documents on behalf of Walgreens' experts. We will email you a link to a secure FTP site that contains five separate production folders, which we are designating as confidential as branded in accordance with the Court's October 17, 2017 confidentiality order, including to safeguard all protected health information.

    The Bates numbers for each production are as follows:

- Bill Hanifin: Walg_Forth_Hanifin00001 – Walg_Forth_Hanifin00097;
- James Hughes: Walg_Forth_Hughes00001 – Walg_Forth_Hughes01099;
- Michael Jacobs: Walg_Forth_Jacobs00001 – Walg_Forth_Jacobs01504;
- Kelly Nordby: Walg_Forth_Nordby00001 – Walg_Forth_Nordby00648;
- Jed Smith: Walg_Forth_Smith00001 – Walg_Forth_Smith00222.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

April 5, 2023
Page 2



Each production folder has a separate password to open the zip file, as follows:

- Bill Hanifin:  **566@44567jjFTGW**
- James Hughes:  **wKahpXhags5S**
- Michael Jacobs:  **sp4-rIN*faDacRode+ec**
- Kelly Nordby:  **z&wUfr14HOs@EfubraSP**
- Jed Smith:  **78XA566@4!@44567jjF56@**

We anticipate making at least one more production of documents.

Very truly yours,

Michael S. Leib

cc: Selina Coleman (Reed Smith)
Jessica Christensen (Reed Smith)
Anthony Todd (Reed Smith)
Caitlin Chambers (Reed Smith)
Kristin Parker (Reed Smith)



Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

**Selina P. Coleman**
Direct Phone: +1 202 414 9220
Email: scoleman@reedsmith.com

April 18, 2023

**Via Email**

| | |
|---|---|
| Joseph Guglielmo | David Mitchell |
| Carey Alexander | Arthur Shingler |
| SCOTT+SCOTT, Attorneys at Law, LLP | Robbins Geller Rudman & Dowd |
| The Helmsley Building | 655 West Broadway |
| 230 Park Avenue, 17th Floor | Suite 1900 |
| New York, NY 10169 | San Diego, CA 92101 |
| jguglielmo@scott-scott.com | davidm@rgrdlaw.com |
| calexander@scott-scott.com | ashingler@rgrdlaw.com |
| | |
| Erin Green Comite | Eric Dwoskin |
| SCOTT+SCOTT, Attorneys at Law, LLP | Robbins Geller Rudman & Dowd |
| 156 South Main Street | 120 E. Palmetto Park Road |
| P.O. Box 192 | Suite 500 |
| Colchester, CT 06415 | Boca Raton, FL 33432 |
| ecomite@scott-scott.com | edowskin@rgrdlaw.com |

Re: *Russo, et al. v. Walgreen Co.*, Case No. 1:17-cv-02246

Dear Counsel:

Today we are producing documents on behalf of Walgreens' expert, Jed Smith, in response to Plaintiffs' third-party subpoena served on Mr. Smith and in response to Plaintiffs' April 14, 2023 email.

As noted in our April 18, 2023 email earlier today, to provide this information as swiftly as possible, we are producing these documents first via a secure FTP site, which we are designating as Confidential in accordance with the Court's October 17, 2017 confidentiality order. We then will make a formal production of these materials.

Plaintiffs' April 14, 2023 email requested information as to the information necessary to replicate specific tables in Mr. Smith's expert report. The chart below includes the file name of the query and the line number of that query that contains the methodology to replicate the analysis for the specified table.

| Report Table | File Name | Line Number(s) |
|---|---|---|
| 2 | 03_2015_Sample_Data_Creation_With_Comments | 887 |
| 4 | 08_Report_Tables_With_Comments | 9 |
| 5 | 05_PSC_Membership_Fee_Allocation_Analysis_With_Comments | 147 |
| 9 | 06_PBM_Matching_With_Comments | 51, 102, 154, 206, 257, 364 |
| 10 | *No query: Table created by reviewing the produced named Plaintiffs' Excel files.* | *N/A* |
| 11 | 08_Report_Tables_With_Comments | 19 |
| 12 | *No query: table created by reviewing Hilton exhibits.* | *N/A* |
| 16 | *No query: table created by reviewing produced Connecticut Reconciliation Excel files.* | *N/A* |
| 19 | 08_Report_Tables_With_Comments | 31 |
| 21 | 08_Report_Tables_With_Comments | 42 |
| 37 | 08_Report_Tables_With_Comments | 53 |
| 38 | *No query: Table created by reviewing produced PBM data and named Plaintiffs' Excel files.* | *N/A* |

Plaintiffs also requested information necessary to replicate the analysis in Appendix A. We welcome clarification from Plaintiffs on this request, as Appendix A contains an explanation of how the data was used and does not contain any separate summary or analysis of data.

Please let us know if you have any questions or need any support to access this production.

Very truly yours,

*Selina Coleman*

Selina Coleman

cc: Michael Leib (Reed Smith)
Jessica Christensen (Reed Smith)
Anthony Todd (Reed Smith)
Caitlin Chambers (Reed Smith)
Kristin Parker (Reed Smith)



**Selina P. Coleman**
Direct Phone: +1 202 414 9220
Email: scoleman@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

April 20, 2023

**Via Email**

Joseph Guglielmo
Carey Alexander
SCOTT+SCOTT, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
jguglielmo@scott-scott.com
calexander@scott-scott.com

David Mitchell
Arthur Shingler
Robbins Geller Rudman & Dowd
655 West Broadway
Suite 1900
San Diego, CA 92101
davidm@rgrdlaw.com
ashingler@rgrdlaw.com

Erin Green Comite
SCOTT+SCOTT, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
ecomite@scott-scott.com

Eric Dwoskin
Robbins Geller Rudman & Dowd
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432
edowskin@rgrdlaw.com

Re: *Russo, et al. v. Walgreen Co.*, Case No. 1:17-cv-02246

Dear Counsel:

    Today we are producing Bates-stamped versions of documents we shared on April 18, 2023, on behalf of Walgreens' expert, Jed Smith, in response to Plaintiffs' third-party subpoena served on Mr. Smith and in response to Plaintiffs' April 14, 2023 email. We will email you a link to a secure FTP site that contains the production, which we are designating as Confidential in accordance with the Court's October 17, 2017 confidentiality order.

    The Bates numbers for the production are Walg_Forth_Smith00278 – Walg_Forth_Smith00324. The password to the zip file is: **thoma$owl2hitr#4wIqa**.

Very truly yours,

*Selina Coleman*

Selina Coleman

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

April 20, 2023
Page 2

ReedSmith

cc: Michael Leib (Reed Smith)
Jessica Christensen (Reed Smith)
Anthony Todd (Reed Smith)
Caitlin Chambers (Reed Smith)
Kristin Parker (Reed Smith)