**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Cynthia Russo, et al.
                        Plaintiff,

v.                                                           Case No.: 1:17−cv−02246
                                                                   Honorable Edmond E. Chang

Walgreen Co., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 25, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) The Defendant's unopposed motion to file certain parts of the 09/14/2023 filings under seal is granted provisionally. The Court will again review the propriety of sealing when evaluating the underlying motion. (2.) On the Defendant's motion 635 to file sur−reply on the certification motion and to file sur−rebuttal report of Jed Smith, now that the Plaintiffs have had a chance to review the proposed filings, see R. 635 at 1 n.1, the Plaintiffs shall concisely respond to whether there is an objection to the filings by 10/02/2023 (if there is no objection, then the Plaintiffs may instead email the courtroom deputy (Michael_Wing@ilnd.uscourts.gov by the same deadline). No reply is needed right now. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.