# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cynthia Russo, et al.

                Plaintiff,

v.                                                   Case No.: 1:17−cv−02246

                                                                 Honorable Edmond E. Chang

Walgreen Co., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 2, 2023:

       MINUTE entry before the Honorable Edmond E. Chang: Counsel for the Plaintiffs emailed the courtroom deputy, with defense counsel copied, to report that the Plaintiffs do not object to Defendant's motion, R. 635, to file a sur−reply and sur−rebuttal report. Based on counsel's representations, the Defendant's motion [635] is granted. The defense shall file the sur−reply on the docket as a separate entry. The remainder of the dates previously set in the Court's scheduling order, R. 632, remain in place. (1.) Plaintiffs' response to the defense motion to exclude parts of Dr. Schafermeyer's rebuttal [628] is due 10/11/2023 and Defendant's reply is due 11/13/2023. (2.) Plaintiffs' response to defense motion to exclude Dr. Hayes rebuttal report [638] is due 11/15/2023 and Defendant's reply is due 12/12/2023. (3.) The Plaintiffs' response to Defense's motion to exclude Dr. Hilton's rebuttal [636] is due 11/15/2023 and Defendant';s reply is due 12/12/2023. (4.) Plaintiffs' rely to their motion to exclude Dr. Hughes, R. 604, is due 11/15/2023. (5.) Plaintiffs' reply on their motion to exclude Mr. Jacobs, R. 605, is due 10/11/2023. (6.) Plaintiffs' reply to their motion to exclude Mr. Smith, R. 606, is due 11/15/2023. (7.) The tracking status hearing set for 12/08/2023 at 8:30 a.m., to remain, but to track the briefing and the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.