# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>WALGREEN CO.,<br><br>                    Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan<br><br>**DECLARATION OF MICHAEL S. LEIB IN SUPPORT OF WALGREENS' SURREPLY IN OPPOSITION TO ITS MOTION FOR CLASS CERTIFICATION** |

I, Michael S. Leib, pursuant to 28 U.S.C. § 1746, declare as follows:

     1.    I am a partner at the law firm of Reed Smith LLP and admitted to practice before this Court. I submit this Declaration in support of Defendant Walgreen Co.'s Surreply in Opposition to Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth herein and could testify competently to them if called to do so.

     2.    Attached as **Exhibit 1** is a true and correct copy of excerpts of the August 11, 2023 deposition of Lynette Hilton, Ph.D.

Executed on this 3rd day of October, 2023, in New York, New York.

*/s/ Michael S. Leib*
Michael S. Leib

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

<u>*/s/ Michael S. Leib*</u>
Michael S. Leib