# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,

    Plaintiffs,

    v.

WALGREEN CO.,

    Defendant.
_____

Civil No. 17-cv-2246

Friday, August 11, 2023

    Deposition of LYNETTE HILTON, Ph.D., taken virtually via Zoom, with the witness participating the offices of Econ ONE, 550 South Hope Street, Suite 800, Los Angeles, California, beginning at 9:03 a.m. PDT, before Ryan K. Black, Registered Professional Reporter, Certified Livenote Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

Page 22

1   A.   The exclusions in Paragraph 13 a. and
2   b.?
3   Q.   Well, they -- what I'm saying is they
4   made changes to the proposed exclusions, correct?
5   A.   Correct.
6   Q.   And the new proposed exclusions are
7   listed in Paragraph 13 a. and b., correct?
8   A.   Correct.
9   Q.   You testified in your prior deposition
10  about your understanding of the exclusions, and
11  now I'd like to ask you about your understanding
12  of these revised exclusions.
13          Do you believe you understand the
14  meaning of the revised exclusions?
15  A.   Yes.
16  Q.   How did you obtain your understanding?
17  A.   By both reading the exclusions and
18  having discussions with counsel.
19  Q.   Let's look at Paragraph 13 a.  It says
20  one of the exclusions is "All federal government
21  entities, including Medicare and Medicaid and
22  their beneficiaries, except for Medicare Part D
23  beneficiary."
24          Did I read that accurately?
25  A.   Yes.

Page 23

1   Q.   So in this exclusion, it gives two
2   examples, Medicare and Medicaid.  Is Medicaid a
3   federal government entity?
4   A.   I don't have an opinion on that.
5   Q.   Do you understand whether states
6   administer their own Medicaid programs?
7   A.   I have some understanding of that, yes.
8   Q.   What is your understanding, that they do
9   or they do not administer their own Medicaid
10  program?
11  A.   My understanding is that they're
12  -- they're partially funded by both state and by
13  federal governments.
14  Q.   And is it your understanding that
15  the -- that the states administer their own
16  Medicaid programs or that the federal government
17  administates -- administers the state Medicaid
18  program?
19  A.   I'm trying to figure out what you mean
20  by "administer" versus "pay."
21  Q.   Well, you just said that the Medicaid
22  is both partially state-funded and partially
23  federal-funded, correct?
24  A.   Yes.
25  Q.   New Mexico has its own Medicaid program,

Page 24

1      correct?
2          A.   I assume so.  I don't have any
3      independent knowledge of that.
4          Q.   And New York, you would assume, has its
5      own Medicaid program, correct?
6          A.   Again, I'd assume so, but I -- I don't
7      know for sure.
8          Q.   Do you know who manages the New Mexico
9      Medicaid program?
10             MR. ALEXANDER:  Objection to form.
11             THE WITNESS:  I don't.
12     BY MR. LEIB:
13         Q.   Do you know who administers the New
14     Mexico Medicaid program?
15         A.   I don't.
16         Q.   And that would -- your answers would be
17     the same if I asked them with regard to New York,
18     correct?
19         A.   Correct.
20         Q.   Do you understand whether states make
21     their own decisions about what benefits they will
22     provide under Medicaid, subject to federal
23     guidelines?
24             MR. ALEXANDER:  Objection to form.
25             THE WITNESS:  I don't have an

Page 25

1    understanding of that.
2    BY MR. LEIB:
3        Q.   So you don't know one way or -- or
4    another whether Medicaid is a federal government
5    entity, correct?
6        A.   I don't have any independent knowledge
7    of that, no.
8        Q.   Are you aware that there's a Federal
9    Workers' Compensation plan?
10       A.   I am familiar with that.
11       Q.   Is that a federal government entity?
12       A.   I don't have knowledge of that.
13       Q.   Are you aware that there's a federal
14   employees program, sometimes called Federal
15   Employees Health Benefits Program?
16       A.   I -- I don't have any independent
17   knowledge of that.
18       Q.   Have you heard of the term FEP?
19       A.   Yes.
20       Q.   Do you understand what FEP is?
21       A.   No.
22       Q.   Do you know whether the FEP is a federal
23   government entity?
24       A.   I do not.
25       Q.   Do you know what TRICARE is?

Page 26

1    A.   I have a general understanding of
2    TRICARE, yes.
3    Q.   What is your general understanding of
4    TRICARE?
5    A.   It's that part of the government
6    benefits for its healthcare, but it's a very
7    general understanding.
8    Q.   It -- did you say it's that part of the
9    government benefits for healthcare?
10   A.   It is a healthcare benefit provided by
11   the government.
12   Q.   Do you know who it's provided to?
13   A.   I just -- no.  I was familiar at one
14   point, but, no.
15   Q.   Okay.  I will inform you that it's
16   the uniformed services healthcare program that's
17   primarily for active-duty service members and
18   their families, National Guard Reserve members
19   and their families and Medal of Honor recipients
20   and their families.
21        I see you shaking your head.  Does that
22   refresh your recollection?
23   A.   Yes.
24   Q.   Do you know whether TRICARE is a federal
25   government entity?

Page 27

1      A.   I don't.

2      Q.   What about Veteran's Administration

3  plans?  Do you know if those are federal

4  government entities?

5      A.   I don't.

6      Q.   So what is your understanding of what a

7  federal government entity is?

8      A.   An entity that is funded by the federal

9  government.

