# EXHIBIT A

# Updated Exhibit A

# Updated Materials Considered

**Deposition Transcripts**

- Deposition Transcript and Errata of Michael Amiet
- Deposition Transcript and Errata of Wendy Barnes (Express Scripts)
- Deposition Transcript and Errata of Brian Correia (Caremark)
- Deposition Transcript and Errata of Cade Erlund
- Deposition Transcript and Errata of David Halter (MedImpact)
- Deposition Transcript and Errata of Lynette Hilton
- Deposition Transcript and Errata of James Johnson (Optum)
- Deposition Transcript and Errata of Mitch Kempker (MedTrak)
- Deposition Transcript and Errata of Christy Piti (Sav-Rx)
- Deposition Transcript, Errata, and Exhibits of Kenneth Schafermeyer
- Deposition Transcript and Errata of David Schroff (LDI)
- Deposition Transcript and Errata of Scott Schuler

**Deposition Transcripts from Other Cases**

- Deposition Transcript of Amber D. Compton, *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Deposition Transcript of John Martin Lavin, *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Deposition Transcript of Michael D. Reichardt, *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Deposition Transcript of William John Barre, *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Deposition Transcript of William Strein, *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)

**Declarations**

- Declaration of Bill McLaughlin of Express Scripts, Inc. (Oct. 22, 2020)
- Declaration of Henry Thompson of Walgreen Co. (Mar. 15, 2023)

**Declarations from Other Cases**

- Declaration of Amber Compton (Nov. 21, 2016), *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Declaration of Amber Compton (May 14, 2018), *Schutte v. SUPERVALU INC.*, No. 11-CV-03290 (C.D. Ill.)
- Declaration of Brian Swett (Apr. 10, 2018), *Schutte v. SUPERVALU INC.*, No. 11-CV-03290 (C.D. Ill.)
- Declaration of Brian Swett (Jan. 23, 2019), *Proctor v. Safeway Inc.*, No. 3:11-CV-03406 (C.D. Ill.)

- Declaration of Franceen Spadaccino, RPh. (Nov. 18, 2016), *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Declaration of G. William Strein (Nov. 18, 2016), *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Declaration of John M. Lavin (Nov. 18, 2016), *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Declaration of Joseph C. Zavalishin (Feb. 22, 2017), *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Declaration of Michael D. Reichardt (Nov. 20, 2016), *Corcoran v. CVS Pharmacy, Inc.*, No. 3:15-CV-03504-YGR (N.D. Cal.)
- Declaration of Michael Viirre (Apr. 2, 2018), *Schutte v. SUPERVALU INC.*, No. 11-CV-03290 (C.D. Ill.)
- Declaration of Robert Burge (Apr. 2, 2018), *Schutte v. SUPERVALU INC.*, No. 11-CV-03290 (C.D. Ill.)

**Walgreens-PBM Agreements**

- Walgreens-Caremark Agreement (Jan. 3, 2001) Walg_Forth_00320833 to Walg_Forth_00320851
- Walgreens-Caremark Agreement (Jan. 1, 2016) Walg_Forth_00051697 to Walg_Forth_00051712
- Walgreens-Caremark Agreement (Jan. 1, 2018) Walg_Forth_00053352 to Walg_Forth_00053557
- Walgreens-Caremark 2012 FEP Addendum Walg_Forth_00055262 to Walg_Forth_00055264
- Walgreens-Caremark 2015 FEP Addendum Walg_Forth_00101217 to Walg_Forth_00101220
- Walgreens-Caremark Washington Provider Agreement (Dec. 20, 2012) Walg_Forth_00055495 to Walg_Forth_00055506
- Walgreens-Catalyst Agreement, (Apr. 1, 2010) Walg_Forth_00055610 to Walg_Forth_00055652
- Walgreens-Catalyst Agreement (Mar. 8, 2011) Walg_Forth_00050076 to Walg_Forth_00050127
- Walgreens-Catamaran Letter Agreement (Mar. 1, 2014) Walg_Forth_00051380_R to Walg_Forth_00051438_R
- Walgreens-Express Scripts Agreement (Jan. 1, 2009) Walg_Forth_00193196 to Walg_Forth_00193229
- Walgreens-Express Scripts Exhibit A-1030 Walg_Forth_00160443 to Walg_Forth_00160446
- Walgreens-Express Scripts Exhibit A-1030 Walg_Forth_00160447 to Walg_Forth_00160449
- Walgreens-Express Scripts Exhibit A-1040 Walg_Forth_00175516 to Walg_Forth_00175519
- Walgreens-Express Scripts Agreement (July 19, 2012) Walg_Forth_00095271 to Walg_Forth_00095352

