# EXHIBIT B

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
 2                 EASTERN DIVISION
 3
 4   DOROTHY FORTH, DONNA BAILEY,     )
     LISA BULLARD, RICARDO GONZALES,  )
 5   CYNTHIA RUSSO, TROY TERMINE,     )
     INTERNATIONAL BROTHERHOOD OF     )
 6   ELECTRICAL WORKERS LOCAL 38      )
     HEALTH AND WELFARE FUND,         )
 7   INTERNATIONAL UNION OF           )
     OPERATING ENGINEERS LOCAL 295-   )
 8   295C WELFARE FUND, AND           )
     STEAMFITTERS FUND LOCAL 439, on  )
 9   Behalf of Themselves and All     )
     Similarly Situated,              )
10                                    )
        Plaintiffs,                   )
11                                    ) Civil No.
     vs.                              ) 17-CV-2246
12                                    )
     WALGREEN CO.,                    )
13                                    )
       Defendant.                     )
14
15
16              ** C O N F I D E N T I A L **
17
18         The video deposition of MICHAEL AMIET, taken
19    before Richard Derrick Ehrlich, Registered Merit
20    Reporter, Certified Realtime Reporter, taken
21    pursuant to the Federal Rules of Civil Procedure, at
22    Reed Smith, LLP, 10 S. Wacker Drive, Chicago,
23    Illinois, commencing at 9:00 a.m., on the 20th day
24    of November, 2019.
25
```

| | | |
|---|---|---|
| 1 | | Devine, and I believe testimony that |
| 2 | | Jay Bernstein has provided, was that that |
| 3 | | promotion was planned prior to the dispute that |
| 4 | | you're referencing with ESI where we were out of |
| 5 | | their retail network for some period of time; |
| 6 | | however, I think the support for that and |
| 7 | | extending that for the additional month was done |
| 8 | | in the context of that Express Scripts' dispute. |
| 9 | Q | Other than the January 2012 example, do you |
| 10 | | recall any other examples where the membership |
| 11 | | fee wasn't the 20 for individual, 35 for a |
| 12 | | family? |
| 13 | A | No. |
| 14 | Q | And with respect to the fee, you have an |
| 15 | | understanding that there's also a savings |
| 16 | | guarantee that was in place for a period of |
| 17 | | time? |
| 18 | A | There was a savings guarantee that was |
| 19 | | implemented in March of 2012 as part of the PSC |
| 20 | | 2.0 refresh, as you may have seen it referenced |
| 21 | | in some of the documents. That guarantee was in |
| 22 | | place until October or November of 2017. |
| 23 | Q | What's your understanding of what the savings |
| 24 | | guarantee was? |
| 25 | A | If a member joined the club -- and, again, it |

CONFIDENTIAL

Page 89

1       Club.  Is the Prescription Savings Club an
2       actual club?
3            MS. COLEMAN:  Objection to form.
4            THE WITNESS:  Can you help me understand
5       how you define actual "club"?
6  BY MR. GUGLIELMO:
7  Q    Sure.
8            Is there a membership list?
9  A    Yes.
10 Q    Okay.  And where would that reside?
11 A    So in order to adjudicate the PSC claims
12      appropriately, we had to determine eligibility.
13      I say "we."  The PBM had to determine
14      eligibility just like that PBM would determine
15      eligibility for one of their plan sponsored
16      customers.
17           So those lists that were constantly updated
18      of who was an active member of the PSC, meaning
19      people who had made the membership fee within
20      the last 12 months, those were constantly being
21      updated through the Walgreens systems and
22      provided to the PBM to assist in that -- not to
23      assist.  To conduct that eligibility check as
24      they processed the claims.
25 Q    Did Walgreens ever instruct the PBM to provide

CONFIDENTIAL

Page 285

1 **CERTIFICATE**

2

3   I, Richard D. Ehrlich, a Certified Shorthand Reporter of the State of Illinois, CSR License No. 084-4018, do hereby certify that I stenographically reported the proceedings had at the video deposition, as aforesaid, and that the foregoing transcript is a true and accurate record of the proceedings had therein.

   IN WITNESS WHEREOF, I do set my hand at Chicago, Illinois, this 13th day of December, 2019.

Richard D. Ehrlich
Certified Shorthand Reporter
License No. 084.4018