**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>WALGREEN CO.,<br><br>            Defendant. | Civil No. 1:17-cv-02246<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Sheila Finnegan |

## PLAINTIFFS' UNOPPOSED MOTION TO SEAL

Plaintiffs respectfully move the Court for leave pursuant to Local Rule 26.2 to file under seal:

1. Plaintiffs' Reply Memorandum of Law in further support of Plaintiffs' Motion to Exclude James W. Hughes' Expert Report and Testimony Under F.R.E. 702 ("Hughes Daubert Reply");

2. Plaintiffs' Opposition to Defendant Walgreen Co.'s Motion to Strike or Exclude Lynette Hilton's Rebuttal Report and any Testimony Regarding the Same Pursuant to Federal Rules of Evidence 702 and 403 and Federal Rule of Civil Procedure 26 ("Hilton Rebuttal Daubert Opposition"); and

3. Exhibits A-C attached to the Declaration of Carey Alexander in Support of Plaintiffs' Opposition to Defendant Walgreen Co.'s Motion to Strike or Exclude Lynette Hilton's

Rebuttal Report and any Testimony Regarding the Same Pursuant to Federal Rules of Evidence 702 and 403 and Federal Rule of Civil Procedure 26 ("Alexander Declaration").

In support of Plaintiffs' motion, which Defendant Walgreen Co. does not oppose, Plaintiffs state the following:

4. Pursuant to Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal."

5. The Hughes Daubert Reply and Hilton Rebuttal Daubert Opposition contain descriptions of information contained within and quotations from documents and depositions that have been designated as "Confidential" pursuant to the Agreed Confidentiality Order (ECF No. 79) (the "Confidentiality Order").

6. Exhibits A-C to the Alexander Declaration contain material that has been designated as "Confidential" pursuant to the Confidentiality Order.

7. Contemporaneously with this filing, Plaintiffs will publicly file redacted versions of the Hughes Daubert Reply and Hilton Rebuttal Daubert Opposition.

WHEREFORE, for good cause shown, Plaintiffs hereby respectfully move for leave to file under seal:

    a. the unredacted version of the Hughes Daubert Reply and Hilton Rebuttal Daubert Opposition; and

    b. Exhibits A-C of the Alexander Declaration.

Dated: November 15, 2023          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Joseph P. Guglielmo
Joseph P. Guglielmo (IL Bar #2759819)
Carey Alexander (IL Bar #5188461)
Amanda M. Rolon (*admitted pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-4478
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com

Erin Green Comite (IL Bar #420630)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 531-2632
Facsimile: (860) 537-4432
ecomite@scott-scott.com

David W. Mitchell (IL Bar #199706)
Arthur L. Shingler III (IL Bar # 181719)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
davidm@rgrdlaw.com
ashingler@rgrdlaw.com

Mark J. Dearman (IL Bar #0982407)
Stuart A. Davidson (IL Bar #084824)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
mdearman@rgrdlaw.com
sdavidson@rgrdlaw.com

*Interim Co-Lead Counsel*

Katrina Carroll (IL Bar #6291405)
**LYNCH CARPENTER LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
katrina@lcllp.com

*Local Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo