**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WALGREEN CO.,<br><br>　　　　　　　　　　　Defendant. | Civil No. 1:17-cv-02246<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Sheila Finnegan<br><br>**DECLARATION OF CAREY ALEXANDER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT WALGREEN CO.'S MOTION TO STRIKE OR EXCLUDE LYNETTE HILTON'S REBUTTAL REPORT AND ANY TESTIMONY REGARDING THE SAME PURSUANT TO FEDERAL RULES OF EVIDENCE 702 AND 403 AND FEDERAL RULE OF CIVIL PROCEDURE 26** |

I, Carey Alexander, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am a partner at the law firm of Scott+Scott Attorneys at Law LLP and admitted to practice before this Court. I submit this Declaration in support of Plaintiffs' Opposition to Defendant Walgreen Co.'s ("Walgreens") Motion to Strike or Exclude Lynette Hilton's Rebuttal Report and any Testimony Regarding the Same Pursuant to Federal Rules of Evidence 702 and 403 and Federal Rule of Civil Procedure 26. I have personal knowledge of the facts set forth herein and could testify competently to them if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the December 5, 2019 deposition of Megan Butterfield, which has been designated as Walgreens' corporate testimony.

3. Attached hereto as **Exhibit B** is a true and correct copy of correspondence sent by counsel for Walgreens to Plaintiffs' counsel, dated March 4, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the November 20, 2019 deposition of Michael Amiet, testifying as Walgreens' 30(b)(6) designee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the 15th day of November, 2023, in New York, New York.

*/s/ Carey Alexander*
Carey Alexander

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                                   */s/ Joseph P. Guglielmo*
                                                   Joseph P. Guglielmo