# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cynthia Russo, et al.

                Plaintiff,

v.                                             Case No.: 1:17–cv–02246
                                                                   Honorable Edmond E. Chang

Walgreen Co., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 12, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: Counsel for the parties jointly emailed the courtroom deputy to report the parties have agreed to mediate the case and have a 03/20/2024 mediation date scheduled. The parties request to stay the case until 04/03/2024 is granted. All pending motions are terminated without prejudice to moving to reinstate in the event the mediation is unsuccessful. The tracking status hearing of 01/19/2024 is reset to 04/12/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 04/04/2024 reporting on the status of the mediation. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.