# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Cynthia Russo, et al.
                                    Plaintiff,

v.                                                                       Case No.: 1:17−cv−02246
                                                                       Honorable Edmond E. Chang

Walgreen Co., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: Counsel for the Defendant emailed the courtroom deputy, with the Plaintiffs' counsel copied, to jointly request a continuance of the 04/04/2024 tracking status, because the mediation that was previously scheduled for 03/2024 has been reset to 06/06/2024. The tracking status hearing of 04/12/2024 is reset to 06/28/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 06/20/2024 reporting on the status of the mediation. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.