**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>         Plaintiffs,<br><br> v.<br><br>WALGREEN CO.,<br><br>         Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan<br><br>**JOINT STATUS REPORT** |

   Pursuant to the Court's February 20, 2024 Order (ECF No. 668), the parties, through their respective counsel, respectfully submit the following Joint Status Report to report on the status of the June 6, 2024 mediation.

**I.  The Status of Settlement Discussions**

   The parties engaged in a mediation session on June 6, 2024. The mediation was productive, and the parties are continuing their settlement discussions.

**II.  The Need for a Continued Stay in This Matter**

   In light of the parties' ongoing settlement discussions, the parties request an extension of the stay in this case, which is set to expire on June 28, 2024. *See* ECF Nos. 667, 668. The parties request that the stay be extended through September 16, 2024 to permit the parties to continue

settlement discussions.

### III. Whether the Parties Believe a Telephonic Hearing or In-Person Hearing Is Necessary Within the Next 60 Days

The parties respectfully ask the Court to order that the next Joint Status Report be submitted on or before September 16, 2024 and that the tracking status hearing be continued to September 23, 2024.

DATED: June 18, 2024

*s/ Michael Scott Leib*
Michael Scott Leib
Anthony Robert Todd
**REED SMITH LLP**
10 S Wacker Dr # 4000
Chicago, IL 60606
Telephone: 312-207-1000
*mleib@reedsmith.com*
*atodd@reedsmith.com*

Selina Coleman (*pro hac vice*)
Jessica Christensen (*pro hac vice*)
**REED SMITH LLP**
1301 K Street, N.W. Suite 1100
East Tower
Washington, DC 20005
Telephone: 202-414-9200
*scoleman@reedsmith.com*
*jchristensen@reedsmith.com*

**Attorneys for Defendant Walgreen Co.**

*s/ Joseph P. Guglielmo (with permission)*
Joseph P. Guglielmo (IL Bar #2759819)
Carey Alexander (IL Bar #5188461)
Amanda Rolon (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-4478
*jguglielmo@scott-scott.com*
*calexander@scott-scott.com*
*arolon@scott-scott.com*

Erin Green Comite (IL Bar #420630)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-531-2632
Facsimile: 860-537-4432
*ecomite@scott-scott.com*

David W. Mitchell (IL Bar # 199706)
Arthur L. Shingler III (IL Bar # 181719)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
*davidm@rgrdlaw.com*
*ashingler@rgrdlaw.com*

Mark J. Dearman (IL Bar #0982407)

Stuart A. Davidson (IL Bar #084824)
**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561-750-3000
*sdavidson@rgrdlaw.com*
*mdearman@rgrdlaw.com*

***Interim Co-Lead Counsel***

Katrina Carroll (IL Bar #6291405)
**CARLSON LYNCH LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265
*kcarroll@carlsonlynch.com*

***Local Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                                *s/ Michael Scott Leib*
                                                Michael Scott Leib