## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cynthia Russo, et al.
                Plaintiff,

v.                                                Case No.: 1:17−cv−02246
                                                      Honorable Edmond E. Chang

Walgreen Co., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 669, the parties held a productive mediation session on 06/06/2024, and negotiations are ongoing. The stay of the case is extended to 09/16/2024, but given the length of the stay, that almost surely will be the final extension before the litigation track must resume. The tracking status hearing of 06/28/2024 is reset to 09/27/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 09/16/2024. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.