UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>    Defendant. | Civil No. 17-cv-2246<br><br><br>Judge Edmond E. Chang<br>Magistrate Judge Sheila Finnegan |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

  Consistent with Local Rule 83.17, Defendants respectfully move for an Order allowing the withdrawal of Megan Engel as counsel for Defendants in this case. All other counsel of record will continue to serve as counsel for Defendants in this case.

DATED: July 16, 2024

Respectfully submitted,

*/s/ Michael Scott Leib*
Michael Scott Leib
Anthony Robert Todd
**REED SMITH LLP**
10 S Wacker Dr # 4000
Chicago, IL 60606
Telephone: 312/207-1000
*mleib@reedsmith.com*
*atodd@reedsmith.com*

Frederick Robinson (*pro hac vice*)
Selina Coleman (*pro hac vice*)
Megan Engel (*pro hac vice*)
Jessica Christensen (*pro hac vice*)
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 East Tower
Washington, DC 20005
Telephone: 202-414-9200
*frobinson@reedsmith.com*
*scoleman@reedsmith.com*
*mengel@reedsmith.com*
*jchristensen@reedsmith.com*

**Attorneys for Defendant Walgreen Co.**

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 16, 2024, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.

                     */s/ Michael Scott Leib*
                      Michael Scott Leib