# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, and STEAMFITTERS FUND LOCAL 439, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | Civil No. 17-cv-2246 <br><br> Judge Edmond E. Chang <br> Magistrate Judge Sheila Finnegan |

## PROPOSED ORDER

This matter comes before the Court in connection with the Motion to Withdraw as Counsel filed by Defendants. The Court hereby orders that the Motion to Withdraw Megan Engel as Counsel is **ALLOWED**. The appearance of Megan Engel as counsel for Defendants is terminated. It is so **ORDERED.**

    **ENTERED:** _____

    **FOR THE COURT:**

                                                **The Hon. Edmond E. Chang**
                                                **United States District Judge**