**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br> v.<br><br>WALGREEN CO.,<br><br>       Defendant. | Civil No. 1:17-cv-02246<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Sheila Finnegan<br><br>**<u>MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF CAREY ALEXANDER</u>** |

  Pursuant to Local Rule 83.17, Plaintiffs Cynthia Russo, Lisa Bullard, Ricardo Gonzales, International Brotherhood of Electrical Workers Local 38 Health and Welfare Fund, International Union of Operating Engineers Local 295-295 Welfare Fund, and Steamfitters Fund Local 439 ("Plaintiffs") respectfully move for leave to withdraw the appearance of Carey Alexander of Scott+Scott Attorneys at Law LLP ("Scott+Scott") in this matter be withdrawn. Joseph P. Guglielmo, Erin Green Comite, and Amanda M. Rolon of Scott+Scott Attorneys at Law LLP will continue to serve as counsel for Plaintiffs.

Dated: August 23, 2024      Respectfully submitted,
                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                */s/ Carey Alexander*
                Carey Alexander (IL Bar #5188461)
                Joseph P. Guglielmo (IL Bar #2759819)
                The Helmsley Building
                230 Park Avenue, 17th Floor
                New York, NY 10169
                Telephone: (212) 223-4478
                Facsimile: (212) 223-6334

jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (IL Bar #420630)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 531-2632
Facsimile: (860) 537-4432
ecomite@scott-scott.com

David W. Mitchell (IL Bar #199706)
Arthur L. Shingler III (IL Bar #181719)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
davidm@rgrdlaw.com
ashingler@rgrdlaw.com

Mark J. Dearman (IL Bar #0982407)
Stuart A. Davidson (IL Bar #084824)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
mdearman@rgrdlaw.com
sdavidson@rgrdlaw.com

*Interim Co-Lead Counsel*

Katrina Carroll (IL Bar #6291405)
**LYNCH CARPENTER LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
katrina@lcllp.com

*Local Counsel*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2024, this document was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will then serve a notification of the filing to the registered parties of record.

*/s/ Carey Alexander*
Carey Alexander