UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA RUSSO, LISA BULLARD, RICARDO GONZALES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 38 HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 295-295C WELFARE FUND, AND STEAMFITTERS FUND LOCAL 439, on Behalf of Themselves and All Others Similarly Situated,<br><br>         Plaintiffs,<br><br> v.<br><br>WALGREEN CO.,<br><br>         Defendant. | Civil No. 17-cv-2246<br><br>Judge Edmond E. Chang<br><br>**JOINT STATUS REPORT** |

   Pursuant to the Court's September 19, 2024 Order (ECF No. 676), the parties, through their respective counsel, respectfully submit the following Joint Status Report to update the Court on the status of the parties' settlement.

**I.  The Status of Settlement Discussions**

   The parties have reached a settlement of the action and finalized the settlement agreement and related ancillary documents. On Friday, November 1, 2024, Plaintiffs filed their unopposed motion for preliminary approval of the settlement. The parties are making the necessary preparations for notification to go out upon the Court's preliminary approval, and have engaged a settlement administrator and are working on proposed next steps included in the documents filed by Plaintiffs.

II. **Whether the Parties Believe a Telephonic Hearing or In-Person Hearing Is Necessary Within the Next 60 Days**

Consistent with the September 19, 2020 Order, the parties understand that the Court will review the motion for preliminary approval of the settlement and set a hearing date on the motion.

DATED: November 4, 2024

| | |
|---|---|
| *s/ Michael Scott Leib*<br>Michael Scott Leib<br>Anthony Robert Todd<br>**REED SMITH LLP**<br>10 S Wacker Dr # 4000<br>Chicago, IL 60606<br>Telephone: 312-207-1000<br>*mleib@reedsmith.com*<br>*atodd@reedsmith.com*<br><br>Selina Coleman (*pro hac vice*)<br>Jessica Christensen (*pro hac vice*)<br>**REED SMITH LLP**<br>1301 K Street, N.W. Suite 1100<br>East Tower<br>Washington, DC 20005<br>Telephone: 202-414-9200<br>*scoleman@reedsmith.com*<br>*jchristensen@reedsmith.com*<br><br>**Attorneys for Defendant Walgreen Co.** | *s/ Joseph P. Guglielmo (with permission)*<br>Joseph P. Guglielmo (IL Bar #2759819)<br>Amanda Rolon (*pro hac vice*)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 24th Floor<br>New York, NY 10169<br>Telephone: 212-223-4478<br>*jguglielmo@scott-scott.com*<br>*arolon@scott-scott.com*<br><br>Erin Green Comite (IL Bar #420630)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>156 S. Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: 860-531-2632<br>Facsimile: 860-537-4432<br>*ecomite@scott-scott.com*<br><br>David W. Mitchell (IL Bar # 199706)<br>Arthur L. Shingler III (IL Bar # 181719)<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br>*davidm@rgrdlaw.com*<br>*ashingler@rgrdlaw.com*<br><br>Mark J. Dearman (IL Bar #0982407)<br>Stuart A. Davidson (IL Bar #084824)<br>**ROBBINS GELLER RUDMAN & DOWD LLP** |

2

               120 East Palmetto Park Road, Suite 500
               Boca Raton, FL 33432
               Telephone: 561-750-3000
               *sdavidson@rgrdlaw.com*
               *mdearman@rgrdlaw.com*

               ***Interim Co-Lead Counsel***

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed electronically through the Court's Electronic Case Filing System, which will then send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                                    *s/ Michael Scott Leib*
                                                    Michael Scott Leib