**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Cynthia Russo, et al.
                            Plaintiff,

v.                                            Case No.: 1:17−cv−02246
                                                    Honorable Edmond E. Chang

Walgreen Co., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: On the motion for reconsideration [772] filed by BCBS and HCSC, although the timing of the motion's filing is, to the say the least, less than ideal (32 days after the denial of the original motion and noticed for presentment for the day **after** the final approval hearing), the Court will set a briefing schedule. Any response from the Plaintiffs or Walgreen (or both) is due by 09/19/2025. The reply is due by 09/24/2025. The final−approval hearing remains as scheduled for tomorrow, 09/10/2025. The Court will take the reconsideration motion under advisement (along with the final−approval motion). Emailed notice(eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.