## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Cynthia Russo, et al.

                Plaintiff,

v.

Walgreen Co., et al.

                Defendant.

Case No.: 1:17−cv−02246
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: In−person and telephone hearing held on the motion for final approval [762] of the class−action settlement. Counsel for the parties appeared in person. Plaintiffs' additional attorney Susan Coler, on behalf of class representative Ricardo Gonzalez, appeared by telephone. Objectors Donald Hodge and Kenneth Ries also appeared by telephone. As discussed during the hearing, the motion for final approval of proposed settlement [762] is taken under advisement. An in−person status hearing is set for 10/09/2025 at 9:15 a.m. Out−of−town counsel may appear by telephone, but must email the courtroom deputy with the list of individuals and their phone numbers by 1:00 p.m. on 10/08/2025. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.