10      Q.   Funded in full or -- or -- does it have

11  to be funded in full by the federal government to

12  be a federal government entity?

13      A.   I don't have an opinion about that.

14      Q.   Based on what you just said, why is it

15  that you don't have an opinion on whether TRICARE

16  is a federal government entity?

17           MR. ALEXANDER:  Objection to form.

18           THE WITNESS:  I don't need to have a

19  opinion about that.  It's not part of my -- it's

20  not necessary for my analysis or my methodology.

21  BY MR. LEIB:

22      Q.   Why is it not necessary for your

23  methodology?

24      A.   Because I'm going to be -- I rely on the

25  data, on what Walgreens has characterized these

Page 31

1     Q.    Do you have an understanding of what a
2     state government entity is?
3     A.    My understanding is it's entities that
4     are funded by the state, or associated with the
5     state, I should say.
6     Q.    Well, what do you mean by "associated
7     with the state"?
8     A.    Some relationship to the state.
9     Q.    So they don't have to be fully funded by
10    the state to be a state government entity; is
11    that correct?
12         MR. ALEXANDER:  Objection to form.
13         THE WITNESS:  I don't have an opinion
14    about that.
15    BY MR. LEIB:
16    Q.    Well, you first said -- when answering
17    my question of whether you had an understanding
18    of what a state government entity is, you first
19    said "they are funded by a state," and then you
20    said "or associated with the state."  I took that
21    to mean that you were changing your answer.  Are
22    those -- were you changing your answers or were
23    those two different things, they're either funded
24    by the state or they're associated with the
25    state?

Page 58

1    political subdivision.  How do you determine if
2    something that's state-funded should, in fact,
3    be included because it's a state political
4    subdivision?
5            MR. ALEXANDER:  Objection to form.
6    Asked and answered.
7            THE WITNESS:  Yeah.  I think I did
8    answer that.  Did you want me to answer it again?
9    BY MR. LEIB:
10       Q.   Answer it again.
11       A.   By including those that have Plan Type
12   Equal to Commercial, Plan Type Equal to Union and
13   Federally Funded people to "no" on those two
14   particular plan -- plan types, and then also
15   excluding plan -- or, excuse me, including
16   Plan Type Equals Medicare Part D.
17       Q.   There's no actual way to know from the
18   Plan Type field in Walgreens' data whether a TPP
19   is a state political subdivision, correct?
20           MR. ALEXANDER:  Objection to form.
21           THE WITNESS:  As I said earlier, sitting
22   here today I don't recall that there is, but that
23   would be subject to check.
24   BY MR. LEIB:
25       Q.   And you make no attempt in your

Page 71

1       A.   Oh, sorry.  No, I don't.
2       Q.   Now, the New Mexico Public School
3  Insurance Authority -- I'm going to refer to that
4  as the NMPSIA.  Okay?
5       A.   Okay.
6       Q.   The NMPSIA, do you have an opinion on
7  whether that is a state government entity?
8       A.   State government entity?  Only to the
9  extent that it's not listed as a state-funded
10 entity under plan type, but I don't have an
11 independent opinion.
12      Q.   Well, because it's not listed as a
13 state-funded entity, you would say that it's not
14 a state government entity; is that correct?
15           MR. ALEXANDER:  Objection to form.
16           THE WITNESS:  Correct.
17 BY MR. LEIB:
18      Q.   Do you have any opinion on whether it's
19 a political subdivision?
20      A.   Based on the class definition, it would
21 appear to fall under, you know, school district.
22 But I don't have an independent opinion.
23      Q.   What makes you feel it would fall under
24 the -- under a school district?
25      A.   Because it says New Mexico Public

Page 72

1      Schools.
2          Q.   But it also says Insurance Authority,
3      correct?
4          A.   Correct.
5          Q.   Do you have any idea if it's actually a
6      school system?
7              MR. ALEXANDER:  Objection to form.
8              THE WITNESS:  Yeah.  I'm not sure
9      exactly what you're asking, but I don't have an
10     opinion on what this particular entity is.
11     BY MR. LEIB:
12         Q.   Did you do any reason into what this
13     particular entity is?
14         A.   No.
15         Q.   Does it matter to your opinion whether
16     or not funding came from the state general
17     coffers into this insurance authority?
18         A.   To the extent that Walgreens listed it
19     as a state-funned entity, yes, that would matter.
20     I would exclude them from my analysis.
21         Q.   Why would you exclude them -- strike
22     that.  I understand why you would exclude them.
23              So let me ask you this question:  I'm
24     not asking you whether Walgreens listed it as a
25     state-funded entity.  I'm asking you if, as a

Page 106

1           C E R T I F I C A T E
2
3           I do hereby certify that I am a Notary
4      Public in good standing, that the aforesaid
5      testimony was taken before me, pursuant to
6      notice, at the time and place indicated; that
7      said deponent was by me duly sworn to tell the
8      truth, the whole truth, and nothing but the
9      truth; that the testimony of said deponent was
10     correctly recorded in machine shorthand by me and
11     thereafter transcribed under my supervision with
12     computer-aided transcription; that the deposition
13     is a true and correct record of the testimony
14     given by the witness; and that I am neither of
15     counsel nor kin to any party in said action, nor
16     interested in the outcome thereof.
17
18           WITNESS my hand and official seal this
19     14th day of August, 2023
20
21
                                _____
22                                        Notary Public
23
24
25