- Walgreens-Express Scripts Amendment (Oct. 1, 2017) Walg_Forth_00180170 to Walg_Forth_00180188
- Walgreens-LDI Agreement (Oct. 27, 2010) Walg_Forth_00142496 to Walg_Forth_00142523
- Walgreens-Medco Agreement (Apr. 8, 1994) Walg_Forth_00110245 to Walg_Forth_00110251
- Walgreens-MedImpact Agreement (Oct. 1, 2010) Walg_Forth_00321133 to Walg_Forth_00321179
- Walgreens-MedImpact Agreement (Jan. 1, 2016) Walg_Forth_00166036 to Walg_Forth_00166193
- Walgreens-MedTrak Agreement (July 1, 1999) Walg_Forth_00352849 to Walg_Forth_00352861
- Walgreens-MedTrak Agreement (June 1, 2011) Walg_Forth_00139947 to Walg_Forth_00139985
- Walgreens-Optum Agreement (Nov. 3, 2000) Walg_Forth_00170532 to Walg_Forth_00170547
- Walgreens-Optum Agreement (Jan. 1 2017) Walg_Forth_00053004 to Walg_Forth_00053169
- Walgreens-Restat Agreement (Apr. 1, 2011) Walg_Forth_00353309 to Walg_Forth_00353330
- Walgreens-Sav-Rx Agreement (July 1, 1999) Walg_Forth_00148167 to Walg_Forth_00148180
- Walgreens-Sav-Rx Agreement (August 1, 2010) Walg_Forth_00144213 to Walg_Forth_0014424
- Walgreens-SXC Agreement (Sept. 1, 2011) Walg_Forth_00055348 to Walg_Forth_00055388

**PBM-TPP Agreements**
- Caremark-IBEW Agreement (Jan. 1, 2008) IBEW_0018829 to IBEW_0018962
- Caremark-IBEW Plan Information, EHPC 00272 to EHPC 00282
- Caremark-IBEW Agreement (Jan. 1, 2019) EHPC 00152 to EHPC 00228
- Sav-Rx-IBEW Agreement (June 1, 2006) IBEW_0017640 to IBEW_0017685
- Medco-IUOE Agreement (Feb. 15, 2008) LOCAL295_0025904 to LOCAL295_0025922
- Medco-IUOE Amendment (Feb. 15, 2011) LOCAL295_0025923 to LOCAL295_0025935
- Express Scripts-IUOE Agreement (June 3, 2014) LOCAL295_0001006 to LOCAL295_0001039
- Express Scripts-IUOE Agreement (Aug. 19, 2016) LOCAL295_0000138 to LOCAL295_0000174
- LDI-Steamfitters Agreement (Jan. 1, 2014) LOCAL439_0001815 to LOCAL439_0001886
- LDI-Steamfitters Amendment (May 1, 2018) LOCAL439_0000345 to LOCAL439_0000348
- LDI-Steamfitters Agreement (Jan. 1, 2019) LOCAL439_0002146 to LOCAL439_0002163

- MedTrak Steamfitters (Jan. 1, 2008) LOCAL439_0001792 to LOCAL439_0001805

**PBM Manuals**

- Caremark Manual, CAREMARK_FORTH-002519 to CAREMARK_FORTH-002864
- Caremark Manual, Walg_Forth_00169301 to Walg_Forth_00169610
- Caremark Manual, CAREMARK_FORTH-001969 to CAREMARK_FORTH-002210
- Caremark Manual, CAREMARK_FORTH-003045 to CAREMARK_FORTH-003269
- Caremark Manual, CAREMARK_FORTH-002869 to CAREMARK_FORTH-003044
- Caremark Manual, CAREMARK_FORTH-001807 to CAREMARK_FORTH-001968
- Caremark Manual, CAREMARK_FORTH-000193 to CAREMARK_FORTH-000248
- Caremark Manual (Excerpt), Walg_Forth_Jacobs01672 to Walg_Forth_Jacobs01674
- CatalystRx Manual, ORx_Worth_000178 to ORx_Worth_000244
- Catamaran Manual, ORx_Worth_001060 to ORx_Worth_001191
- Catamaran Manual, ORx_Worth_000399 to ORx_Worth_000451
- Express Scripts Manual, ESI-0000323 to ESI-0000581
- Express Scripts Manual, ESI-0000127 to ESI-0000322
- Express Scripts Manual, IBEW_0020292 to IBEW_0020384
- Express Scripts Manual, Schafermeyer_0000074 to Schafermeyer_0000202
- LDI Manual, CAST000530 to CAST000591
- Medco Manual, ESI-0001178 to ESI-0001319
- Medco Manual, IBEW_0020799 to IBEW_0020903
- MedImpact Manual, IBEW_0020385 to IBEW_0020798
- MedImpact Manual, MI-F_00002160 to MI-F_00002434
- MedImpact Manual, MI-F_00001883 to MI-F_00002159
- MedImpact Manual, MI-F_00001250 to MI-F_00001425
- MedImpact Manual, MI-F_00001426 to MI-F_00001600
- MedImpact Manual, MI-F_00001156 to MI-F_00001249
- MedTrak Manual, MedTrak-28 to MedTrak-59
- MedTrak Manual, IBEW_0020904 to IBEW_0020922
- Optum Manual, ORx_Worth_003697 to ORx_Worth_003849
- Optum Manual, ORx_Worth_003379 to ORx_Worth_003539
- Optum Manual, ORx_Worth_003061 to ORx_Worth_003218
- Optum Manual, ORx_Worth_002609 to ORx_Worth_002752
- Optum Manual, ORx_Worth_001910 to ORx_Worth_002044
- Optum Manual, ORx_Worth_001430 to ORx_Worth_001500
- Optum Manual, ORx_Worth_000482 to ORx_Worth_000544

**Laws, Regulations, & Guidance**

- 42 U.S.C. § 1395w-111(i)
- 70 Fed. Reg. 4194, 4245 (Jan. 28, 2005)
- 70 Fed. Reg. 4194, 4236 (Jan. 28, 2005)
- 66 Fed. Reg. 37564, 37567 (July 18, 2001)
- 67 Fed. Reg. 56618, 56636 (Sept. 4, 2002)

- 68 Fed. Reg. 69840, 69918 (Dec. 15, 2003)
- Medicare Prescription Drug, Improvement, and Modernization Act of 2003, Pub. L. No. 108-173, 121 Stat. 2492, https://www.congress.gov/bill/108th-congress/house-bill/1/text

**Cases**

- *United States ex rel. Proctor v. Safeway, Inc.*, 30 F.4th 649, 661 n.14 (7th Cir. 2022), *writ of certiorari granted*, 143 S. Ct. 643 (Jan. 13, 2023)
- *United States ex rel. Garbe v. Kmart Corp.*,73 F. Supp. 3d 1002 (S.D. Ill. 2014), *as amended* 2015 U.S. Dist. LEXIS 73520 (Jan. 12, 2015), *aff'd in part, rev'd in part*, 824 F.3d 632 (7th Cir. 2016)

**Other Publications & Materials**

- Adam Fein, *Pharmacy Profits and Wal-Mart* (Jan. 15, 2009), https://www.drugchannels.net/2009/01/pharmacy-profits-and-wal-mart.html#disqus_thread
- AMCP Guide to Pharmaceutical Payment Methods (Version 2.0) (2009), Walg_Forth_Jacobs01505 to Walg_Forth_Jacobs01568
- AMCP Guide to Pharmaceutical Payment Methods (Version 3.0) (2013), Walg_Forth_00359354 to Walg_Forth_00359443
- Caremark, *Troubleshooting Set Price Generic Programs* (Oct. 1, 2008), Caremark_Forth-000249 to Caremark_Forth-000251
- Caremark, *Network Updates* (Jan. 1, 2009), Walg_Forth_00183338 to Walg_Forth_00183407
- CIGNA, QUICK GUIDE TO CIGNA ID CARDS (Dec. 2021), https://www.cigna.com/static/www-cigna-com/docs/member_id_cards.pdf
- CMS, 2016 Annual Notice of Change Model Evidence of Coverage for PDPs (2016), Walg_Forth_0035884 to Walg_Forth_00359014
- CMS, Adopted Standards and Operating Rules, Schafermeyer_0000001 to Schafermeyer_0000003
- CMS, Medicare Prescription Drug Benefit Manual (Chapter 14), Schafermeyer_000028 to Schafermeyer_0000394
- CMS Memorandum to Part D Sponsors from Cynthia Tudor, HPMS Q&A-Lower Cash Price Policy (Oct. 11, 2006), Schafermeyer_0000395 to Schafermeyer_0000396
- COLO. MED. ASSISTANCE PROGRAM, PHARMACY BILLING MANUAL (Rev. Oct. 2013), Schafermeyer_0000004 to Schafermeyer_0000048
- Definition of Insurance, GOOGLE, https://www.google.com/search?q=definition+of+insurance&rlz=1C5CHFA_enUS967US967&oq=definition+of+insurance&aqs=chrome..69i57j0i512l9.6908j1j15&sourceid=chrome&ie=UTF-8 (last visited May 17, 2023)
- *FAQs,* NCPDP, https://www.ncpdp.org/FAQs.aspx (last visited Mar. 12, 2023)
- *Frequently asked questions*, ArrayRx, https://arrayrxcard.com/ (last visited Mar. 12, 2023)
- GAO, *Prescription Drugs: Trends in Usual and Customary Prices for Commonly Used Drugs* (Feb. 10, 2011), Schafermeyer_0000203 to Schafermeyer_0000230

- Garth E. Black & John H. Romza, ch. 7, *Managed Care Pharmacy Information Systems*, in Robert P. Navarro, MANAGED CARE PHARMACY PRACTICE (2d ed. 2009), Schafermeyer_0000559 to Schafermeyer_0000563
- *Get your Free GoodRx Prescription Savings Card*, GOODRX, https://www.goodrx.com/discount-card (last visited Mar. 3, 2023)
- *Got more questions? We've got answers.*, SINGLECARE, https://www.singlecare.com/how-it-works (last visited Mar. 12, 2023)
- *The health plan categories: Bronze, Silver, Gold & Platinum*, HEALTHCARE.GOV, https://www.healthcare.gov/choose-a-plan/plans-categories/ (last visited Mar. 12, 2023)
- Health Insurance, HEALTHCARE.GOV, https://www.healthcare.gov/glossary/health-insurance/ (last visited May 17, 2023)
- *How to Use GoodRx*, GOODRX, https://www.goodrx.com/how-goodrx-works (last visited Mar. 12, 2023)
- *How to use ScriptSave WellRx*, SCRIPTSAVE WELLRX, https://www.wellrx.com/faq/ (last visited Mar. 12, 2023)
- Insurance, MERRIAM-WEBSTER ONLINE DICTIONARY, https://www.merriam-webster.com/dictionary/insurance (last visited May 17, 2023)
- Julia Kagan, et al., *Insurance: Definition, How It Works, and Main Types of Policies*, INVESTOPEDIA, https://www.investopedia.com/terms/i/insurance.asp (last visited May 17, 2023)
- Julie Appleby, *Filling A Prescription? You Might Be Better Off Paying Cash*, KFF HEALTH NEWS, (June 24, 2016), https://khn.org/news/filling-a-prescription-you-might-be-better-off-paying-cash/ (last visited May 17, 2023)
- Katherine Eban, *Painful Prescription*, FORTUNE (Oct. 10, 2013), Schafermeyer_0000236 to Schafermeyer_0000246
- Kenneth W. Schafermeyer, ch. 16, Impact of Managed Care on Pharmacy Practice, in Robert P. Navarro, MANAGED CARE PHARMACY PRACTICE (2d ed. 2009), Schafermeyer_0000564 to Schafermeyer_0000591
- Kristin Blom & Ada Cornell, *Federal Employees Health Benefits (FEHB) Progam: An Overview*, Schafermeyer_0000049 to Schafermeyer_0000073
- Martin Lipton, et al., *On the Purpose of the Corporation*, HARV. L. SCH. F. ON CORPORATE GOVERNANCE (May, 27, 2020), https://corpgov.law.harvard.edu/2020/05/27/on-the-purpose-of-the-corporation/#:~:text=The%20purpose%20of%20a%20corporation,and%20communities)%2C%20as%20determined%20by
- NACDS, THE CHAIN PHARMACY INDUSTRY PROFILE (2006), Schafermeyer_0000397 to Schafermeyer_0000490
- NCPA, DIGEST (2018), Schafermeyer_0000491 to Schafermeyer_0000522
- NCPDP, DATA DICTIONARY (July 2007) (Excerpt)
- NCPDP, HEALTH CARE IDENTIFICATION CARD FACT SHEET (June 2022), https://www.ncpdp.org/NCPDP/media/pdf/NCPDP_pharmacy_id_card_fact_sheet.pdf
- NCPDP, *Recommendations for Use of the NCPDP Telecommunication Standard to Prevent Use of Copayment Coupons by Medicare Part D Beneficiaries and Applicability to other Federal Programs* (Version 1.1, May 2017), https://www.ncpdp.org/NCPDP/media/pdf/WhitePaper/Recommendations-Telecomm-

- Standard-Prevent-Copayment-Coupons-by-Part-D.pdf?ext=.pdf, Schafermeyer_0000525 to Schafermeyer_0000553
- NCPDP, *Telecommunication Version 5 Questions, Answers and Editorial Updates* (Nov. 2010), https://www.ncpdp.org/NCPDP/media/pdf/Version5-Editorial.pdf
- NCPDP, Who We Are, Schafermeyer_0000523 to Schafermeyer_0000524
- OIG, *A Comparison of Medicaid Federal Upper Limit Amounts to Acquisition Costs Medicare Payment Amounts, and Retail Prices* (Aug. 2009), https://oig.hhs.gov/oei/reports/oei-03-08-00490.pdf
- OptumRx, *A Brief History of Discount Cards*, https://www.optum360.com/content/dam/optum3/optum/en/resources/articles-blog-posts/m54610-b3logo_discount_card_closer_look.pdf
- Plaintiffs' Class Certification Brief and Exhibits
- Pranammya Dey & Peter B. Bach, *The 6 Functions of Health Insurance*, 321 JAMA 1242 (2019), Walg_Forth_00359029 to Walg_Forth_00359030
- *Prescription Savings Club*, WALGREENS, https://www.walgreens.com/psc/prescription-savings-club (last visited Mar. 12, 2023)
- Prescription Savings Club Webpage, Schafermeyer_0000592 to Schafermeyer_0000598
- Prescription Savings Club: FY09 Interim Marketing Strategy (Jan. 2008), Walg_Forth_00005266 to Walg_Forth_00005277
- *Prescription Savings Club Terms and Conditions*, WALGREENS, https://www.walgreens.com/topic/psc/prescription-savings-club/psc-terms-and-conditions.jsp?o=acs (last visited Mar. 12, 2023)
- PSC Consumer Membership Card (Aug. 14, 2015), WAGDCO_Forth_00006980 to WAGDCO_Forth_00006981
- Report of Kenneth W. Schafermeyer, Ph.D. (Nov. 16, 2022)
- Robert I, Garis, et al., *The Path of a Prescription*, 61 AM. J. HEALTH SYST. PHARM. 1 (2004), Schafermeyer_0000554 to Schafermeyer_0000558
- *RxSaver Helps You Save with Prescription Coupons*, RXSAVER, https://www.rxsaver.com/?gclid=EAIaIQobChMIjK7z2vzP_QIVVJBoCR2hFQQFEAAYAiAAEgJiVvD_BwE (last visited Mar. 12, 2023)
- TennCare-Magellan Pharmacy Solutions Participating Pharmacy Agreement, Schafermeyer_0000247 to Schafermeyer_0000287
- T. Joseph Mattingly II, *Understanding Drug Pricing*, U.S. PHARMACIST, June 2012, Schafermeyer_0000231 to Schafermeyer_0000235
- *Usual and Customary Definition: 309 Samples*, LAW INSIDER, https://www.lawinsider.com/dictionary/usual-and-customary (last visited May 17, 2023)
- *Value Priced Medication List*, WALGREENS (Rev. July 25, 2022), https://www.walgreens.com/images/adaptive/pdf/psc/Value-Priced-Medication-List-English.pdf
- VISANTE (PREPARED ON BEHALF OF PCMA), THE RETURN ON INVESTMENT (ROI) ON PBM SERVICES (Jan. 2023), https://www.pcmanet.org/wp-content/uploads/2023/01/The-Return-on-Investment-ROI-on-PBM-Services-January-2023.pdf
- WASH. MED. ASSISTANCE ADMIN, PRESCRIPTION DRUG PROGRAM BILLING INSTRUCTIONS (Feb. 2003), Schafermeyer_0000599 to Schafermeyer_0000737

- WASH. STATE HEALTH CARE AUTH., MEDICARE PROVIDER GUIDE (May 3, 2012), Schafermeyer_0000738 to Schafermeyer_0000861
- *What is insurance?*, Building Blocks Student Handout (Summer 2022), CONSUMER FINANCE PROTECTION BUREAU, https://files.consumerfinance.gov/f/documents/cfpb_building_block_activities_what-is-insurance_handout.pdf (last visited May 17, 2023)